UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2003

Michael N. Milby, Clerk

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | § § § § § § § § § § § § § § | CIVIL ACTION NO. G:03-CV-505 |

**DEFENDANT C.H. ROBINSON COMPANY'S**
**CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Defendant C.H. Robinson Company, and in compliance with the Court's Order to Disclose Interested Persons, states that the only individual or entities having a financial interest in this case, to Defendant's knowledge, are:

1. C.H. Robinson Worldwide, Inc.;

2. C.H. Robinson International, Inc.;

3. C.H. Robinson Logistica Chile Ltda.;

4. C.H. Robinson Venezuela, C.A.;

5. Spica Servicios Logisticos, C.A.;

6. C.H. Robinson (UK) Limited;

7. C.H. Robinson Iberica, S.L.;

8. C.H. Robinson de Mexico, S.A. de C.V.;

9. C.H. Robinson Company (Canada) Ltd.;

10. C.H. Robinson Company;

11. C.H. Robinson Company LP;

12. C.H. Robinson Company, Inc.;

13. CHR Aviation LLC;

14. Fresh 1 Marketing, Inc.;

15. C.H. Robinson Worldwide-LTL, Inc.;

16. Robinson Holding Company;

17. C.H. Robinson Company LP;

18. Wagonmaster Transportation Co.;

19. Robinson Europe S.A.;

20. Robinson Italia S.r.L.;

21. C.H. Robinson Poland Sp. Zo.o;

22. Comexter Robinson S.A.;

23. Robinson Europe;

24. Robinson France SARL;

25. E.G.C. SARL;

26. Payment & Logistics Services, Inc.;

27. T-Chek Systems, Inc.;

28. Robinson Logistica Do Brasil Ltda.;

29. C.H. Robinson Netherlands B.V.;

30. C.H. Robinson Worldwide (Hong Kong) Ltd.;

31. C.H. Robinson Belgium;

32. C.H. Robinson Hungary LLC;

33. Plaintiffs; and

34. Plaintiffs' counsel.

        Respectfully submitted,

        MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: */s/ Steven J. Watkins*
        Steven J. Watkins
        ATTORNEY-IN-CHARGE
        State Bar No. 20927700
        So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Certificate of Interested Persons has been sent by certified mail, return receipt requested, on this the 18th day of August, 2003, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

_____
Steven J. Watkins