UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



United States District Court
Southern District of Texas
FILED

SEP 15 2003

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § | |
| Plaintiffs | § | Civil Action No. G:03-CV-505 |
| VS. | § § | |
| C. H. ROBINSON COMPANY | § | B-03-192 |
| Defendant | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB"), and in compliance with the Court's Order to Disclose Interested Persons, file this their CERTIFICATE OF INTERESTED PARTIES as follows:

1. Plaintiffs incorporate any and all interested parties named by Defendants as individuals and/or entities having a financial interest in this case;

2. Insurance Corporation of Hannover;

3. ABB Kraftwerke Aktiengesellschaft;

4. ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd.;

5. Defendant; and,

6. Defendant's counsel.

>   Respectfully submitted,
>
>   The Law Office of Justin L. Williams, P.C.
>   600 Leopard Street, Suite 1810
>   Corpus Christi, Texas 78473
>   Telephone: (361) 888-7702
>   Facsimile: (361) 888-7717
>
>   By: _____
>   Justin L. Williams
>   State Bar Number 00795384
>
>   ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 10th day of September, 2003, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams