AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Galveston Division  03 JUL 31 PM  District of _____ Texas

ABB KRAFTWERKE
AKTIENGESELLSCHAFT, and ABB
ALSTOM POWER (SWITZERLAND), LTD.
V.
C. H. ROBINSON COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: G-03-505

B-03-192

United States Courts
Southern District of Texas
FILED

SEP 19 2003

Michael N. Milby, Clerk of Court

TO: (Name and address of Defendant)

C. H. Robinson
Mr. Scott Douthitt
14 100 S.W. Freeway, Third Floor
Sugarland, Texas 77478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Justin L. Williams
Law Offices of Justin L. Williams, P.C.
Six Hundred Building, Suite 1810
600 Leopard Street
Corpus Christi, Texas 78473

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY

JUL 1 3 2003

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

SEP 1 9 2003

Michael N. Milby, Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 08-04-03 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael W Kutach | deputy-constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
14100 SW Frwy Suite 312 3rd Floor Sugarland TX 77479 Ft Bend County TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-4-03
          Date

Signature of Server: Mike Kutach

Address of Server: 12919 Dairy Ashford Suite 300 Sugarland TX 77478

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.