UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



United States District Court
Southern District of Texas
FILED

SEP 2 3 2003

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § | |
| Plaintiffs | § | Civil Action No. G:03-CV-505 |
| VS. | § § | |
| C. H. ROBINSON COMPANY | § | G-03-192 |
| Defendant | § | |

## PLAINTIFF'S MOTION TO LEAVE TO FILE
## FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Motion to Leave to File First Amended Original Complaint against C. H. ROBINSON COMPANY, Defendant, (hereinafter referred to as "C. H. Robinson") pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and would show this Honorable Court as follows:

1.     This action was filed on July 11, 2003. This action has not been placed upon the trial calendar and Defendant has not filed its original answer. Defendant has filed a Rule 12(b)(6) Motion to Dismiss. Rule 15(a) of the Federal Rules of Civil Procedure is to be

Page 1 of 3

liberally construed leave to amend and should be freely given when justice so requires. The purpose of this motion is to clarify the pleadings and causes of action under which Plaintiffs are suing Defendant and to conform Plaintiffs' response to Defendant's Rule 12(b)(6) Motion to the pleadings.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Motion for Leave to File Amended Original Complaint is granted and for such other and further relief to which Plaintiffs shows themselves justly entitled.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:    (361) 888-7702
Facsimile:    (361) 888-7717

By:    _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 19th day of September, 2003, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams