UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 0 1 2003

MICHAEL N. MILBY, CLERK OF COURT

COURTROOM MINUTES
JUDGE SAMUEL B. KENT

Courtroom Clerk: Cathy McBroom
Court Reporter: Jeanette Byers
Law Clerk:

Date: 10/1/03                                    Time: 9:40 a.m.

=================================================================

B-03-192

Civil Action No. G-03-505

ABB KRAFTWERKE

vs.

C H ROBINSON COMPANY

=================================================================

Docket Entry:

(SBK)     Rule 16 Conference

    Appearances:    Justin L. Williams, Steven J. Watkins, Karen
                    Ciotti


    Non-Jury Trial set for 11/15/04.  ETT 3 days.  Docket
    Control Order to follow.