UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 8 - 2003

16 / Michael N. Milby, Clerk

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. G:03-CV-505 |
| vs. | § § | B-03-192-3 |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § § | |

### ORDER ON DEFENDANT C.H. ROBINSON'S
### MOTION FOR LEAVE TO FILE SURREPLY

After considering Defendant C.H. Robinson Company's Motion for Leave to File Surreply to the Plaintiffs' second response to C.H. Robinson's Rule 12(b)(6) Motion to Dismiss, and the attachments thereto, the Court

**GRANTS the motion,**

and orders Defendant C.H. Robinson to file its Surreply, together with certified copies of the Thirteenth and Fourteenth Amended Original Petitions filed in Cause No. 99-04-1644-E, *Graciela Zamora, et al. v. ABB Kraftwerke Aktiengesellschaft, et al.*, In the 357th Judicial District Court of Cameron County, Texas, immediately upon receipt of those documents from the Cameron County District Clerk.

Signed this 7th day of Oct. , 2003.

UNITED STATES DISTRICT JUDGE
SAMUEL B. KENT