UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2003

Michael N. Milby, Clerk

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>　　　　　　　　　　Plaintiffs<br>VS.<br><br>C. H. ROBINSON COMPANY<br>　　　　　　　　　　Defendant | § § § § § § § § § § § § |

Civil Action No. G:03-CV-505

B-03-192

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT C. H. ROBINSON COMPANY'S SURREPLY

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Motion for Leave to File Response to Defendant C. H. Robinson Company's Surreply to Plaintiffs' Second Response to Defendant C. H. Robinson Company's Rule 12(b)(6) Motion to Dismiss, and would show this Honorable Court as follows:

1. On October 20, 2003, Plaintiffs received the above referenced Surreply to their Response to Plaintiffs' Second Response to C. H. Robinson's Rule 12(b)(6) Motion to Dismiss. Plaintiffs would ask the court for leave to file a response to Defendant Robinson's

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 22nd day of October, 2003, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams