UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § Plaintiffs § VS. § § C. H. ROBINSON COMPANY § § Defendant § | Civil Action No. G:03-CV-505<br><br>B-03-192 |

## ORDER

On this day came on to be considered Plaintiffs' Motion for Leave to File Response to Defendant C. H. Robinson Company's Surreply and the Court having considered the pleadings on file is of the opinion that Plaintiffs' Motion should ~~in all things~~ be ~~GRANTED~~ DENIED,

~~it is therefore,~~

~~ORDERED, ADJUDGED AND DECREED that Plaintiffs have additional time to file Response to Defendant Robinson's Surreply.~~

Signed on this the 27th day of Oct., 2003.

_____
JUDGE PRESIDING