UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
FILED

OCT 28 2003

Michael N. Milby, Clerk

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. Plaintiffs VS. C. H. ROBINSON COMPANY Defendant | B-03-192 Civil Action No. G:03-CV-505 |

## PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT C. H. ROBINSON COMPANY'S SURREPLY

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Amended Motion for Leave to File Response to Defendant C. H. Robinson Company's Surreply to Plaintiffs' Second Response to Defendant C. H. Robinson Company's Rule 12(b)(6) Motion to Dismiss, and would show this Honorable Court as follows:

1. On October 20, 2003, Plaintiffs received the above referenced Surreply to their Response to Plaintiffs' Second Response to C. H. Robinson's Rule 12(b)(6) Motion to Dismiss. Plaintiffs would ask the court for leave to file a response to Defendant Robinson's

Page 1 of 3

Surreply and for additional time to file that response in order to obtain additional information from the state court's file in response to C. H. Robinson's filing.

2. Plaintiffs would show that C. H. Robinson's Rule 12(b)(6) Motion to Dismiss has by their own admission, turned into a Motion for Summary Judgment which would be dispositive of many issues in this case. As such, Plaintiffs require time to file additional motion and to prepare a response and file additional material as would be the case if Defendant Robinson was filing a Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the court grant their Motion to File a Response to C. H. Robinson's Surreply, for additional time to file that response by way of supplementation with additional petitions from the State District Court in Brownsville and for such other and further relief to which Plaintiffs shows themselves justly entitled.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:  (361) 888-7702
Facsimile:    (361) 888-7717

By: _____Justin L. Williams by permission_____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 27th day of October, 2003, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_Justin L. Williams_ by permission
Justin L. Williams

LAW OFFICES
# McGinnis, Lochridge & Kilgore, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-8585

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8514
swatkins@mcginnislaw.com

October 29, 2003

Ms. Marianne Gore, Deputy Clerk
United States District Court, Galveston Division
U.S. Post Office Building
601 Rosenberg Street, Room 411
Galveston, Texas 77550

*Hand Delivery*

United States Courts
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby, Clerk of Court

B-03-192-3

Re:   Civil Action No. G:03-CV-505; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Galveston Division

Dear Ms. Gore:

Enclosed for filing please find one original and two copies of Defendant C.H. Robinson Company's Response To Plaintiffs' Amended Motion for Leave to File Response to Defendant's Surreply and proposed Order Denying Plaintiffs' Amended Motion for Leave to File Response to Defendant's Surreply.

Please file-mark the enclosed extra copy of these documents, and kindly return them to the courier. If you encounter any problems in connection with the filing requested above, please do not hesitate to contact me at the telephone number shown above.

Very truly yours,

/s/ Steven J. Watkins

Steven J. Watkins

SJW/amr
Enclosures

cc:   Mr. Justin L. Williams         (*via facsimile and certified mail, rrr*)

LAW OFFICES
## McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-8585

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8534
kciotti@mcginnislaw.com

FILED
03 OCT 27 PM 5:42
U.S. COURT
SOUTHERN DISTRICT C

October 27, 2003

Ms. Marianne Gore, Deputy Clerk
United States District Court, Galveston Division
U.S. Post Office Building
601 Rosenberg Street, Room 411
Galveston, Texas 77550

*Via Hand Delivery*

OCT 27 2003

B-03-192-3

Re:  Civil Action No. G:03-CV-505; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Galveston Division

Dear Ms. Gore:

Enclosed for filing please find one original and two copies of Defendant C.H. Robinson Company's Response To Plaintiffs' Motion for Leave to File Response to Defendant's Surreply and proposed Order Denying Plaintiffs' Motion for Leave to File Response to Defendant's Surreply.

Please file-mark the enclosed extra copy of these documents, and kindly return them to the courier. If you encounter any problems in connection with the filing requested above, please do not hesitate to contact me at the telephone number shown above.

Sincerely,

Karan C. Ciotti

Karan C. Ciotti

KCC/amr
Enclosures

cc:   Mr. Justin L. Williams    (*via facsimile and certified mail, rrr*)

# THE LAW OFFICES OF
# JUSTIN L. WILLIAMS

| | |
|---|---|
| 600 Leopard Street, Suite 1810 | **HOUSTON OFFICE** - *Of Counsel to:* |
| Corpus Christi, Texas 78473 | HENNESSY, GARDNER & BARTH |
| Telephone: (361) 888-7702 | The Cotton Building, 502 Caroline Street, Suite 300 |
| Facsimile: (361) 888-7717 | Houston, Texas 77002-3394 |
| jlwlaw@sbcglobal.net | Telephone: (713) 224-5066 * Facsimile: (713) 224-5055 |

October 27, 2003

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby, Clerk

**FEDERAL EXPRESS**
Mr. Michael Milby
U. S. District Clerk
U. S. District Clerk's Office
Post Office Box 2300; 601 Rosenberg Room 411 (77550)
Galveston, Texas 77553

B- 0 3 - 1 9 2

RE: Civil Action No. G:03-CV-505; ABB Kraftwerke Aktiengesellschaft, et al vs. C. H. Robinson Company

**INSTRUMENTS:** (1) Plaintiffs' Amended Motion for Leave to File Response to Defendant Robinson's Surreply; and Proposed Order (original and two copies)

Dear Mr. Milby:

Enclosed herewith please find for filing the above-referenced instrument(s). Please acknowledge receipt and filing of same by placing your file-stamp mark on the enclosed copies and returning same in the enclosed self-addressed, stamped envelope.

By copy of this letter and as evidenced in the certification contained within the filed instrument, service on all counsel of record has been accomplished from this office.

Very truly yours,

Justin L. Williams /mh

Justin L. Williams

JLW/mh
Enclosures

Mr. Michael Milby,
US District Clerk
Page 2
October 27, 2003

---

cc:    Mr. Steven J. Watkins                                        Certified Mail, RRR
       Ms. Karan C. Ciotti
       McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
       3200 One Houston Center
       1221 McKinney Street
       Houston, Texas 77010