UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | § § § § § § § § § § § § § § | B-03-192<br><br>CIVIL ACTION NO. G:03-CV-505 |

### DEFENDANT C.H. ROBINSON COMPANY'S
### RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S SURREPLY

Defendant C.H. Robinson files this response to Plaintiffs' Motion for Leave to File Response to C.H. Robinson's Surreply, and in requesting that the Court deny Plaintiffs' Motion, would show the Court as follows:

1. Contrary to Plaintiffs' misrepresentation the Court, C.H. Robinson's Rule 12(b)(6) has not "turned into" a motion for summary judgment, nor has C.H. Robinson "admitted" or otherwise represented to the Court that its motion to dismiss is now a motion for summary judgment.

2. The exhibits attached to C.H. Robinson's Surreply – petitions from the underlying lawsuit – do not convert the Motion to Dismiss to a motion for summary judgment. C.H. Robinson expressly stated in its Surreply that the law in this circuit allows the Court to consider those petitions without converting the motion to dismiss to a

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Motion for Leave to File Response to Defendant Robinson's' Surreply has been served via facsimile and via certified mail, return receipt requested, on this the 27th day of October, 2003, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Karan C. Ciotti*
Karan C. Ciotti