IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
OCT 2 9 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § V. § § C. H. ROBINSON COMPANY § § | CIVIL ACTION NO. G-03-505 B-03-192 |

### ORDER

Plaintiffs previously filed a Motion for Leave to File Response to Defendant's Surreply. The Court denied that Motion. Now Plaintiffs file an Amended Motion, asking for the exact same relief. It is again, and with finality, **DENIED**. There are enough pleadings on file to address the matter before the Court.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the 29th day of October, 2003.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE