UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. G:03-CV-505 |
| vs. | § § | |
| C.H. ROBINSON COMPANY | § § | B-03-192 |
| Defendant | § § | |

**DEFENDANT C.H. ROBINSON COMPANY'S
RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE
RESPONSE TO DEFENDANT'S SURREPLY**

Defendant C.H. Robinson files this Response to Plaintiffs' Amended Motion for Leave to File Response to C.H. Robinson's Surreply, and in requesting that the Court deny Plaintiffs' Amended Motion, would show the Court as follows:

1. Plaintiffs' Amended Motion only adds a Certificate of Consultation not included in Plaintiffs' earlier filed Plaintiffs' Motion.

2. By Order dated October 27, 2003, the Court denied Plaintiffs' earlier filed Plaintiffs' Motion.

3. To the extent necessary, C.H. Robinson Company reasserts its pleading entitled "Defendant C.H. Robinson Company's Response To Plaintiffs' Motion For Leave To File Response To Defendant's Surreply," which was filed on October 27, 2003. A copy of such Response is attached hereto as Exhibit "A" for the Court's convenience.

4.  To the extent necessary, C.H. Robinson asks the Court to deny Plaintiffs' Amended Motion for Leave to File Response to C.H. Robinson's Surreply, and C.H. Robinson asks the Court to dismiss Plaintiffs' claim with prejudice, dismiss their suit in its entirety, and grant C.H. Robinson such other and further relief to which it is justly entitled.

Respectfully submitted,

McGinnis, Lochridge & Kilgore, L.L.P.

By: /s/ Steven J. Watkins
Steven J. Watkins
ATTORNEY-IN-CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
McGinnis, Lochridge & Kilgore, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

     I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Amended Motion for Leave to File Response to Defendant Robinson's' Surreply has been served via facsimile and via certified mail, return receipt requested, on this the 29th day of October, 2003, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

                                                */s/ Steven J. Watkins*
                                                Steven J. Watkins

UNITED STATES DISTRICT COURT FILED
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION OCT 27 PM 5: 13

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | § § § § § § § § § § § § § § | CIVIL ACTION NO. G:03-CV-505 |

### DEFENDANT C.H. ROBINSON COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S SURREPLY

Defendant C.H. Robinson files this response to Plaintiffs' Motion for Leave to File Response to C.H. Robinson's Surreply, and in requesting that the Court deny Plaintiffs' Motion, would show the Court as follows:

1. Contrary to Plaintiffs' misrepresentation the Court, C.H. Robinson's Rule 12(b)(6) has not "turned into" a motion for summary judgment, nor has C.H. Robinson "admitted" or otherwise represented to the Court that its motion to dismiss is now a motion for summary judgment.

2. The exhibits attached to C.H. Robinson's Surreply – petitions from the underlying lawsuit – do not convert the Motion to Dismiss to a motion for summary judgment. C.H. Robinson expressly stated in its Surreply that the law in this circuit allows the Court to consider those petitions without converting the motion to dismiss to a

motion for summary judgment. *Surreply,* ¶ 5. This is true because the petitions are matters of public record and/or matters of which the Court may take judicial notice. *Davis v. Bayless,* 70 F.3d 367, 372 n.3 (5th Cir. 1995) (noting that the district court was permitted to refer to matters of public record [state court orders] in deciding a 12(b)(6) motion to dismiss), *appeal after remand,* 149 F.3d 1179 (5th Cir. 1998); *Lovelace v. Software Spectrum Inc.,* 78 F.3d 1015, 1017-18 (5th Cir. 1996) (holding that the district court may consider matters of which they may take judicial notice when deciding a 12(b)(6) motion).

3. The only basis stated by Plaintiffs in support of their request for leave to respond to C.H. Robinson's Surreply (with unidentified "additional information from the state court's file") is that C.H. Robinson's Motion to Dismiss is now a motion for summary judgment. Because the sole basis for Plaintiffs' motion for leave to file a response is illusory, C.H. Robinson urges the Court to deny the motion.

4. C.H. Robinson asks the Court to deny Plaintiffs' Motion for Leave to File Response to C.H. Robinson's Surreply, dismiss Plaintiffs' claim with prejudice, dismiss their suit in its entirety, and grant C.H. Robinson such other and further relief to which it is justly entitled.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: *Karan C. Ciotti*
Steven J. Watkins
ATTORNEY-IN-CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Motion for Leave to File Response to Defendant Robinson's' Surreply has been served via facsimile and via certified mail, return receipt requested, on this the 27th day of October, 2003, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Karan C. Ciotti*
Karan C. Ciotti

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. G:03-CV-505 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE
TO FILE RESPONSE TO DEFENDANT'S SURREPLY**

After considering the Plaintiffs' Motion For Leave to File Response to Defendant C.H. Robinson Company's Surreply, Defendant's Response thereto, the other pleadings on file, and the authorities cited therein, the Court

DENIES the motion.

Signed this ___ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE SAMUEL B. KENT