27

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.<br>Plaintiffs | §<br>§<br>§<br>§ | |
| v. | § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY<br>Defendant. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on November 12, 2003, the Court **SET** a status conference for _December 9, 2003 @ 2:30p_. The purpose of this conference is to enter a new scheduling order in light of the recent transfer of this case to this Court. The parties are **ORDERED** to submit an amended joint case management plan 14 days prior to the status conference. Additionally, the parties should be prepared to argue all pending motions at that time.

DONE this 12th day of November 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge