United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § | | |
| Plaintiffs § | Civil Action No. B:03-CV-192 | |
| VS. § § | | |
| C. H. ROBINSON COMPANY § | | |
| Defendant § | | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
AFFIDAVITS IN SUPPORT OF THE APPLICATION FOR SWISS LAW
AND MOTION FOR DELAY ON RULING ON THE PLAINTIFFS'
MOTION FOR APPLICATION OF SWISS LAW**

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Motion for Extension of Time to File Affidavits in Support of its Motion for Application of Swiss Law and a Motion for Delay of Ruling on its Application of Swiss Law, and would show this Honorable Court as follows:

I.

1. At the time of the filing of the Scheduling Order agreed to by Plaintiffs and Defendant, it was believed by the Plaintiffs that they would be able to provide the court with

expert affidavits in support of their Motion for Application of Swiss Law by the time of the December 9, 2003 hearing. Unfortunately, the Swiss attorney who was to provide Plaintiffs with these Affidavits has been out-of-town and unavailable during the period necessary to have the Affidavits prepared and filed in a timely fashion prior to the time of the hearing. Therefore, it has become necessary to file this Motion asking the court to delay the ruling on the Application of Swiss Law and to allow Plaintiffs time to file their Affidavits in support of that motion.

**II.**

2. This motion is not made for the purpose of delay but solely so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that its Motion for Additional Time to File Affidavits in Support of its Motion for Application of Swiss Law and that its Motion to Delay the Ruling on the Motion for Application of Swiss Law being in all things granted.

                Respectfully submitted,

                The Law Office of Justin L. Williams, P.C.
                600 Leopard Street, Suite 1810
                Corpus Christi, Texas 78473
                Telephone:  (361) 888-7702
                Facsimile:  (361) 888-7717

By: _____
     Justin L. Williams
     State Bar Number 00795384
     ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 10th day of December, 2003, to all counsel of record, as listed below and in the manner designated:

**FACSIMILE AND HAND DELIVERED:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br>　　　　　　　　　Plaintiffs<br>VS.<br><br>C. H. ROBINSON COMPANY<br>　　　　　　　　　Defendant | § § § § § § § § § § § | Civil Action No. B:03-CV-192 |

## ORDER

On this day came on to be considered Plaintiffs' Motion for Extension of Time to File Affidavits in Support of the Application for Swiss Law, and Motion for Delay on Ruling on the Plaintiffs' Motion for Application of Swiss Law, and the Court having considered the pleadings on file is of the opinion that Plaintiffs' Motion should in all things be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs have additional time to file Affidavits in Support of the Application of Swiss Law; and, the court shall delay on their ruling to Plaintiffs' Motion for Application of Swiss Law.

Signed on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING