| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ABB KRAFTWERKE AKTIENGESELLSCHAFT, §
and ABB ALSTOM POWER (SWITZERLAND)
LTD., formerly known as ABB POWER
GENERATION, LTD.

vs.                                   §         Civil Action No. B- 03-192

C. H. ROBINSON COMPANY                §

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-6__ days.   ■ Bench   ❏ Jury

2. New parties must be joined by:                                             __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:          __6/15/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                            __11/15/2004__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                                      __12/15/2004__

7. Joint pretrial order is due:                                               __2/18/2005__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:         __3/3/2005__

9. Jury Selection is set for 9:00 a.m. on:                                    __N/A__
   *(The case will remain on standby until tried)*

Signed __December 12__, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge