UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| Vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

### C.H. ROBINSON COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVITS AND MOTION FOR DELAY ON RULING ON THE PLAINTIFFS' MOTION FOR <u>APPLICATION OF SWISS LAW</u>

C.H. Robinson Company ("C.H. Robinson") files this response to the Motion for Extension of Time to File Affidavits in Support of the Application for Swiss Law and Motion to Delay on Ruling on the Plaintiffs' Motion for Application of Swiss Law, filed by Plaintiffs ABB Kraftwerke Aktiengesellschaft ("ABB Kraftwerke") and ABB Alstom Power (Switzerland) Ltd. ("ABB Alstom"), and would show the Court as follows:

1.  There is no need for Plaintiffs to file affidavits, because the application of Texas law to the facts of this case is required as a matter of law. There are no facts that might be contained in an affidavit that would have any bearing on this proposition of law, and therefore no reason to allow Plaintiffs additional time in which to file affidavits.

2.  The only issues that need be decided to dispose of this case are (a) whether limitations bars Plaintiffs' cause of action for breach of contract, and (b) whether there is

a cognizable basis for Plaintiffs' common-law indemnity claim. Binding Fifth Circuit precedent requires the application of Texas law to both of these issues. *Johansen v. E.I. DuPont De Nemours & Co.,* 810 F.2d 1377, 1380-81 (5th Cir. 1987), *cert. denied,* 484 U.S. 849, 108 S.Ct. 148, 98 L.Ed.2d 104 (holding that procedural questions are governed by the law of the forum, and statutes of limitation are regarded as procedural except in circumstances not present in this case); *Marathon Pipe Line Co. v. Drilling Rig Rowan/Odessa,* 761 F.2d 229, 235 (5th Cir. 1985) ("This court has held that the body of law establishing the indemnitee's primary liability governs his claim for indemnity or contribution against a third party."); *see Defendant C.H. Robinson Company's Response to Plaintiffs' Motion for Application of Swiss Law,* ¶¶ 20-24.

### Request for Relief

3.  For these reasons, C.H. Robinson asks the Court to deny Plaintiffs' Motion for Extension of Time to File Affidavits in Support of the Application for Swiss Law and Motion for Delay on Ruling on the Plaintiffs' Motion for Application of Swiss Law, to grant C.H. Robinson's motion to dismiss Plaintiffs' suit in its entirety with prejudice, and to grant C.H. Robinson such other and further relief to which it is justly entitled.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: *Karan C. Ciotti*
Steven J. Watkins
ATTORNEY-IN-CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and complete copy of the above and foregoing C.H. Robinson Company's Response to Plaintiffs' Motion For Extension of Time to File Affidavits and Motion for Delay on Ruling on the Plaintiffs' Motion for Application of Swiss Law by facsimile and certified mail, return receipt requested, on this the 23rd day of December, 2003 to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

             */s/ Karan C. Ciotti*
             Karan C. Ciotti