UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. <br><br> Plaintiffs <br> VS. <br><br> C. H. ROBINSON COMPANY <br> Defendant | § § § § § § § § § § § § § § Civil Action No. B:03-CV-192 |

**RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION TO FILE
AFFIDAVITS AND MOTION FOR DELAY ON RULING ON**

2. Plaintiffs have previously responded to the Johansen v. E. I. DuPont De Nemours & Co. case as well as the Marathon Pipe Line Co. v. Drilling Rig Rowan/Odessa case in their Reply to C. H. Robinson Company's Response to Motion for Application of Swiss Law.

3. C. H. Robinson position with regard to the Statute of Limitations is that it is by law procedural in nature and therefore the Texas Statute of Limitations controls, citing Johansen v. E. I. DuPont De Nemours & Co. Johansen, at 1381 states the correct law in Texas as previously cited to this court, that is if the Statute of Limitations is not substantive than Texas Law is controlling because of Defendant's mistaken position they have made no reference to whether Swiss law on the Statute of Limitations is substantive. Plaintiffs have contended it is in fact substantive. The Swiss ten (10) year statute controls.

4. Plaintiff contends Marathon Pipe Line Co. stands for the position that the laws establishing the indemnitors primarily liability governs the claim for indemnity or contribution against a third party. However, Marathon Pipe Line Co. at 231 states as follows: "The sovereignty of maritime law over the original tort does not necessarily make that body of law control Hydro Tech's liability to Marathon." As previously pointed out in Plaintiffs' Reply to the Motion for Application of Swiss Law, the Marathon Pipe Line Co. case does not stand clear cut for the proposition C. H. Robinson indicates it does. Instead, the Marathon Pipe Line Co. court goes through the Restatement of Conflicts analysis before arriving at which law applies. However, Defendant once again out of mistake or ingeniousness takes a mistaken position. Marathon does not bind this court as it is a Federal maritime case decided under the Federal maritime or Louisiana choice of law analysis. This

is a case based on Texas law and Texas choice of law is controlling on this court. Plaintiffs have provided the court the correct Texas case which indicates the Restatement controls choice of law determinations regarding indemnity contracts. Once again Defendant misinterprets or misunderstands the law. This court could follow the Fifth Circuit's <u>Marathon Pipe Line Co.</u> analysis under the restatement of conflicts of laws in order to determine whether Swiss Law or Texas Law should apply to this case because that is controlling Texas law as well.

5. The response filed by C. H. Robinson was received the afternoon of December 23, 2003 when Plaintiffs' counsel was out-of-town over the holidays. Plaintiffs' witness providing expert testimony has also been out-of-town over the holidays.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Motion for Extension of Time to File Affidavits and Delay in Ruling on the Application for Swiss Law and that its Motion for the Application of Swiss Law be in all things granted.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:  (361) 888-7702
Facsimile:   (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 12th day of January, 2004, to all counsel of record, as listed below and in the manner designated:

**FACSIMILE AND CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams