UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
Southern District of Texas
FILED
JAN 2 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § § Plaintiffs § VS. § § § C. H. ROBINSON COMPANY § Defendant § | Civil Action No. B:03-CV-192 |

## PLAINTIFFS' RESPONSE TO DEFENDANT C. H. ROBINSON COMPANY'S MOTION FOR LEAVE TO FILE SURREPLY ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiffs ABB Kraftwerke Aktiengesellschaft, and ABB Alston Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd. (hereinafter referred to as "Plaintiffs" or "ABB"), and files this their Response to Defendant C. H. Robinson Company's (hereinafter referred to as "Defendant" or "Robinson") Motion for Leave to File Surreply on Plaintiffs' Motion for Extension of Time to File Affidavits and Motion for Delay on Ruling on Plaintiffs' Application of Swiss Law. Plaintiffs are opposed to Robinson's Motion of Leave to File Surreply, and would show unto this honorable court as follows:

1. Plaintiffs' Motion and Surreply continue to rely on and quote <u>Marathon Pipe Line Co. v. Drilling Rig Rowan/Odessa</u>, 761 S.W.2d 229 (Fifth Circuit 1985) a case decided under choice of law provisions governed by either maritime law or Louisiana law. This court is sitting as a diversity court under Texas law and a maritime law or Louisiana law case is not controlling on this court. The <u>Marathon</u> case has been briefed to death but not only does it not control this court, it is irrelevant to the court's determination.

2. The court can take judicial notice, and Plaintiffs' ask the court to take judicial notice, of the fact that Switzerland is a <u>civil</u> law country. Switzerland is not a common law country and therefore none of the common law portions of the Texas cases which control the substantial versus procedural issues on Statute of Limitations apply. Because Switzerland is a civil law country, Statute of Limitations are in fact by their very nature substantial and control the disposition of this case.

3. Defendant has opposed Plaintiffs' previous attempts to file Surreplies. Normally, Plaintiffs' counsel would grant the courtesy of non-opposition to a surreply, however, because the issues have been previously briefed before this court, because Defendant has fought so valiantly, if incorrectly, in their attempt to have portions of Plaintiffs' case dismissed before it starts. Plaintiffs must in this instance oppose this continued time consuming process.

4. Plaintiffs have indicated to the court by argument, not controlling and in no way have Plaintiffs attempted to mislead the court by stating that Plaintiffs' counsel's arguments with regard to Swiss law are factual in nature, that the indemnity issues cited in Plaintiffs'

opposition to the Application for Swiss Law do not apply because those indemnity issues would not exist under Swiss law. This is the very reason for Plaintiffs' Motion. The Affidavits will provide the evidence necessary for the court to make the correct determination applying Swiss law.

5. Defendant's reluctance to allow Plaintiffs to place full evidence before this court prior to any determination on procedural matters which would theoretically end portions of Plaintiffs' case, gives great credence to the argument that under the conflict of law analysis (the correct analysis) of the issues Swiss law should apply.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs ask that the court deny Defendant C. H. Robinson Company's Motion for Leave to File Surreply on Plaintiffs' Motion for Extension of Time, and for such other and further relief as to which this honorable court deems just and necessary.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:  (361) 888-7702
Facsimile:  (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 21st day of January, 2004, to all counsel of record, as listed below and in the manner designated:

**FACSIMILE AND CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams