UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § | |
| Plaintiffs § | Civil Action No. B-03-192 |
| VS. § § | |
| C. H. ROBINSON COMPANY § | |
| Defendant § | |

## MOTION FOR PROTECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. (hereinafter referred to as "ABB" or "ABB Plaintiffs"), Plaintiffs and file this their MOTION FOR PROTECTION, and would show the court as follows:

### I.
### DEPOSITION NOTICES

1. Defendant C. H. Robinson originally filed deposition notices asking for six (6) individuals. In their amended deposition notices they noticed the depositions of Sandro Lepori and Roland Schneider.

2. These deposition notices ask for the deposition of Mr. Schneider and Mr. Lepori and a representative of ABB Power Generation, Ltd. to take place in Houston, Texas.

## II.
## GROUNDS FOR PROTECTION

3.   Sandro Lepori and Roland Schneider are formerly employees of the ABB entities. They are no longer employees of ABB or the successor corporation which is bringing the lawsuit.

4.   Mr. Lepori works in Baden, Switzerland and resides in the Switzerland area. Mr. Schneider works in Baden, Switzerland and resides in Germany.

5.   Neither Mr. Schneider or Mr. Lepori are under the control of the Plaintiff.

6.   While Plaintiffs may be able to arrange for the testimony of Mr. Lepori and/or Mr. Schneider, they do not have the legal control necessary to either compel the witnesses' attendance at a deposition in Houston, Texas, or for the court to order a production of these witnesses in Texas.

7.   The Federal Rules of Civil Procedure provide for the means of taking a witnesses deposition in a foreign country. Defendant has not complied with the rules in these deposition notices.

8.   ABB Power Generation, Ltd. has been divested from the ABB entities bringing this lawsuit and there are no employees and/or witnesses of that corporation still under the legal control of Plaintiffs.

9.   Plaintiffs' counsel is attempting to accommodate the Defendant by way of providing a deposition date should one or more of the witnesses be present in the near future

in the United States. Occasionally, one of the desired witnesses travels to Richmond, Virginia. If, the witnesses are not scheduled to travel to the United States within the reasonable future, Plaintiffs are attempting to arrange for a deposition in Switzerland without Defendant having to undertake the process of subpoenaing the witnesses under the Hauge Treaty. The fact Plaintiffs filed suit in Texas is irrelevant to these depositions as noticed.

### III.
### CONCLUSION

10.   Plaintiffs do not have legal control necessary for Defendant to notice the individual Plaintiffs deposition and compel their attendance in Texas. The Federal Rules of Civil Procedure does not allow for these witnesses to be noticed at the location that has been set by the Defendant. There is no employee of the corporation named in the corporate deposition notice available who would be present to testify with regard to the matters made the basis of this lawsuit, or, in fact any witness from that corporation as it is no longer in existence. Plaintiffs are attempting to work with Defendant to make taking the depositions as easy as possible.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Motion for Protection be granted and the depositions noticed by the Defendant be quashed, and for such other and further relief for which this Honorable Court deems Plaintiffs are entitled.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:   (361) 888-7702
Facsimile:   (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

## CERTIFICATE OF CONSULTATION

Defendant, C. H. ROBINSON, is opposed to the granting of this Motion.

_____
Justin L. Williams

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 21st day of October, 2004, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

### DEFENDANT C.H. ROBINSON COMPANY'S
### AMENDED NOTICE OF ORAL DEPOSITION

To:  Plaintiff, ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., through its attorney of record, Justin L. Williams, 600 Leopard St., Suite 1810, Corpus Christi, Texas 78473.

Please take notice that under Federal Rule of Civil Procedure 30, Defendant, C.H. Robinson Company, will take the oral deposition of ABB Power Generation, Ltd. on October 26, 2004 at 9:00 A.M. at the offices of McGinnis, Lochridge & Kilgore, LLP, 3200 One Houston Center, 1221 McKinney St., Houston, Texas 77006.

1. ABB Power Generation, Ltd. is directed to designate a person or persons to testify who have the most knowledge on its behalf in the following matters:

   a. The relationship between C.H. Robinson and ABB Power Generation, Ltd.

   b. Any purported breaches of contract alleged to have occurred on or after July 16, 1999.

   c. Factual bases, if any exist, to support the contention that C. H. Robinson was an agent of ABB.

  d. Factual bases, if any exist, to support the contention that ABB's liability in the underlying lawsuits was purely vicarious in nature.

2. The deposition will be recorded stenographically by a qualified reporter for all purposes authorized under the Federal Rules of Civil Procedure.

Respectfully submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: *Steven J. Watkins*
Steven J. Watkins
State Bar No. 20927700
So. Dist. Bar No. 146
Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Amended Notice of Oral Deposition has been served via facsimile and via certified mail, return receipt requested, on this the 7th day of October, 2004, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

                                             _____
                                             Steven J. Watkins

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § § | |

**DEFENDANT C.H. ROBINSON COMPANY'S
AMENDED NOTICE OF ORAL DEPOSITION**

To:   Plaintiff, ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., through its attorney of record, Justin L. Williams, 600 Leopard St., Suite 1810, Corpus Christi, Texas 78473.

Please take notice that under Federal Rule of Civil Procedure 30, Defendant, C.H. Robinson Company, will take the oral deposition of Sandro Lepori on October 27, 2004 at 1:00 P.M. at the offices of McGinnis, Lochridge & Kilgore, L.L.P., 3200 One Houston Center, 1221 McKinney St., Houston, Texas 77006.

1. The deposition will be recorded stenographically by a qualified reporter for all purposes authorized under the Federal Rules of Civil Procedure.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: /s/ Steven J. Watkins
Steven J. Watkins
State Bar No. 20927700
So. Dist. Bar No. 146
Karen C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Amended Notice of Oral Deposition has been served via facsimile and via certified mail, return receipt requested, on this the 7th day of October, 2004, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

/s/ Steven J. Watkins
Steven J. Watkins

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. <br><br> Plaintiffs <br><br> vs. <br><br> C.H. ROBINSON COMPANY <br><br> Defendant | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-192 |

### DEFENDANT C.H. ROBINSON COMPANY'S
### AMENDED NOTICE OF ORAL DEPOSITION

To:   Plaintiff, ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., through its attorney or record, Justin L. Williams, 600 Leopard St., Suite 1810, Corpus Christi, Texas 78473.

Please take notice that under Federal Rule of Civil Procedure 30, Defendant, C.H. Robinson Company, will take the oral deposition of Roland Schneider on October 28, 2004 at 9:00 A.M. at the offices of McGinnis, Lochridge & Kilgore, LLP, 3200 One Houston Center, 1221 McKinney St., Houston, Texas 77006.

1.  The deposition will be recorded stenographically by a qualified reporter for all purposes authorized under the Federal Rules of Civil Procedure.

Respectfully submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: /s/ Steven J. Watkins
Steven J. Watkins
State Bar No. 20927700
So. Dist. Bar No. 146
Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Amended Notice of Oral Deposition has been served via facsimile and via certified mail, return receipt requested, on this the 7th day of October, 2004, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

/s/ Steven J. Watkins
Steven J. Watkins

2