IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 2 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL. Plaintiffs | § § § § | |
| v. | § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY Defendant. | § § § § | |

### ORDER

BE IT REMEMBERED that on October 25, 2004, the Court **ORDERED** Defendant to respond to Plaintiffs' Motion for Protection no later than Monday, November 1, 2004. The Court notes that it received Plaintiffs' request for protection on October 22, only two business days prior to the first scheduled deposition Plaintiffs wish to quash. Defendant served on Plaintiffs its Amended Notices of Oral Depositions via fascimile and certified mail on October 7. Plaintiffs waited until October 22 to submit the present motion, thus impeding the Court's ability to rule on the opposed motion, after giving Defendant an opportunity to respond, by the October 26 deadline. At this late date, based on Plaintiffs' representation that the individuals noticed for depositions are not presently in the United States, it is unlikely that if the Court were to deny Plaintiffs' motion, Plaintiffs would have had the ability to produce the individuals on such short notice. The Court's delay in ruling on the Motion for Protection will not, therefore, likely prejudice the parties. The Court will rule on the motion promptly upon receipt of Defendant's response.

DONE this 25th day of October, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge