## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

## DEFENDANT C.H. ROBINSON COMPANY'S
## AMENDED NOTICE OF ORAL DEPOSITION

To: Plaintiff, ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., through its attorney of record, Justin L. Williams, 600 Leopard St., Suite 1810, Corpus Christi, Texas 78473.

Please take notice that under Federal Rule of Civil Procedure 30, Defendant, C.H. Robinson Company, will take the oral deposition of ABB Power Generation, Ltd. on October 26, 2004 at 9:00 A.M. at the offices of McGinnis, Lochridge & Kilgore, LLP, 3200 One Houston Center, 1221 McKinney St., Houston, Texas 77006.

1. ABB Power Generation, Ltd. is directed to designate a person or persons to testify who have the most knowledge on its behalf in the following matters:

   a. The relationship between C.H. Robinson and ABB Power Generation, Ltd.

   b. Any purported breaches of contract alleged to have occurred on or after July 16, 1999.

   c. Factual bases, if any exist, to support the contention that C. H. Robinson was an agent of ABB.

d.    Factual bases, if any exist, to support the contention that ABB's liability in the underlying lawsuits was purely vicarious in nature.

2.    The deposition will be recorded stenographically by a qualified reporter for all purposes authorized under the Federal Rules of Civil Procedure.

Respectfully submitted,

McGinnis, Lochridge & Kilgore, L.L.P.

By: _Steven J. Watkins_

Steven J. Watkins
State Bar No. 20927700
So. Dist. Bar No. 146
Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone:  (713) 615-8500
Facsimile:  (713) 615-8585

Attorneys for Defendant
C.H. Robinson Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Amended Notice of Oral Deposition has been served via facsimile and via certified mail, return receipt requested, on this the 7th day of October, 2004, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473


Steven J. Watkins