UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § | | |
| Plaintiffs § | | CIVIL ACTION NO. B:03-CV-192 |
| vs. § § | | |
| C.H. ROBINSON COMPANY § § | | |
| Defendant § | | |

## ORDER ON PLAINTIFFS' MOTION FOR PROTECTION AND DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' REMAINING CLAIMS

After considering Defendant C.H. Robinson Company's Response to Plaintiffs' Motion for Protection and C.H. Robinson's Motion to Amend Scheduling Order, and in the alternative, Motion to Strike Claims, the Court

DENIES Plaintiffs' Motion for Protection, and

GRANTS Defendant C.H. Robinson's Motion to Strike all Plaintiffs' remaining claims.

SIGNED on this _____ day of _____, 2004.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 4-6 days ■ Bench ☐ Jury

2. New parties must be joined by: N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: 6/15/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: 1/17/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************The Court will provide these dates************************

6. Dispositive Motions will be filed by: 2/15/2005

7. Joint pretrial order is due: _____

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _____

9. Jury Selection is set for 9:00 a.m. on: _____
   *(The case will remain on standby until tried)*

Signed _____, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1