United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.** § § § | |
| **Plaintiffs** § § | |
| v. § | C.A. No. B-03-192 |
| § § | |
| **C. H. ROBINSON COMPANY** § § | |
| **Defendant.** § § | |

## CLARIFICATION TO PARTIES

BE IT REMEMBERED that on November 17, 2004, it came to the Court attention that the parties did not receive this Court's October 25, 2004, order in which the Court set a deadline for Defendant's response to Plaintiffs' Motion for Protection. As the Court previously mentioned in its November 16, 2004, order, the Court considered Defendant's response before disposing of the motion, and thus Defendant was in no way penalized or prejudiced by the Clerk's noticing error.

DONE this 17th day of November 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge