UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
DEC 1 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

ABB KRAFTWERKE AKTIENGESELLSCHAFT, §
and ABB ALSTOM POWER (SWITZERLAND)
LTD., formerly known as ABB POWER
GENERATION, LTD.

vs. § Civil Action No. B-03-192

C. H. ROBINSON COMPANY §

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4-6__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by:   ____N/A____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __6/15/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   __1/30/2005__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:   __2/28/2005__

7. Joint pretrial order is due:   __5/11/2005__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __5/25/2005__

9. Jury Selection is set for 9:00 a.m. on:   ____N/A____
   *(The case will remain on standby until tried)*

Signed __December 16__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge