```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3   ABB KRAFTWERKE                  )
     AKTIENGESELLSCHAFT,             )
 4   ET AL.,                         )
                                     )
 5             PLAINTIFFS,           )
                                     )
 6   VS.                             ) CIVIL ACTION
                                     ) NO. B-03-192
 7                                   )
     C.H. ROBINSON COMPANY,          )
 8                                   )
               DEFENDANT.            )
 9
```

***********************************************************

             ORAL DEPOSITION OF

             JOHN R. BARRY,

       CORPORATE REPRESENTATIVE OF THE PLAINTIFFS

             DECEMBER 15, 2004

***********************************************************


     ORAL DEPOSITION OF JOHN R. BARRY, produced as a
witness at the instance of the Defendant, and duly
sworn, was taken in the above-styled and numbered cause
on DECEMBER 15, 2004, from 3:04 p.m. to 3:55 p.m.,
before Shanna Obenberger, CSR in and for the State of
Texas, reported by machine shorthand, at the offices of
McGinnis, Lochridge & Kilgore, L.L.P, 3200 One Houston
Center, 1221 McKinney Street, Houston, Harris County,
Texas, pursuant to the Federal Rules of Civil Procedure.

**EXHIBIT A**

COPY            JOB NUMBER:_____

ROSS REPORTING SERVICES, INC.   (281)484-0770

1  Q.  I think the last question I asked you is
2 redundant, but I just want to make sure I'm getting
3 whatever information you might have about this.
4      Do you know of anything that C.H. Robinson
5 was supposed to do under this contract that they didn't
6 do or that they did improperly after July 16, 1999?
7  A.  I do not know.
8  Q.  Do you know when C.H. Robinson completed
9 performing services for ABB under this contract?
10  A.  No, I do not.
11  Q.  Let me show you another document that we'll
12 mark Exhibit 4.
13      Hold on. I don't believe that's the
14 complete document.
15      (Barry Exhibit Number 4 was marked for
16       identification and is attached hereto.)
17  Q.  (BY MS. CIOTTI)  Exhibit Number 4 is actually
18 two pages.
19  A.  Yeah.
20  Q.  Have you seen that document before?
21  A.  Yes.
22  Q.  Can you identify it for me?
23  A.  It's a letter and invoice from C.H. Robinson
24 to ABB, invoicing for services rendered, also
25 referencing an amount to cover project contingency costs

1    Q.   With that understanding, that you can't give
2 me a legal definition for agency, tell me why it is that
3 you believe C.H. Robinson was acting as ABB's agent.
4    A.   Well, they undertook responsibilities on
5 behalf of a benefit to ABB, and those responsibilities
6 are outlined in general in their contract which outlines
7 in general scope of services, and the representations
8 that were made, you know, verbally and in meetings,
9 which are referenced in some of the depositions, by C.H.
10 Robinson to ABB and the fact that they were operator and
11 under a fixed price contract subject to compensation for
12 additional services, you know, and said they would
13 execute all services necessary to move the generator
14 from the barge and deliver it to the job site. And they
15 had, in my opinion, total control and responsibility for
16 the execution, which goes to lump-sum, turnkey services.
17             MS. CIOTTI:  Can we take a break?
18             MR. WILLIAMS:  Sure.
19             (Recess was taken from 3:42 p.m. to
20             3:48 p.m.)
21    Q.   (BY MS. CIOTTI)  Mr. Barry, I just want to go
22 over the topics that were listed in the notice of
23 deposition and make sure that we've covered all these.
24 And right now I'm looking at Exhibit Number 1.
25             Exhibit Number 2 and Exhibit Number 1, the

1 Robinson did wrong?
2      A.   No, I don't know any factual basis.  All I
3 know is what I read in the depositions and the
4 attachments.
5      Q.   Okay.  From reading those depositions and the
6 attachments, did you learn anything there that would
7 support the argument that any liability ABB had in the
8 underlying lawsuit was based solely on things that C.H.
9 Robinson did or didn't do?
10     A.   No, I don't, because I don't know the facts of
11 the underlying lawsuits.
12     Q.   I believe we've covered E, the relationship
13 between ABB Power Generation, Limited, and the
14 plaintiffs.
15          Do you know where Mr. Lepori is now?
16     A.   I understand he's in Baden, Switzerland.
17     Q.   Do you know how to contact him?
18     A.   No, I do not.
19     Q.   Do you know where Alfred Koller is?
20     A.   I understand he's also in Baden.
21     Q.   Do you know how to contact him?
22     A.   No, I do not.
23     Q.   How about Roland Schneider?
24     A.   Baden as well from what I understand.
25     Q.   Do you know how to contact him?

```
1    A.    No, I do not.
2    Q.    How about Lucerio Moreli?
3    A.    I also understand that he or she is in Baden.
4    Q.    Do you know how to contact Mr. or Ms. Moreli?
5    A.    No, I do not.
6    Q.    Have you ever spoken to any of these
7 individuals?
8    A.    No, I haven't.
9            MS. CIOTTI:  That's all I have.
10           THE WITNESS:  Very good.
11           MS. CIOTTI:  Thank you, Mr. Barry.
12           THE WITNESS:  Thank you.
13           (Deposition concluded at 3:55 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```