UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | § § § § § § § § § § § § § | CIVIL ACTION NO. B:03-CV-192 |

## ORDER ON DEFENDANT C.H. ROBINSON'S MOTION FOR PROTECTION

After considering Defendant C.H. Robinson Company's Motion for Protection concerning the depositions of Sandro Lepori and Roland Schneider, and Plaintiffs' responses thereto, the Court

GRANTS Defendant's Motion for Protection.

SIGNED on this _____ day of February, 2005.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE