United States District Court
Southern District of Texas
ENTERED

FEB 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL. **Plaintiffs** | § § § § | |
| v. | § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY | § § § | |
| **Defendant.** | § | |

### ORDER

BE IT REMEMBERED that on February 3, 2005, the Court **ORDERED** the parties to appear for a hearing on Defendant's Motion for Protective Order. The hearing is scheduled for Friday, February 4, 2005, at 1:30 p.m.

DONE this 3rd day of February, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge