United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.<br>Plaintiffs | § § § § | |
| v. | § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY<br>Defendant. | § § § § | |

## ORDER

BE IT REMEMBERED that on February 4, 2005, the Court **GRANTED** Defendant's Motion for Protective Order and quashed Plaintiff's notice of depositions for Sandro Lepori and Roland Schneider *unless* Plaintiff agrees to pay for Defendant's travel expenses, as outlined below, associated with taking these depositions in Europe. Having heard the parties' arguments, and considering the fact that the witnesses have already been deposed in an underlying lawsuit, the Court finds Defendant's burden in attending the depositions in Europe outweighs the benefit of Plaintiff's need to conduct the depositions. Should Plaintiff wish to depose these witnesses, it is **ORDERED** to pay Defendant's *reasonable* travel expenses in the following manner: the cost of one coach fare plane ticket and no more than $175.00 per day for counsel's meals and hotel. The Court finds these travel expenses to be equitable given the circumstances of this case.

DONE this 4th day of February, 2005 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge