UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br>  Plaintiffs<br>VS.<br><br>C. H. ROBINSON COMPANY<br>  Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. B:03-CV-192 |

### PLAINTIFFS' ENLARGEMENT OF TIME TO FILE EXHIBITS TO MOTION TO RECONSIDER APPLICATION OF SWISS LAW

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Enlargement of Time to file Exhibits (Deposition Excerpts) to Motion to Reconsider Application of Swiss Law, and would show this Honorable Court as follows:

I.

1. The deposition of Sandro Lepori was obtained on February 14, 2005 in Venice, Italy. The deposition of Roland Schneider was obtained on February 15, 2005 in Venice, Italy.

2. The deposition of the C. H. Robinson Corporate Representative is scheduled for Friday, February 25, 2005 in Houston, Texas, and the parties are attempting to obtain the deposition of Jim Hamilton which was last discussed as taking place on February 28, 2005 in Orlando, Florida.

3. The above-deposition transcripts are not yet available. The court's deadline for filing of contested motions is February 28, 2005.

4. Plaintiffs' counsel is out of the office on February 24th, 25th, and 28th as indicated, in a mediation and for the scheduled depositions. The deposition transcripts from Venice have not yet arrived.

5. Plaintiffs ask that they be allowed to attach the excerpts from the depositions which support their motion upon receipt of the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that its Motion for Enlargement of Time to attach deposition excerpts as Exhibits to the Motion for Rehearing be in all things granted and for such other and further relief to which Plaintiffs show itself justly entitled.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:   (361) 888-7702
Facsimile:    (361) 888-7717

By: _____
Justin L. Williams

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 23rd day of February, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams