# APPENDIX

## TABLE OF CONTENTS

**TAB NO.**

1.  February 16, 1999 Contract between ABB Power Generation Ltd. and C.H. Robinson

2.  Excerpts from April 7, 2000 Deposition of Roland Schneider

3.  Excerpts from April 7, 2000 Deposition of Sandro Lepori

4.  Excerpts from April 7, 2000 Deposition of Andreas Rebholz

5.  Excerpts from January 7, 2000 Deposition of Charles E. Cherrington

6.  Excerpts from March 13, 2000 Deposition of Rigoberto Zavala

7.  December 1999 Compromise Settlement and Release Agreement between C.H. Robinson and Zamora Family

8.  November 29, 1999 Rule 11 Agreement between C.H. Robinson and Zamora Family

9.  ABB's Cross-Action against C.H. Robinson in Cause No. 99-04-1644-E, *Graciela Zamora, et al. v. ABB Kraftwerke Aktiengesellschaft, et al.*, In the 357th Judicial District Court of Cameron County, Texas

10. ABB's Non-Suit of Cross-Action against C.H. Robinson in Cause No. 99-04-1644-E, *Graciela Zamora, et al. v. ABB Kraftwerke Aktiengesellschaft, et al.*, In the 357th Judicial District Court of Cameron County, Texas

11. Plaintiffs' Thirteenth Amended Original Petition in Cause No. 99-04-1644-E, *Graciela Zamora, et al. v. ABB Kraftwerke Aktiengesellschaft, et al.*, In the 357th Judicial District Court of Cameron County, Texas

12. Plaintiffs' Fourteenth Amended Original Petition in Cause No. 99-04-1644-E, *Graciela Zamora, et al. v. ABB Kraftwerke Aktiengesellschaft, et al.*, In the 357th Judicial District Court of Cameron County, Texas

13. March 22, 1999 Lifting Services Agreement between Schaefer Setevedoring [sic] and Brownsville Barge and Crane, Inc., including Exhibit "A" (indemnity agreement between ABB and Brownsville Barge & Crane, Inc.)

14. *ABB Kraftwerke Aktiengesellschaft v. Brownsville Barge & Crane, Inc.*, 115 S.W.3d 287 (Tex. App. – Corpus Christi, pet. denied).

15. Court's September 30, 2004 Order, denying Plaintiffs' Motion for Application of Swiss Law, and denying in part and granting in part Defendant's Amended Motion to Dismiss

16. November 19, 2004 Notice of Deposition of Corporate Representative of ABB Alstom Power (Switzerland) Ltd.

17. Excerpts from December 15, 2004 Deposition of John R. Barry, Corporate Representative of the Plaintiffs

18. Plaintiffs' Answers and Objections to Defendant C.H. Robinson's First Set of Interrogatories in Civil Action No. B-03-192, *ABB Kraftwerke Aktiengesellschaft et al. v. C.H. Robinson Company,* In the United States District Court for the Southern District of Texas, Brownsville Division

19. Business Records Affidavit of Ben G. Campbell

19a. Final Invoices from C.H. Robinson Company to ABB Power Generation Ltd. dated July 19, 1999

20. Excerpts from April 25, 2000 Deposition of James Hamilton

21. Excerpts from January 21, 2005 Deposition of Todd Strever

22. Excerpts from May 1, 2001 Deposition of Sandro Lepori

23. Excerpts from March 13, 2000 Deposition of Jose Cruz Garcia, Jr.

24. Excerpts from March 13, 2000 Deposition of Alfredo Arteaga

25. Excerpts from May 16, 2001 Deposition of Charles Cherrington

26. Excerpts from April 26, 2000 Deposition of Todd Strever