1

CAUSE NO. 99-04-1644-E

GRACIELA ZAMORA, INDIVIDUALLY            *    IN THE DISTRICT COURT
AND ON BEHALF OF THE ESTATE              *
OF HER LATE HUSBAND OSCAR                *
ZAMORA, SR. AND HIS ONLY                 *
CHILD OSCAR ZAMORA, JR. AND              *
ON BEHALF OF OLIVIA ZAMORA,              *
THE SURVIVING MOTHER AND                 *
ONLY SURVIVING PARENT OF                 *
OSCAR ZAMORA, SR.                        *
                                         *
AND ALL OTHERS ENTITLED TO               *
BRING A CAUSE OF ACTION FOR              *
HIS DEATH                                *
        Plaintiffs                       *
and                                      *
                                         *
ANGIE ZAMORA                             *
        Intervenor                       *    357TH JUDICIAL DISTRICT
                                         *
VS.                                      *
                                         *
ABB KRAFTWERKE                           *
AKTIENGESELLSCHAFT,                      *
                                         *
ABB ALSTOM POWER (SWITZERLAND)           *
LTD., FORMERLY KNOWN AS                  *
ABB POWER GENERATION, LTD., AND          *
                                         *
BROWNSVILLE BARGE & CRANE,               *
INC.                                     *
        Defendants                       *    CAMERON COUNTY, TEXAS

COPY

---

ORAL AND VIDEOTAPED DEPOSITION OF

RIGOBERTO ZAVALA

MARCH 13, 2000

---

ORAL AND VIDEOTAPED DEPOSITION OF RIGOBERTO ZAVALA,

produced as a witness duly sworn by me at the instance of the

Plaintiffs, taken in the above styled and numbered cause on

EX. 4

**Page 6**

1  these stipulations and agreements, it will be treated by the

2  parties hereto and may be used herein with the same force and

3  effect as though all statutes and rules relating to the

4  taking and returning into court of depositions had been fully

5  complied with.

6                        -oOo-

**Page 7**

1          ADELA GARCIA-MORENO, The Interpreter,

2  having first been duly sworn to translate, to the best of her

3  ability, from English to Spanish and from Spanish to English,

4  translated the following proceedings:

5                  RIGOBERTO ZAVALA,

6  having first been duly sworn, testified as follows:

7           E X A M I N A T I O N

8  BY MR. TINNING:

9      Q. Could you give us your full name, please, sir?

10     A. Rigoberto Zavala.

11     Q. Mr. Zavala, my name is Bill Tinning. I represent

12  the Zamora family, along with Bruce Tharpe. We just want to

13  ask you what you may know about the accident that happened to

14  Oscar Zamora, Senior.

15     A. Okay.

16     Q. If you don't understand a question, please tell

17  me. I'm trying to ask you very clear questions. If I

18  don't, it's on accident. So please tell me if you need me to

19  say it another way.

20     A. Okay.

21     Q. Okay? You understand that you're giving testimony?

22     A. Yes.

23     Q. Just as if you were in the courtroom in front of

24  the judge and the jury?

25     A. Yes.

**Page 8**

1      Q. Okay. Mr. Zavala, tell us what your job is.

2      A. I'm a mechanic. Yeah. Mechanic. Diesel mechanic.

3      Q. And who do you work for as a diesel mechanic?

4      A. For AMFELS.

5      Q. And where do you normally work?

6      A. There at AMFELS.

7      Q. At the Port of Brownsville?

8      A. Yes.

9      Q. How long have you worked there?

10     A. About four years.

11     Q. And were you at the Port at work on the day

12  Mr. Zamora got hurt?

13     A. Yes. I got there on the barge as a mechanic. I

14  was there. If there was anything needed for a machine or

15  something, I was there.

16     Q. Where were you when you first found out Mr. Zamora

17  had been hurt?

18     A. I was in the front part, seeing where -- seeing

19  towards where they were lifting -- doing the lifting.

20     Q. You were on the -- on the barge where the crane was?

21     A. Yes.

22     Q. And did the accident happen on the side of the

23  generator where you could see what happened?

24     A. Yes. Yes.

25     Q. Did you actually see Mr. Zamora's accident?

**Page 9**

1      A. Yes. I saw when he took off the bolt and it fell.

2  And the piece fell on him, and it was moving.

3      Q. And when you say a piece fell on him, is what we

4  have on Picture No. 3, is this the piece -- the kind of piece

5  that fell on him?

6      A. Yes. It was the one that had the bolts attached to

7  it. It was yellow.

8          MR. TINNING: If we can hold it up so the

9  camera can get it.

10     Q. (By Mr. Tinning)  Which bolts -- which bolts did you

11  see Mr. Zavala working on when the yellow piece came off on

12  him?

13         THE INTERPRETER: He wants to see the piece.

14     Q. (By Mr. Tinning)  Sure. How about maybe a bigger

15  picture of -- how about that one? Is that --

16     A. Okay. It's like this?

17     Q. Yes?

18     A. He only took one from here. This one. And it came

19  on top of him.

20     Q. And you're indicating that he was taking off one of

21  the lower bolts on the bottom, and when it came out, the

22  whole yellow piece fell on him?

23     A. Yes.

24     Q. Where did the yellow piece hit Mr. Zamora?

25     A. I saw that it fell right here (indicating) on him.

## CAUSE NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HER LATE HUSBAND OSCAR ZAMORA, SR. AND HIS ONLY CHILD OSCAR ZAMORA, JR. AND ON BEHALF OF OLIVIA ZAMORA, THE SURVIVING MOTHER AND ONLY SURVIVING PARENT OF OSCAR ZAMORA, SR. | § § § § § § § § | IN THE DISTRICT COURT OF |
| AND ALL OTHERS ENTITLED TO BRING A CAUSE OF ACTION FOR HIS DEATH | § § § | |
| Plaintiffs | § § § | |
| and | § § | |
| ANGIE ZAMORA | § § | |
| Intervenor | § § | |
| VS. | § § | 357TH JUDICIAL DISTRICT |
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, | § § § | |
| ABB ALSTROM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD., | § § § | |
| BROWNSVILLE BARGE & CRANE COMPANY, INC., | § § § | |
| C. H. ROBINSON COMPANY, AND | § § | |
| TODD STEVER, INDIVIDUALLY AND AS MANAGER AND EMPLOYEE OF C.H. ROBINSON COMPANY, | § § § | |
| Defendants | § | CAMERON COUNTY, TEXAS |

---

ADAMS & GRAHAM, L.L.P.
**COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT**
[S]; Files\R767\RELEASE.002

CHR / ABB
001950
PAGE 1 of 13

EX.7

## COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT

1.    **PARTIES:**   The parties to this Compromise, Settlement and Release Agreement are as follows:

a.    **RELEASING PARTIES:  Graciela Zamora,** Individually and on Behalf of the Estate of Her Late Husband Oscar Zamora, Sr. and his only minor child **Oscar Zamora, Jr., Olivia Zamora,** the Surviving Mother and Only Surviving Parent of Oscar Zamora, Sr. and **Angie Zamora,** the only adult child of Oscar Zamora, Sr.

b.    **RELEASED PARTIES:** (1) **C.H. ROBINSON COMPANY and TODD STREVER,** their agents, servants, employees, representatives, officers, directors, shareholders, affiliates and subsidiaries (collectively referred to as "Released Parties"); and (2) Released Parties' insurance carriers, **ZURICH INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,** only, but not ABB entities, Brownsville Barge & Crane Company, Inc. or any remaining Defendants.

2.    **RECITALS:**  Releasing Parties are asserting claims against Released Parties for personal injury and death damages arising out or or relating to the decedent, Oscar Zamora, Sr.'s, fatal accident on or about March 23, 1999, at the Port of Brownsville in Cameron County, Texas.  The Releasing Parties have heretofore filed suit in Cause No. 99-04-1644-E, in the 357th Judicial District Court of Cameron County, Texas.  The Releasing parties are desirous of terminating the litigation as to the Released Parties only and compromising and settling all claims of whatsoever kind and

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[8]; Files\R767\RELEASE.002

CHR / ABB
001951
PAGE 2 of 13

nature against the Released Parties only which have arisen in the past and which may arise in the future as a result of the occurrence described above.

Therefore, the parties desire to enter into this Compromise, Settlement and Release Agreement for consideration in full settlement and discharge of all such claims which have, or might be made by the Releasing Parties against any of the Released Parties, upon the terms and conditions set forth below. It is expressly understood and agreed by the parties hereto that the terms are contractual and not merely recitals, and that the agreements herein contained and the consideration transferred are to buy peace, and that no payments made, nor releases or other consideration given shall be construed to be nor are they an admission of liability, all liability being expressly denied.

Releasing Parties do not intend to release the other Defendants named in the subject lawsuit and the Releasing Parties specifically reserve any and all claims against such other Defendants.

Releasing Parties and Released Parties, agree to request the Court to enter a Judgment incorporating the terms of this Compromise, Settlement and Release Agreement, concluding all claims as outlined herein and that there be a severance of such settled claims so that the Judgment may become final.

3.      **CONSIDERATION:** In consideration of the amounts stated in ¶ 5, the receipt and sufficiency of which is hereby acknowledged and confessed by all of the parties hereto, and in further consideration of all of the mutual covenants and agreements contained herein, Releasing Parties and Released Parties agree that all matters arising out of or in any way related to the occurrence made the basis of these

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[B]; Files\R767\RELEASE.002

CHR / ABB
001952

PAGE 3 of 13

claims will be, and hereby are, fully and finally compromised and settled as between the Releasing Parties and Released Parties.

4.    **RELEASES:** Releasing Parties, in consideration of the payments made and the obligations assumed hereunder, hereby **RELEASE, ACQUIT AND FOREVER DISCHARGE** the Released Parties, their heirs, administrators, executors, parent companies, affiliates, subsidiaries, representatives, agents, employees, shareholders, attorneys, insurers, officers, directors, successors and assigns, of and from any and all claims, demands, damages, causes of action, debts, liabilities or controversies of any kind whatsoever, whether known or unknown, now existing or that might arise hereafter and any future wrongful death claims, including but not limited to those directly or indirectly attributable to, involving, arising out of, or in any manner resulting from the actions or conduct of the Released Parties as such relates to the decedent's, Oscar, Zamora, Sr.'s, fatal accident on or about March 23, 1999, at the Port of Brownsville in Cameron County, Texas, which is made the basis of this suit and as more particularly described in Releasing Parties pleadings on file herein; it being intended to release all claims of any kind which the Releasing Parties might have against the Released Parties, whether asserted in the above-entitled and numbered cause or not.

As to the Released Parties, Releasing Parties expressly waive and assume the risk of any and all claims for damages which exist as of this date, but of which the Releasing Parties do not know or suspect to exist, whether through ignorance, or oversight, error, negligence, or otherwise and which, if known would materially affect Releasing Parties' decision to enter into this settlement agreement.    The Releasing

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[8]; Files\R767\RELEASE.002

CHR / ABB
001953

PAGE 4 of 13

Parties further agree that they accepted payment of the consideration paid in settlement as a complete compromise of all matters involving disputed issues of law and fact with regards to the potential liability of the Released Parties. Releasing Parties assume the risk that the facts or law may be other than Releasing Parties believe. It is understood and agreed by the parties that this settlement is a compromise of a doubtful and disputed claim, and that payment of the consideration herein recited is not to be construed as an admission of liability on the part of the Released Parties, their agents, servants or employees, which is wholly and expressly denied.

### 5. PAYMENTS:

The Insurer on behalf of the Released Parties agree to pay to the Releasing Parties consideration as hereinafter recited:

a.      To **GRACIELA ZAMORA**, Individually, and on behalf of the Estate of Her Late Husband Oscar Zamora, Sr. the sum of Five Hundred Thousand and No/100 Dollars ($500,000.00);

b.      To **GRACIELA ZAMORA** as Next Friend of the minor child, Oscar Zamora, Jr. the sum of Three Hundred Thousand and No/100 Dollars ($300,000.00), of which One Hundred Thousand and No/100 Dollars ($100,000.00) is reimbursement for attorney's fees and expenses incurred in the prosecution of the minor's claim and Two Hundred Thousand and No/100 Dollars ($200,000.00) is to be paid into the registry of the Court;

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[8]; Files\R767\RELEASE.002

CHR / ABB
001954

PAGE 5 of 13

c.    To **OLIVIA ZAMORA**, the surviving mother and only surviving parent of Oscar Zamora, Sr., the sum of One Hundred Ten Thousand and No/100 Dollars ($110,000.00); and

d.    To **ANGIE ZAMORA**, the only adult child of Oscar Zamora, Sr., the sum of Ninety Thousand and No/100 Dollars ($90,000.00).

6.   **WARRANTIES OF RELEASING PARTIES:**

NON-ASSIGNMENT OF CLAIMS:

a.    Releasing Parties warrant and represent that they have not assigned, pledged, or otherwise in any manner whatsoever, sold or transferred, any right, title, interest or claim which Releasing Parties have or may have arising out of the claims, except as to counsel named below who by signing this instrument are fully releasing all claims and causes of action against Released Parties which they may have for attorney's fees or any assigned interest in the claims in exchange for the consideration set out herein. If any warranties or representations made by Releasing Parties herein prove incorrect for any reason, **RELEASING PARTIES, AND NOT THEIR ATTORNEYS, AGREE FOR THEMSELVES, THEIR HEIRS, EXECUTORS, ADMINISTRATORS, LEGAL REPRESENTATIVES, SUCCESSORS AND ASSIGNS TO INDEMNIFY RELEASED PARTIES, OR ANY OF THEM, FOR ANY JUDGMENTS OR SETTLEMENTS DUE TO ANY CLAIM OR LAWSUIT ASSERTED BY ANY THIRD PARTY CLAIMING THROUGH RELEASING PARTIES AS AN ASSIGNEE, PLEDGEE, SUBROGEE, OR IN ANY MANNER ASSERTING ENFORCEMENT OF THE RIGHTS OF RELEASING PARTIES;**

b.    Each of the adult Releasing Parties represent that they are fully competent to execute this Compromise, Settlement and Release agreement;

c.    **OLIVIA ZAMORA** represents that she is the surviving natural mother of the decedent, Oscar Zamora, Sr. and that Oscar Zamora, Sr.'s father is deceased;

d.    **GRACIELA ZAMORA** represents she is the widow of Oscar Zamora, Sr. and the natural mother of Oscar Zamora, Jr. and he is the only minor natural child of the Decedent, **Oscar Zamora, Sr.**;

e.    **ANGIE ZAMORA** represents that she is the only adult child of the decedent, Oscar Zamora, Sr.;

f.    **OLIVIA ZAMORA, GRACIELA ZAMORA** and **ANGIE ZAMORA** all represent that **ANGIE ZAMORA** and **OSCAR ZAMORA, JR.**, are the only natural children of **Oscar Zamora, Sr.** and that they, with **OSCAR ZAMORA, JR.** are the only persons competent, capable and qualified as the surviving heirs, beneficiaries and claimants pursuant to the Texas Wrongful Death and Survival Statutes to bring such claims as they are the only proper claimants as the sole surviving wife, mother and children of the deceased.

7.    **INDEMNITY:**

**IT IS THE INTENTION OF THE PARTIES TO THIS AGREEMENT THAT THE RELEASED PARTIES (OR ANY OF THEM) CAN HAVE NO FURTHER LIABILITY FOR ANY DAMAGES ARISING BY, THROUGH OR UNDER THE RELEASING PARTIES AND ARISING OUT OF THE SUBJECT INCIDENT.   THE RELEASING PARTIES FURTHER AGREE TO FOREVER INDEMNIFY AND HOLD HARMLESS THE**

CHR / ABB
001956

**RELEASED PARTIES, FROM AND AGAINST EACH AND EVERY CLAIM, DEMAND, CAUSE OF ACTION, LAWSUIT, JUDGMENT OR AWARD BY OR IN FAVOR OF ANY OTHER PERSON OR ENTITY WHICH RELATES TO, RESULTS FROM, IS BASED ON OR ARISES OUT OF OR IN CONNECTION WITH ANY CLAIM, CAUSE OF ACTION, ACT, TRANSACTION, OR OCCURRENCE WHICH IS THE SUBJECT OF THIS LAWSUIT AND ARISES BY, THROUGH OR UNDER THE RELEASING PARTIES WHETHER ASSERTED DIRECTLY OR INDIRECTLY, BY WAY OF CONTRIBUTION, COMMON LAW INDEMNITY, CONTRACTUAL INDEMNITY, STATUTORY INDEMNITY, LIENS OR OTHERWISE, EITHER IN THIS SUIT OR ANY OTHER LAWSUIT.**

8.    **LIENS:**  Releasing Parties represent that there are no outstanding liens[1] arising by, through or under the Releasing Parties which would attach to the payments referenced herein but in the event they be mistaken then the Releasing Parties agree to satisfy and discharge any alleged lien, any and all hospital liens, medical expenses, or insurance liens and/or subrogation liens and agree that Released Parties are fully released of responsibility. **RELEASING PARTIES FURTHER AGREE TO INDEMNIFY AND SAVE HARMLESS THE RELEASED PARTIES OF AND FROM ALL LOSS, DAMAGE AND EXPENSES, INCLUDING ATTORNEY'S FEES, IF SUCH LIENS ARE NOT SO DISCHARGED.**  As part of the consideration for this Agreement, Releasing Parties agree to furnish, upon request, to Released Parties proof of discharge of the liens, if any, mentioned herein.

---

[1]    **Other than a disputed Longshore and Harbor Workers' compensation lien.**

ADAMS & GRAHAM, L.L.P.
**COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT**
[8]; Files\R767\RELEASE.002                                                PAGE 8 of 13

CHR / ABB
001957

9.    **ADDITIONAL DOCUMENTS:**  All parties agree to cooperate fully and execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Compromise, Settlement and Release Agreement.

10.    **EFFECTIVENESS:** This Compromise, Settlement and Release Agreement shall become effective immediately following execution by each of the parties.

11.    **CAPTIONS:**  The captions of this agreement are intended for convenience only and shall have no effect upon the interpretation of this agreement.

12.    **SUCCESSIONS:**    The terms, provisions, covenants and conditions contained in this agreement shall apply to and inure to the benefit of and be binding upon the parties hereto and their respective successors in interest and legal representatives, heirs, executors, administrators, successors and assigns, except as otherwise herein expressly provided.

13.    **APPLICABLE LAW:**  This agreement shall be governed by and construed in accordance with the laws of the State of Texas.  If any provision of this Agreement or any provision hereafter adopted shall for any reason be found to be inapplicable, invalid, illegal, or unenforceable in any respect, such inapplicability, invalidity, illegality or unenforceability shall not affect any other provision of this Agreement, but this Agreement shall be construed as if such provision had never been contained herein or in the alternative, such provision shall be modified to the extent of such inapplicability, invalidity, illegality, or other unenforceability.

14.    **INTEGRATED AGREEMENTS; MODIFICATIONS; WAIVER:**    This Agreement contains all of the agreements of the parties and cannot be amended or modified except by written agreement of the parties.  No waiver of any of the provisions of this agreement shall be deemed, or shall constitute, a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver.  No waiver shall be binding unless executed in writing by the party making the waiver.

15.    **NUMBER AND GENDER DEFINED:** As used in this Agreement, whenever the context so indicates, the masculine, feminine or neuter gender, and the singular or plural number, shall each be deemed to include the others.

**EXECUTED** on this the _____ day of December, 1999.

_Graciela Zamora_
_____
**GRACIELA ZAMORA,** Individually and
on Behalf of the Estate of Her
Late Husband Oscar Zamora, Sr. and
His Only Minor Child Oscar Zamora, Jr.


_____
**OLIVIA ZAMORA,** as the Only Surviving
Parent of Oscar Zamora, Sr., Deceased


_____
**ANGIE ZAMORA,** the Only Adult Child
of Oscar Zamora, Sr., Deceased

CHR / ABB
001959

14.    **INTEGRATED AGREEMENTS; MODIFICATIONS; WAIVER:**    This Agreement contains all of the agreements of the parties and cannot be amended or modified except by written agreement of the parties. No waiver of any of the provisions of this agreement shall be deemed, or shall constitute, a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver. No waiver shall be binding unless executed in writing by the party making the waiver.

15.    **NUMBER AND GENDER DEFINED:** As used in this Agreement, whenever the context so indicates, the masculine, feminine or neuter gender, and the singular or plural number, shall each be deemed to include the others.

EXECUTED on this the _____ day of December, 1999.

 

_____
**GRACIELA ZAMORA, Individually and**
on Behalf of the Estate of Her
Late Husband Oscar Zamora, Sr. and
His Only Minor Child Oscar Zamora, Jr.

*Olivia Zamora*
_____
**OLIVIA ZAMORA, as the Only Surviving**
Parent of Oscar Zamora, Sr., Deceased

 

_____
**ANGIE ZAMORA, the Only Adult Child**
of Oscar Zamora, Sr., Deceased

14.   INTEGRATED AGREEMENTS; MODIFICATIONS; WAIVER:   This Agreement contains all of the agreements of the parties and cannot be amended or modified except by written agreement of the parties. No waiver of any of the provisions of this agreement shall be deemed, or shall constitute, a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver. No waiver shall be binding unless executed in writing by the party making the waiver.

15.   NUMBER AND GENDER DEFINED:   As used in this Agreement, whenever the context so indicates, the masculine, feminine or neuter gender, and the singular or plural number, shall each be deemed to include the others.

EXECUTED on this the _____ day of December, 1999.

GRACIELA ZAMORA, individually and
on Behalf of the Estate of Her
Late Husband Oscar Zamora, Sr. and
His Only Minor Child Oscar Zamora, Jr.

*Olivia Zamora*
OLIVIA ZAMORA, as the Only Surviving
Parent of Oscar Zamora, Sr., Deceased

*Angie Zamora*
ANGIE ZAMORA, the Only Adult Child
of Oscar Zamora, Sr., Deceased

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[W] File\82767\RELEASE.902                                    PAGE 10 of 13

CHR / ABB
001961

**APPROVED:**

**LAW OFFICE OF WILLIAM J. TINNING**
1013 Bluff Ddrive
Portland, Texas 78374
Telephone:          361/643-9200
Facsimile:          361-643-9600

By: _____
       William J. Tinning
       State Bar No. 20060500

**LEAD ATTORNEY FOR PLAINTIFFS**

**LAW OFFICES OF R. BRUCE THARPE**
P. O. Box 4401
Brownsville, Texas 78523-4401
Telephone:          956/793-7760

By: _____
       R. Bruce Tharpe
       State Bar No. 19823800

**COUNSEL FOR INTERVENOR, ANGIE ZAMORA**

---

ADAMS & GRAHAM, L.L.P.
**COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT**
[8]; Files\R767\RELEASE.002                                                    PAGE 11 of 13

CHR / ABB
001962

FEB-03-2000  15:08   FROM  ADAMS & GRAHAM,LLP        TO        19567829945   P.02

**APPROVED:**

**LAW OFFICE OF WILLIAM J. TINNING**
1013 Bluff Ddrive
Portland, Texas  78374
Telephone:          361/643-9200
Facsimile:          361-643-9600

By: _____
William J. Tinning
State Bar No. 20060500

**LEAD ATTORNEY FOR PLAINTIFFS**


**LAW OFFICES OF R. BRUCE THARPE**
P. O. Box 4401
Brownsville, Texas  78523-4401
Telephone:          956/793-7760

By: _____
R. Bruce Tharpe
State Bar No. 19823800

**COUNSEL FOR INTERVENOR, ANGIE ZAMORA**

CHR / ABB
001963

THE STATE {

OF TEXAS {

### ACKNOWLEDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared

**GRACIELA ZAMORA**, known to me to be the person who is subscribed to the foregoing

instrument and acknowledged to me that she executed the same in the capacity stated

and for the purposes and consideration therein expressed.

Given under my hand and seal of office this the _8th_ day of December, 1999.



Notary Public In and For
The State of Texas

(SEAL)

My commission expires: _10-24-2000_

THE STATE {

OF TEXAS {

LOUIS STEVEN SOROLA
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-24-2000

### ACKNOWLEDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared **OLIVIA**

**ZAMORA**, known to me to be the person who is subscribed to the foregoing instrument

and acknowledged to me that she executed the same in the capacity stated and for the

purposes and consideration therein expressed.

Given under my hand and seal of office this the _____ day of December, 1999.

Notary Public In and For
The State of Texas

(SEAL)

My commission expires: _____

ADAMS & GRAHAM, L.L.P.
**COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT**
[8]: F:\wcd\R767\RELEASE.002

PAGE 12 of 13

CHR / ABB
001964

THE STATE {

            :

OF TEXAS {

## ACKNOWLEDGMENT

       BEFORE ME, the undersigned authority, on this day personally appeared **GRACIELA ZAMORA**, known to me to be the person who is subscribed to the foregoing instrument and acknowledged to me that she executed the same in the capacity stated and for the purposes and consideration therein expressed.

       Given under my hand and seal of office this the _____ day of December, 1999.

                                    _____
                                    Notary Public In and For
                                    The State of Texas

(SEAL)

                                    My commission expires: _____

THE STATE {

            :

OF TEXAS {

## ACKNOWLEDGMENT

       BEFORE ME, the undersigned authority, on this day personally appeared **OLIVIA ZAMORA**, known to me to be the person who is subscribed to the foregoing instrument and acknowledged to me that she executed the same in the capacity stated and for the purposes and consideration therein expressed.

       Given under my hand and seal of office this the _9th_ day of December, 1999.

                                _Ymelda Gavito_
                                    Notary Public In and For
                                    The State of Texas

(SEAL)

           NOTARY PUBLIC
           STATE OF TEXAS
           Ymelda Gavito
         Notary Public, State of Texas
      My Commission Expires May 24, 2003

                                      My commission expires: _May 24, 2003_

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[8]: Files\R767\RELEASE.002                                 PAGE 12 of 13

THE STATE    {

OF TEXAS    {

**ACKNOWLEDGMENT**

    BEFORE ME, the undersigned authority, on this day personally appeared ANGIE

ZAMORA, known to me to be the person who is subscribed to the foregoing instrument

and acknowledged to me that she executed the same in the capacity stated and for the

purposes and consideration therein expressed.

*February, 2000*

    Given under my hand and seal of office this the 3rd day of ~~December, 1999~~.

R. Bruce Tha
Notary Public In and For
The State of Texas

My commission expires: _____



R BRUCE THARPE
NOTARY PUBLIC
(SEAL) State of Texas
Comm. Exp. 07-28-2003

ADAMS & GRAHAM, L.L.P.
COMPROMISE, SETTLEMENT AND RELEASE AGREEMENT
[8]; F5ssVR767IRELEASE.002

PAGE 13 of 13

TOTAL P.03

CHR / ABB
001966

LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

AFFILIATED WITH HILL GILSTRAP ADAMS & GRAHAM, L.L.P.

TOM LOCKHART
Partner

222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
TEL (956) 428-7495  FAX (956) 428-2954

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

November 29, 1999

## RULE 11 AGREEMENT

Mr. William J. Tinning                          <u>Via Fax No. 512/643-9600</u>
Law Office of William J. Tinning
1013 Bluff Drive
Portland, Texas  78374

RE:  Cause No. 99-04-1644-E
     Graciela Zamora, Individually, et al. v. C. H. Robinson Company and Todd
     Strever only
     Our File No.        :       R-767

Dear Bill:

This confirms our acceptance of your clients' (Graciela Zamora, Individually and on
Behalf of the Estate of Her Late Husband Oscar Zamora, Sr. and his only child Oscar
Zamora, Jr. and on behalf of Olivia Zamora, the Surviving Mother and Only Surviving
Parent of Oscar Zamora, Sr.) and Bruce Tharpe's intervening client's (Angie Zamora)
offer to settle any and all claims against my clients, C.H. Robinson Company (its agents,
employees and representatives) and Todd Strever, arising out of the subject accident for
the amount of $1 million[1], with an agreement to release, hold harmless and indemnify
my clients from any and all claims personal to or derivative of yours and Mr. Tharpe's
clients (whether asserted directly, or by way of lien, contribution, indemnification or
otherwise), as to C.H. Robinson Company and Todd Strever only. This transaction will
include the release of the comp lien, if any. But <u>all</u> claims versus the ABB entities and
Roland Schneider shall remain unaffected.

The $1 million will be paid by delivery to you on or before December 6, 1999, a draft in
the amount of $1 million payable to your trust account for distribution upon completion
of the friendly suit hearing, approval and judgment of the Court and complete execution
of all settlement documents.

---

[1] Plus Ad Litem fee but with no court costs.

[s]: C:\files\R767\Tinning.008

CHR / ABB
002278

EX. 8

Mr. William J. Tinning
Re: Zamora, et al. v. Brownsville Barge & Crane, Inc., et al.
November 29, 1999
Page 2


Please confirm this Rule 11 Agreement by signing in the place below and returning to
me by fax. I am also copying Mr. Tharpe on this letter and requesting that he do the
same.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.


TOM LOCKHART

TL/mm

AGREED TO:


William J. Tinning
**Attorney for Plaintiffs,**
**Graciela Zamora, Individually and on**
**Behalf of the Estate of Her Late Husband**
**Oscar Zamora, Sr. and his only child Oscar**
**Zamora, Jr. and on behalf of Olivia Zamora,**
**the Surviving Mother and Only Surviving**
**Parent of Oscar Zamora, Sr.**

Date: _____


AGREED TO:


_____
R. Bruce Tharpe
**Attorney for Intervenor,**
**Angie Zamora**

Date: _____

[S] C:\files\R767\Tinning.008

CHR / ABB
002279

Mr. William J. Tinning
Re: Zamora, et al. v. Brownsville Barge & Crane, Inc., et al.
November 29, 1999
Page 2

## RULE 11 AGREEMENT

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

TOM LOCKHART

TL/mm

AGREED TO:

_____

William J. Tinning,
Attorney for Plaintiffs,
Graciela Zamora, Individually and on
Behalf of the Estate of Her Late Husband
Oscar Zamora, Sr. and his only child Oscar
Zamora, Jr. and on behalf of Olivia Zamora,
the Surviving Mother and Only Surviving
Parent of Oscar Zamora, Sr.

Date: _____

AGREED TO:

R. Bruce Tharpe
Attorney for Intervenor,
Angie Zamora

Date: 11-29-99

(K: G:\Files\KDEF\Tinning.008

CHR / ABB
002280

11/30/99    16:25 ☎ :04/07 NO:385
NOV 30 '99    04:20PM

## CAUSE NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY | § | IN THE DISTRICT COURT OF |
| AND ON BEHALF OF THE ESTATE | § | |
| OF HER LATE HUSBAND, OSCAR | § | |
| ZAMORA, SR. AND HIS ONLY | § | |
| CHILD OSCAR ZAMORA, JR. AND | § | |
| ON BEHALF OF OLIVIA ZAMORA, | § | |
| THE SURVIVING MOTHER AND | § | |
| ONLY SURVIVING PARENT OF | § | |
| OSCAR ZAMORA, SR. | § | |
| | § | |
| AND ALL OTHERS ENTITLED TO | § | |
| BRING A CAUSE OF ACTION FOR | § | |
| HIS DEATH | § | |
|         Plaintiffs | § | |
| | § | |
| and | § | |
| | § | |
| ANGIE ZAMORA | § | |
|         Intervenor | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| ABB KRAFTWERKE | § | |
| AKTIENGESELLSCHAFT, | § | |
| | § | |
| ABB ALSTOM POWER (SWITZERLAND) | § | |
| LTD, FORMERLY KNOWN AS | § | |
| ABB POWER GENERATION, LTD., | § | |
| | § | |
| BROWNSVILLE BARGE & CRANE, | § | |
| INC., | § | |
| | § | |
| C.H. ROBINSON COMPANY, AND | § | |
| | § | |
| TODD STEVER, INDIVIDUALLY AND AS | § | |
| MANAGER AND EMPLOYEE OF C.H. | § | |
| ROBINSON COMPANY, | § | |
|         Defendants | § | 357TH JUDICIAL DISTRICT |

## <u>DEFENDANTS ABB KRAFTWERKE AKTIENGESELLSCHAFT AND ABB ALSTOM POWER (SWITZERLAND) LTD. FORMERLY KNOWN AS ABB POWER GENERATOR, LTD.'S, CROSS-ACTION AGAINST DEFENDANT C.H. ROBINSON COMPANY AND TODD STREVER, INDIVIDUALLY AND AS MANAGER AND EMPLOYEE OF C.H. ROBINSON COMPANY</u>

CHR / ABB
002302

EX. 9

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ABB KRAFTWERKE AKTIENGESELLSCHAFT AND ABB ALSTOM

POWER (SWITZERLAND) LTD, FORMERLY KNOWN AS ABB POWER GENERATION,

LTD., some of the Defendants in the above-referenced and numbered cause, and respectfully file

and submit this their Cross-Action against the Defendants C.H. Robinson Company and Todd

Strever, Individually and as Manager and Employee of C.H. Robinson Company as follows:

I.

The Plaintiffs initiated the above-referenced litigation in an effort to recover an award for

damages as a result of the death of Oscar Zamora, Sr. occurring on or about March 23, 1999.

The Defendants C.H. Robinson Company, Todd Strever, Individually and as Manager and

Employee of C.H. Robinson Company, ABB Kraftwerke Aktiengesellschaft and ABB Alstom

Power (Switzerland)Ltd., formerly known as ABB Power Generation Ltd., have been joined as

parties allegedly responsible for the Plaintiffs' damages.

II.

The Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power

(Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., would show unto this

Honorable Court that they bear neither responsibility for nor liability to the Plaintiffs with

respect to the allegations contained in their Eight Original Petition. Nevertheless, in the event

that the Plaintiffs should prevail against the Defendants ABB Kraftwerke Aktiengesellschaft and

ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., the

Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd.,

formerly known as ABB Power Generation, Ltd., would show unto this Honorable Court that

CHR / ABB
002303

11/3 '99 16:25 □ 06/07 No:385
NOV 30 '99 04:21PM

they are entitled to contribution and/or indemnity under the Common Law and pursuant to the contract.

WHEREFORE, PREMISES CONSIDERED, the Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., respectfully request that this Honorable Court enter judgment in their favor against the Defendants C.H. Robinson Company and Todd Strever, Individually and as a Manager and Employee of C.H. Robinson Company, for indemnity and/or contribution with respect to any portion of responsibility or liability attributable to the Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., by the Plaintiffs and for reasonable attorneys' fees, court costs and expenses incurred in the above-referenced litigation.

Respectfully submitted,

PIPITONE & SEGER, P.C.
615 Upper North Broadway
M/T 89, Suite 1770
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _____
DANIEL D. PIPITONE
State Bar I.D. No. 16024600

ATTORNEYS FOR THE DEFENDANTS
ABB KRAFTWERKE AKTIENGESELLSCHAFT
AND ABB ALSTOM POWER (SWITZERLAND)
LTD, FORMERLY KNOWN AS ABB POWER
GENERATOR, LTD.

CHR / ABB
002304

11/30/99   16:25   ☎ :07/07   NO:385
NOV 30 '99   04:21PM

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendants, certifies that a true

and correct copy of the attached document has been served upon the following by the method of

service indicated on this the ___30___ day of November, 1999.

Daniel D. Pipitone

## VIA FACSIMILE TRANSMISSION:

William J. Tinning
LAW OFFICES OF WILLIAM J. TINNING, P.C.
1013 Bluff Drive
Portland, Texas 78374

R. Bruce Tharpe
LAW OFFICES OF BRUCE THARPE
P.O. Box 4401
Brownsville, Texas 78523-4401

Michael D. Murphy
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002

Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Box 1429
Harlingen, Texas 78551-1429

Keith N. Uhles
Javier Gonzalez
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509

CHR / ABB
002305

CAUSE NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY<br>AND ON BEHALF OF THE ESTATE<br>OF HER LATE HUSBAND, OSCAR<br>ZAMORA, SR. AND HIS ONLY<br>CHILD OSCAR ZAMORA, JR. AND<br>ON BEHALF OF OLIVIA ZAMORA,<br>THE SURVIVING MOTHER AND<br>ONLY SURVIVING PARENT OF<br>OSCAR ZAMORA, SR.<br><br>AND ALL OTHERS ENTITLED TO<br>BRING A CAUSE OF ACTION FOR<br>HIS DEATH<br>     Plaintiffs<br><br>and<br><br>ANGIE ZAMORA<br>     Intervenor<br><br>VS.<br><br>ABB KRAFTWERKE<br>AKTIENGESELLSCHAFT,<br><br>ABB ALSTOM POWER (SWITZERLAND)<br>LTD, FORMERLY KNOWN AS<br>ABB POWER GENERATION, LTD.,<br><br>BROWNSVILLE BARGE & CRANE,<br>INC.,<br><br>C.H. ROBINSON COMPANY, AND<br><br>TODD STEVER, INDIVIDUALLY AND AS<br>MANAGER AND EMPLOYEE OF C.H.<br>ROBINSON COMPANY,<br>     Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CAMERON COUNTY, TEXAS<br><br><br><br><br><br><br><br><br><br><br><br><br><br>357TH JUDICIAL DISTRICT |

CHR / ABB
002346

EX. 10

## DEFENDANTS ABB KRAFTWERKE AKTIENGESELLSCHAFT AND ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD.'S NOTICE OF NON-SUIT OF CROSS-ACTION AGAINST DEFENDANT C.H. ROBINSON COMPANY AND TODD STREVER, INDIVIDUALLY AND AS MANAGER AND EMPLOYEE OF C.H. ROBINSON COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD., Defendants with respect to the above-referenced and numbered cause, and respectfully file and submit this their Notice of Non-Suit as follows:

The Defendants ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD. no longer desire to prosecute their cross-action against the Defendants C.H. Robinson Company and Todd Strever, Individually and as Manager and Employee of C.H. Robinson Company.

WHEREFORE, PREMISES CONSIDERED, the Defendants ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD. request that this Honorable Court take notice of its Notice of Non-Suit with respect to the Defendants C.H. Robinson Company and Todd Strever, Individually and as Manager and Employee of C.H. Robinson Company.

CHR / ABB
002347

Respectfully submitted,

PIPITONE & SEGER, P.C.
615 North Upper Broadway
 M/T 89, Suite 1770
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _____
    DANIEL D. PIPITONE
     State Bar I.D. No. 16024600

ATTORNEYS FOR THE DEFENDANTS
ABB KRAFTWERKE AKTIENGESELLSCHAFT
AND ABB ALSTOM POWER (SWITZERLAND)
LTD., FORMERLY KNOWN AS ABB POWER
GENEATION LTD.

CHR / ABB
002348

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendants ABB KRAFTWERKE

AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY

KNOWN AS ABB POWER GENERATION, LTD. hereby certify that a true and correct copy of

the foregoing Notice of Non-Suit, has been served upon the following parties identified below by the

method of service indicated on this the ___14th___ day of December, 1999.

Daniel D. Pipitone

**VIA CERTIFIED MAIL:**
**RETURN RECEIPT REQUESTED**

William J. Tinning
LAW OFFICES OF WILLIAM J. TINNING, P.C.
1013 Bluff Drive
Portland, Texas 78374
**CMRRR # Z 407 759 098**

R. Bruce Tharpe
LAW OFFICES OF BRUCE THARPE
P.O. Box 4401
Brownsville, Texas 78523-4401
**CMRRR # Z 407 759 099**

Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Box 1429
Harlingen, Texas 78551-1429
**CMRRR # Z 407 759 100**

Keith N. Uhles
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
**CMRRR # Z 407 759 101**

CHR / ABB
002349

Michael D. Murphy
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
The Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
CMRRR # Z 407 759 102

CHR / ABB
002350