i

```
 1                CAUSE NUMBER 99-04-1644-E

 2  GRACIELA ZAMORA, INDIVIDUALLY  )( IN THE DISTRICT COURT
    AND; ON BEHALF OF THE ESTATE   )(
 3  OF HER LATE HUSBAND OSCAR      )(
    ZAMORA, SR., AND ON BEHALF OF  )(
 4  THEIR MINOR SURVIVING SON      )(
    OSCAR ZAMORA, JR. AND OLIVIA   )(
 5  ZAMORA, THE SURVIVING MOTHER   )(
    OF THE LATER OSCAR ZAMORA, SR. )(
 6  AND ON BEHALF OF ALL THOSE     )(
    ENTITLED TO RECOVER FOR THE    )(
 7  TRAGIC, UNTIMELY DEATH OF THE  )(
    LATE OSCAR ZAMORA, SR.,        )(
 8           Plaintiffs            )(
                                   )(
 9  And                            )(
                                   )(
10  ANGIE ZAMORA                   )(
             Intervenor            )(
11  V.                             )( 357TH JUDICIAL DISTRICT
                                   )(
12  ABB KRAFTWERKE                 )(
    AKTIENGESELLSCHAFT, ABB ALSTOM )(
13  POWER (SWITZERLAND) LTD,       )(
    FORMERLY KNOWN AS ABB POWER    )(
14  GENERATION, LTD. AND           )(
    BROWNSVILLE BARGE & CRANE,     )(
15  INC.                           )(
             Defendants.           )( CAMERON COUNTY, TEXAS
16  _____

17           ORAL AND VIDEOTAPED DEPOSITION OF
                       TODD STREVER
18                   APRIL 26, 2000
                     VOLUME 1 of 1
19  _____

20        ORAL AND VIDEOTAPED DEPOSITION OF TODD STREVER,

21  produced as a witness duly sworn by me at the instance

22  of the Defendant ABB Kraftwerke Aktiengesellschaft and

23  ABB Alstom Power (Switzerland) Ltd., F\K\A ABB Power

24  Generation, Ltd., taken in the above styled and

25  numbered cause on the 26th of April, 2000, from 2:08
```

**CERTIFIED COPY**

CHR / ABB
000808

LUANN GILL, CSR 2537

EX 26

1   Q.   You weren't involved in that part of it?
2   A.   No.
3   Q.   Okay. When did you arrive in the Port of
4   Brownsville for the generator shipment?
5   A.   I don't remember exactly. You know, I
6   remember being there several days ahead of time
7   because we, you know, we had to wait for weather
8   constraints to use the crane to lift the generator,
9   you know, so I know I was there days prior to the
10  actual lift.
11  Q.   Do you remember what you did during that
12  time period while you were waiting for the use of the
13  crane?
14  A.   Sure. We spent a lot of time. Like I said,
15  the rail car had to be prepared properly, you know.
16  We've got I beams of steel. First of all, the car had
17  to be cleaned completely. We had to have I beams of
18  steel with very specific specifications welded to the
19  car. We had to drill holes so that when the
20  generators sat on top of the I beams it matched up
21  properly. This was a long, lengthy job because it had
22  to be exact so that when the generator came in the
23  pieces matched.
24  Q.   Who did you use as the information or
25  guidelines to ensure that you were able to properly

CHR / ABB
000830

1   set up the rail car for accepting the generator?
2       A.    We used -- we used -- the biggest resource
3   was Roland Snyder himself because he was there and he
4   knew the product, and he put together some
5   hand-drawings that we used that specifically charted
6   -- his crew to use -- to make sure that that rail car
7   was prepared properly for the generator.
8       Q.    In addition, to the steel I beams that are
9   across the rail car to accept the dimensions of the
10  generator, is there a wooden frame that goes around
11  the generator -- around the rail car for the generator
12  itself to sit on as opposed to sitting on the steel I
13  beams?
14      A.    Yes.  But, you know, the wood piece or the
15  wood cradle that you're referring to was required
16  because the generator had a soft part in the middle,
17  and that wood cradle was used to hold it up so that
18  that soft piece wasn't crushed as it sat right on the
19  beams themselves, and that cradle came with the
20  generator.
21      Q.    Okay.  The wood frame that goes on the
22  outside, was that also attached to the generator
23  during its shipment, or was that something that had to
24  be built on to the rail car or built on to the
25  generator?

CHR / ABB
000831

```
 1   sir?
 2       A.   Yes.
 3       Q.   And have you understood my questions and let
 4   us -- or until you've given me an indication to the
 5   contrary in which case I've rephrased it so you have
 6   understood it?
 7       A.   Yes.
 8       Q.   Okay.  And all your answers are complete,
 9   and you don't need to modify or change any of them at
10   this time?
11       A.   No.
12       Q.   Thank you very much.  I'll pass the witness.
13                    REDIRECT EXAMINATION
14   BY MR. WILLIAMS:
15       Q.   Mr. Strever, in response to those questions
16   by myself and questions by Mr. Tinning, you've
17   indicated that Mr. Snyder was the manufacturer's
18   representative on-site at the time of the transfer
19   from the lash barge to the rail car, correct?
20       A.   Correct.
21       Q.   Obviously, as the manufacturer's
22   representative, you would expect Mr. Snyder to know
23   more about the generator and the transportation pieces
24   shipped with the generator than either of your other
25   people on the location, correct?
```

1  A. Correct.
2  Q. What expertise did you hire Schaefer
3  Stevedoring for?
4  A. Their role was to help coordinate, to assist
5  in the coordination of any of the port issues
6  concerning the transfer and then to provide labor and
7  resources necessary to secure and tie down the pieces
8  to both rail car for both the transformers and the
9  generators and to provide the unionized labor that is
10 required by the port at the time of any lift or
11 transfer.
12 Q. Okay. What is their job? What do they hold
13 themselves out to do?
14 A. What's Stevedoring?
15 Q. Yeah.
16 A. Stevedoring is a crew, is a crew located at
17 a port facility to facilitate or to unload ships,
18 barges, et cetera. I mean, it's accompanied in that.
19 A lot of different vessels and barges and pieces come
20 in and out of port, and they have the expertise to
21 off-load those different things.
22 Q. Okay. Was it ever anticipated that
23 Mr. Snyder would operate the crane in order to lift
24 the generator from the lash barge to the rail car?
25 A. No.