UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B:03-CV-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

### ORDER ON DEFENDANT C.H. ROBINSON COMPANY'S MOTION FOR SUMMARY JUDGMENT

The Court has considered Defendant C.H. Robinson Company motion for summary judgment, and the response thereto, along with all other evidence on file and the Court

FINDS that Plaintiffs ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd.'s claim for breach of contract, to the extent Plaintiffs have such a claim, is barred by limitations, and that Plaintiffs' claim for indemnity against Defendant C.H. Robinson Company is unsupported by Texas law. The Defendant's Motion for Summary Judgment is hereby granted.

THIS IS A FINAL JUDGMENT.

Signed this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE HILDA G. TAGLE