**EXHIBIT "A"**

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION

ABB KRAFTWERKE              )
AKTIENGESELLSCHAFT,         )
ET AL.,                     )
                            )
            PLAINTIFFS,     )
                            )
VS.                         )  CIVIL ACTION
                            )  NO. B-03-192
                            )
C.H. ROBINSON COMPANY,      )
                            )
            DEFENDANT.      )
```

*******************************************************

ORAL DEPOSITION OF

JOHN R. BARRY,

CORPORATE REPRESENTATIVE OF THE PLAINTIFFS

DECEMBER 15, 2004

*******************************************************

   ORAL DEPOSITION OF JOHN R. BARRY, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on DECEMBER 15, 2004, from 3:04 p.m. to 3:55 p.m., before Shanna Obenberger, CSR in and for the State of Texas, reported by machine shorthand, at the offices of McGinnis, Lochridge & Kilgore, L.L.P, 3200 One Houston Center, 1221 McKinney Street, Houston, Harris County, Texas, pursuant to the Federal Rules of Civil Procedure.

COPY                     JOB NUMBER:_____

1  of ABB.  I don't know the technical relationship between
2  these other ABB companies and ABB Lummus, other than to
3  assume they're affiliated companies.
4       Q.   Is ABB -- when you say they're a "subsidiary
5  of ABB," do you mean ABB Kraftwerke?  ABB Lummus is a
6  subsidiary of ABB Kraftwerke.
7       A.   ABB the parent, which I'm not certain what the
8  technical entity is that the parent company -- I mean,
9  there's a parent company ABB, but I don't know whether
10 it's "Inc.," I don't know whether it's "Corporation,"
11 and ABB Lummus is one of its many subsidiaries.
12            MR. WILLIAMS:  Karan, let me state for
13 the record -- this is probably a good time.  I should
14 have done this at the start of the deposition --
15 Mr. Barry is being produced as the corporate
16 representative on behalf of the ABB entities, both of
17 whom you've noticed corporate depositions for, as
18 pursuant to the court order.
19            As we've discussed, since the filing of
20 this lawsuit, the entities that -- the ABB entities have
21 changed that are the plaintiffs in this lawsuit from the
22 style, and we have not -- obviously, not amended our
23 petition at this time to allege who the real parties at
24 interest are.  And the ABB entities who are the real
25 parties at interest divested themselves of the companies

1  who are the plaintiffs while retaining the cause of
2  action against C.H. Robinson which has been filed.
3           So from the standpoint of -- technically,
4  Mr. Barry's company, ABB Lummus, has no relationship
5  with either of the currently named plaintiffs, because
6  the currently named plaintiffs are not ABB companies any
7  longer.  They are affiliated with Alstom, which I don't
8  think goes by the name Alstom Power anymore.  I think it
9  just goes by the name Alstom.
10          And we will -- obviously, because the real
11 parties at interest are ABB entities in Switzerland as
12 they currently exist, that's the reason that an employee
13 of a subsidiary corporation was presented; that and the
14 fact that pursuant to the court's order, as we
15 discussed, there is no current employee in Switzerland
16 or in any of the ABB companies with knowledge of the
17 facts surrounding this lawsuit.
18          MS. CIOTTI:  So the real party at
19 interest now is ABB Lummus Global.
20          MR. WILLIAMS:  No.  It's an ABB -- it's
21 ABB, Ltd. -- some Ltd. company that's in Switzerland,
22 and I'll have to -- I will need to file an amended
23 petition stating who the real party at interest is at
24 this time.
25          It is the -- the real party at interest is

1  the parent corporation of ABB Lummus.
2      Q.  (BY MS. CIOTTI)  Mr. Barry, are you the
3  corporate representative for the current plaintiff in
4  this lawsuit?
5      A.  Yes.  To my knowledge, yes.
6          MR. WILLIAMS:  Yes.
7      A.  Yes.
8          MR. WILLIAMS:  He's being presented as
9  the corporate representative for all purposes for all
10 the -- for the deposition notices, even though the
11 entities have changed, obviously, and as a corporate
12 representative for the current -- for the party who is
13 the real party at interest.
14         MS. CIOTTI:  Very good.
15         You may have just saved us a lot of time,
16 Justin.
17         (Barry Exhibit Number 3 was marked for
18         identification and is attached hereto.)
19     Q.  (BY MS. CIOTTI)  Mr. Barry, now I'd like to
20 show you what we've marked Exhibit Number 3.
21         Have you seen this document before?
22     A.  Yes.
23     Q.  Did you look over this in preparation for your
24 deposition today?
25     A.  Yes, I did.

1  STATE OF TEXAS:

2

3       I, Shanna Obenberger, a Certified Shorthand

4  Reporter in and for the State of Texas, certify that the

5  examination of JOHN R. BARRY was correctly reported in

6  shorthand by me at the time and place and under the

7  agreement set forth in said caption and has been

8  transcribed from machine shorthand into typewriting

9  under my supervision in the foregoing transcript and

10 that said transcript contains a correct record of the

11 proceedings had at said time and place and that I am not

12 attorney for or relative of any of said parties, or

13 otherwise interested in the event of said action.

14

15      GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this,
   the 3rd day of January, 2004.

16

17

18

19      Shanna Obenberger, CSR/RPR
        Certificate Number: 6847
20      Expiration: 12/31/05

21 Ross Reporting Services, Inc.
   Registration No. 169
22 11706 Playa Court
   Houston, Texas 77034
23 (281) 484-0770

24

25