UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

## ORDER ON DEFENDANT'S RULE 17(a) OBJECTION AND MOTION TO DISMISS

After considering Defendant, C.H. Robinson's Rule 17(a) Objection and Motion to Dismiss and the response, the Court

SUSTAINS the objection and GRANTS the motion, hereby dismissing Plaintiffs' claims with prejudice to the refiling of same.

SIGNED on _____, 2005.

_____
UNITED STATES DISTRICT JUDGE HILDA G. TAGLE