UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B:03-CV-192 |
| Vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

**DEFENDANT C.H. ROBINSON COMPANY'S RESPONSE
TO PLAINTIFFS' ENLARGEMENT OF TIME TO FILE EXHIBITS
TO MOTION TO RECONSIDER APPLICATION OF SWISS LAW**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant C.H. Robinson Company ("C.H. Robinson") files this Response to "Plaintiffs' Enlargement of Time [sic] to File Exhibits to Motion to Reconsider Application of Swiss Law" and as grounds in support thereof would show the Court as follows:

1. One year and four months after filing their original Motion for Application of Swiss Law, Plaintiffs still have not satisfied their burden of proving the substance of Swiss law. *In re Avantel, S.A.*, 343 F.3d 311, 321-22 (5th Cir. 2003), *citing Banque Libanaise Pour Le Commerce v. Khreich*, 915 F.2d 1000, 1006 (5th Cir. 1990); *Houston Casualty Co. v. Certain Underwriters at Lloyd's London*, 51 F.Supp.2d 789, 799 (S.D. Tex. 1999), *aff'd without published opinion*, 252 F.3d 1357. Their only effort in this regard has been to file a single affidavit of an interested witness. On September 30, 2004, the Court found that the affidavit "contains legal conclusions that are matters of law for this Court to decide," "does not provide

full cites to the allegedly relevant Swiss law [or] copies of the relevant law with translations," and that the affiant, legal counsel to ABB Switzerland Ltd., is not disinterested. *Dkt. No. 45, Order entered September 30, 2003* at 6. The Court held that "any conclusions that Swiss law does not bar Plaintiff's claims in this case are legally conclusory and not reliable because [affiant] has an interest in this case by virtue of his position as legal counsel to ABB." *Id.* at 6-7. The Plaintiffs have done nothing to correct the deficiencies identified by the Court over five months ago.

2. Moreover, Plaintiffs' Motion for Rehearing is based on the same arguments Plaintiffs asserted in their original Motion for Application of Swiss law. No new law or newly-discovered relevant facts are presented or even referenced in their motion for rehearing.

3. At the time that the Motion for Application of Swiss Law was decided, the depositions of each of the witnesses identified in the Motion for Rehearing had already been taken. Sandro Lepori has been deposed twice in the underlying lawsuit, while Roland Schneider and Jim Hamilton were each deposed once. Moreover, Plaintiffs (unlike Defendant) have had access to Lepori and Schneider for six years, and to the extent that either of them could offer information to support a motion for application of foreign law, that information should have been shared with the Court and with Defendant when Plaintiffs filed their original motion. ¶

4. Jim Hamilton's deposition was not taken on February 28, 2005. Jim Hamilton is no longer an employee of C.H. Robinson, C.H. Robinson cannot require his attendance at a deposition, and it is doubtful that his deposition will ever be retaken.

5. The discovery deadline has passed, as has the deadline for designation of any potential experts on Swiss law. Plaintiffs' should not be allowed more time to gather or file additional irrelevant evidence that will have no bearing on the outcome of this lawsuit.

For these reasons, C.H. Robinson requests that the Court deny Plaintiffs' Enlargement of Time to File Exhibits to Motion to Reconsider Application of Swiss Law and that C.H. Robinson have such other and further relief to which it is justly entitled.

Respectfully submitted,

McGinnis, Lochridge & Kilgore, L.L.P.

By: /s/ Karan C. Ciotti
Steven J. Watkins
Attorney-in-Charge
State Bar No. 20927700
So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

Attorney for Defendant
C.H. Robinson Company

Of Counsel:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
McGinnis, Lochridge & Kilgore, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

- 4 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Enlargement of Time to File Exhibits to Motion to Reconsider Application of Swiss Law by facsimile and by certified mail, return receipt requested, on this the 15th day of March, 2005 to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Karan C. Ciotti*
Karan C. Ciotti