UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B:03-CV-192 |
| vs. | § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

## ORDER DENYING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE EXHIBITS TO MOTION TO RECONSIDER APPLICATION OF SWISS LAW

After considering the Plaintiffs' [Motion for] Enlargement of Time to File Exhibits to Motion to Reconsider Application of Swiss Law, Defendant's Response thereto, the other pleadings on file, and the authorities cited therein, the Court

DENIES the motion.

Signed this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE
HILDA G. TAGLE