# EXHIBIT "A"

AFFIDAVIT OF THOMAS J. SANDSTROM

STATE OF MINNESOTA §
§
COUNTY OF HENNEPIN §

On this day, Thomas J. Sandstrom appeared before me, the undersigned notary public. After I administered an oath to him/her, upon his/her oath, he/ she said;

1. My name is Thomas Sandstrom. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the Assistant General Counsel for C.H. Robinson Company. In that capacity, I maintain the written contracts with our customers, including the contract file attached hereto and Bates-labeled CHR ABB 00041- 00058. C.H. Robinson's contract files, like the attached, contain documents relating to contracts between C.H. Robinson Company and its customers.

3. Attached to this affidavit are 18 pages of records, constituting the contract file for the contract entered into between C.H. Robinson Company and ABB Power Generation Ltd. in February 1999.

4. These records are kept by C.H. Robinson Company in the regular course of business. Also, it was the regular course of C.H. Robinson Company's business for an employee or representative of C.H. Robinson Company with knowledge of the acts, events, conditions, or opinions contained in the records to make the records or transmit information to be included in the records. The records attached to this affidavit were made at, near, or reasonably soon after the time of the acts, events, and conditions set forth by, or from information transmitted by, a person with knowledge of these matters. The attached records are the original records or exact duplicates of the original records.

5. As Assistant General Counsel for C.H. Robinson, I also have personal knowledge that C.H. Robinson Company maintained an office in Keller, Texas from 1995 until late 1999, when the company was restructured and the Keller office became part of C.H. Robinson Company, L.P. The Keller office moved to Fort Worth in 2000 and is still doing business. Jim Hamilton, who negotiated the contract with ABB Power Generation Ltd., was with C.H. Robinson's Keller office.

6. At the time of the accident that resulted in Mr. Zamora's death, C.H. Robinson had at least nine locations in Texas. All nine of those offices are now part of C.H. Robinson Company, L.P., and are still doing business in Texas.

Name: Thomas J. Sandstrom
Title: Assistant General Counsel

SWORN TO and SUBSCRIBED before me by Thomas J. Sandstrom on 24th November, 2003.




Notary Public, State of Minnesota

Jane Rief
(Printed or Stamped Name of Notary)

My Commission Expires: 1-31-05

# EXHIBIT "A.1"

C.H. ROBINSON COMPANY

10 of 5



January 30, 1999

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

valid for 3 pieces

A). *$355,860* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U. S.*
* Plus Mexican E. V. A. tax of 15%

Price Includes:

- All transportation and logistics management plan
- 3 Heavy Duty Rail Cars (12 Axle)
- Unloading 325 Ton Generator from lash barge to rail car
- Tie down to rail cars for all 3 pieces
- Transloading (Jack and Skid) from rail cars to OTR Transporters
- Tie down to OTR Transporters
- All permits, grading, and re-conditioning of rail spur and overpass to site

B). *$225,285* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U. S.*
* Plus Mexican E. V. A. tax of 15%

valid for 4 pieces

Price Includes:

1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

CHR ABB 00045

# Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and /or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

~~All quotations are subject to availability of equipment and personnel.~~

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

~~The coordination of equipment and clearances for this movement will require 30 days.~~

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications ______________________________

Quotation Submitted By:

Name [signature]

C. H. Robinson, Company

Date 1/30/99

Accepted & Authorized By:

ABB Power Generation Ltd.
Transport Logistics
Dept. KWGP-L
CH-5401 Baden

Name [signature]

Company

Date 2/1/99

CHR ABB 00046



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,



C. H. Robinson Company



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

February 5, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your fax of February 3, 1999, concerning the transportation of 2 transformers, dims of 526 x 269 x 370 cm, weighing 49,969 kilos each, from ships hook, Brownsville, Texas to job site at Huimila.

We are pleased to provide OTR transport for $14,000 each, plus I. V. A. tax of 15%. Price includes all securing to transporters, permits, etc.

Please provide notification if you wish us to handle.

Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

CHR ABB 00050




# ABB POWER GENERATION LTD.

5401 Baden / Switzerland

| | | | |
|---|---|---|---|
| TO: | C.H. Robinson Company<br>Keller, Texas<br>att: Mr. James C. Hamilton<br>Genral Manager | FROM: | S. Lepori |
| | | DEPT.: | KWGP-L |
| cc | RS/SCH | PHONE: | +41 56 205 58 02 |
| | | FAX: | +41 56 205 61 82 |
| | | DATE: | February 1, 99 |
| FAX-No.: | 001 817 431 3425 | TOTAL PAGES: | 4 |

Re.: Project Monterrey, N.L. Mexico

Dear Jim,

thanks for the transport quotation covering the transport of six (6) heavy lifts , i.e.:

2 Transformers
2 Generators
2 Thermal Blocks (Gasturbine)

(details of the heavy lifts, as per our submittal to on January 19, 99) from Brownsville Port via Matamoros, Apodoca to the Monterrey Combi Cycle Power Plant located southeast of Huinala, Mexico.

Further to our telecon of yesterday, we wish to add/precise the following:

1. The quotation under Par. A) in the amount of USD 355'860.00 includes the transportationm costs for:

1 Transformer
1 Generator
1 Thermal Block, whereas

your quotation under Par. B) in the amount of USD 225'285.00 covers the installation works for all six heavy lifts

CHR ABB 00054

2. The eta of the two (2) Transformers on m/v Jumbo Spirit in Brownsville is indicated today February 28, 99 - the due date of the 1st Generator in Brownsville aboard a Lash Barge ex m/v Rhine Forest is March 7, 99 (the Lash ship has an eta NOLA Febr. 21, 99). As far as the other components are concerned we can indicate the following approx. eta's in Brownville:

a) 2nd Generator week 13/14, 1999 ~~3/29 4/5~~ 4/19-4/26
b) 1st Thermal Block week 20, 1999 5/17
c) 2nd Thermal Block week 24, 1999 6/14

1 of 2

3. It is understood that the your quotation includes the lift - off of the two (2) Generators from the Lash Barge by means of a 700 ton barge crane which will be mobilized from Corpus Christi hence we will book the Generators to Brownville on free out terms.

4. In respect to the transport technical issues, please provide:

a). layout sketch of the railcars suitable to transport a.m. heavy lifts, particularly in respect to the Thermal Block
b) the minimum radius of the railtrack from Brownsville to Apodoca, including the angle of inclination for the purpose to calculate the tipping-moment
c) layout sketch of the platform trailers
d) transloading procedures from railcar onto platform trailer
e) lashing and securing procedures of the heavy lifts onto railcar and platform trailer
f) procedures of the installation work from arrival alongside foundation onto foundation
g) during a recent telecon you assured that the rail - and road transport will be supervised by you - kindly be more specific on this subject.
h) approx. transport schedule from arrival in Brownsville to the site

Homero Pls secure prior to Thursday 2/11.

5. We understand that the road carriage from Apodoca railside to the Power Station will be executed by Transportes Tellerla, S.A. de C.V., including the installation works.

6. We will revert on your offer of the installation work, refer to Par. B) by end of this week, only.

7. We accept your offer for the transportation of the heavy lifts at USD 355'860 for three (3) heavy lifts and USD 711'720.00 for six (6) heavy lifts, respectively. We also took note that you have incorporated in your offer contingencies in the amount of USD 60'000 for all six heavy lifts to cover extras such as demurrage costs, etc. This amount maybe returned to ABB if such extra's are not used.

CHR ABB 00055

8. The following remarks in your Transportation Bid Qualifications shall be deleted:

a) all quotations are subject to availability of equipment and personnel
b) the coordination of equipment and clearances for this movement(s) will require 30 days (it is understood that you are already in possession of the rail and road clearances from Brownsville via Matemoros/Apodoca to the site)

9. Note that the customs clearance at the U.S. / Mexican border will be made by :

A.A. Martha Beatriz Cano Solis
34 East Fronton Street
Brownsville, Texas 78520

Responsible person: Enrique Serralta Hernandez, Tel. (210) 541 8151
Fax (210) 542 3766

10. As far as the payment between U.S. and Mexican portion is concerned , we shall revert in due course, refer to our telecon of last night.

11. Enclosed, please find the Transportation Bid Qualification, duly signed by ourselves.

Kindly let us have your comments as soon as possible.

With best regards

Enclosure: as mentioned

CHR ABB 00056

# Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and /or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

~~All quotations are subject to availability of equipment and personnel.~~

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

~~The coordination of equipment and clearances for this movement will require 30 days.~~

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications ____________________

Quotation Submitted By:

Name [signature]

C. H. Robinson, Company

Date 1/30/99

Accepted & Authorized By: ABB Power Generation Ltd. Transport Logistics Dept. KWGP-L CH-5401 Baden

Name [signature]

Company

Date 2/1/99

CHR ABB 00057