# EXHIBIT "C"

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION
 3  ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.*
             Plaintiff,                     *
 4                                          *
    VS.                                     * CIVIL ACTION
 5                                          * NO. B:03-CV-192
                                            *
 6  C.H. ROBINSON COMPANY                   *
             Defendants.                    *
 7
 8
 9  ************************************************************
10              ORAL DEPOSITION OF TODD STREVER
11  ************************************************************
12
13
14
15          ANSWERS AND DEPOSITION OF TODD STREVER, produced
16  as a witness at the instance of the Defendant, taken in
17  the above-styled and -numbered cause on the 21st day of
18  January, 2005, A.D., beginning at 2:54 p.m. before Jarneka
19  Epps, a Certified Shorthand Reporter in and for the State
20  of Texas, in the offices of C.H. Robinson, located at 5650
21  North Riverside Drive, Suite 210, Fort Worth, Texas, in
22  accordance with the Federal Rules of Civil Procedure and
23  the agreement hereinafter set forth.
24
25
```

```
 1    movement of this type of heavy equipment?
 2         A.    Is that specific contract common?
 3         Q.    Yes.
 4         A.    Portions of it are.
 5         Q.    Okay.  The contract obviously -- there are --
 6    would you agree that there are a lot of different problems
 7    that could arise that you may not foresee during movement
 8    of equipment like this between Texas and the U.S. and
 9    Mexico?
10         A.    Yes.
11         Q.    It would be impossible to for see every problem
12    that is going to occur or every cost that you're going to
13    incur as a result of those problems and write it all down
14    in some kind of document?
15         A.    Correct.
16         Q.    You have to be able to have authorization to do
17    things as they come up in order to get the project
18    accomplished, do you not?
19         A.    Yes.
20         Q.    And you had that authority on behalf of ABB to do
21    the things that were necessary to get this equipment from
22    the port of Brownsville to Monterrey?
23         A.    I believe so.  That's what's addressed with
24    contingencies.
25         Q.    Okay.  You were aware that Mr. Hamilton went to
```

Page 20

1  Switzerland in order to sign this contract, correct?
2       A.  I know he made -- I think more than one trip to
3  Switzerland to secure this business.  I'm not specifically
4  aware where he was when he signed the contract.
5       Q.  Were you involved in -- Mr. Hamilton told us in
6  his deposition that he originally met with Mr. Lepori and
7  original negotiations for doing this work occurred in
8  Mexico, were you involved in any of those original
9  meetings?
10              MS. CIOTTI:  Object to form.
11      A.  No.
12      Q.  (By Mr. Williams) Were you involved in any of the
13 meetings in Switzerland with regard to the negotiations of
14 the contract?
15      A.  No.
16      Q.  Did your involvement with the contract occur
17 after Robinson had secured the contract from ABB?
18      A.  Yes.
19      Q.  So anything with regard to the negotiations of
20 the contract or things leading up to that is going to be
21 things that Mr. Hamilton -- from C.H. Robinson standpoint
22 Mr. Hamilton would be the person to ask?
23      A.  Yes.
24      Q.  As part of your management duties, is the person
25 for Robinson and Brownsville at the time of the movement

1   of the generators were -- would you say that you -- it was
2   necessary for you to familiarize yourself with the
3   transportation drawings?
4       A.   Yes.  For the -- for certain amount of
5   information that we needed to take from those drawings.
6       Q.   Would it also have been necessary to provide
7   those to the contractors that you had hired to perform
8   various jobs in order to get the equipment moved?
9       A.   Yes.
10      Q.   And would you have discussed the transportation
11  drawings and the details of how you were going to
12  accomplish the various moves that were involved with the
13  various people that you hired?
14      A.   Yes.
15      Q.   Now, I believe that the jacking plates that
16  actually fell on Mr. Zemora were going to be used in
17  Monterrey to move the equipment by -- was it skids, you
18  were going to use to move it to Monterrey?
19           MS. CIOTTI:  Object to form, assumes facts
20  not in evidence.
21           Go ahead, you can answer.
22      A.   Yeah.  I believe that was the case.
23      Q.   (By Mr. Williams) Tell us exactly how -- once you
24  got the equipment to Monterrey, how it was going to be off
25  loaded from the rail cars and moved to the ultimate site

1  where it was to be installed?

2   A.  I can't really say because that wasn't -- we had

3  an individual in Mexico, Amero (phonetic) Cardona, that

4  was going facilitate that work being done, so I wasn't

5  intimately involved with that part of the operation.

6   Q.  Were you aware that they were going to be moved

7  by skidding?

8   A.  I believe so.  At the time I was probably aware

9  of it.

10   Q.  What is that, skidding?

11   A.  Actually, I've never seen it take place but it's

12  a process where the piece is lifted up through hydraulic

13  means, moved over during a period of time, sat down, then

14  the pieces are moved, the lifting apparatus are moved,

15  jacked up, moved over, little by little.  A piece this

16  size, you know, pretty involved process.

17   Q.  Okay.

18   A.  That's my understanding of it.

19   Q.  And were you aware that the jacking plates were

20  going to be used for this skidding process?

21   A.  I don't specifically recall but I would assume

22  so.

23   Q.  And you were also aware that the jacking plates,

24  they created an extra dimensional problem for you on the

25  rail car that you were putting the generator on at the