UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B:03-CV-192 |
| vs. | § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

## ORDER ON PLAINTIFFS' MOTION FOR REHEARING ON THE APPLICATION OF SWISS LAW

After considering Plaintiffs ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd.'s Motion for Rehearing on the Application of Swiss Law, the response thereto, and the other pleadings and evidence on file, the Court concludes that Plaintiffs have failed to meet their burden of proof to show the substance of Swiss law, and have failed to cite to any new law or present any new evidence that would merit the Court's reconsideration of their Motion for Application of Swiss law. The Court therefore

DENIES Plaintiffs' Motion for Rehearing on the Application of Swiss Law.

Signed this ____ day of _____, 2005.

---

UNITED STATES DISTRICT JUDGE
HILDA G. TAGLE