No. 99-04-1644-E                      Multi-Page™                   $534.75 - anticipated
Zamora vs. Abb Kraftwerke Aktiengesellschaft                              James Hamilton

| -$- | | | 203.3 [1] | | 101:18 | 100:20 | 101:23 | ability [1] | | 95:2 | affect [1] | | 83:22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $534.75 [1] | | 101:15 | 204 [1] | 2:8 | | 78374 [1] | | 2:4 | able [10] | 6:18 | 26:9 | affirm [1] | | 5:9 |
| | | | 222 [1] | 2:11 | | 78551 [1] | | 2:12 | 54:15 | 60:23 | 68:16 | affix [1] | 98:2 | |
| -'- | | | 23 [1] | 8:1 | | 7th [2] | 100:19 | 101:23 | 79:10 | 79:10 | 88:25 | again [13] | | 12:22 |
| '54 [1] | 7:13 | | 25 [4] | 1:18 | 1:21 | | | | 90:23 | 95:17 | | 17:25 | 21:18 | 24:14 |
| '95 [2] | 9:2 | 12:7 | | 99:18 | 101:10 | | -8- | | abolished [1] | | 9:8 | 26:11 | 38:7 | 59:8 |
| '96 [4] | 13:3 | 13:10 | 27 [1] | 4:25 | | 800 [2] | 100:20 | 101:24 | above [3] | | 66:20 | 63:7 | 77:1 | 77:9 |
| 37:9 | 37:9 | | 28 [1] | 97:2 | | 800,000 [1] | | 18:14 | 85:4 | 98:3 | | 77:20 | 84:24 | 88:23 |
| '97 [4] | 36:2 | 36:4 | | | | 81 [2] | 3:14 | 3:14 | above-styled [1] | | | agree [7] | 74:16 | 78:12 |
| 36:13 | 36:22 | | | -3- | | 817 [2] | 100:20 | 101:24 | 1:21 | | | 85:15 | 86:2 | 86:17 |
| '98 [3] | 15:14 | 15:16 | 3 [5] | 3:13 | 52:23 | 83 [2] | 3:14 | 3:14 | Abram [1] | | 1:23 | 86:22 | 87:2 | |
| 24:15 | | | 54:22 | 54:25 | 60:10 | 860 [3] | 49:14 | 49:15 | absolutely [10] | | 72:5 | agreement [1] | | 34:18 |
| '99 [3] | 13:14 | 18:2 | 30 [1] | 78:9 | | 49:20 | | | 72:13 | 74:1 | 80:15 | ahead [1] | | 47:19 |
| 81:1 | | | 309 [2] | 100:19 | 101:23 | 87 [1] | 3:7 | | 86:4 | 87:5 | 88:6 | air [4] | 10:11 | 51:22 |
| | | | 336-3042 [2] | | 100:20 | | | | 91:1 | 94:18 | 95:9 | 58:23 | 60:22 | |
| -0- | | | | 101:24 | | | -9- | | acceded [1] | | 85:6 | airport [2] | | 65:14 |
| 000425GJC [2] | | 100:20 | 336-4000 [2] | | 100:20 | 900,000 [1] | | 18:15 | accept [2] | | 31:9 | 65:17 | | |
| 101:24 | | | | 101:24 | | 92 [2] | 3:15 | 3:15 | 92:18 | | | Aktiengesellschaft [7] | | |
| 00:00 [1] | | 100:4 | 35 [1] | 9:17 | | 93 [1] | 3:7 | | access [5] | | 21:10 | 1:13 | 1:20 | 2:5 |
| 00:18 [1] | | 100:3 | 357TH [2] | | 1:8 | 94 [1] | 3:8 | | 56:24 | 80:12 | 82:10 | 99:13 | 100:8 | 101:5 |
| 01:36 [1] | | 100:3 | 99:8 | | | 97 [1] | 3:9 | | 82:22 | | | 101:15 | | |
| | | | 358 [1] | 101:5 | | 99 [1] | 3:9 | | accident [22] | | 11:16 | AL [1] | 101:2 | |
| -1- | | | | | | 99-04-1644-E [3] | | | 12:9 | 13:14 | 40:13 | aligned [1] | | 93:8 |
| 1 [7] | 3:12 | 52:23 | -4- | | | 1:1 | 99:1 | 101:1 | 52:6 | 53:6 | 59:12 | allow [1] | | 73:12 |
| 52:25 | 53:11 | 59:10 | 4 [8] | 3:3 | 3:6 | 9:26 [1] | 1:21 | | 60:17 | 69:23 | 70:1 | allowed [5] | | 41:14 |
| 59:10 | 70:9 | | 3:13 | 70:4 | 70:6 | | | | 71:24 | 72:19 | 75:3 | 49:4 | 66:19 | 67:2 |
| 10 [4] | 17:8 | 50:2 | 70:8 | 70:14 | 70:15 | -A- | | | 75:7 | 75:8 | 75:9 | 72:24 | | |
| 50:9 | 50:10 | | 40 [1] | 9:17 | | a.m [4] | 1:21 | 1:22 | 75:12 | 83:19 | 84:5 | allowing [1] | | 74:5 |
| 1013 [1] | 2:3 | | 498 [3] | 1:22 | 100:18 | 52:15 | 96:1 | | 84:5 | 84:9 | 84:22 | almost [1] | | 71:3 |
| 10:29 [1] | | 52:15 | | 101:21 | | AAR [2] | 33:3 | 33:11 | accommodate [2] | | | alongside [3] | | 14:17 |
| 10:37 [1] | | 52:15 | 4th [1] | 100:16 | | Ab [1] | 72:20 | | 81:5 | 81:5 | | 18:22 | 33:21 | |
| 11 [3] | 30:20 | 33:20 | | | | ABB [84] | | 1:12 | accompanied [1] | | | Alstom [7] | | 1:13 |
| 37:8 | | | -5- | | | 1:13 | 1:14 | 1:20 | 31:2 | | | 1:20 | 2:5 | 99:13 |
| 11:00 [1] | | 71:3 | 5 [4] | 3:14 | 81:11 | 1:20 | 1:20 | 2:5 | accomplish [1] | | 48:13 | 100:8 | 101:6 | 101:15 |
| 11:30 [2] | | 1:22 | 83:8 | 91:21 | | 2:5 | 2:5 | 3:14 | accomplished [1] | | | always [2] | | 48:20 |
| 96:1 | | | 5-4-00 [1] | | 99:24 | 5:20 | 15:12 | 15:23 | 43:2 | | | 50:23 | | |
| 12/31/00 [2] | | 100:18 | 52 [4] | 3:12 | 3:12 | 17:3 | 17:6 | 17:11 | accomplishing [1] | | | America [3] | | 8:22 |
| 101:22 | | | 3:12 | 3:13 | | 17:22 | 18:5 | 19:17 | 35:15 | | | 14:4 | 20:20 | |
| 13 [1] | 13:14 | | 54 [2] | 3:12 | 3:13 | 20:1 | 21:8 | 22:1 | accordance [1] | | 101:17 | American [3] | | 13:12 |
| 13th [2] | 7:5 | 7:9 | 5959 [1] | 2:8 | | 22:22 | 23:23 | 24:11 | according [1] | | 44:13 | 14:6 | 33:4 | |
| 1400 [1] | 1:23 | | | | | 24:13 | 25:16 | 25:24 | accountable [1] | | 62:7 | AMFELS [5] | | 23:13 |
| 1429 [1] | 2:12 | | -6- | | | 26:3 | 26:11 | 31:11 | accurate [2] | | 2:14 | 26:7 | 27:21 | 29:6 |
| 15 [2] | 17:8 | 60:14 | 6 [5] | 3:14 | 50:2 | 32:18 | 33:2 | 34:19 | 41:19 | | | 30:13 | | |
| 1954 [1] | 7:5 | | 50:9 | 83:8 | 91:21 | 34:21 | 35:18 | 36:17 | acknowledged [1] | | | amount [3] | | 21:24 |
| 1972 [1] | 7:20 | | 60 [1] | 9:18 | | 37:15 | 42:4 | 46:18 | 98:10 | | | 23:25 | 100:1 | |
| 1978 [1] | 8:6 | | 600 [2] | 100:19 | 101:23 | 50:2 | 52:19 | 53:8 | acquired [1] | | 20:1 | ANGIE [3] | | 1:10 |
| 1995 [4] | 9:10 | 11:1 | 600,000 [1] | | 17:14 | 64:12 | 67:21 | 72:21 | action [2] | | 100:12 | 99:10 | 101:3 | |
| 11:20 | 12:4 | | 65 [1] | 9:18 | | 75:7 | 76:8 | 80:6 | 100:13 | | | angles [1] | | 25:17 |
| 1999 [4] | 11:18 | 11:20 | | | | 80:13 | 80:19 | 81:8 | activities [1] | | 58:6 | answer [20] | | 6:10 |
| 12:8 | 13:20 | | -7- | | | 81:17 | 83:11 | 83:16 | activity [1] | | 28:19 | 6:11 | 6:13 | 6:18 |
| | | | 7 [5] | 3:15 | 91:24 | 86:13 | 86:18 | 88:10 | actual [10] | | 25:9 | 6:20 | 27:8 | 27:10 |
| -2- | | | 92:1 | 92:3 | 93:3 | 88:15 | 93:6 | 93:13 | 38:17 | 53:15 | 54:11 | 47:20 | 58:12 | 58:13 |
| 2 [5] | 3:2 | 3:12 | 7.8 [1] | 21:20 | | 93:20 | 93:24 | 94:1 | 57:20 | 65:10 | 77:12 | 61:25 | 66:14 | 67:6 |
| 54:22 | 55:4 | 60:10 | 70 [2] | 3:13 | 3:13 | 94:3 | 94:9 | 94:12 | 89:9 | 90:17 | 91:16 | 73:10 | 73:15 | 76:14 |
| 20 [2] | 33:20 | 77:13 | 700,000 [2] | | 18:14 | 94:13 | 94:15 | 95:3 | ADAMS [1] | | 2:11 | 76:15 | 77:20 | 87:21 |
| 2000 [8] | 1:18 | 1:21 | 59:24 | | | 95:6 | 95:12 | 100:8 | additional [1] | | 50:20 | 87:23 | | |
| 4:25 | 97:2 | 99:18 | 71 [1] | 3:6 | | 99:13 | 99:14 | 100:8 | adequate [2] | | 84:17 | answered [2] | | 73:11 |
| 100:16 | 101:10 | 101:20 | 716,500 [1] | | 17:11 | 100:8 | 100:9 | 101:5 | 85:10 | | | 74:13 | | |
| 203 [2] | 100:14 | 101:11 | 76102 [3] | | 2:8 | 101:6 | 101:7 | 101:15 | adjusting [1] | | 47:8 | answering [1] | | 6:25 |
| | | | | | | 101:15 | 101:16 | | administrative [2] | | | answers [3] | | 87:10 |
| | | | | | | ABB's [5] | | 33:22 | 11:13 | 12:7 | | 87:25 | 94:16 | |
| | | | | | | 33:24 | 41:18 | 46:22 | advise [1] | | 69:19 | anticipate [3] | | 6:9 |
| | | | | | | 76:12 | | | advised [1] | | 63:17 | 6:11 | 42:24 | |
| | | | | | | | | | | | | anticipated [2] | | 40:24 |

MERIT COURT REPORTERS - FORT WORTH, TEXAS                                    Index Page 1
(817) 336-3042 * 1-800-336-4000


Word Index

Case 1:03-cv-00192   Document 67-3   Filed in TXSD on 03/21/2005   Page 2 of 6

No. 99-04-1644-E                           Multi-Page™                    Charles' - diligence
Zamora vs. Abb Kraftwerke Aktiengesellschaft                              James Hamilton

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30:8 | 30:9 | 60:25 | 31:6 | 36:22 | 42:13 | 34:3 | 34:10 | 19:7 | 21:3 | 21:5 | degree [1] | 7:22 |
| 61:3 | 61:4 | 61:8 | 71:14 | 80:8 | 90:20 | contradiction [2] | | 21:10 | 21:23 | 23:13 | delay [1] | 19:23 |
| 63:10 | 63:12 | | 91:6 | 91:9 | 91:11 | 88:5 | 88:6 | 23:25 | 24:2 | 26:6 | delineate [1] | 37:16 |
| Charles' [1] | | 61:12 | 93:21 | 95:7 | | conversation [6] | | 27:20 | 28:8 | 28:13 | deliver [1] | 18:21 |
| Charlie [1] | | 52:1 | compared [1] | 74:21 | | 6:9 | 42:22 | 62:14 | 29:7 | 29:8 | 30:13 | delivered [2] | 101:14 |
| Charlotte [2] | | 14:1 | competently [1] | | | 63:14 | 65:1 | 75:10 | 30:18 | 30:25 | 31:2 | 101:17 |
| 16:8 | | | 95:17 | | | conversations [1] | | 31:3 | 32:5 | 34:14 | department [2] | 8:6 |
| check [1] | | 48:20 | competitive [1] 12:25 | | | 42:21 | | 36:22 | 36:23 | 40:8 | 11:5 |
| checking [1] | | 48:19 | complaints [2] 83:9 | | | coordinate [1] | 44:15 | 45:23 | 45:23 | 45:25 | departments [1] |
| chemical [1] | | 12:20 | 84:20 | | | coordination [1] | | 54:20 | 57:2 | 59:6 | 10:17 |
| Cherington [7] | | 30:7 | complete [3] | 82:25 | | 35:13 | | 84:17 | 84:21 | 85:1 | depending [1] | 72:23 |
| 61:14 | 61:18 | 62:10 | 87:9 | 94:17 | | coordinator [2] 37:11 | | 86:6 | 89:15 | 90:1 | depicted [2] | 60:10 |
| 62:22 | 69:20 | 73:2 | con [1] | 83:5 | | 43:9 | | 90:2 | 90:20 | 91:6 | 93:3 |
| Chicago [1] | | 8:10 | concept [1] | | 39:13 | copies [3] | | 33:3 | 91:9 | 93:22 | 94:4 | deportation [1] 78:10 |
| chocked [1] | | 54:12 | concept's [1] | 47:3 | | 33:12 | 101:17 | 94:9 | 99:16 | 101:8 | deposition [29] | 1:17 |
| choice [1] | | 20:16 | concepts [1] | 12:13 | | copy [8] 5:1 | 25:6 | cranes [2] | | 18:24 | 1:19 | 4:21 | 5:23 |
| Christi [1] | | 2:8 | concern [1] | 31:22 | | 25:6 | 82:6 | 82:7 | 19:2 | | | 6:2 | 6:23 | 52:25 |
| circumstances [1] | | | concerned [2] | 79:16 | | 82:17 | 83:5 | 101:18 | creating [1] | | 11:20 | 53:10 | 59:10 | 80:21 |
| 67:7 | | | 89:21 | | | corner [1] | | 61:6 | Crenshaw [1] | | 2:13 | 81:6 | 83:1 | 83:6 |
| Civil [1] 1:24 | | | concerns [2] | 66:23 | | corners [1] | | 58:24 | crossbeams [1] | 50:1 | 84:2 | 96:1 | 97:1 |
| classify [1] | | 26:16 | 69:18 | | | Corpus [2] | | 2:8 | CSR [3] | 1:22 | 100:18 | 98:1 | 99:18 | 99:22 |
| clear [6] 45:11 | | 45:15 | concluded [2] | 4:22 | | 19:8 | | | 101:21 | | | 99:24 | 100:2 | 100:5 |
| 74:14 | 76:7 | 76:16 | 96:1 | | | correct [46] | | 39:7 | cup [1] | 19:22 | | 101:10 | 101:12 | 101:12 |
| 78:25 | | | conclusion [1] | 81:6 | | 41:9 | 44:4 | 48:18 | Custodial [1] | | 101:14 | 101:14 | 101:15 | 101:16 |
| clearance [6] | | 16:16 | condensed [1] | 5:2 | | 54:1 | 55:17 | 56:15 | customary [4] | | 25:2 | 101:17 |
| 16:19 | 20:24 | 20:25 | confer [1] | | 68:23 | 68:2 | 68:6 | 68:7 | 58:9 | 58:12 | 58:13 | depositions [1] 92:5 |
| 21:11 | 51:23 | | conferred [1] | 67:21 | | 68:12 | 69:4 | 74:25 | customer [2] | | 38:15 | derrick [1] | 30:18 |
| clearances [4] | | 21:19 | configuration [1] | | | 75:5 | 76:25 | 77:6 | 89:19 | | | describe [3] | 60:11 |
| 45:14 | 55:16 | 83:20 | 47:5 | | | 78:15 | 78:23 | 78:24 | customs [2] | | 15:17 | 62:5 | 88:2 |
| Clerk [1] | | 101:19 | configured [4] | 31:9 | | 79:5 | 79:6 | 79:25 | 15:22 | | | described [5] | 14:23 |
| client [1] | | 25:14 | 51:3 | 53:15 | 53:24 | 80:1 | 80:6 | 80:7 | | -D- | | 15:3 | 26:13 | 63:20 |
| close [1] 33:5 | | | confirm [3] | | 48:16 | 80:9 | 80:10 | 80:13 | | | | 68:1 |
| closed [1] | | 71:21 | 62:13 | 80:24 | | 80:14 | 81:12 | 82:4 | damage [2] | | 73:22 | describing [1] | 68:4 |
| closeup [1] | | 53:12 | conjunction [1] 88:2 | | | 82:5 | 82:17 | 83:14 | 73:24 | | | description [3] | 3:11 |
| coffee [1] | | 19:23 | connected [1] | 48:11 | | 84:12 | 85:7 | 85:13 | Date [2] 100:18 | | 101:22 | 3:17 | 98:9 |
| college [1] | | 7:22 | connection [1] | 94:10 | | 86:12 | 86:15 | 93:23 | dated [1] | | 4:24 | designs [1] | 22:23 |
| Columbus [1] | | 8:9 | connections [2] 19:9 | | | 93:25 | 94:4 | 94:14 | dates [3] 22:15 | | 43:12 | destination [1] 78:9 |
| combination [5] | | | 57:10 | | | 94:15 | 94:17 | 98:3 | 43:13 | | | detail [3] | 25:18 |
| 14:10 | 70:9 | 90:4 | consent [1] | | 76:4 | corrections [1] | 69:19 | David [1] | | 2:13 | 49:25 | 69:10 |
| 90:24 | 94:5 | | consented [1] | 85:6 | | correctly [2] | | 88:13 | deal [3] 13:1 | | 79:17 | detected [1] | 76:10 |
| combined [3] | | 21:8 | consideration [1] | | | 95:18 | | | 82:1 | | | determined [3] 28:25 |
| 21:11 | 32:22 | | 98:11 | | | correctness [1] 4:12 | | dealing [3] | | 27:15 | 48:4 | 60:25 |
| comfortably [2] | | | constraints [2] 41:22 | | | cost [1] 18:10 | | | 27:16 | 27:18 | | develop [5] | 19:2 |
| 65:15 | 65:15 | | 81:4 | | | counsel [3] | | 80:17 | death [5] | | 1:8 | 19:11 | 23:10 | 24:23 |
| coming [6] | | 21:1 | consult [1] | | 78:21 | 100:6 | 100:11 | | 40:18 | 79:5 | 89:6 | 29:6 |
| 21:1 | 23:21 | 23:22 | contacted [1] | 28:21 | | COUNTY [4] | | 1:16 | 99:8 | | | developed [2] | 22:24 |
| 30:17 | 36:24 | | contains [1] | | 101:13 | 98:7 | 99:16 | 101:8 | decal [1] | | 78:12 | 23:22 |
| commitments [1] | | | contract [24] | | 3:14 | couple [5] | | 6:5 | December [1] | | 18:1 | device [6] | 58:15 |
| 43:14 | | | 13:11 | 14:2 | 14:13 | 17:6 | 36:6 | 44:19 | decide [1] | | 19:12 | 59:5 | 67:5 | 68:5 |
| commodity [2] | 20:18 | | 14:22 | 24:23 | 24:23 | 52:10 | | | deciding [1] | | 20:13 | 70:17 | 85:24 |
| 36:9 | | | 24:24 | 31:17 | 33:22 | course [2] | | 25:15 | decision [6] | | 21:16 | devices [11] | 16:24 |
| common [3] | | 21:25 | 34:13 | 34:15 | 34:17 | 26:5 | | | 21:17 | 22:9 | 22:19 | 46:14 | 46:14 | 59:4 |
| 22:7 | 62:25 | | 34:19 | 37:15 | 39:25 | Court [7] | | 1:2 | 22:24 | 55:21 | | 59:20 | 67:3 | 67:25 |
| communication [2] | | | 43:17 | 81:16 | 81:22 | 6:7 | 6:18 | 99:2 | deck [1] 50:7 | | | 68:1 | 68:11 | 69:3 |
| 79:15 | 79:25 | | 82:4 | 82:7 | 83:4 | 100:19 | 101:2 | 101:22 | Deere [1] | | 12:18 | 69:6 |
| companies [6] | | 23:19 | 83:5 | 94:8 | | cover [18] | | 44:17 | Defendants [4] 1:19 | | | different [16] | 9:20 |
| 24:8 | 26:2 | 28:1 | contracted [5] | | 14:24 | 44:22 | 44:23 | 44:24 | 2:5 | 5:20 | 100:8 | 20:11 | 22:5 | 25:17 |
| 34:3 | 90:16 | | 33:16 | 34:1 | 34:6 | 44:25 | 45:2 | 45:3 | define [4] | | 16:14 | 38:25 | 39:25 | 39:25 |
| companion [1] | 77:24 | | 95:12 | | | 45:5 | 45:6 | 45:10 | 17:8 | 18:7 | 31:7 | 40:4 | 44:19 | 46:20 |
| company [21] | | 9:4 | contracting [1] | 15:9 | | 45:11 | 45:12 | 45:17 | definitely [8] | | 20:20 | 46:20 | 60:9 | 60:11 |
| 9:7 | 9:8 | 9:22 | contractors [2] | 27:19 | | 45:18 | 45:22 | 57:3 | 21:4 | 36:25 | 43:10 | 88:13 | 91:7 | 91:8 |
| 10:6 | 10:9 | 10:19 | 31:25 | | | 72:18 | 81:1 | | 49:6 | 49:19 | 58:23 | differently [1] 66:12 |
| 10:23 | 12:11 | 17:16 | contracts [3] | | 27:20 | covered [1] | | 82:4 | 67:20 | | | diligence [6] | 22:21 |
| | | | | | | covers [1] | | 44:20 | definition [1] | | 26:18 | 23:2 | 23:3 | 23:4 |
| | | | | | | crane [46] | | 1:16 | | | | 23:7 | 24:6 |

Case 1:03-cv-00192   Document 67-3   Filed in TXSD on 03/21/2005   Page 3 of 6

No. 99-04-1644-E                               Multi-Page™                               fit - initiative
Zamora vs. Abb Kraftwerke Aktiengesellschaft                                             James Hamilton

29:23   30:9    30:9
30:10   32:6    32:8
32:10   36:7    36:8
42:1    54:24   64:7
64:22   76:23
**fit** [5]   50:6   50:7
92:15   92:23   93:9
**five** [1]   36:5
**flagged** [2]   64:15
76:20
**flat** [3]   42:11   50:6
50:7
**flatbed** [2]   50:11
50:13
**floor** [1] 77:25
**focus** [2]   37:4
74:2
**focused** [1]   12:12
**focusing** [1]   9:5
**follow** [5]   73:8
73:13   74:10   78:20
89:17
**follow-ups** [1] 87:19
**followed** [6]   4:24
17:23   17:25   33:11
57:17   72:14
**following** [2]   99:20
100:6
**follows** [2]   5:14
100:2
**foot** [1]   50:9
**football** [1]   23:6
**Ford** [1]   7:11
**foregoing** [2]   98:1
98:10
**foreman** [1]   30:5
**fork** [2]   49:19   60:2
**forklift** [2]   59:6
85:23
**forklifts** [1]   85:16
**form** [5] 34:24   47:18
57:12   60:18   89:13
**formal** [1]   34:17
**former** [1]   45:19
**FORMERLY** [3]
1:14   99:14   101:7
**Fort** [4]   8:10   8:24
100:20   101:23
**forth** [3] 37:16   54:16
79:11
**forward** [1]   28:24
**forwarded** [1]   80:25
**found** [2]   20:25
85:10
**foundation** [9]   14:18
18:21   33:21   33:23
39:10   40:2   40:12
40:23   77:9
**four** [3]   59:11   59:15
59:20
**fours** [1] 51:5
**frame** [2]   55:21
61:23

**free** [2]   14:17   18:22
**friction** [1]   50:25
**front** [3] 4:12   54:4
76:4
**front-end** [4]   54:4
54:5   54:10   54:13
**full** [6]   50:16   53:18
82:7   82:24   82:25
83:5
**fully** [1] 50:4
**fun** [1]   15:21
**future** [1]   24:25
**fuzzy** [3]   44:24
45:7   51:24

-G-

**G.E** [1]   46:18
**game** [1] 23:6
**gantries** [1]   46:24
**gantry** [1]   46:25
**gate** [1]   14:17
**gear** [2]   21:7   32:12
**geez** [1]   34:23
**gen** [1]   41:12
**General** [1]   11:2
**generation** [10]   1:15
1:20   2:6   12:20
13:5   14:11   99:15
100:9   101:7   101:16
**generator** [98]   13:22
13:25   17:2   17:6
17:11   17:13   18:6
18:10   19:13   20:3
20:7   24:10   24:16
31:9   32:1   37:18
39:1   39:15   40:4
40:6   40:15   41:8
41:12   42:17   42:25
43:1   43:6   44:16
44:17   45:22   46:9
46:10   47:7   47:13
48:8   49:24   50:3
50:5   50:15   50:18
51:7   51:16   51:17
51:21   53:2   53:13
53:16   53:19   53:21
54:6   54:16   55:2
55:11   55:13   55:15
56:8   57:3   57:22
58:2   59:14   59:16
59:17   60:7   63:22
63:25   64:14   64:18
65:10   65:20   65:24
66:2   66:6   66:10
66:20   67:15   67:19
68:4   73:9   73:17
74:15   74:18   74:24
76:8   77:24   78:1
78:13   78:15   80:12
81:9   87:22   88:15
89:2   90:19   92:7
92:11   92:18   93:8
94:23
**generators** [11]   13:16
14:3   14:10   16:5
16:25   17:10   20:14

46:8   52:19   53:7
53:8
**gentleman** [1]   30:3
**gentleman's** [1]
30:4
**geographic** [1]   8:20
**geographically** [1]
77:10
**Germany** [1]   53:3
**Giant** [1]   21:3
**Gilstrap** [1]   1:23
**given** [7]   25:12
74:11   87:9   95:5
98:12   99:22   100:5
**Gloria** [5]   1:22
99:19   99:25   100:18
101:21
**goes** [1]   25:22
**gone** [1] 37:10
**good** [6] 4:8   22:8
28:24   58:18   66:4
84:17
**govern** [2]   57:9
58:5
**governing** [1]   33:5
**GOWAN** [1]   2:7
**GRACIELA** [3]
1:2   99:2   101:2
**graduated** [1]   7:19
**GRAHAM** [1]   2:11
**Grande** [2]   23:15
34:7
**gravity** [1]   32:22
**great** [5] 7:5   12:19
13:1   66:22   75:17
**ground** [2]   90:4
92:6
**group** [1]   36:10
**grower** [1]   9:23
**guess** [1]   39:2
**Gulf** [1]   84:18
**guys** [2] 4:6   5:5

-H-

**H** [1]   15:1
**habits** [1]   72:11
**half** [2]   36:5   70:10
**Hamilton** [25]   1:17
1:19   3:5   4:23
5:13   5:18   5:19
13:25   16:8   52:18
71:8   79:20   81:5
82:24   87:10   87:19
93:20   95:22   97:2
98:1   98:5   98:8
99:18   99:21   101:10
**hand** [9]   5:8   49:2
49:4   49:5   49:5
52:24   70:5   92:2
98:12
**handing** [1]   29:4
**handle** [3]   13:7

95:17   95:17
**handled** [3]   13:16
69:17   83:10
**handling** [1]   69:18
**hanging** [3]   58:19
58:23   59:1
**hard** [2]   25:5   25:6
**Harlingen** [1]   2:12
**Harrison** [1]   7:11
**haul** [15] 9:5   11:2
12:12   13:12   15:4
15:7   19:10   20:19
20:19   21:10   29:13
36:7   37:6   37:13
38:3
**hauling** [2]   14:9
38:4
**hazard** [2]   62:1
62:16
**head** [4]  6:16   39:4
56:2   60:13
**hear** [5]   4:16   71:10
71:11   72:23   73:10
**heard** [2]   15:22
49:14
**hearing** [1]   63:11
**hearsay** [1]   57:25
**heavier** [1]   17:7
**heavy** [29]   9:5
10:15   10:18   10:22
11:2   11:18   12:2
12:12   13:12   14:6
14:6   14:9   15:4
15:7   18:23   19:10
20:18   20:19   21:10
28:16   29:13   36:7
36:16   37:6   37:13
46:8   59:23   89:10
90:18
**held** [5]   59:16   62:5
74:7   75:21   78:15
**help** [3]   19:1   28:18
33:2
**hereby** [2]   98:2
99:20
**herein** [1]   101:18
**hey** [1]   70:25
**high** [3]   7:18   7:19
12:24
**higher** [4]   12:24
45:4   45:11   45:15
**Hill** [1]   1:23
**hire** [2]   72:1   95:6
**hired** [14]   36:1
36:3   36:4   36:12
36:22   37:1   37:10
90:16   93:21   94:1
94:2   94:3   94:13
94:15
**hold** [1]   86:10
**holding** [2]   59:20
61:23
**holes** [1] 51:21
**Homero** [3]   36:20

36:22   37:1
**hook** [1] 89:18
**hope** [1]   27:15
**Houston** [6]   13:8
19:7   20:16   20:17
20:18   21:5
**hundred** [1]   45:16
**hurt** [1]   73:25
**HUSBAND** [2] 1:3
99:3
**hydraulic** [1]   33:19

-I-

**idea** [1]   62:19
**IDENTIFIED** [1]
3:11
**identify** [2]   53:10
54:23
**identity** [1]   98:9
**Illinois** [1]   8:10
**immediate** [1]   70:25
**important** [2]   21:11
28:23
**in-house** [1]   25:20
**INC** [3]   1:16   99:16
101:8
**inches** [3]   17:6
60:14   85:3
**incident** [2]   49:12
63:1
**included** [1]   44:8
**includes** [1]   100:6
**including** [1]   88:14
**Incorporated** [1]
9:5
**index** [2]   3:1
5:2
**indicate** [5]   75:11
75:16   75:19   75:24
76:6
**indicated** [2]   75:17
76:3
**indication** [3]   76:16
79:2   95:5
**INDIVIDUALLY** [2]
1:2   99:2
**individuals** [1] 79:2
**industry** [4]   33:9
47:4   58:9   66:19
**inform** [1]   61:10
**information** [19]
21:8   23:18   25:2
25:4   25:9   26:8
26:21   27:8   29:6
30:11   42:2   47:17
62:8   62:11   68:20
68:22   83:20   83:23
100:5
**informed** [1]   4:22
**initial** [4]   18:19
23:22   29:9   83:17
**initiative** [1]   12:22

Case 1:03-cv-00192    Document 67-3    Filed in TXSD on 03/21/2005    Page 4 of 6

No. 99-04-1644-E                        Multi-Page™                       lugs - oral
Zamora vs. Abb Kraftwerke Aktiengesellschaft                           James Hamilton

lugs [22] 40:9    40:14
  40:19    40:21    40:25
  41:3    41:5    41:7
  41:11    41:13    41:16
  41:17    41:18    41:21
  41:24    42:7    42:13
  42:23    46:13    47:1
  64:10    64:14

-M-

machine [2]    48:18
  48:21
machinery [7]    8:14
  8:18    12:17    12:25
  49:5    49:6    59:25
makes [1]    22:8
manage [3]    88:1
  88:2    88:4
management [3]
  34:22    35:12    38:3
manager [5]    11:2
  29:12    36:21    44:2
  94:22
managerial [1]    43:18
manner [1]    92:21
manually [1]    49:21
manuals [1]    33:4
manufactured [2]
  13:17    88:10
manufacturer [8]
  68:24    69:8    74:16
  74:22    80:6    87:7
  90:21    91:11
manufacturer's [2]
  78:22    88:8
manufacturing [2]
  13:23    13:24
margin [1]    12:24
margins [1]    13:1
Mark [1]    37:2
marked [8]    3:11
  52:23    52:25    54:22
  70:4    83:8    91:17
  92:1
market [1]    28:17
marketing [4]    8:6
  8:15    8:17    12:16
match [1]    80:3
matched [1]    21:2
matches [1]    10:2
matter [1]    84:24
may [13] 6:17    12:14
  15:14    15:15    24:14
  26:6    45:9    51:17
  56:2    74:8    77:22
  81:1    100:16
mean [11]    8:16
  21:9    21:19    21:24
  22:4    47:2    49:25
  55:24    56:4    66:15
  74:1
means [2]    25:2
  35:7

measurement [1]
  30:1
mechanical [2] 59:5
  67:4
meet [3] 27:25    29:17
  65:16
meeting [5]    17:25
  31:18    32:4    62:2
  62:17
meetings [5]    28:4
  31:24    32:2    62:5
  88:11
memory [6]    17:12
  32:10    37:10    44:24
  45:18    63:7
men [1]    66:19
mentioned [1]    29:11
Merele [1]    15:18
Merit [2]    100:19
  101:22
met [26]    15:18    15:23
  16:16    17:20    23:12
  23:12    23:13    23:14
  23:14    23:15    23:16
  23:17    24:12    24:14
  24:15    24:23    28:3
  28:6    28:7    29:23
  30:3    30:8    30:9
  35:18    36:8    65:14
method [1]    1:23
Mexican [9]    16:17
  16:20    32:15    32:16
  32:18    33:8    36:21
  41:14    41:22
Mexicans [1]    79:18
Mexico [16]    15:18
  16:11    20:23    33:10
  33:18    36:25    37:20
  39:6    40:24    55:17
  64:3    77:12    81:24
  83:17    87:23    94:24
mid [1]    18:2
might [3]    56:23
  59:23    73:24
miles [2]    33:20
  78:9
million [1]    21:21
mind [4] 49:16    50:9
  70:20    71:19
MINOR [2]    1:4
  99:4
minutes [1]    52:10
misgivings [1]    95:2
mistake [2]    76:8
  76:13
Mitsubishi [1]    46:19
mobile [2]    45:23
  57:2
mode [3]    19:3
  19:3    20:13
modes [1]    34:23
moment [2]    59:9
  59:14
money [2]    18:18

21:24
Montana [1]    7:6
Monterrey [13]    15:12
  15:19    15:20    16:3
  16:6    16:12    16:21
  17:4    17:21    18:20
  19:16    20:15    34:5
morning [2]    35:17
  37:24
most [1] 49:16
MOTHER [2]    1:6
  99:6
move [14]    21:20
  23:11    34:11    34:16
  38:21    39:2    39:5
  54:15    63:25    65:11
  65:24    66:13    68:15
  79:23
moved [6]    9:14
  12:1    18:10    36:9
  43:6    66:10
movement [11]    12:14
  14:3    25:3    37:18
  39:1    39:8    41:2
  42:16    46:4    73:8
  73:17
movements [2]    8:18
  8:19
moves [11]    14:23
  15:3    15:4    15:7
  38:11    39:11    39:14
  40:4    40:7    40:20
  40:24
moving [5]    18:6
  39:4    46:8    68:15
  89:9
multimodal [2] 11:3
  12:12
Multiple [1]    20:10

-N-

N [1]    2:1
name [5]    5:17
  5:19    30:4    71:8
  98:10
near [1]    77:14
need [4] 25:11    26:25
  81:7    92:24
needed [11]    29:25
  36:25    55:16    76:23
  76:23    77:4    77:11
  77:16    77:19    78:5
  78:8
needs [2]    28:25
  70:23
neither [1]    100:11
never [8]    6:3
  38:14    42:22    50:22
  50:22    58:21    61:8
  79:1
new [2]    21:6    28:17
next [7]    6:12    17:21
  19:4    80:20    81:10
  82:8    86:21
nonasset [1]    35:20

nonattaching [1]
  67:25
None [3]    3:18
  3:20    16:22
Nope [1]    86:1
nor [1]    100:11
normal [9]    25:1
  26:19    26:21    26:24
  27:8    27:11    41:16
  46:14    58:9
normally [1]    25:4
North [6]    8:22
  13:11    14:1    14:4
  14:6    20:20
northern [4]    7:21
  7:23    7:25    21:2
notary [2]    4:12
  98:14
note [2]    4:21    80:23
noted [1]    98:3
nothing [2]    5:10
  78:18
Notice [1]    1:24
noticed [1]    37:22
November [1]    17:23
now [7]    26:13    45:15
  63:13    69:2    71:12
  75:2    89:16
number [6]    6:6
  20:19    30:20    49:15
  91:24    92:3
numbered [6]    1:21
  80:21    81:10    82:8
  83:3    92:3
numbering [1]    81:12
numerous [3]    28:4
  56:4    56:5
nut [1]    74:9
nuts [14] 51:21    53:25
  61:1    61:2    61:4
  61:19    63:10    72:24
  75:21    75:25    85:2
  85:18    92:14    92:24

-O-

oath [1]    98:9
Objection [2]    47:18
  89:13
obtain [1]    30:12
obtained [1]    30:13
obtaining [1]    68:21
obviously [8]    59:12
  59:22    67:23    69:1
  69:20    88:8    89:5
  90:8
occur [1]    70:1
occurred [11]    11:17
  19:5    40:14    43:19
  60:16    63:15    69:24
  73:5    83:19    95:16
  100:15
occurring [1]    90:11
ocean [2]    19:13

21:8
October [3]    9:9
  13:3    37:9
off [19]    24:4    26:25
  27:2    30:19    31:10
  33:17    33:22    41:24
  52:12    52:14    56:6
  56:8    59:19    63:10
  67:22    76:1    86:24
  91:25    95:25
offer [1] 25:23
offering [1]    12:10
office [2]    2:3
  98:12
officer [3]    99:22
  100:5    101:12
officer's [1]    101:15
offices [1]    1:23
Ohio [1] 8:9
OLIVIA [2]    1:5
  99:5
on-site [3]    22:18
  43:5    44:2
once [6]    17:20    22:9
  28:25    56:19    69:20
  69:20
one [38]    6:6    6:8
  6:14    6:14    13:7
  17:3    20:8    20:9
  20:19    28:22    32:4
  32:4    37:25    38:1
  38:8    39:2    40:14
  44:25    51:5    54:2
  56:7    60:1    60:12
  60:13    61:3    61:20
  61:21    63:11    81:23
  82:18    86:8    90:22
  91:16    92:4    92:5
  92:6    92:10    93:20
ones [2]    48:2    84:1
Ontario [1]    13:25
onto [3]    50:19    56:16
  73:9
open [3]    33:4    33:5
  44:19
openings [6]    51:9
  51:12    92:14    92:21
  92:23    93:9
operated [1]    84:21
operation [1]    89:12
operations [2]    8:5
  90:11
operator [1]    90:1
opinion [2]    88:25
  90:10
opportunities [1]
  27:16
opportunity [3] 53:7
  71:4    82:24
opposite [1]    95:15
options [8]    20:2
  20:11    20:12    22:5
  55:20    56:5    56:7
  56:20
oral [4]    1:17    1:19

Case 1:03-cv-00192   Document 67-3   Filed in TXSD on 03/21/2005   Page 5 of 6

No. 99-04-1644-E                          Multi-Page™                          pursuant - schedule
Zamora vs. Abb Kraftwerke Aktiengesellschaft                                     James Hamilton

pursuant [4]     1:23
4:3     100:5    100:14
put [19]    17:1     21:23
25:24    33:17    33:18
33:20    35:19    45:18
47:2     50:8     50:8
50:22    50:22    50:23
51:14    56:8     56:16
60:2     91:22
putting [2]           19:6
19:11

-Q-

qualified [1]    72:3
questions [10]   3:19
22:21    38:17    67:17
67:18    70:20    71:5
73:15    87:10    95:21
quick [1]             92:7
quickly [2]           70:6
91:14
quotation [3]        17:24
18:5     34:18

-R-

R [1]     2:1
rail [71]    10:11    12:13
14:5     14:21    15:20
16:7     16:9     16:11
16:16    18:20    20:22
21:19    21:20    25:25
26:1     26:5     26:5
28:20    30:20    31:6
31:8     31:10    31:12
32:19    33:5     33:17
34:12    37:13    39:3
39:6     39:15    39:17
40:9     40:10    40:22
42:18    43:6     46:4
49:22    54:5     54:11
54:14    54:18    54:18
54:19    56:16    56:17
57:23    58:3     58:11
58:16    63:23    64:2
65:25    66:11    66:19
66:21    73:9     77:2
77:8     85:4     89:10
90:19    92:13    92:17
92:20    92:22    92:25
93:2     93:8     93:10
railroad [29]         7:21
8:13     8:19     9:1
9:2      16:20    21:1
21:12    23:15    23:16
23:17    25:22    27:21
32:15    32:17    32:18
33:4     33:9     34:8
34:8     34:9     36:6
37:7     37:8     41:14
41:22    44:10    55:17
83:20
railroads [2]        16:17
33:8
raise [1]    5:7
raised [1]           66:22
ramp [1]    15:21

range [1]            18:12
rather [1]           6:15
Re-Examination [6]
3:7      3:7      3:8
87:17    93:18    94:20
reach [3]            24:1
30:1     31:3
reaction [1]         70:25
read [4]    4:6      4:11
4:23     98:1
reading [1]          27:23
real [2]    37:12    51:24
realized [3]         64:9
64:20    64:22
really [7]           6:19
36:10    52:8     57:21
76:14    84:9     84:10
reason [7]           20:17
50:8     54:10    60:4
60:8     71:19    97:4
reasonable [1]   57:7
reasons [2]          89:20
101:13
recess [2]           27:4
52:15
recollection [12]
17:7     26:4     28:11
29:23    41:10    41:15
41:18    45:16    47:24
55:18    65:5     75:15
recommend [3]   22:1
22:3     22:4
recommendations [1]
33:12
recommended [1]
85:12
reconfigure [1]   21:21
record [13]          1:24
4:2      5:17     27:1
27:2     27:6     52:13
52:14    52:17    74:14
95:25    99:22    100:6
records [1]          82:11
RECOVER [2]   1:7
99:7
Redman [2]           7:19
7:20
references [1]       28:18
regard [4]           88:7
89:1     89:9     91:2
regularly [1]        43:21
regulations [4]   57:8
57:13    57:15    58:5
related [2]          62:14
100:11
relationship [1] 24:25
release [1]          37:20
remaining [2]        86:9
87:12
remember [14]        18:4
28:4     29:1     29:2
29:3     30:3     32:5
36:2     44:22    51:3
63:2     63:3     63:6

87:23
remorse [2]    75:16
75:17
removal [10]    42:12
44:9     48:13    49:1
57:9     62:17    62:22
63:4     63:19    85:20
remove [22]     48:7
48:11    49:17    55:14
55:22    56:18    56:22
57:2     57:3     58:9
60:25    61:4     61:9
61:20    63:13    65:4
67:12    67:14    78:14
78:20    78:22    79:3
removed [19]    42:7
42:20    45:21    51:21
56:13    61:3     63:12
64:4     64:16    65:3
67:13    68:18    69:10
69:21    74:6     76:20
85:2     85:19    86:19
removes [1]           87:3
removing [7]           59:3
60:5     61:1     63:9
68:5     69:25    75:21
repeat [2]            63:24
75:22
rephrase [1]           6:24
reported [1]           1:22
Reporter [10]          4:1
4:22     5:4      5:7
5:12     6:7      6:19
11:10    27:7     99:19
Reporter's [3]     3:9
4:21     99:17
Reporters [2]     100:19
101:22
represent [2]          5:20
71:9
representative [8]
67:21    69:9     72:22
74:23    78:22    86:13
88:9     88:25
representatives [1]
87:7
represented [1]  80:8
requested [2]          3:16
30:15
requesting [1]     4:24
require [5]            25:17
30:12    32:13    41:3
77:22
required [13]          12:14
16:17    25:16    35:6
40:21    49:5     55:25
56:1     56:2     56:3
77:2     77:8     78:11
requirement [2] 25:14
31:11
requirements [6]
22:21    32:14    32:16
33:13    77:21    100:14
requires [1]          89:19
resolution [1]    52:2

response [2]           6:20
87:20
responsibilities [5]
37:17    43:23    44:9
68:13    68:17
responsibility [6]
90:1     90:13    90:25
93:4     93:7     93:11
responsible [4]   8:17
20:6     75:12    90:6
responsive [1]    28:25
resting [1]           77:5
restrictions [2]   21:11
21:18
restructuring [1]
33:9
result [3]            41:11
43:23    89:6
retail [1]            9:24
retaining [2]         76:1
79:4
retrospect [1]        67:9
return [1]            99:25
returned [3]          101:12
101:13   101:14
revenues [1]          9:17
review [1]            22:18
reviewed [1]          78:17
Rigging [1]           71:13
right [58]            4:10
5:8      6:1      7:3
8:2      8:12     8:23
9:6      11:16    12:6
14:8     16:3     16:18
18:4     18:15    20:8
23:9     28:10    29:10
29:14    32:13    34:10
35:9     35:10    35:14
39:3     39:16    43:17
45:19    46:2     49:22
50:12    50:12    50:16
51:2     51:15    51:19
53:14    54:21    55:19
56:18    57:8     60:15
61:22    65:20    65:23
68:9     72:19    73:19
73:23    75:4     80:3
81:25    88:7     89:4
91:14    91:20    92:10
right-hand [1]       53:22
rim [2]     50:3    50:14
ring [1]   50:3
Rio [2]    23:15   34:7
risk [1]   12:25
Robert [1]           65:13
Robinson [41]          2:9
9:9      9:11     9:13
9:14     9:15     10:4
11:1     11:19    14:20
15:1     15:8     18:17
29:13    33:25    34:5
34:15    34:21    36:15
41:20    43:18    43:24
64:21    71:17    71:20
71:22    81:17    82:10

82:16    87:21    93:6
93:13    93:21    94:1
94:1     94:13    94:13
94:15    94:25    95:11
100:9
Robinson's [4]   12:3
80:2     80:17    95:2
Roland [16]          51:20
52:1     52:5     60:25
61:3     63:10    63:12
63:17    63:18    65:13
73:3     80:9     86:11
86:14    88:12    94:8
role [1]    10:25
Rotterdam [3]        40:16
56:9     86:20
rough [3]            14:18
33:23    40:1
route [2]   21:2    22:2
rubberband [1]    81:2
Rule [3]   100:14   101:11
101:18
rules [6]   1:24    4:4
57:8     57:13    57:14
58:5
run [3]    21:22    30:15
53:18

-S-

S [6]      2:1      2:8
52:23    70:4     83:8
92:1
Sacramento [1]   8:7
safe [1]    49:4
safely [4]           67:14
68:16    68:18    89:24
safer [3]    86:3    86:18
86:23
safest [2]            87:4
87:6
safety [3]            57:14
89:20    89:24
sales [2]   8:7    9:18
Sandro [6]           15:18
15:23    17:24    18:1
18:22    24:15
satisfied [2]         22:21
84:17
satisfy [2]           23:1
31:15
save [1]   21:23
says [2]   38:8    38:9
scenario [1]         92:13
scene [2]            72:22
91:16
Schaefer [20]        23:14
28:6     28:12    28:22
29:5     29:15    29:15
29:18    29:19    30:12
31:15    31:25    34:14
34:16    45:25    86:6
93:5     93:11    94:6
94:10
schedule [1]         43:11

| No. 99-04-1644-E | | Multi-Page™ | | survivors - videoed |
| Zamora vs. Abb Kraftwerke Aktiengesellschaft | | | | James Hamilton |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99:6 | | therein [1] | 98:11 | 55:6  55:8  55:9 | | traveled [1] | 24:17 | 6:24  7:1  11:21 | |
| survivors [1] | 71:9 | They've [1] | 28:17 | 55:12  67:24  69:2 | | TRCP [2] | 100:14 | 62:9  65:6  75:3 | |
| suspend [3] | 85:1 | third-party [5] | 9:15 | 70:9 | | 101:11 | | understandings [1] | |
| 85:17  85:24 | | 12:11  12:22  35:13 | | touch [1] | 48:18 | trip [1]  85:9 | | 57:15 | |
| suspended [6] | 57:24 | 91:11 | | touching [1] | 48:21 | truck [10] | 10:10 | Union [3] | 23:16 |
| 58:10  58:16  66:20 | | thought [3] | 61:18 | Tower [1] | 2:11 | 12:13  12:13  13:1 | | 34:8  36:5 | |
| 67:1  85:3 | | 87:25  95:11 | | track [3] 21:21  29:25 | | 14:5  18:21  39:6 | | unit [1]  11:15 | |
| swear [1] | 5:9 | thread [1] | 70:16 | 30:20 | | 39:9  49:19  60:2 | | United [2] | 20:21 |
| Swiss [2] | 82:4 | threaded [1] | 60:12 | tragedy [1] | 75:17 | truckload [2] | 10:13 | 33:6 | |
| 82:4 | | threads [1] | 60:13 | tragic [3] | 1:8 | 37:12 | | unsafe [4] | 73:24 |
| Switzerland [13] | | three [8] 28:21  32:3 | | 89:6  99:8 | | trucks [1] | 14:21 | 89:22  90:9  90:9 | |
| 1:14  1:20  2:5 | | 32:3  36:6  39:11 | | trailers [1] | 33:19 | true [6]  74:21  82:17 | | UNTIMELY [2] | |
| 24:17  65:14  81:20 | | 40:4  40:7  40:19 | | train [2] 22:23  37:14 | | 83:13  94:17  98:2 | | 1:8  99:8 | |
| 82:18  83:18  88:18 | | through [30] | 7:22 | training [1] | 7:23 | 99:22 | | unusual [6] | 20:18 |
| 99:14  100:9  101:6 | | 9:24  15:17  16:9 | | transaction [1]  21:14 | | truth [3]  5:10  5:10 | | 46:9  46:10  46:14 | |
| 101:16 | | 16:12  19:1  19:9 | | transactions [1] | | 5:10 | | 46:21  47:3 | |
| sworn [3] | 1:21 | 19:12  20:11  20:18 | | 35:22 | | truthful [1] | 87:9 | up [43]  4:13  4:24 | |
| 5:14  99:21 | | 20:25  21:23  22:2 | | transcript [5]  4:11 | | try [6]  6:12  6:13 | | 6:17  12:8  13:13 | |
| | | 22:10  23:10  28:19 | | 5:2  99:22  99:24 | | 6:24  38:16  38:17 | | 13:20  17:23  17:25 | |
| -T- | | 29:6  32:9  34:13 | | 101:16 | | 81:4 | | 18:2  20:13  23:2 | |
| | | 35:18  40:7  52:2 | | transfer [9] | 22:11 | trying [4] | 34:23 | 24:12  25:21  27:19 | |
| takes [4] 10:1 | 14:16 | 52:23  78:7  80:17 | | 49:24  54:7  63:21 | | 36:1  50:2  66:5 | | 30:19  33:2  34:19 | |
| 14:17  14:18 | | 83:1  83:2  83:4 | | 63:22  63:23  87:22 | | tunnel [1] | 21:22 | 35:2  35:14  35:15 | |
| taking [8] | 19:18 | 86:25  98:9 | | 89:1  94:23 | | turbine [8] | 13:16 | 35:23  36:24  39:4 | |
| 30:19  57:9  60:22 | | throughout [1]  14:4 | | transferred [1]  8:8 | | 13:22  13:24  14:10 | | 42:24  44:12  44:13 | |
| 61:7  64:2  74:9 | | tie-down [2] | 33:2 | transferring [2] 89:25 | | 16:5  20:6  24:10 | | 48:5  49:23  51:9 | |
| 75:25 | | 33:13 | | 90:18 | | 32:9 | | 52:2  55:9  64:7 | |
| team [1] 13:13 | | tie-downs [1] | 28:20 | transformer [1] 24:10 | | turbines [3] | 14:3 | 64:9  70:19  71:1 | |
| technical [1] | 19:23 | tighten [1] | 71:1 | transformers [3] | | 14:9  16:25 | | 83:18  88:22  92:13 | |
| telephone [2] | 2:2 | tightened [1] | 70:24 | 20:7  30:2  32:11 | | turn [2]  25:18  25:24 | | 92:18  92:20  93:3 | |
| 18:1 | | Tinning [33] | 2:2 | transload [2] | 18:21 | turnkey [3] | 35:3 | 93:5  93:12 | |
| Telleria [5] | 23:17 | 2:3  3:6  3:7 | | 29:25 | | 35:4  35:7 | | upper [2] | 59:11 |
| 26:4  33:16  34:1 | | 4:5  4:8  4:18 | | transloading [1] | | two [37]  5:20  9:20 | | 59:13 | |
| 34:9 | | 5:1  5:5  6:17 | | 19:20 | | 11:6  12:21  13:7 | | used [9] 20:14  25:25 | |
| Telleria's [1] | 33:15 | 6:22  38:16  47:18 | | transport [31] | 11:3 | 28:21  32:2  32:3 | | 40:19  57:2  57:2 | |
| telling [2] | 11:25 | 57:12  60:18  71:4 | | 11:19  12:3  12:12 | | 47:6  47:8  47:17 | | 88:1  91:23  92:4 | |
| 63:7 | | 71:7  71:8  81:3 | | 19:13  19:14  20:2 | | 48:2  48:3  48:4 | | 100:1 | |
| tension [7] | 55:4 | 81:14  82:12  82:15 | | 20:4  23:22  24:9 | | 51:5  51:5  53:18 | | usually [3] | 25:5 |
| 55:5  55:7  55:11 | | 82:23  83:9  87:15 | | 26:20  34:4  41:25 | | 59:11  59:12  59:13 | | 58:18  58:25 | |
| 68:1  70:10  70:13 | | 89:13  91:19  93:16 | | 42:4  42:8  44:7 | | 60:9  60:11  61:19 | | | |
| term [1] 88:1 | | 93:19  94:19  95:21 | | 44:8  44:10  45:5 | | 61:19  67:24  69:2 | | -V- | |
| terminal [1] | 77:14 | 100:3  100:7 | | 45:5  45:10  45:18 | | 70:10  70:12  74:7 | | | |
| terms [1] | 17:9 | Tinning's [2] | 87:20 | 45:21  47:23  64:16 | | 74:7  79:2  85:3 | | V [3]  1:11  99:11 | |
| terrible [1] | 48:5 | 91:23 | | 69:18  76:19  76:21 | | 86:9  90:5  91:19 | | 101:4 | |
| testified [3] | 5:14 | today [1] | 28:11 | 83:2  83:23  83:24 | | 91:19  92:4 | | Van [1]  2:11 | |
| 54:3  67:23 | | Todd [34] | 29:1 | transportation [29] | | two-phased [2]  12:21 | | Vancouver [1]  8:8 | |
| testimony [9] | 41:6 | 29:10  29:11  29:12 | | 9:19  10:1  10:2 | | 12:21 | | variances [1] | 17:6 |
| 41:7  54:2  55:16 | | 35:24  36:1  36:1 | | 10:5  10:8  10:15 | | type [19] 9:12  12:20 | | varies [1] | 14:16 |
| 58:2  58:4  65:7 | | 36:3  36:4  36:4 | | 10:18  10:22  13:6 | | 13:9  16:25  17:15 | | various [8] | 7:23 |
| 99:22  100:5 | | 36:8  36:8  36:12 | | 13:12  14:7  16:24 | | 24:5  24:7  30:11 | | 19:19  20:2  20:12 | |
| Texas [14] | 1:16 | 36:14  43:8  43:9 | | 17:16  20:14  26:17 | | 31:23  36:15  44:20 | | 27:19  28:1  38:25 | |
| 1:22  1:23  1:23 | | 44:3  51:20  52:1 | | 27:23  28:1  34:22 | | 46:14  46:15  46:18 | | 49:15 | |
| 2:4  2:8  2:12 | | 52:5  60:25  63:9 | | 36:16  37:11  37:18 | | 46:19  46:19  46:20 | | Vehicles [1] | 8:14 |
| 8:11  8:24  99:16 | | 63:13  63:17  64:23 | | 46:15  47:15  52:20 | | 47:4  48:25 | | vendors [1] | 19:19 |
| 99:20  100:20  101:8 | | 72:1  73:4  74:24 | | 64:11  71:13  82:2 | | types [6] | 10:8 | verbal [1] | 6:20 |
| 101:23 | | 79:1  83:10  84:4 | | 88:14  95:7 | | 15:1  15:2  23:9 | | verify [4] | 48:23 |
| TFM [5] 21:1 | 23:16 | 84:7  85:5  85:6 | | transportations [1] | | 23:18  85:16 | | 81:7  82:17  82:25 | |
| 28:3  33:1  34:8 | | together [5] | 19:6 | 12:15 | | | | version [1] | 72:23 |
| Thank [8] | 5:12 | 19:11  35:19  35:20 | | transported [2]  40:16 | | -U- | | versus [1] | 21:9 |
| 54:21  87:15  93:14 | | 35:21 | | 76:24 | | | | vessel [1] | 78:1 |
| 94:16  94:19  95:20 | | Tom [5]  2:10 | 4:5 | transporter [2]  40:22 | | ultimate [1] | 40:18 | vessels [1] | 13:9 |
| 95:22 | | 37:10  100:4  100:9 | | 40:23 | | under [6] | 37:21 | VIA [1]  2:2 | |
| themselves [3] | 73:25 | took [5]  9:14  12:1 | | transporters [6] 33:19 | | 89:18  90:7  98:9 | | video [2] | 2:14 |
| 78:14  86:19 | | 15:24  61:20  77:7 | | 33:23  39:18  40:1 | | 98:12  101:11 | | 5:2 | |
| therefor [1] | 101:13 | top [12]  33:4  33:5 | | 40:11  40:11 | | underneath [1]  60:24 | | videoed [1] | 4:19 |
| | | 47:8  47:12  48:3 | | | | understand [7]  6:21 | | | |