Todd Strever                                                                                                January 21, 2005

**A**
AAR 28:9 30:12
AARR 28:15,18
ABB 1:3 4:6 6:19 7:2
  7:14 8:6,9,15,25 9:8
  9:11 10:9,12,19,23
  11:8,11,24 12:3 13:3
  13:6,11,13,19 15:24
  16:5,6 17:14,14
  19:20 20:17 23:23
  24:1,5,12,20 25:3
  26:5,8 27:8 28:2,14
  28:17 29:21 30:11
  31:1,15 32:14,17,17
  33:1,1,5,7,7,14,16
  34:1,13 35:24 36:1,5
  36:12,18,23 38:3
  39:24 40:6,13,23
ABB's 40:2,17
able 11:22 19:16 23:7
  36:23
about 5:19 8:9 9:4
  13:13 14:24 16:4,21
  16:22,25 25:11 26:3
  26:8,11,16,17 27:11
  27:12,15,20 28:14,20
  29:4 30:4,21 31:7,21
  32:6,10,13,15,22
  33:25 35:6 36:4,14
  37:5,9 39:12 40:5
  41:8
above-styled 1:17
Absent 40:13
absolutely 14:22 32:8
accept 11:21
accident 31:11 32:7,24
accomplish 6:24 8:5,22
  12:3 21:12 23:24
accomplished 19:18
accomplishing 40:17
accordance 1:22
accounting 24:12
acquire 27:2
acted 6:22
action 1:4 45:24 46:2
actual 18:12
actually 12:23 13:25
  21:16 22:11 38:18
additional 17:16 23:22
  36:22
addressed 19:23
advise 31:16
affix 44:2
affixed 46:8
after 20:17 23:14
again 11:3 25:17 26:24

28:16 42:24
agree 11:5 15:10 19:6
  40:5
agreement 1:23 45:4
  45:18
agreements 5:2
agrees 18:16
ahead 16:10 21:21
  25:24 36:21
AKTIENGESELLS...
  1:3
AL 1:3
Almost 32:2
already 13:16
alter 32:3 42:19
American 28:10
Amero 22:3
Amfels 25:15 36:3,10
amount 17:13 21:4
  38:3,8 45:18
and/or 46:4
another 9:16 14:5,11
  14:18 30:5 35:1
  37:12,17,18 41:19,21
  41:23
answer 7:8 13:21 21:21
  29:16 32:4
ANSWERS 1:15
anybody 32:9
anyone 32:6 40:6
anything 20:19
apparatus 22:14
appear 29:17 37:4,9
  38:4,10
Appearances 3:2
appears 13:9 28:22
  29:1,4 34:19 37:14
  37:17 38:19,24 39:23
approval 11:17 31:8
  36:25
approve 11:15
AR 42:17
arise 19:7
around 36:11
arrived 8:2
asked 9:22 14:4,17
  15:24 26:3 27:15
  32:13
associated 9:5 26:11
  32:1
Association 28:10 31:5
assume 12:13,14 17:7
  18:22,23 22:21 23:21
  24:2,2,8,10 29:3
assumed 10:2
assumes 21:19
assuming 28:19

Atlantic 14:13
attached 18:2,19 33:18
  38:5
attachments 35:6
  38:17
attorney 45:22 46:1
authority 17:12 19:20
authorization 12:3,16
  12:17 13:3 19:16
authorized 8:9,14
  13:19
Avenue 46:15
aware 16:4 19:25 20:4
  22:6,8,19,23
A.D 1:18 45:5 46:8

**B**
B 4:1
back 6:2,6 14:24 15:11
  25:10 26:22 34:18,22
  35:13 36:4 40:21
Baden/Switzerland
  24:6
bar 36:10
barge 33:25 34:3,5,6
  35:17,25
bars 36:2,3,5,22
based 28:10
before 1:18 9:21,24
  11:17 17:19 24:24
  44:8 45:5,17 46:3
beginning 1:18
behalf 6:19 8:6 13:2
  16:6 17:14 19:20
  23:23 24:1 32:14
being 10:23 14:6 15:16
  17:7 22:4 23:24
  31:14 40:23
believe 7:3,21,23 13:8
  19:23 21:15,22 22:8
  23:16,17 27:15 28:17
  30:19,24 34:2,21
  39:8
best 10:11
better 10:24
between 19:8 30:5
beween 4:6
bid 18:3
bill 16:5 24:3 32:17
  36:23 39:14,14,17
billed 24:5 32:25
billing 38:9
bit 13:5 26:22
board 14:14
boats 14:19
body 12:16
Bohnsack 39:19

bolts 15:4,15,21
border 30:17
bottom 25:4 37:25
branch 6:14 7:10
Break 10:7
Brent 39:19
briefly 17:20 41:8
Brownsville 1:2 6:17
  7:6,18,23 8:3,11,24
  13:15,18,25 15:2
  19:22 20:25 23:1,4
  23:14 24:7 31:10
  34:7,10
Burlington 5:21
business 5:24 6:8,11,13
  6:14 20:3 33:8
businesses 33:5
B:03-CV-192 1:5 44:6

**C**
C 2:1 5:1
CA 44:6
cable 9:1,3 11:6,12,12
  27:18,19
cables 11:25,25
calls 15:7 24:14 35:5
  40:25
came 7:22 10:24 33:17
  34:3,21 35:17,17,17
  35:25 45:5
car 11:7 12:19 14:7,15
  22:25 28:11 31:1
  35:20,25
Cardona 22:3
carefully 45:13
cars 21:25 27:6
case 10:1 21:22
cause 1:17 45:12
cautioned 5:10 45:10
cc 12:12 42:3
center 2:9 26:12 28:11
Cert 46:16,17
certain 12:2 17:13 21:4
  40:9
Certificate 3:10
Certified 1:19 45:2
certify 45:3,22 46:3
CHANGE 43:2
changed 10:23
charged 17:14
charges 38:16
Charles 39:21
CHR 25:3
Christi 2:4
CHR/ABB 38:1,2,14
Ciotti 2:8 3:6,8 5:4,7
  7:7,20 8:18 9:9,16,19

9:21 10:4 11:2 12:5
  12:22 13:20 15:7
  16:16 18:7,11,14
  20:10 21:19 23:10
  24:14,25 25:3,7,23
  26:2,20,21 30:7,10
  35:13 37:5,24 38:6
  38:12 39:16 40:25
  41:7 42:22 45:21
City 45:8
Civil 1:4,22
clear 30:9
clearance 27:3,12 31:8
clearances 23:4
code 28:7
come 9:19 19:17 33:25
comments 42:9
Commission 44:14
common 19:2
communicate 27:25
communications 29:22
company 1:6 6:7 33:10
  33:12
completed 35:8,10
completion 46:3
comply 28:15
concerning 45:12
concerns 9:5
confirming 13:10
confused 14:9
confuses 13:5
consider 40:19
consideration 42:21
considered 14:21
considering 15:12
contingencies 19:24
contingency 16:4,6,8
  16:22 17:4 24:17
  32:15,16,17,18,21
  34:20 38:9,15
contract 4:6 7:2,4,17
  8:6,10 17:13,15,18
  17:25 18:4,9,12,15
  18:17,20,24 19:2,5
  20:1,4,14,16,17,20
  34:22 35:6,9 36:23
contractors 21:7 35:20
contract's 34:25
controversy 45:12
coordinate 31:4
coordinated 30:25
copied 41:15
copy 9:16 10:2 37:12
  37:14,17,18
corner 25:4
Corpus 2:4 13:15
correct 6:19,20 7:19


Index

Todd Strever
January 21, 2005

Page 48

8:3,4,7,8,12 9:2,8 10:10,14,16,17,20,21 11:1,8,12,23,25 12:4 12:24 14:2,15,16 15:6,23 18:8 19:15 20:1 23:2,11 24:1,11 25:5 27:1,3 28:23 30:12 31:11 34:3,4 34:11,12 35:21,24 37:5,10,11,15,16,19 37:20,22,23 38:5 39:2 40:3,6,11,24 41:24 42:6 44:3
**CORRECTION** 43:2
**Corrections** 3:9 43:1
**correctly** 6:9 28:1
**correspondence** 4:3 9:23
**cost** 16:8,22 19:12 24:17 32:21 36:12 46:20
**costs** 16:4,6 17:4 32:13 32:16,16,17,18 33:2
**counsel** 45:23 46:1
**counterpart** 12:9
**COURT** 1:1
**cover** 17:25
**covers** 37:4
**crane** 14:5,9,11,13,18 15:3,13,19,24 31:22 33:22
**created** 22:24
**creation** 38:22
**CSR** 46:14
**current** 5:19
**currently** 5:20
**customer** 38:20 39:4
**customs** 30:14
**C.H** 1:6,20 4:6 6:2,5,15 6:18 7:1 12:9 13:2,6 16:4 20:21 23:19,24 26:4 27:21 32:16,20 32:24 33:2,3,4,4,8,14 33:15,21 34:9,13,13 34:15,15 38:3,19 45:6
**C.H.R** 30:15 35:8

___ D ___
**D** 3:1 5:1
**Dallas** 46:16
**damage** 32:3
**damaging** 40:10
**date** 12:12 29:8,10 32:23
**dated** 12:12 24:22 28:22 29:2,5

**day** 1:17 12:19,20 15:2 15:13 31:11,13 32:7 32:10 44:9 45:5 46:8
**days** 34:15
**death** 23:15
**deciding** 8:22
**decision** 13:18
**Defendant** 1:16 2:7
**Defendants** 1:6
**define** 16:8 28:10
**dependent** 42:13
**Deponent** 46:4
**deposition** 1:10,15 5:8 9:23 14:23 15:1 16:13 17:22,23 20:6 35:1 44:2 45:15,19 45:24 46:4,15
**Description** 4:2
**designated** 18:9
**details** 7:22 10:22 11:7 12:2 21:11 32:1
**determine** 26:24 27:4
**development** 6:8,11,13
**device** 15:19
**diagram** 25:16
**dialogue** 9:4 26:10 41:2
**different** 5:18 10:25 14:9 19:6 26:13 28:5 29:22,23 35:7
**difficult** 17:6
**dimensional** 22:24
**dimensions** 28:11
**direction** 26:17 27:8,11 28:14 30:22
**directions** 8:15,24 9:7 40:8,13,17
**directly** 32:18,25 33:1
**director** 5:23 6:8
**discussed** 21:10 40:2
**discussion** 36:2
**discussions** 13:13
**DISTRICT** 1:1,1
**division** 1:2 33:10
**document** 18:23 19:14 25:18 34:23 35:4 39:8
**documents** 4:5 9:14 18:25 28:21 29:17 30:4
**doing** 13:9 20:7 25:25 32:3
**done** 8:16 14:8,20 16:1 22:4
**down** 9:1 11:6,9,16 12:15 13:11 19:13 22:13 27:5,17 34:7 36:9 37:25 39:25

42:12
**downs** 27:23,23
**drawing** 25:12
**drawings** 18:2 21:3,5 21:11 26:11,16,21,23
**Drive** 1:21 45:7
**duly** 5:10 45:9
**during** 8:21 12:3 19:7 22:13
**duties** 5:22 6:12 20:24

___ E ___
**E** 2:1,1 3:1 4:1 5:1,1
**each** 45:19
**earlier** 26:3 27:15 32:13
**ed** 42:3
**effect** 31:23,24
**elsewhere** 42:5
**else's** 40:16
**employed** 5:20 6:2 45:23 46:1
**employee** 45:25
**employees** 34:16
**enclosed** 38:25 39:4
**End** 42:25
**ended** 36:17
**engineering** 11:17
**entered** 7:1 8:6
**Epps** 1:19 45:2 46:14
**equipment** 6:17 7:6 8:17,23 9:1 10:10,13 10:15,19 11:21 13:14 19:1,8,21 21:8,17,24 26:6,9,16,18 27:1,9,9 27:12,17,20 30:16 33:16 35:7,23 40:6 40:10 42:14
**Esis** 37:7
**Esquire** 46:15
**essentially** 17:12
**established** 13:16
**estimated** 36:11
**ET** 1:3
**etc** 23:4
**Europe** 34:3
**European** 12:12
**events** 14:24
**ever** 24:19
**every** 19:11,12 28:5
**everything** 10:6 18:14
**evidence** 21:20
**exactly** 21:23
**examination** 3:5,6,7,8 5:13 26:1 35:14 41:6 45:14
**examined** 45:13

**example** 26:16 34:14 40:24
**except** 44:3
**excuse** 34:13
**exhibit** 3:3 9:12,15 16:12,14,17 17:24 18:10 24:4,23 28:21 29:1,7,18 34:25 35:1 36:8 37:1 40:20 41:9
**expect** 30:7
**expected** 40:11
**expended** 34:16
**expenses** 17:13,16 23:22,25 24:12
**expertise** 27:13 28:16 28:18 30:12,14,24
**Expires** 44:14 46:17
**extra** 22:24 24:12
**e-mail** 4:3 36:3 40:23 41:16 42:1,5
**e-mails** 40:21 41:8,10 41:13

___ F ___
**facilitate** 22:4
**facilities** 8:1
**fact** 8:20
**facts** 21:19
**fairly** 18:24
**fallen** 15:5,22
**familiarize** 21:2
**far** 7:16 29:20
**fax** 2:5,11 39:17
**Fe** 5:21
**February** 12:13,19 24:22 29:6,11 37:3 37:21 38:1 41:16,19 41:21,23 42:1
**Federal** 1:22 5:4
**FedEx'd** 37:13
**fee** 34:19
**fell** 21:16
**Ferguson** 12:8,11 13:2
**few** 5:19 28:20
**fifth** 24:23
**financially** 46:2
**find** 35:8
**first** 5:10 14:23 16:14 28:22 29:2 37:14
**fit** 10:24 23:3
**five-four** 25:5
**five-six** 25:6
**flat** 34:19
**follow** 40:11,17
**followed** 14:7 42:13
**following** 45:8
**follows** 5:12 45:19

**foregoing** 44:1
**foresee** 19:7
**forklift** 14:5,18 15:3,14 15:19,25
**form** 7:7,20 8:18 9:9 11:2 12:5,22 13:20 15:7 20:10 21:19 23:10 24:14 26:19 38:6 40:25
**forms** 39:1
**Fort** 1:21 6:1 45:8
**forth** 1:23 36:4 40:21 45:4
**found** 10:1
**fourth** 24:23
**framing** 35:18
**from** 6:17 7:6,18,22 8:1 8:10,11,23,24 9:8,11 9:19 10:7 12:3 13:3,6 14:14 15:15 16:15 17:21 18:10 19:21 20:17,21 21:5,25 23:13 24:7,20,20,21 26:5 28:23 29:5 33:25 34:3 35:25 38:3 39:19,21,24 40:10,13 42:2
**furnish** 33:14
**furnished** 33:22 35:24
**further** 3:7,8 35:14 41:6 45:22,25 46:3

___ G ___
**G** 5:1
**gather** 9:22
**gathering** 8:21
**gave** 40:8
**general** 31:22
**generally** 29:16
**generation** 6:17 10:9 24:6,20
**generator** 11:6 14:16 22:25 23:13,16 32:11 32:23 33:23 34:10,14 35:16,19,21
**generators** 6:25 21:1
**Germany** 8:2
**getting** 31:7
**Giant** 14:13
**give** 26:8,17 27:8,11,19 28:14 30:21,23
**given** 27:3 45:16
**giving** 8:15
**go** 13:14 16:10 21:21 25:24 27:11 29:2,9 29:18 31:7 36:21
**goal** 7:5

Esquire Deposition Services
Phone (214) 965-9200

703 McKinney Avenue, Suite 320
(800) 852-9737

Dallas, Texas 75202
Fax (214) 965-9205

**goes** 7:17 29:12 38:10
**going** 9:6 11:19,22 12:10 13:14 16:16 17:8,23 19:12,12 20:20 21:11,16,18,24 22:4,6,20 25:21 26:22 28:20 30:2 40:16 42:14
**gone** 39:6
**goods** 8:10
**gravity** 26:13 28:11
**group** 28:7
**guess** 14:9 15:9
**guidelines** 27:24 28:3,6

**H**

**H** 4:1
**Hamilton** 13:12,23 16:15 19:25 20:5,21 20:22 24:21 28:23 29:5 36:15 42:2,4
**Hamilton's** 17:4 36:8,9 38:25 42:9
**hand** 12:10 46:8
**happened** 14:25 15:12 32:7
**haul** 28:12
**having** 5:10 9:25
**heavy** 6:25 19:1
**help** 10:12,18
**helping** 11:8
**hereinafter** 1:23
**hereinbefore** 45:4
**hereto** 46:1
**hereunto** 46:7
**him** 18:7,11 24:25
**hindsight** 15:16
**hired** 7:5 21:7,13 28:19 33:21
**hold** 15:20
**hours** 45:20,21
**Houston** 2:9,10 13:15
**Huinala** 24:8
**hydraulic** 22:12

**I**

**identify** 6:14 39:7
**important** 26:10
**impossible** 19:11
**Inc** 37:7
**inch** 12:17,17
**including** 11:15
**incur** 17:13 19:13
**incurred** 16:6 17:17 23:23 24:1,13 32:14 32:19
**incurring** 17:3

**index** 3:3 18:1,18
**indication** 30:23
**individual** 22:3
**industrial** 5:23
**information** 5:19 8:22 9:10 21:5 26:15 28:2 31:16,19 32:6 39:23
**inquired** 36:14
**inspections** 31:4
**installed** 22:1
**instance** 1:16 11:5 13:1 14:4 40:22
**instructions** 14:7
**interested** 46:2
**internal** 39:10
**International** 37:7
**intimately** 22:5
**invoice** 16:21,22 24:5 24:11,16 29:1 37:2 37:19 38:2,8,10,12 38:14,16
**invoices** 23:25 34:20
**involve** 29:21
**involved** 6:16,25 7:13 7:25 10:19 13:12 17:3 20:5,8,12 21:12 22:5,16 23:12,17,20 34:8,9
**involvement** 20:16
**involving** 7:17 23:14
**issue** 27:14 36:19
**item** 27:23 36:9
**items** 26:25 34:20

**J**

**jacked** 22:15
**jacking** 14:5,19 15:4,14 15:20,25 21:15 22:19 22:23 32:10 40:22
**James** 29:5
**January** 1:18 45:5
**Jarneka** 1:18 45:2 46:14
**Jim** 13:23,24 16:15 24:21 28:23 37:14 42:2,4
**job** 5:22 6:5,12,21 10:12,18,23 11:7 17:11 24:7 27:24 35:24
**jobs** 21:8
**July** 16:14 28:22 29:2,7 37:2,9,22 38:5,25
**Jusin** 2:3
**just** 5:18 7:15 9:13 11:18 13:7,10 25:7 25:20 29:16 30:1,8

31:22,22,25 33:17,19 34:17,18 35:5 37:24 39:9,10,23 41:2
**Justin** 2:3 9:17

**K**

**KARAN** 2:8
**keep** 40:10
**Kilgore** 2:8
**kind** 6:22 17:17 19:14 31:1
**knew** 26:13 39:25
**know** 10:1 11:19 12:8 13:17,21,24 20:2 22:16 25:1 32:19 33:7 34:1 35:8,10,12 36:2,4,6,17,19 38:15 39:22 42:11
**knowing** 15:1
**knowledge** 10:11 17:6 30:11 32:5,9 45:11
**known** 15:1
**KRAFTWERKE** 1:3

**L**

**L** 2:3 4:1
**lading** 39:14,14,18
**lash** 14:14
**lashing** 12:18
**last** 23:17 35:17
**later** 15:11
**law** 2:3 11:20 40:16
**lawsuit** 5:18
**lead** 30:23
**leading** 20:20
**least** 16:3
**left** 6:7
**Leopard** 2:4
**Lepori** 16:15 17:21 20:6 24:21 28:23 29:5 35:1 42:2
**Lepori/Hamilton** 18:19
**let** 5:18 24:25 25:20 26:20 39:16 41:8
**letter** 16:3,15 17:5 24:20 28:22 29:5,6,7 30:4 37:2,3,8,10,12 37:15,18,21,22 38:2 38:5,11,13,14,25,25 39:6
**letterhead** 13:7
**letters** 18:1,19
**Let's** 6:7 12:7 16:10
**lift** 40:9,22
**lifted** 22:12
**lifting** 14:14 22:14 25:15

**like** 11:16 17:11 18:25 19:8 24:20,22 25:12 25:13,14 28:7 29:9 29:22,24 33:22 35:7 41:15 42:1
**likes** 26:12
**lined** 34:1
**listed** 17:4
**little** 13:5 22:15,15 26:22
**loaded** 12:18 21:25 34:5
**located** 1:20 45:7
**Lochridge** 2:8
**logistical** 9:4
**logistics** 7:10
**look** 9:18 10:5 12:7,15 16:9,13 18:5 24:4 25:25 35:5 36:8 37:1 38:7
**looked** 11:16 17:19 29:24
**looking** 14:24 15:11 25:1 34:18,22 35:4
**looks** 24:19,22 25:12 25:13,14 29:20,22 41:14 42:1,3
**lot** 7:22 19:6
**lug** 14:19 25:15
**lugs** 12:18
**L.L.P** 2:8

**M**

**made** 13:19 20:2 38:21 42:10
**main** 27:6
**make** 10:5 11:20 29:25 30:9
**manage** 8:10,14
**management** 16:7 18:25 20:24
**manager** 6:11,12,23
**Mannheim** 8:2
**manufacturer** 8:1
**many** 25:23
**mark** 16:10,16 17:23 35:1
**marked** 9:12,14,25 16:12 17:21,24 25:3 28:21 29:18 34:22,25 41:9
**match** 26:13
**materials** 33:15 41:3
**matter** 8:20
**matters** 45:12
**may** 17:22,22 19:7 35:5
**maybe** 31:21,23 33:18

**McGinnis** 2:8
**McKinney** 2:9
**mean** 7:9,21 8:11 9:10 13:5 14:21 15:16 18:22 27:22 29:20,20
**means** 22:13 26:17
**meet** 11:15,16 27:24 28:4,9 30:15,22 31:25
**meetings** 20:9,13
**memo** 12:10 36:9
**memory** 9:3 34:4
**met** 20:6
**method** 13:3
**methodology** 27:4,20
**Mexican** 31:5
**Mexico** 6:18 7:23 10:10 19:9 20:8 22:3 23:4 30:17
**Microsoft** 39:10
**might** 8:16 15:17
**mine** 12:9
**minutes** 45:20,21
**missing** 29:9
**Monterrey** 6:18 7:1,6 7:19,24 8:11,11,24 10:10,13,20 11:22 19:22 21:17,18,24 23:8,9,14 24:9
**Montreal** 7:24
**more** 11:18 12:6 20:2 31:18 32:5 39:10 40:5
**most** 32:9 41:14
**move** 8:23,25 21:17,18 27:3 33:23 34:14
**moved** 21:8,25 22:6,13 22:14,14,15 34:5,7 42:14
**movement** 6:24 7:18 8:17 14:1 19:1,7 20:25 26:5,9 34:9 35:7
**moves** 21:12
**moving** 27:21
**much** 41:4 42:24

**N**

**N** 2:1 3:1 5:1
**name** 5:15 24:8 25:13 28:6
**named** 45:8
**necessary** 19:21 21:2,6 27:3
**need** 10:2 12:19,23 42:19,20
**needed** 9:10 21:5 23:7

Esquire Deposition Services
Phone (214) 965-9200

703 McKinney Avenue, Suite 320
(800) 852-9737

Dallas, Texas 75202
Fax (214) 965-9205

23:8 30:15 31:16 33:15 39:24
**negative** 31:23
**negotiations** 20:7,13,19
**neither** 45:22
**never** 22:11
**new** 6:14 34:5
**next** 12:19,20 25:11 38:17,19
**NL** 24:8
**North** 1:21 45:7
**Northern** 5:21
**Notary** 44:13 45:17
**noted** 44:3
**notes** 25:25 37:8
**note's** 13:6
**nothing** 5:11 45:11
**number** 15:11 34:15 38:8
**numbered** 1:17 42:9
**numbers** 37:25 42:4

**O**

**O** 5:1
**oath** 5:12 45:13
**Object** 7:7,20 8:18 9:9 11:2 12:5,22 13:20 15:7 20:10 21:19 23:10 24:14 38:6 40:25
**Objection** 26:19
**objective** 8:5
**obtain** 14:5,17,18 15:3 15:24
**obtained** 14:9 15:13
**obviously** 9:24 10:2 15:11,18 19:5 37:21 42:18
**occur** 19:12 20:16
**occurred** 17:22 20:7 31:11 32:24
**off** 15:5 21:24 23:3,8 34:6 40:23
**offices** 1:20 2:3 45:6
**Oh** 34:3
**Okay** 6:2,10,24 7:12,16 9:13 10:15,22 12:7 12:15 13:12,17 14:12 16:20 17:10 18:6,24 19:5,25 22:17 24:11 25:7,11,19 26:20 29:12,16,24 30:10 37:1 38:17 40:1 41:4
**once** 21:23
**one** 2:9 9:13 11:7,9 12:16,17 13:10 16:3 20:2 23:14 29:8

35:16 39:13 40:20,23 41:14,15,16,23
**onto** 14:6,14 28:2 35:25
**operation** 7:10 22:5
**opposed** 9:2
**ORAL** 1:10
**order** 6:24 13:3 15:25 19:17 20:1 21:8 23:3 23:23 30:15 40:9
**original** 20:7,8
**originally** 20:6
**originals** 37:13
**Orleans** 34:6
**Oscar** 14:25 23:14
**other** 7:13 11:14 26:15 26:17 27:14,19 30:23 33:5 42:16
**out** 35:8 37:7
**outside** 6:18 24:9 36:22
**over** 22:13,15 27:3 30:17 35:4
**owned** 10:15

**P**

**P** 2:1,1 5:1
**Pacific** 46:15
**packaging** 33:19
**page** 3:2,3,4,5,6,7,8,9 3:10 4:2 16:14 17:25 18:18 24:4,23 25:11 28:22,25 29:2,4,7,25 37:3 38:19
**pages** 18:1,18 25:8 37:4
**PAGE/LINE** 43:2
**paid** 32:24 33:1,2
**papers** 34:19
**paragraph** 12:15 16:21
**part** 18:4,15 20:24 22:5 35:18,23 37:4,9,21 38:4,5 41:2 42:15,16
**particular** 6:22 13:3 27:23 28:7 33:10 42:18
**parties** 15:21 45:18,24 46:1
**parts** 8:23
**party** 45:19
**Pass** 35:13
**passed** 28:2 36:3
**pay** 32:16,17 34:13,15 34:17 36:21
**payments** 32:22
**pays** 32:20
**people** 21:13
**per** 34:17
**perform** 9:6 11:8 21:7

33:3,4
**performance** 35:9
**performing** 40:9
**period** 22:13
**person** 20:22,24 45:9
**phonetic** 14:25 22:3 40:2
**pictures** 18:9,20
**piece** 13:11 22:12,15 23:17 26:22,23 28:5 31:22 32:2 33:17,17 34:4,8
**pieces** 7:22 9:1 11:9,18 22:14 26:11,14 27:5 28:1 31:17,19
**place** 22:11
**Plaintiff** 1:3 2:2
**Plaintiff/Defendant** 46:5
**planning** 39:9,11
**plant** 10:10
**plate** 14:6,19 15:4,14 15:20,25
**plates** 21:15 22:19,23 32:10
**please** 5:15 25:15
**points** 42:5,8
**port** 6:17 7:23 8:2,24 13:13,18,25 15:2,13 19:22 23:1,4 30:21 30:22,24 40:1,14
**portion** 33:8
**Portions** 19:4
**power** 6:16,18 7:1 10:9 10:10 24:5,20
**presented** 40:23
**pretty** 22:16
**printed** 13:7
**prior** 14:6,6,19 15:4,14 15:21
**probably** 22:8 27:6 33:13 34:20
**problem** 19:11 22:24
**problems** 19:6,13
**Procedure** 1:22
**procedures** 39:25 42:12
**proceedings** 42:25
**process** 22:12,16,20
**procuring** 27:12
**produced** 1:15 10:3
**product** 31:23,24 32:1 32:6 42:19,20
**products** 5:24
**project** 6:18,21,22,23 7:1,16 10:9 12:3 16:7 17:8 18:25 19:17

34:16,17 39:9,10
**projects** 7:14
**proper** 27:4
**properly** 15:18
**protect** 32:2 35:20
**provide** 21:6
**provided** 11:10 23:25 30:19 31:19
**provider** 7:11
**providing** 26:15 36:11
**provisions** 16:5
**prudent** 15:3,12
**Public** 44:13 45:17
**purpose** 10:8 31:14
**purposes** 5:8 7:4
**pursuant** 5:4 45:4,17
**put** 12:20 34:5
**putting** 22:25
**puzzle** 11:18
**P.C** 2:3
**p.m** 1:18 10:7,7 42:25 45:6

**Q**

**qualifications** 18:3
**question** 15:9 29:12,17 32:5 40:23
**questions** 5:19 25:22 28:20 31:21 40:21
**quote** 36:11

**R**

**R** 2:1 5:1
**rail** 11:7 14:7,14 21:25 22:25 27:1,6,8 31:5 35:20,25
**railroad** 11:15,20 27:24 28:3 31:1 40:14
**railroads** 27:2,25 28:10
**Railway** 5:21
**raised** 42:5
**read** 44:1
**reads** 12:23
**really** 22:2
**reason** 28:17 29:19 42:18,19 43:2
**reasons** 40:20
**recall** 7:15 9:25 18:22 22:21 23:21 25:10 26:6 27:22 35:11 36:1
**receiving** 41:10
**recipient** 41:13
**recognize** 39:13
**recollection** 41:9
**record** 5:15 30:9 37:24

45:15
**reduced** 45:14
**refer** 16:20
**reference** 37:25
**referenced** 18:20 38:8 39:1,3
**regard** 6:21 8:1,15,16 8:25 9:7 10:22 14:25 20:13,19 23:22 24:6 40:9,21
**regarding** 26:5 31:16 31:19
**regulations** 11:14 28:8 28:15,18 30:12,15,21 30:22,24 31:25 40:14 40:14 42:17
**related** 45:23
**relative** 45:25
**remedied** 15:17
**remember** 6:8 7:21 17:7 25:17 36:19 42:8
**removed** 14:20 15:15 15:22
**rephrase** 26:20
**Reporter** 1:19 5:2 45:3
**Reporter's** 3:10
**representative** 31:15 40:3
**representing** 5:7
**request** 46:6
**require** 12:16,17
**required** 8:23 12:2 39:24
**requirements** 13:10 26:14
**resolution** 36:20
**responding** 42:3,4
**response** 42:10
**rest** 18:4
**result** 19:13
**review** 46:6
**right** 5:5,6 6:1 11:11,24 14:16 16:24 23:5 25:9 29:14 30:18 35:2 37:5 39:12
**right-hand** 25:4
**Riverside** 1:21 45:7
**Robert** 36:10
**Robinson** 1:6,20 4:6 6:3,6,15,19 7:1 10:16 12:9 13:2,6 16:5 20:17,21,25 23:19,24 23:25 26:4 27:21,25 32:16,20,24 33:2,3,4 33:4,14,15,22 34:9 34:13,15,16 35:19

Todd Strever                                                                January 21, 2005

Page 51

| | | | | |
|---|---|---|---|---|
| 38:3,20 45:6 | sender 41:12 | 28:3,7,9 42:13 | T 4:1,1 | Todd 1:10,15 5:7,9,16 |
| Robinson's 10:12,18 33:8 | sent 24:11 29:6,22 41:17 42:2 | specifics 8:16 26:5,8 27:20 | take 9:18 10:5 18:4 21:5 22:11 25:20 42:20 | 12:12 25:15 39:21 44:5 45:9 46:4 |
| rod 11:6,12,12 27:18 | separate 34:23 | specifies 24:18 | taken 1:16 10:7 15:4 23:3,8 34:6 45:24 | together 16:19 29:9,18 30:2,8 |
| rods 9:2,4 11:25,25 12:18 27:14,16,19 | service 30:19 | Specify 38:12 | talked 14:23,24 37:5,9 | told 20:5 30:10 |
| Roland 12:11 14:1 25:13 31:10 36:10 | Services 46:15 | speculation 15:8 24:15 41:1 | talking 16:24 30:4 32:15 | Tom 12:8,10 13:9 |
| role 31:13 | set 1:23 28:21 45:4 46:7 | spreader 36:2,3,5,10 36:22 | talks 16:4,21,22 35:6 | tools 33:14 |
| Rotterdam 37:8 | shape 26:25 | spreaders 36:12,18 | task 40:17 | top 12:11 25:14 |
| route 27:3 | share 25:15 | standpoint 20:21 | Taxable 46:20 | touching 45:11 |
| rules 1:22 5:4 40:16 | sheets 39:9 | staple 16:18,19 | technical 31:25 | town 24:8 |
| | ship 34:5,6 | stapled 9:14 18:10,21 30:1,6 | tell 11:11,24 18:11,16 21:23 28:25 31:1,4,7 31:13,18 38:16 | to-wit 45:9 |
| **S** | shipment 6:16 8:1,10 23:9 | starting 39:2 | | tracking 39:10 |
| S 2:1 4:1 5:1 39:21 | shipments 23:13,20 | State 1:19 5:15 44:7,13 45:1,3,8 | terms 8:9 | transcript 46:6 |
| safe 28:13 | Shorthand 1:19 45:2 | STATES 1:1 | testified 5:12 | transformer 14:1,14 23:13 |
| sales 5:23 | show 23:25 24:25 | statute 40:16 | testify 5:10 45:10 | transformers 6:25 7:18 |
| same 25:1 29:10,25 30:3 37:15,18 44:2 45:16 | shown 41:12 | still 31:25 | testimony 45:15 | transport 11:17 27:9 30:16 32:1,23 33:16 |
| | sign 20:1 | stipulations 3:4 5:3 11:14 | Texas 1:1,20,21 2:4 19:8 24:7 44:13 45:3 45:8 46:16 | transportation 7:5 10:19 11:21 18:3 21:3,10 24:7 26:14 |
| Sandro 16:15 24:21 28:23 29:5 36:10 37:13 42:2 | signature 3:9 43:1 44:2 | stop 10:2 | | |
| | signed 18:18 20:4 | Street 2:4,9 | | transporting 26:12,18 27:12 41:3 |
| Santa 5:21 | significant 33:13 | Strever 1:10,15 5:9,16 5:17 10:8 12:12 25:21 26:3 30:11 35:16 42:23 44:5 45:9 46:4 | Thank 41:4 42:23 | trip 20:2 |
| sat 22:13 | simplest 18:17 | | thanks 37:14 | true 44:2 45:15 |
| satisfaction 38:20 39:4 | since 5:17 | | their 5:23 36:25 | truth 5:11,11,11 45:10 45:10,11 |
| Saudi 40:2 | site 21:25 24:7 32:7 | | themselves 26:14 31:17 31:20 | |
| saw 10:24,24 25:10 | situation 15:17 | | thing 16:17 25:1 | trying 30:2,8 |
| says 12:10,11,16 24:5 39:17 | size 22:16 26:12,24 | strike 38:18 | things 8:25 19:17,21 20:20,21 26:12 27:7 30:5 32:2 33:19,20 33:22 35:16 40:15 | two 18:1,1,18,19 38:18 39:8 |
| | skid 40:22 | subcontractors 32:22 32:25 33:21 | | TX 2:10 |
| schematic 11:16 | skidding 22:7,10,20 | subcontracts 32:25 | | tying 13:11 27:17 |
| scheme 11:13 | skids 21:17 40:22 | subject 8:15 10:23 11:19,24 26:4 | | type 19:1 31:25 |
| Schneider 12:11 14:1,4 14:17 31:10 32:4,5 40:1 | softer 35:18 | | think 14:23 16:19 18:2 20:2 23:16 24:17 25:21 27:18 29:15 30:3 32:14 34:4 39:9 39:12 40:5 41:5 42:22 | types 33:19 |
| | some 7:13 9:24 18:2 19:14 30:24 33:18 34:20,20 37:8 39:23 40:16 42:4,18,19 | subscribed 44:8 45:16 | | typical 17:11,16 18:24 |
| | | subsequent 23:12,20 | | typically 32:20 |
| Schneider's 25:13 | | substantial 33:8 | | |
| scope 9:5 11:13 17:8 29:21 35:4 | somebody 40:15 | sufficient 15:20 | | **U** |
| seal 46:8 | somebody's 9:24,24 | Suite 1:21 2:4 45:7 46:15 | third 12:15 24:22 29:4 | Uh-huh 34:24 39:20 |
| second 9:13 16:21,22 24:4 25:20 28:25 37:2 | somehow 30:5 | supervision 45:14 | though 42:3 | ultimate 21:25 |
| | someone 23:19 25:14 | supplied 36:1,5 | threaded 12:17 | ultimately 13:18 |
| | something 10:25 13:22 24:17 29:9 36:14 38:24 40:10 | supplies 33:15 | three 25:7 37:4 | under 17:13,15 45:14 |
| secretary 9:22 | | supply 27:2 | through 22:12 25:6,21 34:18 42:4,9 | underbelly 35:19 |
| secure 6:14 14:5,18 15:3,14,25 20:3 27:1 27:5 28:1 31:22 | sorry 11:3 | sure 7:12 9:20 10:6 11:4,20 15:9 18:3 29:25 30:9 34:2 | | underlying 5:18 |
| | sort 26:8 31:18 | | tie 9:1 11:6,9,16 27:5 27:22,23 39:24 42:12 | understanding 22:18 41:3 |
| | sorts 33:19 | | | |
| | sought 13:2 | | tied 34:21 | unit 5:24 |
| secured 12:18 15:18,21 20:17 28:12 31:24 32:11 42:17 | SOUTHERN 1:1 | surface 11:9 | ties 27:14,16 | UNITED 1:1 |
| | special 42:19 | survey 38:20 39:4 | time 6:7 8:2,21 14:2,19 15:1,4,14,21 20:25 22:8,13 30:3 32:15 33:9 34:14,21 42:24 45:18 | unless 29:9 |
| | specific 7:5,17 8:5 9:3 12:6 17:6 19:2 28:12 30:22 | surveyor 25:12 37:8 | | unlikely 36:7 |
| securing 12:18 13:4 15:19 27:20 | | Switzerland 20:1,3,13 24:21 | | unload 13:14 |
| see 6:7 18:5,7,8 19:11 36:12 39:16 | specifically 7:17 10:18 20:3 22:21 23:21 25:17 27:22 31:18 32:15 35:12,18 36:6 39:25 | sworn 5:10 44:8 45:10 45:16 | | unloaded 14:6 |
| seem 29:8 | | | times 7:14 29:23 | until 8:2 34:10 |
| seen 9:21,24,25 10:4 22:11 24:19,23 | | **T** | title 6:5 18:17 | use 11:11,25 13:3,18 21:18 26:21,23 27:9 28:12 31:2 35:20 |
| selling 10:9,20 | specifications 27:24 | | today 37:13 | |

Esquire Deposition Services                703 McKinney Avenue, Suite 320                Dallas, Texas 75202
Phone (214) 965-9200                              (800) 852-9737                                  Fax (214) 965-9205

Todd Strever

January 21, 2005

Page 52

**used** 13:13 21:16 22:20 23:7 26:24 27:1,4,16 32:23 33:23 35:23 45:18
**using** 8:25 9:2 11:6 36:18
**U.S** 19:8

**V**

**various** 7:14 8:22,25 9:1 21:8,12,13 39:1
**vendors** 32:18
**Versabar** 36:11
**versus** 9:3 11:6,12,12 11:25,25 27:14,16,18 27:19 40:22
**very** 17:16,20 33:13 41:4 42:24
**violate** 11:20 40:15
**violated** 40:13
**VS** 1:4

**W**

**want** 8:16 11:11 18:7 18:11
**wanted** 10:25 29:25 30:8
**wasn't** 22:2,4
**water** 34:8
**way** 10:24 11:1 13:7 15:5 18:17 28:12 31:23 32:3 40:9
**weight** 26:12,25
**well** 7:15 10:6 16:9 18:16 31:21 32:20 34:4,18 42:17
**went** 7:23 19:25 23:13 30:4,8
**were** 6:2,12,16,25 7:4,9 7:10,13,25 8:9,14,15 8:21,23 9:6 10:20,23 11:8,10,18 12:2 13:12,14,25 14:19 15:4,15,22 16:4,6 17:3 18:4 19:21,25 20:5,8,12 21:1,11,12 21:16,18 22:6,6,19 22:19,23,25 23:12,23 24:1,13 26:12 29:25 30:1,3,6,7 32:2,10,14 32:14,18,22 33:3,21 34:8,20 36:5,22 40:8 40:16,17 41:3,12 42:3,5,8,10
**weren't** 11:19,22
**we'll** 16:18
**we're** 17:23 25:1

**we've** 37:8 40:2
**whereof** 46:7
**while** 5:17 8:14 17:8 25:25 33:3
**whole** 5:11 10:8 16:16 33:11,12 45:10
**Williams** 2:3,3 3:5,7 5:6,14 7:12,25 8:20 9:13,18,20,22 10:5,8 11:4 12:7,23 13:22 15:10 16:10,13,18,20 17:25 18:8,13,16 20:12 21:23 23:12 24:19 25:2,5,9,11,20 25:24 26:3,19 27:15 30:1 32:13 35:15 38:7 39:17,19 41:4 42:23 45:20
**witness** 1:16 35:13 44:9 45:16,17 46:7
**wood** 33:18 35:18
**work** 5:25 9:5 11:14 17:8,17 20:7 22:4 24:3 29:21 33:3,4,7 35:5
**worked** 6:15
**working** 6:19 33:4
**Worth** 1:21 6:1 45:8
**wouldn't** 15:5 29:8 32:3
**write** 19:13
**writes** 36:9
**writing** 37:18 45:14
**written** 25:13,14 37:13

**X**

**X** 3:1 4:1

**Y**

**yeah** 7:22 9:4 11:9 13:9 13:24 15:16 16:18 21:22 25:23 35:11 38:21,23 39:3,8,13
**years** 15:11
**yesterday** 9:23
**y'all** 7:13 8:21 11:7

**Z**

**Zemora** 14:25 15:5,22 21:16
**Zemora's** 23:15

**$**

**$32,200** 29:1
**$52,840.08** 38:3

**0**

**00** 45:20,21
**00:06** 41:19
**00:12** 41:17
**000308** 38:15 39:2
**000311** 38:2,14
**000312** 38:17,19
**000375** 39:7
**00054** 25:3
**001** 39:12
**001031** 39:15
**001041** 39:21
**00389310** 38:1
**025** 39:12
**04** 25:5

**1**

**1** 4:3 9:12,15 29:7 36:8 40:20 41:9 42:4,9
**1st** 17:22 24:22 29:6,11
**10** 36:9
**12,500** 36:12,21
**12-31-05** 46:17
**1221** 2:9
**15** 42:4,9
**16** 4:5
**17** 4:6
**1700** 46:15
**1810** 2:4
**19** 45:21
**19th** 16:14 28:22 29:2 29:7 37:2,10,22 38:5 39:1
**1999** 6:2 12:13 16:15 28:22 29:2,6 33:9 39:1 41:16,21,23 42:1

**2**

**2** 3:2 4:5 16:11,12,14 16:17 24:4,23 28:21 29:1,7,18 37:1
**2-23-99** 12:24
**2/21/99** 36:9
**2/22** 36:11
**2:54** 1:18 45:6
**20/20** 15:16
**2001** 17:22
**2005** 1:18 44:10 45:6 46:9
**21st** 1:17 41:23 42:1 45:5
**21:13** 41:21
**210** 1:21 45:7
**214** 46:17
**22nd** 12:13 41:21
**23rd** 12:19 41:19
**23:11** 41:24

**25th** 41:16
**257-1436** 46:17
**26** 3:6

**3**

**3** 4:6 17:23,24 34:25
**3:06** 10:7
**3:24** 10:7
**309** 38:1
**313** 38:17
**3200** 2:9
**35** 3:7
**361** 2:5,5
**379** 39:7

**4**

**4** 3:3 17:21 35:2
**4:18** 42:25
**41** 3:8
**43** 3:9
**45** 3:10
**47** 45:20
**4750** 46:15

**5**

**5** 3:4,5
**5th** 37:21 38:1
**5650** 1:20 45:7

**6**

**600** 2:4
**615-8534** 2:10
**615-8585** 2:11

**7**

**713** 2:10,11
**75201** 46:16
**77010** 2:10
**78473** 2:4

**8**

**8043** 46:16
**888-7702** 2:5
**888-7717** 2:5

**9**

**9** 4:3
**99** 12:20 24:22 29:11
**99-02-22** 12:13