Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-30 19:19

To:     Sandro Lepori/CHKRA/ABB, Jim Hamilton <HAMIJIM@chrobinson.com>
cc:
Subject: RE: QTTX 130704
Security Level:?   Internal

---

Sandro,
Got your fax, as well as generator diagram.
The car above is an 8 axle depressed with a capacity of 480,000 #.
It has a deck length of 27'.
When looking at the drawing, I find a deck length of 26' 8", and a weight of 374,785 #.
It fits.
thanks,
jch

> ----------
> From:        Jim Hamilton
> Sent:        Monday, March 29, 1999 5:48 PM
> To:          'sandro.lepori@chkra.mail.abb.com'
> Subject:     QTTX 130704
>
> Sandro,
> I have not gotten any confirmation from Tim. ᵀ believe he is still
> working on clearances.  The deck of this car is 27'.  If you raise the
> load 18" is goes out to 31'.  He will advise in the morning.
> I'll let you know as soon as I hear something.
> Also, I'll provide you a copy of the Midlothian, Texas plan on Wednesday.
> Regards,
> jch
>


Strever
EXHIBIT NO. 1
J.EPPS 1/21/05

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-30 00:48

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: QTTX 130704
Security Level:? Internal

Sandro,
I have not gotten any confirmation from Tim. I believe he is still working on clearances. The deck of this car is 27'. If you raise the load 18" is goes out to 31'. He will advise in the morning.
I'll let you know as soon as I hear something.
Also, I'll provide you a copy of the Midlothian, Texas plan on Wednesday.
Regards,
jch

 **ABB**    Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-16 00:12

To:     Sandro Lepori/CHKRA/ABB, Jim Hamilton <HAMIJIM@chrobinson.com>
cc:
Subject: 12 Axle Depressed Update
Security Level:?    Internal

Sandro,
We have just heard from the BNSF and they advise the excessive combined center of gravity of the generator on a 12 axle FM is beyond their safety maximums for the Midlothian site. However, they will allow the movement of the generator on the 12 axle depressed. When looking at all the ABB shipments in North America over the next 24 months, it seems to make sense to seriously look at purchasing a car, and maybe be a part owner of a second.
Let me know what I can do to help.
Regards,
jch

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-15 19:32

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: 12 Axe Depressed

Security Level:?   Internal

---

Sandro,
Per our conversation yesterday I have forwarded you via fax the clearance approvals for the Thermal Block from Richmond to both Midlothian and Laredo, TX. The TFM clearance from Laredo to Apodaca has previously been provided. As we discussed the overall transit time and costs appear to be less than utilizing barge from Richmond to Houston and Brownsville. The problem comes with availability of the equipment.
Presently there are 2 cars, LNAL 340320 and 321. Both have heavy schedules for the first and second quarters of 1999. There is a possibility of purchasing a third car, which would be available in 4 to 6 months from a signed PO. The cost would be in the $750,000 US range.
We feel it important to review all the needs ABB has in the next 24 months, including the generator shipments, which could also be handled on this equipment type, to determine if ABB should purchase and add to your North American fleet.
I make myself available at any time to discuss this issue.
Regards,
jch

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-01 12:37

To:      Sandro Lepori/CHKRA/ABB
cc:
Subject: Update
Security Level:?   Internal

Gooden Tag Sandro,
In talking with Rolland and Todd last evening we find the trucks loaded and ready to go. The first rail car is to have tie down completed by 1000 this morning. Todd advised that he would then have the BRG take to the bridge for a 1500 crossing. The second car is on plan for a Tuesday departure.

Rolland does wish to change the tie down on generator from rod to cable. We do not see any problem in doing so, provided we get agreement from the rail carriers and order material very soon.

Presently I am in Merida and you can reach me at the following numbers:

         Hotel  52 99 42 1111  room 560
         Hotel fax 52 99 42 1112

         Mexican Cell 52 83 96 6442
         U S Cell 01 817 239 5051

Let me know if you have any questions or concerns.

Regards,
jch



Jim Hamilton <HAMIJIM@chrobinson.com>
99-02-28 16:43

To:     Sandro Lepori/CHKRA/ABB
cc:
Subject: RE: Monterrey Plan Update
Security Level:?    Internal

Sandro,
As you know by now we are solving this issue.
A new issue has risen concerning the unloading at destination. I had a
brief discussion yesterday morning with Marcus, and we will resolve by our
0930 meeting at job site 3/3. The issue is jack and skid versus lift off.
The jack and skid will add time to our process, therefore demurrage and
detention costs of the OTR (over the road) and rail equipment. There is no
impact to our timeline for meeting the generator with QTTX 131102. Rolland
will be at this meeting. Do you have any thoughts or concerns?
The light transformers were loaded this morning, and the heavies by noon.
We are slightly ahead of plan at this time. Our only unknow will occur with
customs tomorrow morning.
Will keep you posted.
Regards,
jch

> ----------
> From:
> sandro.lepori@chkra.mail.abb.com[SMTP:sandro.lepori@chkra.mail.abb.com]
> Sent:       Saturday, February 27, 1999 6:08 AM
> To:  Jim Hamilton
> Subject:    RE: Monterrey Plan Update
>
> <<File: pic30777.pcx>>
> Jim,
>
> can you take this up with Roland during your visit in Brownsville, thanks
> and
> best regards, Sandro
>
>
>
>  (Embedded     Jim Hamilton <HAMIJIM@chrobinson.com>
>  image moved   99-02-25 00:12
>  to file:
>  pic30777.pcx)
>
>
>
>
>
> To:   Sandro Lepori/CHKRA/ABB, Jim Hamilton <HAMIJIM@chrobinson.com>,
>       "'reno75@nl1.telmex.net.mx'" <reno75@nl1.telmex.net.mx>
> cc:   Roland Schneider/CHKRA/ABB, Robert Schupp/CHKRA/ABB, Todd Strever
>       <StreTod@chrobinson.com>
> Subject: RE: Monterrey Plan Update
>
> Security Level:?       Internal
>
>
>

```
>
> We have reviewed the latest drawing of the generator and find it has
> grown.
> We stand a possibility of not being able to clear at 6368 cm' s ATR (above
> top of rail).  We did secure clearance up to 6130 cm's ATR, but 6368 is a
> challenge.  We will have the final answer by Friday, 2/26.
>
> This is just a head's up in case we need to dispatch crew to remove.
>
> Thanks,
> jch
>
>
>
```



**Jim Hamilton <HAMIJIM@chrobinson.com>**
99-02-25 00:12

To: Sandro Lepori/CHKRA/ABB, Jim Hamilton <HAMIJIM@chrobinson.com>, "reno75@nl1.telmex.net.mx" <reno75@nl1.telmex.net.mx>
cc: Roland Schneider/CHKRA/ABB, Robert Schupp/CHKRA/ABB, Todd Strever <StreTod@chrobinson.com>
Subject: RE: Monterrey Plan Update

Security Level:? Internal

---

We have reviewed the latest drawing of the generator and find it has grown. We stand a possibility of not being able to clear at 6368 cm's ATR (above top of rail). We did secure clearance up to 6130 cm's ATR, but 6368 is a challenge. We will have the final answer by Friday, 2/26.

This is just a head's up in case we need to dispatch crew to remove.

Thanks,
jch

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-02-23 00:06

To:      Jim Hamilton <HAMIJIM@chrobinson.com>, Roland Schneider/CHKRA/ABB
cc:      Todd Strever <StreTod@chrobinson.com>
Subject: RE: Monterrey Plan Update
Security Level:?   Internal

---

Roland,

16). 8 inch x 8 inch, 1/2 inch wide.

17). Todd is planning on picking you up at the airport Thursday evening. We will advise hotel as soon as reservations are made.

Thanks,
jch

```
> ----------
> From:
> roland.schneider@chkra.mail.abb.com[SMTP:roland.schneider@chkra.mail.abb.c
> om]
> Sent:     Monday, February 22, 1999 7:08 AM
> To:  Jim Hamilton
> Cc:  Todd Strever
> Subject:   Re: Monterrey Plan Update
>
> Dear Jim ,
>
> referring to your e-mail the following additional questions to the action
> list
> are open :
>
>       16)  Size of the cross beams for the Generator load onto rail car .
>            As soon as you provide us with the cross beam size I will
> recalculated the
>            deflection of the provided beam .
>
>       17)  Please provide me with the Hotel address at Brownsville which
> you have
>            foreseen to stay for the discharging operation of Transformer
> and Generator
>            at Brownsville port respectively reserve for me a single room in
> the Hotel
>            from 25.02.99 on .  I will arrive Harlingen on 25.02.99 , 20.46
> h with flight AA3759 .
>            From Harlingen airport to the Hotel in Brownsville I will travel
> by taxi or should
>            I rent a car ? Please tell me , which variante would be better
>
> Best regards
> Roland
>
>
```

 **ABB**   Tom Ferguson <FERGTOM@chrobinson.com>
99-02-22 21:13

To:   Roland Schneider/CHKRA/ABB
cc:   Todd Strever <StreTod@chrobinson.com>, Jim Hamilton <HAMIJIM@chrobinson.com>,
      "robert.schupp@chra.mail.abb.com" <robert.schupp@chra.mail.abb.com>
Subject:
Security Level:?   Internal

---

Please supply generator drawing using 8 x 8 beams as discussed and including
center of gravity computation. Need drawing first thing AM on 2/23/99.

Please fax to Todd and Jim at the following fax number: 817.431.3425

Also require authorization of 1 inch threaded rods secured to loading lugs
for lashing and securing to car. Also need by AM on 2/23/99.

Call Jim or Todd with questions at the office. Thanks for the help, look
forward to your correspondence.

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-02-21 23:11

To:    Sandro Lepori/CHKRA/ABB
cc:    Roland Schneider/CHKRA/ABB, Robert Schupp/CHKRA/ABB, Todd Strever <StreTod@chrobinson.com>
Subject: Monterrey Plan Update
Security Level:?   Internal

Sandro, Roland and Robert,

Wanted to give you all an update on our action items.

First, Todd Strever will be our ground person managing this project. He has had several conversations with Robert and will be at the 1100 meeting, 22nd (the real birthdate of U. S. President George Washington) in Brownsville. I am planning on being in Brownsville morning of 26th.

 · Action Items as listed 15/2/99:

1). Side view of Jack and Skid - will provide 2/24
2). No additional car available
3). Open
4). Have received Schaefer, will secure Amfels and BRI by 2/24
5). Done - Sandro & Jim working for implementation.
6). Have check, rechecked and checked aga n withTFM. The calculations provided in our
        letter of 2/11 are correct.
7). 0.8%
8). Done
9). Open - will update 2/24
10). Amfels has no spreader bar, Versabar providing quote 2/22 estimated to be around
        $12,500. What is cost of ABB spreaders?
11). Done
12). Done with TFM letter 2/11.
13). Have clearances to Houston. We need to do analysis of multimodal costs to detemine
        most optimum method. Will provided 2/24
14). Acknowledged. Will put into plan.
15). Open

We would like to have a conference call 1600/0900 (CET/CST), Wednesday, 2/24.
        Please advise if this works for you.

Danka,

jch

 **ABB**   Jim Hamilton <HAMIJIM@chrobinson.com>
99-02-06 13:58

To:    Sandro Lepori/CHKRA/ABB
cc:
Subject:  Monterrey Plan Review Meeting
Security Level:?   Internal

---

Sandro,
I am confirmed to arrive Zurich 0810, Saturday, February 13, departing 1005, Tuesday, February 16.
Assuming you wish to meet in your offices 0800, Monday, February 15. I will have several copies of the plan for us to review. If we require more time, there is flexibility in my schedule.
At your leisure, please provide hotel information.
Look forward to meeting with you.
Best Regards,
Jim

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-01-31 01:35

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: Monterrey Project
Security Level:? Internal

---

Sandro,
Have faxed attached, as well as 2 additional pages to
41 56 2056182.
If you do not have, please call me at home (817) 431-9401 and I will re-fax.
thanks,
jch <<abb quote January 30 99>>

- abb quote January 30 99.doc

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,

January 30, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

> A). *$355,860\* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U. S.*
> \* Plus Mexican E. V. A. tax of 15%
>
> Price Includes:
> All transportation and logistics management plan
> 3 Heavy Duty Rail Cars (12 Axle)
> Unloading 325 Ton Generator from lash barge to rail car
> Tie down to rail cars for all 3 pieces
> Transloading (Jack and Skid) from rail cars to OTR Transporters
> Tie down to OTR Transporters
> All permits, grading, and re-conditioning of rail spur and overpass to site
>
> B). *$225,285\* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U. S.*
> \* Plus Mexican E. V. A. tax of 15%
>
> Price Includes:
> 1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
> 2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
> 3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,


Jim Hamilton
General Manager - Multimodal Heavy Transport

## Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and /or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

All quotations are subject to availability of equipment and personnel.

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

The coordination of equipment and clearances for this movement will require 30 days.

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications_____
_____
_____
_____

Quotation Submitted By:                          Accepted & Authorized by:

Name _____              Name _____

C. H. Robinson, Company                          Company _____

Date  _____             Date  _____

**REMIT TO:**  
C. H. Robinson  
SDS 12-0805  
P. O. Box 86  
Minneapolis, MN. 55486-0805

Branch: Fort Worth Branch  
Phone: 817 431-3146  
Invoice Date: 07/19/99  
Invoice Number: 0157-657510

```
*********************************
*          INVOICE              *
*********************************
```

**BILL TO:** ABB POWER GENERATION  
DEPT. KWGP-L  
CH-5401 BADEN/SWITZERLAND

**SHIPPER:**  
PORT OF BROWNSVILLE  
BROWNSVILLE, TX

**CONSIGNEE:** ABB  
HUINALA, NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| TRANSPORTATION FROM BROWNSVILLE, TX TO JOB SITE IN HUINALA. | |
| TWO TRANSFORMERS ($16100 US EACH) | $32,200 |
| **PLEASE PAY THIS AMOUNT** | **$ 32,200** |

NET DUE: 30 DAYS

CHR / ABB  
000309