ROBINSON COMPANY



July 19, 1999

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Attached please find the final two invoices for the Monterrey project.

Invoice # 0157-657510 in the amount of $32,200.00 U. S. is for the delivery of the two smaller transformers, per our quotation dated February 3, 1999 (copy attached).

Invoice # 0157-657505 in the amount of $52,840.98 U. S. covering project contingency costs. Per our initial agreement, our price included $55,000 in contingency money for excessive detention, demurrage, riders, special train, tie down, etc. costs that happen in a project of this magnitude. Below please find items included in the contingency amount:

1). Additional tide down costs for generator and turbine to ABB specifications above AAR requirements.
2). Additional charges for changing generator covers on first generator.
3). Special switches on PTRA for empty equipment expediting.
4). Special train service on UP for empty equipment expediting.
5). Spreader Bars for turbine lifts.

Also enclosed is a customer satisfaction survey we would like you to complete and return.

If you have any further questions, please do not hesitate to call.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

Strever
EXHIBIT NO. 2
J. EPPS 1/21/05

CHR / ABB
000308



# ABB POWER GENERATION LTD.

### 5401 Baden / Switzerland

| TO: | C.H. Robinson Company<br>Keller, Texas<br>att: Mr. James C. Hamilton<br>Genral Manager | FROM: | S. Lepori |
|---|---|---|---|
| | | DEPT.: | KWGP-L |
| cc | RS/SCH | PHONE:<br>FAX:<br>DATE: | +41 56 205 58 02<br>+41 56 205 61 82<br>February 1, 99 |
| FAX-No.: 001 817 431 3425 | | TOTAL<br>PAGES: | 4 |

Re.:   Project Monterrey, N.L. Mexico

Dear Jim,

thanks for the transport quotation covering the transport of six (6) heavy lifts , i.e.:

    2 Transformers
    2 Generators
    2 Thermal Blocks (Gasturbine)

(details of the heavy lifts, as per our submittal to on January 19, 99)  from Brownsville Port  via Matamoros, Apodoca to the Monterrey Combi Cycle Power Plant located southeast of Huinala, Mexico.

Further to our telecon of yesterday, we wish to add/precise the following:

1. The quotation under Par. A) in the amount of USD 355'860.00 includes the transportationm costs for:

    1 Transformer
    1 Generator
    1 Thermal Block, whereas

your quotation under Par. B) in the amount of USD 225'285.00 covers the installation works for all six heavy lifts

CHR ABB 00054

2. The eta of the two (2) Transformers on m/v Jumbo Spirit in Brownsville is indicated today February 28, 99 - the due date of the 1st Generator in Brownsville aboard a Lash Barge ex m/v Rhine Forest is March 7, 99 (the Lash ship has an eta NOLA Febr. 21, 99). As far as the other components are concerned we can indicate the following approx. eta's in Brownville:

a) 2nd Generator week 13/14, 1999   ~~3/29~~ A/S   4/19-4/26   1 of 2
b) 1st Thermal Block week 20, 1999   5/17
c) 2nd Thermal Block week 24, 1999   6/14

3. It is understood that the your quotation includes the lift - off of the two (2) Generators from the Lash Barge by means of a 700 ton barge crane which will be mobilized from Corpus Christi hence we will book the Generators to Brownville on free out terms.

4. In respect to the transport technical issues, please provide:

a). layout sketch of the railcars suitable to transport a.m. heavy lifts, particularly in respect to the Thermal Block
b) the minimum radius of the railtrack from Brownsville to    Apodoca, including the angle of inclination   for the purpose to calculate the tipping-moment
c) layout sketch of the platform trailers
d) transloading procedures from railcar onto platform trailer
e) lashing and securing procedures of the heavy lifts onto railcar and platform trailer
f) procedures of the installation work from arrival alongside foundation onto foundation
g) during a recent telecon you assured that the rail - and road transport will be supervised by you - kindly be more specific on this subject.
h) approx. transport schedule from arrival in  Brownsville to the site

*Homero PB Server Prior to Thursday 2/11.*

5. We understand that the road carriage from Apodoca railside to the Power Station will be executed by Transportes Telleria, S.A. de C.V., including the installation works.

6. We will revert on your offer of the installation work, refer to Par. B) by end of this week, only.

7. We accept your offer for the transportation of the heavy lifts at USD 355'860 for three (3) heavy lifts and USD 711'720.00 for six (6) heavy lifts, respectively. We also took note that you have incorporated in your offer contingencies in the amount of USD 60'000 for all six heavy lifts to cover extras such as demurrage costs, etc. This amount maybe returned to ABB if such extra's are not used.

CHR ABB 00055

8. The following remarks in your Transportation Bid Qualifications shall be deleted:

      a) all quotations are subject to availability of equipment and personnel

      b) the coordination of equipment and clearances for this movement(s) will require 30 days (it is understood that you are already in possession of the rail and road clearances from Brownsville via Matemoros/Apodoca to the site)

9. Note that the customs clearance at the U.S. / Mexican border will be made by :

      A.A. Martha Beatriz Cano Solis
      34 East Fronton Street
      Brownsville, Texas 78520

      Responsible person: Enrique Serralta Hernandez, Tel. (210) 541 8151
      Fax (210) 542 3766

10. As far as the payment between U.S. and Mexican portion is concerned , we shall revert in due course, refer to our telecon of last night.

11. Enclosed, please find the Transportation Bid Qualification, duly signed by ourselves.

Kindly let us have your comments as soon as possible.

With best regards

Enclosure: as mentioned

CHR ABB 00056

FEB 18 '99 11:59 FR CH ROBINSON    817 431 3423 TO 15066316229    P.03/03
16.FEB.1999  14:25    ABB KRAFTWERKE KRAFT.34 0566184 TO    0047431340009 --. --.

# ESIS INTERNATIONAL INC.  ROTTERDAM

**Marine & Cargo Surveyors**          **Loss Prevention Specialists**

E-mail: esevet.adu@wxa.nl          http://www.wxa.nl/~esisi
Fax  : (31)-10-4793787          Phone: (31)-10-4793788

| Date | 03-02-99 |
|------|----------|

*= Revised =*

*(handwritten note): Todd, page shares with Ampers. This is lifting ring Diagram*

To        Herfurth Rotterdam
          att: mr. R. Kros / van Wingerden
          fax:010-4241809

From      ESIS International Inc., Rotterdam
          L. Moret

Re        mv Rhine Forest – Lashbarge CG5082 – ABB Power Generation
          Our file NBS 9910517 one(1) Generator Stator Monterrey Project

Dear Sirs,

Reference is made to the above and our telephone conversation this afternoon.
In order to properly secure subject cargo we deemed it necessary to weld modifications
to the lifting trunnions of the generator housing. This was discussed with your staff on
board the barge and the representative of TLS VB.
Please be informed that we have cleared one and other with ABB Power Generation,
messrs. Schupp and Schneider and obtained permission to weld the required
modification on the face plate of the trunnions.

The following is a sketch of the proposal as made to your rep. and ILS.
(dimensions to be measured by ILS)



Trust this is of assistance,

ESIS International Inc.
L. Moret

*(handwritten signature): P. Schneider*

cc: ABB Power Generation, messrs. Schupp/Schneider fax +41 522615805

*(handwritten): P. J. Hamilton / Mears. Robinson*

FEB 16 '99 08:19                    +41 56 2856182        PAGE.01
                                                          ** TOTAL PAGE.03 **

11/01/2004 14:48 FAX  713 815 8585         MCGINNIS LOCHRIDGE KILGM

**C. H. ROBINSON COMPANY**

July 19, 1999

120 Keller Mein Read
Keller, TX
76248-4426
817.431.3146
fax 817.431.3425

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Attached please find the final two invoices for the Monterrey project.

Invoice # 0157-657510 in the amount of $32,200.00 U.S. is for the delivery of the two smaller transformers, per our quotation dated February 3, 1999 (copy attached).

Invoice # 0157-657505 in the amount of $52,840.08 U.S. covering project contingency costs. Per our initial agreement, our price included $55,000 in contingency money for excessive detention, demurrage, riders, special train, tie down, etc. costs that happen in a project of this magnitude. Below please find items included in the contingency amount:

   1). Additional tide down costs for generator and turbine to ABB specifications above AAR requirements.
   2). Additional charges for changing generator covers on first generator.
   3). Special switches on PTRA for empty equipment expediting.
   4). Special train service on UP for empty equipment expediting.
   5). Spreader Bars for turbine lifts.

Also enclosed is a customer satisfaction survey we would like you to complete and return.

If you have any further questions, please do not hesitate to call.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

CHR / ABB
008307

11/01/2004 14:48 FAX 713 615 8585    McGINNIS LOCHRIDGE KILGORE

**C.H. ROBINSON COMPANY**



July 19, 1999

128 Keller Hicks Road
Keller, TX
76248-4438
817/431.3146
fax 817/431.3435

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Attached please find the final two invoices for the Monterrey project.

Invoice # 0157-657510 in the amount of $32,200.00 U. S. is for the delivery of the two smaller transformers, per our quotation dated February 3, 1999 (copy attached).

Invoice # 0157-657505 in the amount of $52,840.06 U. S. covering project contingency costs. Per our initial agreement, our price included $55,000 in costing "soy money" for excessive detention, demurrage, riders, special train, tie down, etc. costs that happen in a project of this magnitude. Below please find items included in the contingency amount:

1). Additional tide down costs for generator and turbine to ABB specifications above AAR requirements.
2). Additional charges for changing generator covers on first generator.
3). Special switches on PTRA for empty equipment expediting.
4). Special train service on UP for empty equipment expediting.
5). Spreader Bars for turbine lifts.

Also enclosed is a customer satisfaction survey we would like you to complete and return.

If you have any further questions, please do not hesitate to call.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

CHR / ABB
000308

11/01/2004 14:48 FAX  713 615 8585    MCGINNIS LOCHRIDGE KILGM

REMIT TO:                          Branch:          Fort Worth Branch
C. H. Robinson                     Phone:           817 431-3146
SDS 12-0805                        Invoice Date:    07/19/99
P. O. Box 86                       Invoice Number:  0157-657510
Minneapolls, MN. 55486-0805

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*          **INVOICE**          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BILL TO:    ABB POWER GENERATION
            DEPT. KWGP-L
            CH-5401 BADEN/SWITZERLAND

SHIPPER:
            PORT OF BROWNSVILLE
            BROWNSVILLE,TX

CONSIGNEE:  ABB
            HUINALA,NL MEXICO


        DESCRIPTION OF CHARGES                        AMOUNT


TRANSPORTATION FROM BROWNSVILLE,TX
TO JOB SITE  IN HUINALA.

TWO TRANSFORMERS ($16100 US EACH)                    $32,200


        PLEASE PAY THIS AMOUNT            $ 32,200


                NET DUE: 30 DAYS

                                         CHR / ABB
                                         000309

11/01/2004 14:48 FAX  713 615 8585          McGINNIS LOCHRIDGE KILGM

# C. H. Robinson Company



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

February 5, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your fax of February 3, 1999, concerning the tra sportation of 2 transformers, dims of 526 x 269 x 370 cm, weighing 49,969 kilos each, from ships hook, Brownsville, Texas to job site at Huinila.

We are pleased to provide OTR transport for $14,000 each, plus I. V. A. tax of 15%.  Price includes all securing to transporters, permits, etc.

Please provide notification if you wish us to handle.

Regards,

Jim Hamilton
General Manager – Multimodal Heavy Transport

CHR / ABB
000310

11/01/2004 14:48 FAX  713 615 8585    McGINNIS LOCHRIDGE KILM

REMIT TO:                           Branch:        Fort Worth Branch
C. H. Robinson                      Phone:         817 431-3146
SDS 12-0805                         Invoice Date:  07/19/90
P. O. Box 86                        Invoice Number: 0157-657505
Minneapolis, MN. 55486-0805

**************************************
*           INVOICE              *
**************************************

BILL TO:     ABB POWER GENERATION
             DEPT. KWGP-L
             CH-5401 BADEN/SWITZERLAND

SHIPPER:
             PORT OF BROWNSVILLE
             BROWNSVILLE,TX

CONSIGNEE:  ABB
            HUINALA,NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DELIVERY OF 2ND TURBINE FROM BROWNSVILLE TO HUINALA | $52,840.08 |
| | |
| PLEASE PAY THIS AMOUNT | $52,840.08 |

NET DUE: 30 DAYS

CRIX / ABB
000311

11/01/2004 14:48 FAX  713 615 8585    MCGINNIS LOCHRIDGE KILGH



453460

CBR/AMB
00312

# C.H. Robinson Customer Satisfaction Survey

|  | Very Satisfied | Somewhat Satisfied | Midway Between | Somewhat Unsatisfied | Very Unsatisfied |
|---|---|---|---|---|---|
| 1. Overall, how satisfied are you with C.H. Robinson? | 5 | 4 | 3 | 2 | 1 |

*How satisfied are you with C.H. Robinson's performance regarding:*

|  | Very Satisfied | Somewhat Satisfied | Midway Between | Somewhat Unsatisfied | Very Unsatisfied |
|---|---|---|---|---|---|
| 2. Easiness to do business with. | 5 | 4 | 3 | 2 | 1 |
| 3. Providing seamless service. | 5 | 4 | 3 | 2 | 1 |
| 4. Innovation and creativity. | 5 | 4 | 3 | 2 | 1 |
| 5. Accuracy of freight bills. | 5 | 4 | 3 | 2 | 1 |
| 6. Accuracy of extra service/ accessorial bills. | 5 | 4 | 3 | 2 | 1 |

7. Would you recommend to your organization that it continues to use C.H. Robinson as a provider of transportation services?

| Definitely would recommend | Probably would recommend | Might or might not recommend | Probably would not recommend | Definitely would not recommend |
|---|---|---|---|---|

COMMENTS: _____

_____

_____

_____

11/01/2004 14:48 FAX  713 615 8585      MCGINNIS LOCHRIDGE KILGORE

** TX STATUS REPORT **          AS OF  JUL 19 '99 17:32    PAGE.01

                                CM RUN.ISD.

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 22 | 07/19 | 17:31 | +41 56 2856182 | EC--S | 01'17" | 025 | 198 | X |

CMR / ABB
000313

11/01/2004 14:48 FAX  713 615 8585    MCGINNIS LOCHRIDGE KILOW

CMX/AJB
006376

11/01/2004 14:49 FAX  713 615 8585    MCINNIS LOCKRIDGE KILGO

| ID | Task Name | Start | Finish |
|----|-----------|-------|--------|
| 1 | Transformers arrive Port | Mon 2/1/99 | Sun 2/28/99 |
| 3 | Script Transformers loaded on truck, secured & delivered to site | | Fri 2/5/99 |
| 5 | Transformers loaded to rail cars. The down begins | Mon 2/1/99 | Mon 3/1/99 |
| 6 | OTTX 131102 Inspected, released, & VC to TFM | Mon 3/1/99 | Wed 3/3/99 |
| 7 | OTTX 131102 on spot Apache | Wed 3/3/99 | Fri 3/5/99 |
| 8 | OTTX 131102 Loading off loaded, car released & departs to SRU | Fri 3/5/99 | Sat 3/6/99 |
| 9 | Transformer transit & arrival at site | Sat 3/6/99 | Sun 3/7/99 |
| 10 | | Mon 3/8/99 | Mon 3/8/99 |
| 11 | MS 160010 Inspected, released, & VC to TFM | Wed 3/3/99 | Fri 3/5/99 |
| 12 | MS 160010 on spot Apache | Fri 3/5/99 | Sun 3/7/99 |
| 13 | MS 160010 Loading off loaded, car released & departs to SRU | Tue 3/9/99 | Wed 3/10/99 |
| 14 | Transformer transit & arrival at site | Wed 3/10/99 | Sat 3/13/99 |
| 16 | Generator arrive Port | Sun 3/7/99 | Sun 3/7/99 |
| 17 | Generator loaded to rail car | Mon 3/1/99 | Mon 3/1/99 |
| 18 | OTTX 131102 Inspected, released, & VC to TFM | Mon 3/1/99 | Wed 3/3/99 |
| 19 | OTTX 131102 on spot Apache | Wed 3/3/99 | Fri 3/5/99 |
| 20 | OTTX 131102 Loading off loaded, car released & departs to SRU | Fri 3/5/99 | Fri 3/12/99 |
| 21 | Generator transit & arrival at site | | Tue 3/16/99 |

Project: Monterrey mar 99
Date: Thu 2/11/99

| Task | | Milestone | ◆ | Summary | | Rolled Up Task | | Rolled Up Progress |
| Progress | | | | Rolled Up Milestone | ◇ | | | |

Page 1

CHX/AXD
800579

11/01/2004 14:49 FAX 713 615 8585    McGINNIS LOCHRIDGE KILGO

02/19/99 16:51 FAX 3 01 89    TRANSF.TELLERIA    @02

1 PC. 220 TON TRANSFORMER ARRIVING MARCH 5TH., 1999 TO APODACA.

1 PC. 220 TON TRANSFORMER ARRIVING MARCH 8TH., 1999 TO APOCABA.

1 PC. 325 TON GENERATOR ARRIVING MARCH 15TH., 1999 TO APODACA.

DATES FOR REMAINING 3 SHIPMENTS:

1 PC. 325 TON GENERATOR ARRIVING APRIL 15 ~ 21 1999 TO APODACA.

1 PC. 225 TON TURBINE ARRIVING MAY 20TH., 1999 TO APODACA.    14

1 PC. 225 TON TURBINE ARRIVING JUNE 25TH., 1999 TO APODACA.    MAY 16

PLS.  ADVISE IF ANY CHANGES HAVE TAKEN PLACE.

No. of pages including fax cover ( 2  ) pages.

▢

CHR / ABB
001025

11/01/2004 14:49 FAX  713 615 8585     McGINNIS LOCHRIDGE KILGW

C.H. Robinson Company
129 Keller Hicks Road
Keller, TX  76248

May 2, 1999                    *FAX BILL OF LADING*

TO:            Brownsville & Rio Grande International Railroad
               Union Pacific Railroad

FROM:          Brent Bohnsack- C.H. Robinson Company (817)431-3146

*Please bill following:*

Car Number:    QTTX 131102

Shipper:       C.H. Robinson Company
               129 Keller Hicks Road
               Keller,  TX  76248

Consignee:     Intermediate Consignee
               A and A - Customs Brokerage Services, Inc.
               34 B Fronton
               Brownsville, TX 78523
               ATTENTION:  Ruben Perez M.
               (956) 550-0647

               Final Consignee
               C.H. Robinson Company
               Apodaca Rail Station - F0016
               Apodaca, Nuevo Leon
               (817) 431-3146

Commodity:     Generator (STCC- 36-212)    Total Weight: 716,500 LBS

Origin:        Port of Brownsville, TX - Dock 11

Destination:   Apodaca, Nuevo Leon

Route:         BRG-UPRR-Brownsville-TFM

                       *All Charges are Prepaid*

Special Instructions: Do Not Hump.  Do Not Flat Switch.

Please notify Todd Strever (817) 431-3146 upon arrival or if you have any further
questions.

                                        CHR / ABB
                                        001031

11/01/2004 14:49 FAX 713 815 8585          McGINNIS LOCHRIDGE KILGM

# ABB Power Generation Ltd.

| To : | Jim Hamilton | From : | Roland Schneider |
|---|---|---|---|
| Location : | Keller / Texas | Location : | Site Monterrey |
| Company : | C.H. Robinson | Date : | 05.03.99 |
| | | Total pages : | 4 |
| Fax-no.: | 0018174313425 | Fax-no.: | +528333262697 |

Ref.:    Project Monterrey / Securing & Lashing for the Generator-Block

Hi Jim ,

enclosed you will receive one copy of drawing HDST 201602 / page 3 for the Lashing & Securing procedure for the Generator onto QTTX Rail car .

I have re-calculated the cross beams and the result is that we must use 6 cross beams instead of only 4 .
The diameter of the cables must be minimum 1" .

Please call we , if you have any additional questions .

Best regards
Roland

*To: Charles*
*From: Todd S.*

Enclosure :    as mentioned

File: A:fax0503.doc                Page 1/1                CHR / ABB
                                                          001041

11/01/2004 14:49 FAX  713 615 8585      MCGINNIS LOCHRIDGE KILGO

## Jim Hamilton

| | |
|---|---|
| **From:** | Jim Hamilton |
| **Sent:** | Thursday, April 29, 1999 9:21 AM |
| **To:** | 'Thomas.baumann@chtra.mail.abb.com'; Jim Hamilton |
| **Cc:** | Brent Bohnsack; Todd Strever; Homero Cardona |
| **Subject:** | RE: Monterrey; Generator Unit 2 |

Thomas,
Per our discussion this morning we have made the following arrangements:
Friday 4/30 Brent to arrive Brownsville with Triem
    Hotel - Sheraton, Four Points, 3777 N Expressway, Brownsville
        Telephone (956) 547 1500 fax (956) 547 1550
Sunday 5/2 Thomas and Jim to arrive Brownsville
Monday 5/3 Todd/Homero to arrive Brownsville
Tuesday 5/4 Lift and tie down Jim to leave
Wednesday 5/5 Tie down and inspection complete car released, pulled and I/C to TPM
Thursday 5/6 Car departs for Apodaca, Homero and Thomas drive to Monterrey.
Friday 5/7 through Monday 5/10 Generator transloaded and delivered.

Brent and I will pick you up Sunday evening.

Thanks,
Jim Hamilton

-----Original Message-----
From: thomas.baumann@chtra.mail.abb.com
[mailto:thomas.baumann@chtra.mail.abb.com]
Sent: Wednesday, April 28, 1999 3:56 AM
To: Jim Hamilton
Subject: Monterrey; Generator Unit 2

ear Jim

As you heard from Sandro I will be in Brownsville to supervise the loading
operation of the generator. So far my plans are also to go to Mexico for the
transshipment onto trailer as well as the transport to site.

Will arrive in Brownsville on Sunday May 02. at 20.46h with AA3759 from Dallas.

Roland told me that the beams on the railcar have to be placed again after the
first transport. I would appreciate if we coud check this on Monday to avoid
delays during the transshipment on Thursday.

Could you please arrange a hotel room for me? Please confirm. Will be in the
office till Thursday evening.

Best regards
Thomas Baumann


DEPOSITION EXHIBIT 5

CHR / ABB
000070

1

11/01/2004 14:49 FAX  713 615 8585        McGINNIS LOCHRIDGE KILGO

| ID | Task Name | Start | Finish |
|----|-----------|-------|--------|
| 1 | Loading | Sun 2/28/99 | |
| 2 | Transformers arrive Port @ EGC | Sun 2/28/99 | |
| 3 | | | |
| 4 | Small Transformers hauled to rail cars. Tie down begins | | |
| 5 | Transformer hauled to rail cars. Tie down begins | Mon 3/1/99 | Mon 3/1/99 |
| 6 | GTTX 131102 inspected, released, & I/C to TPM | Mon 3/1/99 | Mon 3/1/99 |
| 7 | GTTX 131102 on spot Apalooa | Mon 3/1/99 | Wed 3/3/99 |
| 8 | GTTX 131102 Loading of loaded, car released & departs to EGC | Mon 3/1/99 | Fri 3/5/99 |
| 9 | Transformer haul & arrived at site | Fri 3/5/99 | Fri 3/5/99 |
| 10 | Transformer haul & arrived at site | Mon 3/8/99 | Sun 3/8/99 |
| 11 | H8 168010 inspected, released, & I/C to TPM | Sat 3/6/99 | Sun 3/7/99 |
| 12 | H8 168010 on spot Apalooa | Sun 3/7/99 | Sun 3/7/99 |
| 13 | H8 168010 Loading of loaded, car released & departs to EGC | Tue 3/2/99 | Wed 3/10/99 |
| 14 | Transformer haul & arrived at site | Wed 3/10/99 | Wed 3/10/99 |
| 15 | Generator arrives Port | Sun 3/7/99 | Sun 3/7/99 |
| 16 | Generator hauled to rail car | Mon 3/8/99 | Mon 3/8/99 |
| 17 | Generator hauled to rail car | Mon 3/8/99 | Wed 3/10/99 |
| 18 | GTTX 131102 inspected, released, & I/C to TPM | Wed 3/10/99 | Fri 3/12/99 |
| 19 | GTTX 131102 on spot Apalooa | Fri 3/12/99 | Fri 3/12/99 |
| 20 | GTTX 131102 Loading of loaded, car released & departs to EGC | Sat 3/13/99 | Mon 3/15/99 |
| 21 | Generator haul & arrived at site | Mon 3/15/99 | Tue 3/16/99 |

Project: Montgomery reut 99
Date: Thu 3/11/99

| Task | ◆ |
| Progress | |
| Milestone | ◆ |

Summary
Rolled Up Task
Rolled Up Milestone ◇
Rolled Up Progress

Page 1

CBK / AJB
001692

CBR / AJB
001003

11/01/2004 14:49 FAX  713 615 9585          McGINNIS LOCHRIDGE KILGO

att. Mr. J. Hamilton

**ABB**    System Administrator <postmaster@chrobinson.com>
99-03-30 12:56

Fax
817-431-3425

To:      Sandro Lepori/CHKRA/ABB
cc:
Subject: Undeliverable: 2nd Generator for Monterrey ex m/v Arktis Hunter
Security Level:?  Internal

Your message

    To:      HANJIN@chrobinson.com
    Cc:      robert.schupp@chkra.mail.abb.com;
    roland.schneider@chkra.mail.abb.com;
    vanessa.bodenmann@chkra.mail.abb.com
    Subject: 2nd Generator for Monterrey ex m/v Arktis Hunter
    Sent:    Tue, 30 Mar 1999 06:56:30 -0600

did not reach the following recipient(s):

HANJIN@chrobinson.com on Tue, 30 Mar 1999 05:56:26 -0600
    The recipient name is not recognized
    The MTS-ID of the original message is: c=US;a= ;p=C.H.
Robinson
Co;l=CHR109903301156H6526A9W
    MSEXCH:IMS:C.H. Robinson Company:CHR:CHR10 0 (000C05A6)
Unknown
Recipient

Message-ID: <41256744.00470359.00@mail1.ch.abb.com>
From: sandro.lepori@chkra.mail.abb.com
To: HANJIN@chrobinson.com
Cc: robert.schupp@chkra.mail.abb.com,
roland.schneider@chkra.mail.abb.com,
vanessa.bodenmann@chkra.mail.abb.com
Subject: 2nd Generator for Monterrey ex m/v Arktis Hunter
Date: Tue, 30 Mar 1999 06:56:30 -0600
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2448.0)
X-MS-Embedded-Report:
Content-Type: text/plain;      charset="windows-1252"

Jim,

the 2nd Generator is scheduled to arrive in Brownsville May
3/4. Note that
the
component is booked on a free out basis. Pls let me know
which Pier in
Brownsville is suitable to have the m/v Arktis Hunter dock.
Thanks and best
regards, Sandro

CHR/ABB
001153