| AGREEMENT: | Project MONTERREY MEXICO    off shore | 1/13 |
|---|---|---|

AGREEMENT NO. : 159
DATE OF AGREEMENT SIGNATURE : February 16, 1999
DATE OF AGREEMENT REVISIONS :

**Original**

# TRANSPORTATION OF HEAVY COMPONENTS

for

## MONTERREY, MEXICO

between

### ABB POWER GENERATION LTD
### BADEN, SWITZERLAND
(THE COMPANY)

and

### C.H. ROBINSON
### KELLER, TEXAS – U.S.A.

(THE OPERATOR)

Revision 4.0, 98-02-26




| AGREEMENT: | Project MONTERREY MEXICO | off shore | 2/13 |
|---|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## INDEX:

1. Preamble

2. Basis of Order

3. Scope of Work

4. Time Schedule

5. Price

6. Terms of Payment

7. Liability

8. Correspondence

9. Signatures

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY MEXICO    off shore | 3/13 |
|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

1. **PREAMBLE**

   The Operator and the Company enter into this Agreement for the execution of heavy components for the MONTERREY Power Plant, N.L., Mexico, as per attached drawings HDST 301865 / HDST 201552 / HDST 301865.

2. **BASIS OF ORDER**

   The following conditions and documents form an integral part of this Agreement:

   - C.H. ROBINSON COMPANY quotation dated January 30, 1999 and February 5, 1999, the latter to cover the quotation for two (2) transformers 526x269x370 cm / 49`969 grosskos, each.

3. **SCOPE OF WORK**

   Transport from Brownsville, Texas via Matemoros / Apodaca to the MONTERREY Power Plant Project in full accordance with Mexican Law and Operator's quotations as defined in Par. 2.

4. **TIME SCHEDULE**

   Between February 27, 99 up to approx end of July, 99 as per Company's specific schedule to provide in due course.

5. **PRICE + 6. Termins of payments**

   1st payment: USD 258`902.00 after contract signature
   2nd payment: USD 54`222.69 after delivery of 2nd Thermal Block

6. **TERMS OF PAYMENT**

   Payable net 10 days.

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY MEXICO   off shore | 4/13 |
|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

### 7. LIABILITY

The Operator will provide the following proof of liability coverage:

- AMFELS, BROWNSVILLE
    (Crane Operator)
- SCHAEFER BROWNSVILLE
    (Stevedoring / Rigger)
- BRI, Brownsville
    Rio Grande
    International
    (Railroad)

### 8. CORRESPONDENCE

Unless otherwise agreed all correspondence to be addressed to:

ABB Power Generation Ltd
Dep. KWGP-L
CH-5401 Baden / Switzerland

att. Mr Sandro Lepori
General Manager / Transportlogistics
Gas Turbine and Combined-Cycle Power Plants

Tel.:   +41 56/ 205 58 02 or +41 56/ 205 30 86
Fax:    +41 56/ 205 61 82

### 8. SIGNATURES

Executed for
and on behalf of
ABB Power Generation      Date: February 16, 99
Baden, Switzerland

ABB Power Generation Ltd.
CH-5401 Baden

Agreed and accepted for
and on behalf of
C.H. ROBINSON             Date: February 16, 1999

Revision 4.0, 98-02-26

JAN 30 '99 18:36 FR CH ROBINSON    817 431 3425 TO 01141562056192    P.01/25

# C. H. ROBINSON COMPANY

1 of 5



January 30, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

*valid for 3 pieces*

A). $355,860* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U. S.
    * Plus Mexican E. V. A. tax of 15%

Price Includes:
- All transportation and logistics management plan
- 3 Heavy Duty Rail Cars (12 Axle)
- Unloading 325 Ton Generator from lash barge to rail car
- Tie down to rail cars for all 3 pieces
- Transloading (Jack and Skid) from rail cars to OTR Transporters
- Tie down to OTR Transporters
- All permits, grading, and re-conditioning of rail spur and overpass to site

*valid for 4 pieces*

B). $225,285* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U. S.
    * Plus Mexican E. V. A. tax of 15%

Price Includes:
1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

JAN 30 '99 18:37 FR CH ROBINSON     817 431 3425 TO 01141562056182    P.03/25

## C.H. ROBINSON COMPANY



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,



JAN 30 '99 18:38 FR CH ROBINSON    817 431 3425 TO 01141562056182    P.05/05



Port of Brownsville Dock 11, Track 2 25' from Ship Jr

** TOTAL PAGE.05 **

JAN 30 '99 18:37 FR C- ROBINSON    817 431 3425 TO 01141562056132    P.24/25

Map of Port of Brownsville showing docks (Dock 1, Dock 2, Dock 4, Dock 7, Dock 8, Dock 11, Dock 12, Dock 13), roads (Terminal Rd., Capt. Donald L. Foust Rd., West Oil Dock Rd., Express Dock Rd., Dock 13 Rd., South Port Rd., Milo Rd., FM 511), Levee, Harbor Master, Grain, Export Dock.

Handwritten note: "RAIL TRACK CENTER IS 25' FROM SHIP SIDE — SEE PHOTOS NEXT DOWN"

Arrow pointing to: Port of Brownsville Administration Building

**PORT OF BROWNSVILLE**
HOME PORT TO NAFTA
1000 Foust Rd. / Brownsville, Texas 78521
(956) 831-4592 / 1-800-378-5395
Fax (956) 831-5006 / Marketing Fax (956) 831-6185

## Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and /or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

~~All quotations are subject to availability of equipment and personnel.~~

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

~~The coordination of equipment and clearances for this movement will require 30 days.~~

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications _____
_____
_____

Quotation Submitted By:                          Accepted & Authorized By:
Name _____                             ABB Power Generation Ltd.
                                                 Transport Logistics
C. H. Robinson, Company                          Dept. KWGP-L
                                                 CH-5401 Baden
Date   1/30/99                                   Name _____
                                                 Company _____
                                                 Date   2/1/99

FEB 05 '99 16:17 FR CH ROBINSON   817 431 3425 TO 01141562056192   P.01/01

## C. H. Robinson Company



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

February 5, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your fax of February 3, 1999, concerning the transportation of 2 transformers, dims of 526 x 269 x 370 cm, weighing 49,969 kilos each, from shins hook, Brownsville, Texas to job site at Huinila.

We are pleased to provide OTR transport for $14,000 each, plus I. V. A. tax of 15%. Price includes all securing to transporters, permits, etc.

Please provide notification if you wish us to handle.

Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

** TOTAL PAGE.01 **





