COPY

| AGREEMENT: | Project MONTERREY | | |
|---|---|---|---|
| | MEXICO | off shore | 1/13 |

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

**Original**

# TRANSPORTATION OF HEAVY COMPONENTS

for

# MONTERREY, MEXICO

between

# ABB POWER GENERATION LTD
# BADEN, SWITZERLAND
(THE COMPANY)

and

# C.H. ROBINSON
# KELLER, TEXAS – U.S.A.

(THE OPERATOR)

Revision 4.0, 98-02-26



EX. D

| AGREEMENT: | Project MONTERREY | | |
|---|---|---|---|
| | MEXICO | off shore | 2/13 |

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## INDEX:

1. Preamble
2. Basis of Order
3. Scope of Work
4. Time Schedule
5. Price
6. Terms of Payment
7. Liability
8. Correspondence
9. Signatures

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY MEXICO off shore | 3/13 |
|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

1. **PREAMBLE**

   The Operator and the Company enter into this Agreement for the execution of heavy components for the MONTERREY Power Plant, N.L., Mexico, as per attached drawings HDST 301865 / HDST 201552 / HDST 301865.

2. **BASIS OF ORDER**

   The following conditions and documents form an integral part of this Agreement:

   * C.H. ROBINSON COMPANY quotation dated January 30, 1999 and February 5, 1999, the latter to cover the quotation for two (2) transformers 526x269x370 cm / 49'969 grosskos, each.

3. **SCOPE OF WORK**

   Transport from Brownsville, Texas via Matemoros / Apodaca to the MONTERREY Power Plant Project in full accordance with Mexican Law and Operator's quotations as defined in Par. 2.

4. **TIME SCHEDULE**

   Between February 27, 99 up to approx end of July, 99 as per Company's specific schedule to provide in due course.

5. **PRICE + 6. Termins of payments**

   1st payment: USD 258'902.00 after contract signature
   2nd payment: USD 54'222.69 after delivery of 2nd Thermal Block

6. **TERMS OF PAYMENT**

   Payable net 10 days.

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY | | |
|---|---|---|---|
| | MEXICO | off shore | 4/13 |

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

7. **LIABILITY**

The Operator will provide the following proof of liability coverage:

- AMFELS, BROWNSVILLE
  (Crane Operator)
- SCHAEFER BROWNSVILLE
  (Stevedoring / Rigger)
- BRI, Brownsville
  Rio Grande
  International
  (Railroad)

8. **CORRESPONDENCE**

Unless otherwise agreed all correspondence to be addressed to:

ABB Power Generation Ltd
Dep. KWGP-L
CH-5401 Baden / Switzerland

att. Mr Sandro Lepori
General Manager / Transportlogistics
Gas Turbine and Combined-Cycle Power Plants

Tel.:   +41 56/ 205 58 02 or +41 56/ 205 30 86
Fax:    +41 56/ 205 61 82

8. **SIGNATURES**

Executed for
and on behalf of
ABB Power Generation     ) Date: February 16, 99
Baden, Switzerland

ABB Power Generation Ltd.
CH-5401 Baden

Agreed and accepted for
and on behalf of
C.H. ROBINSON            ) Date: February 16, 1999

Revision 4.0, 98-02-26

JAN 30 '99 18:38 FR CH ROBINSON      817 431 3425 TO 01141562200162    P.01/03

# C.H. ROBINSON COMPANY

10x5



January 30, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

valid for 3 pieces

A). $355,860* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U.S.
    * Plus Mexican E. V. A. tax of 15%

Price Includes:
All transportation and logistics management plan
3 Heavy Duty Rail Cars (12 Axle)
Unloading 325 Ton Generator from lash barge to rail car
Tie down to rail cars for all 3 pieces
Transloading (Jack and Skid) from rail cars to OTR Transporters
Tie down to OTR Transporters
All permits, grading, and re-conditioning of rail spur and overpass to site

valid for 4 pieces

B). $225,285* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U.S.
    * Plus Mexican E. V. A. tax of 15%

Price Includes:
1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

## Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and /or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

~~All quotations are subject to availability of equipment and personnel.~~

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

~~The coordination of equipment and clearances for this movement will require 30 days.~~

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications _____
_____
_____

Quotation Submitted By:  
Name _____  
C. H. Robinson, Company  
Date 1/30/99

Accepted & Authorized By: ABB Power Generation Ltd.  
Transport Logistics  
Dept. KWGP-L  
CH-5401 Baden  
Name _____  
Company _____  
Date 2/1/99

**C. H. Robinson Company**



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

February 5, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your fax of February 3, 1999, concerning the transportation of 2 transformers, dims of 526 x 269 x 370 cm, weighing 49,969 kilos each, from ships hook, Brownsville, Texas to job site at Huinila.

We are pleased to provide OTR transport for $14,000 each, plus I. V. A. tax of 15%. Price includes all securing to transporters, permits, etc.

Please provide notification if you wish us to handle.

Regards,

Jim Hamilton
General Manager – Multimodal Heavy Transport

CHR / ABB
000310



# ABB POWER GENERATION LTD.
### 5401 Baden / Switzerland

| TO: | C.H. Robinson Company<br>Keller, Texas<br>att: Mr. James C. Hamilton<br>Genral Manager | FROM: | S. Lepori |
|---|---|---|---|
| | | DEPT.: | KWGP-L |
| cc | RS/SCH | PHONE:<br>FAX:<br>DATE: | +41 56 205 58 02<br>+41 56 205 61 82<br>February 1, 99 |
| FAX-No.: | 001 817 431 3425 | TOTAL PAGES: | 4 |

Re.: Project Monterrey, N.L. Mexico

Dear Jim,

thanks for the transport quotation covering the transport of six (6) heavy lifts, i.e.:

- 2 Transformers
- 2 Generators
- 2 Thermal Blocks (Gasturbine)

(details of the heavy lifts, as per our submittal to on January 19, 99) from Brownsville Port via Matamoros, Apodoca to the Monterrey Combi Cycle Power Plant located southeast of Huinala, Mexico.

Further to our telecon of yesterday, we wish to add/precise the following:

1. The quotation under Par. A) in the amount of USD 355'860.00 includes the transportationm costs for:

- 1 Transformer
- 1 Generator
- 1 Thermal Block, whereas

your quotation under Par. B) in the amount of USD 225'285.00 covers the installation works for all six heavy lifts

CHR ABB 00054

2. The eta of the two (2) Transformers on m/v Jumbo Spirit in Brownsville is indicated today February 28, 99 - the due date of the 1st Generator in Brownsville aboard a Lash Barge ex m/v Rhine Forest is March 7, 99 (the Lash ship has an eta NOLA Febr. 21, 99). As far as the other components are concerned we can indicate the following approx. eta's in Brownville:

   a) 2nd Generator week 13/14, 1999   3/29 - 4/5   4/19 - 4/26   1 of 2
   b) 1st Thermal Block week 20, 1999   5/17
   c) 2nd Thermal Block week 24, 1999   6/14

3. It is understood that the your quotation includes the lift - off of the two (2) Generators from the Lash Barge by means of a 700 ton barge crane which will be mobilized from Corpus Christi hence we will book the Generators to Brownville on free out terms.

4. In respect to the transport technical issues, please provide:

   a). layout sketch of the railcars suitable to transport a.m. heavy lifts, particularly in respect to the Thermal Block
   b) the minimum radius of the railtrack from Brownsville to Apodoca, including the angle of inclination for the purpose to calculate the tipping-moment
   c) layout sketch of the platform trailers
   d) transloading procedures from railcar onto platform trailer
   e) lashing and securing procedures of the heavy lifts onto railcar and platform trailer
   f) procedures of the installation work from arrival alongside foundation onto foundation
   g) during a recent telecon you assured that the rail - and road transport will be supervised by you - kindly be more specific on this subject.
   h) approx. transport schedule from arrival in Brownsville to the site

*[handwritten margin note: Homero / Pls Serve / Prior to Thursday 2/11]*

5. We understand that the road carriage from Apodoca railside to the Power Station will be executed by Transportes Telleria, S.A. de C.V., including the installation works.

6. We will revert on your offer of the installation work, refer to Par. B) by end of this week, only.

7. We accept your offer for the transportation of the heavy lifts at USD 355'860 for three (3) heavy lifts and USD 711'720.00 for six (6) heavy lifts, respectively. We also took note that you have incorporated in your offer contingencies in the amount of USD 60'000 for all six heavy lifts to cover extras such as demurrage costs, etc. This amount maybe returned to ABB if such extra's are not used.

8. The following remarks in your Transportation Bid Qualifications shall be deleted:

  a) all quotations are subject to availability of equipment and personnel
  b) the coordination of equipment and clearances for this movement(s) will require 30 days (it is understood that you are already in possession of the rail and road clearances from Brownsville via Matemoros/Apodoca to the site)

9. Note that the customs clearance at the U.S. / Mexican border will be made by :

  A.A. Martha Beatriz Cano Solis
  34 East Fronton Street
  Brownsville, Texas 78520

  Responsible person: Enrique Serralta Hernandez, Tel. (210) 541 8151
  Fax (210) 542 3766

10. As far as the payment between U.S. and Mexican portion is concerned, we shall revert in due course, refer to our telecon of last night.

11. Enclosed, please find the Transportation Bid Qualification, duly signed by ourselves.

Kindly let us have your comments as soon as possible.

With best regards

Enclosure: as mentioned

CHR ABB 00056