**C.H. ROBINSON COMPANY**



July 19, 1999

129 Keller Hicks Road
Keller, TX
76248-4436
817/431.3146
fax 817/431.3435

Mr. Sandro Lapori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Attached please find the final two invoices for the Monterrey project.

Invoice # 0157-657510 in the amount of $32,200.00 U. S. is for the delivery of the two smaller transformers, per our quotation dated February 3, 1999 (copy attached).

Invoice # 0157-657505 in the amount of $52,840.88 U. S. covering project contingency costs. Per our initial agreement, our price included $55,000 in contingency money for excessive detention, demurrage, riders, special train, tie down, etc. costs that happen in a project of this magnitude. Below please find items included in the contingency amount:

1). Additional tie down costs for generator and turbine to ABB specifications above AAR requirements.
2). Additional charges for changing generator covers on first generator.
3). Special switches on PTRA for empty equipment expediting.
4). Special train service on UP for empty equipment expediting.
5). Spreader Bars for turbine lifts.

Also enclosed is a customer satisfaction survey we would like you to complete and return.

If you have any further questions, please do not hesitate to call.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

CHR / ABB
005300

EXF.

REMIT TO:  
C. H. Robinson  
SDS 12-0805  
P. O. Box 86  
Minneapolis, MN. 55486-0805

Branch:         Fort Worth Branch  
Phone:          817 431-3146  
Invoice Date:   07/19/99  
Invoice Number: 0157-867510

## * INVOICE *

BILL TO:    ABB POWER GENERATION  
            DEPT. KWGP-L  
            CH-5401 BADEN/SWITZERLAND

SHIPPER:    PORT OF BROWNSVILLE  
            BROWNSVILLE, TX

CONSIGNEE:  ABB  
            HUINALA, NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| TRANSPORTATION FROM BROWNSVILLE, TX TO JOB SITE IN HUINALA. | |
| TWO TRANSFORMERS ($16100 US EACH) | $32,200 |
| **PLEASE PAY THIS AMOUNT** | **$ 32,200** |

NET DUE: 30 DAYS

CHR / ABB  
000309

REMIT TO:  
C. H. Robinson  
SDS 12-0605  
P. O. Box 86  
Minneapolis, MN. 55486-0605

Branch:  Fort Worth Branch  
Phone:  817 431-3146  
Invoice Date:  07/19/99  
Invoice Number:  0157-657505

**INVOICE**

BILL TO:  ABB POWER GENERATION  
DEPT. KWGP-L  
CH-5401 BADEN/SWITZERLAND

SHIPPER:  PORT OF BROWNSVILLE  
BROWNSVILLE, TX

CONSIGNEE:  ABB  
HUINALA, NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DELIVERY OF 2ND TURBINE FROM BROWNSVILLE TO HUINALA | $52,840.08 |
| **PLEASE PAY THIS AMOUNT** | **$52,840.08** |

NET DUE: 30 DAYS

CHR / ABB  
000311