**Jim Hamilton <HAMIJIM@chrobinson.com>**
99-03-30 19:19

To: Sandro Lepori/CHKRA/ABB, Jim Hamilton <HAMIJIM@chrobinson.com>
cc:
Subject: RE: QTTX 130704
Security Level:? Internal

---

```
Sandro,
Got your fax, as well as generator diagram.
The car above is an 8 axle depressed with a capacity of 480,000 #.
It has a deck length of 27'.
When looking at the drawing, I find a deck length of 26' 8", and a weight of
374,785 #.
It fits.
thanks,
jch

> ----------
> From:     Jim Hamilton
> Sent:     Monday, March 29, 1999 5:48 PM
> To: 'sandro.lepori@chkra.mail.abb.com'
> Subject:  QTTX 130704
>
> Sandro,
> I have not gotten any confirmation from Tim.  I believe he is still
> working on clearances.  The deck of this car is 27'.  If you raise the
> load 18" is goes out to 31'.  He will advise in the morning.
> I'll let you know as soon as I hear something.
> Also, I'll provide you a copy of the Midlothian, Texas plan on Wednesday.
> Regards,
> jch
>
```



Strever
EXHIBIT NO. 1
J. EPPS 1/21/05

Ex. G

 **Jim Hamilton <HAMIJIM@chrobinson.com>**
99-03-30 00:48

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: QTTX 130704

Security Level:?  Internal

---

Sandro,
I have not gotten any confirmation from Tim. I believe he is still working on clearances. The deck of this car is 27'. If you raise the load 18" is goes out to 31'. He will advise in the morning.
I'll let you know as soon as I hear something.
Also, I'll provide you a copy of the Midlothian, Texas plan on Wednesday.
Regards,
jch

 Jim Hamilton <HAMIJIM@chrobinson.com>
99-03-15 19:32

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: 12 Axle Depressed
Security Level:? Internal

---

Sandro,
Per our conversation yesterday I have forwarded you via fax the clearance approvals for the Thermal Block from Richmond to both Midlothian and Laredo, TX. The TFM clearance from Laredo to Apodaca has previously been provided. As we discussed the overall transit time and costs appear to be less than utilizing barge from Richmond to Houston and Brownsville. The problem comes with availability of the equipment.
Presently there are 2 cars, LNAL 340320 and 321. Both have heavy schedules for the first and second quarters of 1999. There is a possibility of purchasing a third car, which would be available in 4 to 6 months from a signed PO. The cost would be in the $750,000 US range.
We feel it important to review all the needs ABB has in the next 24 months, including the generator shipments, which could also be handled on this equipment type, to determine if ABB should purchase and add to your North American fleet.
I make myself available at any time to discuss this issue.
Regards,
jch

JAN 30 '99 18:57 FR CH ROBINSON    817 431 3425 TO 01141502000100

**C.H. ROBINSON COMPANY**



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,

C.H. Robinson Company
129 Keller Hicks Road
Keller, TX 76248

May 2, 1999

## FAX BILL OF LADING

**TO:** Brownsville & Rio Grande International Railroad
Union Pacific Railroad

**FROM:** Brent Bohnsack- C.H. Robinson Company (817)431-3146

*Please bill following:*

**Car Number:** QTTX 131102

**Shipper:** C.H. Robinson Company
129 Keller Hicks Road
Keller, TX 76248

**Consignee:** Intermediate Consignee
A and A - Customs Brokerage Services, Inc.
34 B Fronton
Brownsville, TX 78523
ATTENTION: Ruben Perez M.
(956) 550-0647

Final Consignee
C.H. Robinson Company
Apodaca Rail Station - F0016
Apodaca, Nuevo Leon
(817) 431-3146

**Commodity:** Generator (STCC- 36-212)   Total Weight: 716,500 LBS

**Origin:** Port of Brownsville, TX - Dock 11

**Destination:** Apodaca, Nuevo Leon

**Route:** BRG-UPRR-Brownsville-TFM

*All Charges are Prepaid*

**Special Instructions: Do Not Hump. Do Not Flat Switch.**

Please notify Todd Strever (817) 431-3146 upon arrival or if you have any further questions.

CHR / AB
001031

**ABB** System Administrator <postmaster@chrobinson.com>
99-03-30 12:56

att: Mr. J. Hamilton

To: Sandro Lepori/CHKRA/ABB
cc:
Subject: Undeliverable: 2nd Generator for Monterrey ex m/v Arktis Hunter
Security Level:? Internal

Fax
817-431-3425

---

Your message

  To:     HAMJIM@chrobinson.com
  Cc:     robert.schupp@chkra.mail.abb.com;
roland.schneider@chkra.mail.abb.com;
vanessa.bodenmann@chkra.mail.abb.com
  Subject: 2nd Generator for Monterrey ex m/v Arktis Hunter
  Sent:   Tue, 30 Mar 1999 06:56:30 -0600

did not reach the following recipient(s):

HAMJIM@chrobinson.com on Tue, 30 Mar 1999 05:56:26 -0600
    The recipient name is not recognized
      The MTS-ID of the original message is: c=US;a= ;p=C.H. Robinson
Co;l=CHR10990330115BH6526A9N
    MSEXCH:IMS:C.H. Robinson Company:CHR:CHR10 0 (000C05A6) Unknown
Recipient

---

Message-ID: <41256744.00470359.00@mail1.ch.abb.com>
From: sandro.lepori@chkra.mail.abb.com
To: HAMJIM@chrobinson.com
Cc: robert.schupp@chkra.mail.abb.com,
roland.schneider@chkra.mail.abb.com,
vanessa.bodenmann@chkra.mail.abb.com
Subject: 2nd Generator for Monterrey ex m/v Arktis Hunter
Date: Tue, 30 Mar 1999 06:56:30 -0600
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2448.0)
X-MS-Embedded-Report:
Content-Type: text/plain;    charset="windows-1252"

---

Jim,

the 2nd Generator is scheduled to arrive in Brownsville May 3/4. Note that
the
component is booked on a free out basis. Pls let me know
which Pier in
Brownsville is suitable to have the m/v Arktis Hunter dock.
Thanks and best
regards, Sandro

CHR / ABB
001153

## ABB Power Generation Ltd.

| To: | Jim Hamilton | From: | Roland Schneider |
|---|---|---|---|
| Location: | Keller / Texas | Location: | Site Monterrey |
| Company: | C.H. Robinson | Date: | 06.05.99 |
| | | Total pages: | 4 |
| Fax-no.: | 0018174313425 | Fax-no.: | +528333234?? |

Ref.: Project Monterrey / Securing & Lashing for the Generator-Block

Hi Jim,

enclosed you will receive one copy of drawing HDST 201602 / page 3 for the Lashing & Securing procedure for the Generator onto QTTX Rail car.

I have re-calculated the cross beams and the result is that we must use 6 cross beams instead of only 4.
The diameter of the cables must be minimum 1".

Please call we, if you have any additional questions.

Best regards
Roland

*To: Charles*
*From: Todd S.*

Enclosure:   as mentioned

CHR / ABB
001041

File: A:fax0503.doc          Page 1/1

# ESIS INTERNATIONAL INC.   ROTTERDAM
Marine & Cargo Surveyors    Loss Prevention Specialists

Date    03-02-99         =REVISED=

To      Herfurth Rotterdam
        att: mr. R. Kros / van Wingerden
        fax: 010-4241809

*Todo, pls share with Ampers. This is lifting rings diagram*

From    ESIS International Inc., Rotterdam
        L. Moret

Re      mv Rhine Forest – Lashbarge CGS082 – ABB Power Generation
        Our file NBS 9910517 one(1) Generator Stator Monterrey Project

Dear Sirs,

Reference is made to the above and our telephone conversation this afternoon.
In order to properly secure subject cargo we deemed it necessary to weld modifications
to the lifting trunnions of the generator housing. This was discussed with your staff on
board the barge and the representative of ILS VB.
Please be informed that we have cleared one and other with ABB Power Generation,
messrs. Schupp and Schneider and obtained permission to weld the required
modification on the face plate of the trunnions.

The following is a sketch of the proposal as made to your rep. and ILS.
(dimensions to be measured by ILS)



cc: ABB Power Generation, messrs. Schupp/Schneider fax +41 522615805

p. J. Hamilton / Messrs. Robinson

## ABB Power Generation Ltd.

| To: | Jim Hamilton | From: | Roland Schneider |
|---|---|---|---|
| Location: | Keller / Texas | Location: | Site Monterrey |
| Company: | C.H. Robinson | Date: | 05.03.99 |
|  |  | Total pages: | 4 |
| Fax-no.: | 0018174313425 | Fax-no.: | +5283332697 |

Ref: Project Monterrey / Securing & Lashing for the Generator-Block

Hi Jim,

enclosed you will receive one copy of drawing HDST 201602 / page 3 for the Lashing & Securing procedure for the Generator onto QTTX Rail car.

I have re-calculated the cross beams and the result is that we must use 6 cross beams instead of only 4.
The diameter of the cables must be minimum 1".

Please call we, if you have any additional questions.

Best regards
Roland

*To: Charles*
*From: Todd S.*

Enclosure: as mentioned

File: A:fax0503.doc        Page 1/1

CHR / ABB
001041