UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE | § | |
| AKTIENGESELLSCHAFT, and | § | |
| ABB ALSTOM POWER (SWITZERLAND) | § | |
| LTD., formerly known as ABB POWER | § | |
| GENERATION, LTD. | § | |
| Plaintiffs | § | Civil Action No. B-03-192 |
| VS. | § | |
| | § | |
| C. H. ROBINSON COMPANY | § | |
| Defendant | § | |

## <u>PLAINTIFFS' NOTICE OF VIDEO DEPOSITION OF<br>C. H. ROBINSON CORPORATE REPRESENTATIVE</u>

TO:    Defendant, C. H .ROBINSON, by and through their attorneys of record, Mr. Steven
J. Wakins, Ms. Karan Ciotti, McGINNIS, LOCHRIDGE & KILGORE, L.L.P., 3200
One Houston Center, 1221 McKinney Street, Houston, Texas 77010.

PLEASE    TAKE    NOTICE    that    Plaintiffs,    ABB    KRAFTWERKE

AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD.,

formerly known as ABB POWER GENERATION, LTD. (hereinafter referred to as "ABB"

or "ABB Plaintiffs"), will take the oral/video deposition of :

### C. H. ROBINSON REPRESENTATIVE
### (with the most knowledge of the following)

1.    The principle place of business and place of incorporation of C. H. Robinson;

2.    The terms and conditions of the relationship between C. H. Robinson and ABB
Power Generation/ABB Alstom Power (Switzerland) Ltd.;

3.    The negotiations surrounding the contracts entered between C. H. Robinson and
ABB Power Generation;

Page 1 of 3

DEPOSITION
EXHIBIT
1
2-25-05

4.    The authority of Todd Strever entering into contracts specifically the indemnity contracts on behalf of C. H. Robinson;

5.    The factual basis for C. H. Robinson's defense to agency and vicarious liability in the captioned lawsuit.

The oral/video deposition is scheduled for **Friday, February 25, 2005, at 10:30 a.m.** at the McGINNIS, LOCHRIDGE & KILGORE, L.L.P., 3200 One Houston Center, 1221 McKinney Street, Houston, Texas 77010. Said deposition will be taken before an officer authorized to administer oaths. It is understood between Plaintiffs' and Defendant's counsel that this deposition is to be taken day after day until completed and that said deposition is to be used as evidence in the trial of said cause. Furthermore, pursuant to Rule 26, of the Texas Federal Rules of Civil Procedure, Plaintiffs intend to video tape this deposition. You are invited to attend and examine the witness.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:    (361) 888-7702
Facsimile:    (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was

forwarded on this the 24th day of February, 2005, to all counsel of record, as listed below and

in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams

**C.H. ROBINSON COMPANY**



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

July 19, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Attached please find the final two invoices for the Monterrey project.

Invoice # 0157-657510 in the amount of $32,200.00 U. S. is for the delivery of the two smaller transformers, per our quotation dated February 3, 1999 (copy attached).

Invoice # 0157-657505 in the amount of $52,840.08 U. S. covering project contingency costs. Per our initial agreement, our price included $55,000 in contingency money for excessive detention, demurrage, riders, special train, tie down, etc. costs that happen in a project of this magnitude. Below please find items included in the contingency amount:

1). Additional tide down costs for generator and turbine to ABB specifications above AAR requirements.
2). Additional charges for changing generator covers on first generator.
3). Special switches on PTRA for empty equipment expediting.
4). Special train service on UP for empty equipment expediting.
5). Spreader Bars for turbine lifts.

Also enclosed is a customer satisfaction survey we would like you to complete and return.

If you have any further questions, please do not hesitate to call.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

DEPOSITION
EXHIBIT
2
3-05-05

CHR / ABB
000308

REMIT TO:                              Branch:            Fort Worth Branch
C. H. Robinson                         Phone:             817 431-3146
SDS 12-0805                            Invoice Date:      07/19/99
P. O. Box 86                           Invoice Number:    0157-657510
Minneapolis, MN. 55486-0805

```
*********************************
*          .  INVOICE        *
*********************************
```

BILL TO:    ABB POWER GENERATION
            DEPT. KWGP-L
            CH-5401 BADEN/SWITZERLAND

SHIPPER:
            PORT OF BROWNSVILLE
            BROWNSVILLE,TX

CONSIGNEE:  ABB
            HUINALA,NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| TRANSPORTATION FROM BROWNSVILLE,TX TO JOB SITE IN HUINALA. | |
| TWO TRANSFORMERS ($16100 US EACH) | $32,200 |

```
=========================================
```

PLEASE PAY THIS AMOUNT        $ 32,200

NET DUE: 30 DAYS

CHR / ABB
000309

REMIT TO:                              Branch:          Fort Worth Branch
C. H. Robinson                         Phone:           817 431-3146
SDS 12-0805                            Invoice Date:    07/19/99
P. O. Box 86                           Invoice Number:  0157-657505
Minneapolis, MN. 55486-0805

```
*********************************
*          INVOICE          *
*********************************
```

BILL TO:    ABB POWER GENERATION
            DEPT. KWGP-L
            CH-5401 BADEN/SWITZERLAND

SHIPPER:
            PORT OF BROWNSVILLE
            BROWNSVILLE,TX

CONSIGNEE:  ABB
            HUINALA,NL MEXICO

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DELIVERY OF 2ND TURBINE  FROM BROWNSVILLE TO HUINALA | $52,840.08 |
| PLEASE PAY THIS AMOUNT | $52,840.08 |

NET DUE: 30 DAYS

CHR / ABB
000311



| AGREEMENT: | Project MONTERREY MEXICO | off shore | 1/13 |
|---|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

# Original

## TRANSPORTATION OF
## HEAVY COMPONENTS

for

## MONTERREY, MEXICO

between

## ABB POWER GENERATION LTD
## BADEN, SWITZERLAND
### (THE COMPANY)

and

## C.H. ROBINSON
## KELLER, TEXAS – U.S.A.

### (THE OPERATOR)



DEPOSITION EXHIBIT
3

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY MEXICO | off shore | 2/13 |
|---|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## INDEX:

1.   Preamble

2.   Basis of Order

3.   Scope of Work

4.   Time Schedule

5.   Price

6.   Terms of Payment

7.   Liability

8.   Correspondence

9.   Signatures

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY | | |
|---|---|---|---|
| | MEXICO | off shore | 3/13 |

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## 1.  PREAMBLE

The Operator and the Company enter into this Agreement for the execution of heavy components for the MONTERREY Power Plant, N.L., Mexico, as per attached drawings HDST 301865 / HDST 201552 / HDST 301865.

## 2.  BASIS OF ORDER

The following conditions and documents form an integral part of this Agreement:

- ◆ C.H. ROBINSON COMPANY quotation dated January 30, 1999 and February 5, 1999, the latter to cover the quotation for two (2) transformers 526x269x370 cm / 49'969 grosskos, each.

## 3.  SCOPE OF WORK

Transport from Brownsville, Texas via Matemoros / Apodaca to the MONTERREY Power Plant Project in full accordance with Mexican Law and Operator's quotations as defined in Par. 2.

## 4.  TIME SCHEDULE

Between February 27, 99 up to approx end of July, 99 as per Company's specific schedule to provide in due course.

## 5.  PRICE + 6. Termins of payments

1st payment: USD 258'902.00 after contract signature
2nd payment: USD 54'222.69 after delivery of 2nd Thermal Block

## 6.  TERMS OF PAYMENT

Payable net 10 days.

---

Revision 4.0, 98-02-26

| AGREEMENT: | Project MONTERREY MEXICO | off shore | 4/13 |
|---|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## 7. LIABILITY

The Operator will provide the following proof of liability coverage:

- AMFELS, BROWNSVILLE
  (Crane Operator)
- SCHAEFER BROWNSVILLE
  (Stevedoring / Rigger)
- BRI, Brownsville
       Rio Grande
       International
       (Railroad)

## 8. CORRESPONDENCE

Unless otherwise agreed all correspondence to be addressed to:

ABB Power Generation Ltd
Dep. KWGP-L
CH-5401 Baden / Switzerland

att. Mr Sandro Lepori
General Manager / Transportlogistics
Gas Turbine and Combined-Cycle Power Plants

Tel.:   +41 56/ 205 58 02 or +41 56/ 205 30 86
Fax:   +41 56/ 205 61 82

## 8. SIGNATURES

ABB Power Generation Ltd.
CH-5401 Baden

Executed for          )
and on behalf of      )
ABB Power Generation  )   Date: February 16, 99
Baden, Switzerland

Agreed and accepted for  )
and on behalf of         )
C.H. ROBINSON            )   Date: February 16, 1999

Revision 4.0, 98-02-26

JAN 30 '99 16:36 FR CH ROBINSON     817 431 3425 TO 01141562056182     P.01/05

**C. H. ROBINSON COMPANY**

10y5



January 30, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

A). *$355,860\* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U. S.*
*\* Plus Mexican E. V. A. tax of 15%*

Price Includes:
　　　All transportation and logistics management plan
　　　3 Heavy Duty Rail Cars (12 Axle)
　　　Unloading 325 Ton Generator from lash barge to rail car
　　　Tie down to rail cars for all 3 pieces
　　　Transloading (Jack and Skid) from rail cars to OTR Transporters
　　　Tie down to OTR Transporters
　　　All permits, grading, and re-conditioning of rail spur and overpass to site

B). *$225,285\* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U. S.*
*\* Plus Mexican E. V. A. tax of 15%*

Price Includes:
　　　1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
　　　2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
　　　3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

JAN 30 '99 18:37 FR CH ROBINSON        817 431 3425 TO 01141562056182    P.03/25

C.H. ROBINSON COMPANY



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,

JAN 30 '99 18:37 FR CH ROBINSON        817 431 3425 TO 01141562056192    P.22/25

# Transportation Bid Qualifications

Rates based upon weights and dimensions supplied by customer. Changes or omission of details from shipper's original information can affect pricing and ability to provide clearance.

Subject to further technical drawings and/or details, including projection orientations and center of gravity.

Rates are contingent upon clearance of participating carriers.

Cargo is to be loaded per AAR, Federal, State and Local Rules and Regulations.

Loading and unloading to be the responsibility of others, unless specifically defined in our quotation.

This proposal does not include tarps or covers to lading. If required, service may be provided at additional cost.

Charges relating to excess demurrage or detention is responsibility of shipper and/or consignee.

Shipping delays due to weather and acts of God are at risk and expense of shipper.

Price does not include any liability. Liability is the responsibility of shipper unless liability has been requested and specifically provided in quotation.

~~All quotations are subject to availability of equipment and personnel.~~

Unless stated otherwise, this quotation is effective for 45 days from date of issuance.

~~The coordination of equipment and clearance for this movement will require 30 days.~~

Payment terms are 35% down, net balance 10 days from job completion.

Activities related to this movement will begin upon receipt of a purchase order or written authorization to proceed from the shipper.

Qualifications _____

_____

_____

_____

_____

| | |
|---|---|
| Quotation Submitted By: _[signature]_ | Accepted & Authorized By: ABB Power Generation Ltd. Transport Logistics Dept. KWGP-L CH-5401 Baden |
| Name _[signature]_ | Name _[signature]_ |
| C. H. Robinson, Company | Company _____ |
| Date 1/30/99 | Date 2/1/99 |

FEB 05 '99 16:17 FR CH ROBINSON     817 431 3425 TO 01141562056182    P.01/01

# C. H. Robinson Company



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

February 5, 1999

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

Dear Sandro,

Please refer to your fax of February 3, 1999, concerning the transportation of 2 transformers, dims of 526 x 269 x 370 cm, weighing 49,969 kilos each, from ships hook, Brownsville, Texas to job site at Huinila.

We are pleased to provide OTR transport for $14,000 each, plus I. V. A. tax of 15%. Price includes all securing to transporters, permits, etc.

Please provide notification if you wish us to handle.

Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

** TOTAL PAGE.01 **

# LAWYER'S NOTES

| Page | Line | |
|------|------|---|
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |

**HOUSTON REPORTING SERVICE**
Registered Professional Reporters
1010 Lamar, Suite 1400
Houston, Texas 77002
(713) 739-1400

FORM 003