

EX 1











