United States District Court
Southern District of Texas
FILED
MAR 2 2 2005
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § | |
| Plaintiffs | § | Civil Action No. B:03-CV-192 |
| VS. | § § | |
| C. H. ROBINSON COMPANY | § § | |
| Defendant | § | |

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE DEPOSITION EXCERPTS

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Motion for Enlargement of Time to file Deposition Excerpts to Plaintiffs' Response to Defendant's Motion for Summary Judgment, and would show this Honorable Court as follows:

I.

1. Plaintiffs have not received the transcripts from the depositions of Roland Schneider and Sandro Lepori taken in Italy on February 14th and 15th, 2005. Plaintiffs' counsel was informed at the depositions that they would be available within a week.

2. Plaintiffs' counsel has made efforts to have the transcripts available timely for filing their Response to Robinson's Motion for Summary Judgment and will continue to attempt to have the transcripts provided as soon as possible.

3. Plaintiffs were required to pay for Defense counsel to travel to take these depositions (Defense counsel's bill is currently being processed) and should be allowed the use of this evidence.

4. This delay is not the fault of the Plaintiffs and this Motion is not made for delay but purely so that justice may be done..

5. Defendant opposes Plaintiffs' original Motion and oppose this Motion as well.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone: (361) 888-7702
Facsimile: (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion(s).

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 18th day of March, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams