

United States District Court
Southern District of Texas
FILED

MAR 2 2 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. § § § § § § | | |
| Plaintiffs § | Civil Action No. B:03-CV-192 | |
| VS. § § | | |
| C. H. ROBINSON COMPANY § | | |
| Defendant § | | |

## PLAINTIFFS' RESPONSE TO MOTION TO DISMIS

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their Response to Motion to Dismiss, and would show this Honorable Court as follows:

1. The underlying lawsuit was originally brought against a wholly owned subsidiary of ABB (Switzerland) Ltd..

2. During the pendency of that suit ownership of the original Defendant changed.

3. Suit was brought in the name of the contracting parties as they existed at time of settlement.

4. Ownership of the above changed again.

5. The settlement of the suit was funded out of insurance covering the American ABB entities.

6. The settlement was charged back to the European ABB entities and efforts have been made and are ongoing to ascertain how the money was charged and what percentage was provided by the Swiss ABB corporations and by a wholly owned captive ABB insurance company based in Europe.

7. No prejudice exists to Defendants as this is a normal situation of insurance subrogation, except all the money is within the ABB entities.

8. Plaintiffs are attempting to keep from providing false or misleading information to the court by haphazardly substituting an ABB entity when it may not be the correct ABB entity. The charge back and contribution schemes to the captive insurance company are quite complicated.

9. Plaintiff asks that it be allowed until April 30, 2005 to substitute the proper party. The proper party has no information about the facts of this lawsuit or about monies paid. That information is known to representatives of the Insurance Company of Hannover and Zurich, the companies responsible for the American Insurance program who paid all the original bills and settlement money in the underlying lawsuit and under whose authority (along with ABB) this subrogation action was brought. However, these entities have no knowledge of the ultimate breakdown fo the charge backs and cannot say which ABB European company or companies have interests in this litigation. As stated ABB is working

on obtaining this and will happily substitute the proper party at that time.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Motion to Dismiss is denied.

                                Respectfully submitted,

                                The Law Office of Justin L. Williams, P.C.
                                600 Leopard Street, Suite 1810
                                Corpus Christi, Texas 78473
                                Telephone:  (361) 888-7702
                                Facsimile:   (361) 888-7717

By: _____
                                Justin L. Williams
                                State Bar Number 00795384

                                ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion(s).

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 18th day of March, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams