United States District Court
Southern District of Texas
FILED

APR 0 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. Plaintiffs | § § § § § § § | |
| VS. | § § § | Civil Action No. B:03-CV-192 |
| C. H. ROBINSON COMPANY Defendant | § § § § | |

## PLAINTIFFS' MOTION TO FILE AMENDED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., and files this their MOTION TO FILE AMENDED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and would show unto the court as follows:

### I.

1.   Plaintiffs have previously filed a Motion for Extension of Time to File Deposition Excerpts from the depositions of Sandro Lepori and Roland Schneider.

2.   Plaintiffs' amended response contains the pages/lines and deposition excerpts as exhibits to its response.

3. The transcripts received by Plaintiffs did not contain page or line numbers. Those have been added for the convenience of the court by Plaintiffs' counsel.

4. Plaintiffs asks that its previously filed motion and this motion be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Motion be granted, and for such other and further relief to which Plaintiffs show itself justly entitled

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:  (361) 888-7702
Facsimile:   (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding above Motion and opposing counsel does oppose said Motion(s).

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 31st day of March, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams