UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § | |
| Plaintiffs | § | Civil Action No. B:03-CV-192 |
| VS. | § § § | |
| C. H. ROBINSON COMPANY | § § | |
| Defendant | § | |

## ORDER

On this day came on to be considered Plaintiffs' Motion to File Amended Response to Defendant's Motion for Summary Judgment, and the Court having considered the pleading on file is of the opinion that Plaintiffs' Motion should in all things be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs may file their Amended Response to Defendant's Motion for Summary Judgment along with the deposition excerpts.

Signed on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING