# TABLE OF CONTENTS

**TAB NO.**

A       Deposition of James (Jim) Hamilton

B       Deposition of Todd Strever

C       Deposition of Sandro Lepori

D       Contract between C. H. Robinson and ABB

E       Deposition of Roland Schneider

F       Letter from Hamilton to Lepori with invoices

G       Fax letters from Hamilton to Lepori

H       Deposition of Tom Ferguson

I       Drawings

# EXHIBIT "C"

*W: Mr Justin Williams*
*C: Mrs Karan Ciotti*
*L: Mr Sandro Lepori*

1 Stenographer: Do you solemnly swear to tell the truth, the whole truth and nothing but the truth?

2 Mr Lepori: I swear

3 Interpreter: I swear to translate the whole truth to the best of my abilities

4 W: Would you state your name for the records, please?

5 L: My name is Sandro Lepori

6 W: Where do you live Mr Lepori?

7 L: I live in Berikon, in Switzerland

8 W: Who do you work for?

9 L: I work for the company Alstom

10 W: Approximately how long have you worked for Alstom?

11 L: For three years

12 W: Who did you work for prior to working for Alstom?

13 L: I was working for ABB Alstom prior

14 W: And prior to that, who did you work for?

15 L: ABB

16 W: And how long have you worked for ABB?

17 L: Over 30 years

18 W: What is your current job at Alstom?

19 L: I'm general manager in logistics

20 W: What exactly did you do as the general manager of logistics?

21 I: Did or do?

22 W: What do you do?

23 L: I deal with all the logistics which has to do with the supplying of power plants and I carry out

24 logistics

25 W: Does it include being in charge of moving heavy equipment manufactured by ABB or Alstom

26 from where it's manufactured to where the customer wants it to be set up?

27 C: Objection. Reading.

28 W: Does ABB have anything to do with Alstom as far as ownership of the company at this time?

29 L: Nowadays not.

30 W: You've had the pleasure of giving your deposition on two occasions before. Correct?

31 L: That's correct

32 W: We had the opportunity to meet in your office last Friday

33 L: That's correct

34 W: And we were able to meet for a while yesterday

35 L: That's correct

36 W: So you were able to learn a little bit about what it is that we're going to be discussing here

37 today

38 L: That's correct

39 W: Prior to me talking about this case with you, were you familiar with legal terms such as

40 independent contractor?

41 C: Objecting the form of the question

42 L: vaguely

43 W : in the contracts that you enter into with operators or managers for the transportation of your

1 W: tell me, when you enter into a contract...let me start over. Over the course of the years with
2 Alstom and ABB do you have any idea how many contracts such as the one that was originally
3 marked as Lepori-4 you have entered into or have your employees?
4 L: over 200, 250
5 W: when you enter into these contracts do you turn over control of whatever project it is to the
6 operators and managers you operate with?
7 C: Objecting the form of the question
8 L: yes
9 W: You were turning over the control of the project to them?
10 C: Objecting the form of the question
11 L: I would like to give some details. There must be some specification: we do contract the company
12 but we do interfere if necessary.
13 W: I'm not sure because of the differences in language, sometimes it's difficult to understand
14 exactly. When I say control, I'm saying if you contract with them and turn over control then you
15 turn over the right to interfere
16 C: Objecting the form of the question
17 L: would you rephrase the question please?
18 W: Do you...entering into contracts, would you give up the right to interfere with the contractor?
19 L: No, as I was saying before, the type of contract we enter into gives us the possibility to interfere.
20 W: the equipment that you're contracting to move, would you give us examples of what type of
21 equipment you move?
22 L: as far as equipment for power stations, there are two types of material, as far as logistics is
23 concerned: there's what we call general cargo on the one hand and on the other there are some
24 critical components that are heavier than 300 t, that's where it all becomes complex
25 W: what would be examples of the heavy critical components?
26 L: as far as a gas power station is concerned, the critical pieces of equipment are a gas turbine for
27 example, a generator and a transformer
28 W: is it the same for an electrical power station?
29 L: yes
30 W: with regard to the movement of the equipment of the Monterrey power station, do you
31 remember where and when you first met any representative of CH Robinson?
32 L: for new power stations our unit we usually go on location to control and as far as Monterrey is
33 concerned I believe I met one representative of CH Robinson
34 W: Do you remember who he was?
35 L: It was Jim Hamilton
36 W: I know it's been a long time but do you remember approximately when it was?
37 L: it must have been in '97 or '98
38 W: following that meeting in Monterrey did you have any other meeting with Mr Hamilton?
39 L: Yes
40 W: At the best of your memory, when and where?
41 L: after that, meetings took place in Baden, in our premises in Switzerland.
42 W: did you meet more than one time in Baden with Mr Hamilton?
43 L: yes
44 W: do you remember how many times?
45 L: two times
46 W: During these two times that you met did you negotiate the contract that is here in Lepori no.4?
47 C: Objecting the form of the question
48 L: yes
49 W: And can you tell us what you did in these two meetings?

1  details with some drawing because we needed to assess the difficulties we were about to meet.
2  After deciding this, we started dealing with permits, that meant more drawing on our behalf,
3  technical meetings with our technical staff, and then we spoke about prices. To us, it was very
4  important to discuss deadlines, times: transportation times.
5  W: Did you discuss various possibilities of bringing critical components to Monterrey through
6  places other than Brownsville?
7  L: Yes we did. We took into consideration many ports, for example, we were thinking of moving
8  the pieces of equipment coming from Europe through the ports of New Orleans, Houston, Corpus
9  Christi, because they were very well equipped ports.
10 W: What types of transportation problem would you have encountered if you had moved the critical
11 components through the port of New Orleans or the port of Houston?
12 L: The problem was moving the generator because of the dimensions and weight through the port
13 of New Orleans and Houston and the time needed to move the piece. Moreover, we needed to use
14 some railway wagons that we call "Schnabel".
15 W: obviously it's farther to Monterrey from New Orleans or Houston than it is from Brownsville.
16 Were there problems considered the linked movement of the equipment by rail of these two ports?
17 L: yes, as I was saying beforehand, it would have been possible to use these two ports, but transit
18 times, costs, the complexity of the whole thing made it all more difficult than using the Brownsville
19 port.
20 W: was it the same applying to the port of Corpus Christi?
21 L: yes
22 W: Did you consider any port in Mexico?
23 L: yes we did, we thought about the Tampico port in Mexico
24 W: Why was that you decided against using the port in Tampico?
25 L: if I'm not mistaken, it was not possible to transit from Tampico to Monterrey
26 W: there wasn't a railroad available to transport a cargo such as a generator?
27 L: there was a railway. But we would have encountered the same problems we would have had
28 from New Orleans or Houston.
29 W: Ultimately who made the decision to use the port of Brownsville as the entry point putting the
30 cargo on the railroad car?
31 L: it was me
32 W: which critical pieces of information necessary to evaluate which port you would use as means
33 entry of the cargo?
34 L: first of all the technical structure of the port, for example if infrastructures were able to stand the
35 weight, so the quay. In our case if the port had access to the railway system. We needed to know if
36 the port had cranes. And if the port was able to accommodate the type of vessel.
37 W: With regard to making the decision if the equipment could be put on a rail car and you would
38 have adequate clearances and you would be able to get the railcar from where it was loaded to
39 Monterrey, what information was necessary to evaluate that?
40 L: the critical issue was that of obtaining permits both on the part of Mexican and American railway
41 companies to use that railroad
42 W: you told me earlier that one of the things you did during negotiations with Mr Hamilton is that
43 technical people made various drawings, would you tell us what exactly they did and why it was
44 necessary to make these drawings?
45 L: I'm not a technician but I'll try to give some sort of definition. During the process of
46 transportation, I'm speaking now about the piece from Brownsville to the end: first of all we needed
47 to decide how to lift the piece, where to hook the ropes, how to put the piece on the railroad car,
48 how to secure it on the railroad car, how to make sure that the dimensions of the pieces were within
49 the clearance, so we needed to remove some pieces so that the whole piece of equipment was able

1  L: it is the acceptance of the quotation made by CH Robinson amounting to 711,720 $ for six
2  pieces, and moreover the arrival date of the transformer is indicated, of the first generator, the
3  maritime journey of the generator, the date of arrival of the second generator, the first gas turbine,
4  the second turbine, it's also confirmed that the movement of the transformer arriving on a lash
5  barge is made using a floating crane capable of 700 t, that is going to be transferred from Corpus
6  Christi to Brownsville. Moreover there are some technical specifications regarding the
7  transportation of the pieces, it is also mentioned that the transportation from Apodaca to the power
8  station is going to be carried out by a company called Telería. As far as the installation of the
9  components is concerned it is indicated that it's going to take place within the end of the week. We
10 also indicate the Custom Clearing agent. That's it.
11 W: the equipment that you are sending to the power plant of Monterrey, Mexico, where was this
12 equipment manufactured?
13 L: The generators were produced in Germany
14 W: where in Germany?
15 L: in Mannheim
16 W: and once they were manufactured in Mannheim, what was done in order to get them on the
17 journey to Monterrey?
18 L: from the Mannheim factory they were transported via road on a quay using the Rhine river, then
19 lifted on a pontoon, which brought the generator to Rotterdam. In Rotterdam it was moved to a lash
20 barge through a floating crane. The barge was then loaded on a ship, then the barges aboard the ship
21 got to New Orleans, they were unloaded in New Orleans and our barge lead to Brownsville.
22 W: exhibit Lepori no. 2 is dated on February 1st '99, is that correct?
23 L: correct
24 W: prior to February 1st '99 had Mr Hamilton gone to Baden, Switzerland to negotiate the
25 contract?
26 L: yes
27 W: Lepori exhibit no. 1, the contract, is signed on February 16th 1999, is that correct?
28 L: Yes, it is
29 W: ABB power generation Ltd. Baden and the signature underneath that?
30 L: one signature is mine, Lepori, and the other is Roland Schneider's
31 W: and underneath that, agreeing on behalf of CH Robinson…it is a signature… can you tell us
32 who that is?
33 L: it must be Jim Hamilton's
34 W: that's also dated February 16th 1999?
35 L: exactly
36 W: had Hamilton come to Baden to enter into the contract between Robinson and ABB?
37 L: yes
38 W: the contract has at no.3. … can you tell us how no. 3 relates to the contract?
39 C: page of the contract?
40 W: page 3
41 L: it refers to the Scope of the Work

42 W: before the break we were discussing no.3, page 3, the scope of work. Can you tell what the
43 scope of work is indicated on page 3, no.3?
44 L: it meant the planning, management and defining all sub-contractors and carrying out
45 transportation from Brownsville via Apodaca to the power station in Monterrey.
46 W: does the contract between ABB and CH Robinson indicate a specific purpose for what you're
47 contracting?
48 L: it's the movement of two generators, two turbines and two transformers.

1  L: yes
2  W: Is this a contract form that was being used at that time by ABB?
3  L: yes
4  W: Would it be typical of contracts that ABB was entering into for the movement of equipment for
5  this timeframe?
6  L: yes it was
7  W: those contracts don't go in extreme detail on how the work defined in the scope of work had to
8  be accomplished
9  C: Objecting the form of the question
10 L: in our type of work you cannot really go into very specific detail, that is why we try to
11 summarize this way focusing on the most important points.
12 W: who has the most knowledge for the make-up, design of the various pieces of equipment that is
13 involved in this contract?
14 L: we, ABB
15 W: the purpose of the movement of this equipment is what?
16 L: bringing the pieces within a specified period of time without any inconvenience at the agreed
17 price
18 W: you at the time ABB had entered a contract with another company and you were selling them
19 this equipment, is it correct?
20 L: Yes
21 W: And what was...who did you entered into this contract with?
22 L: I don't remember the exact entity but it's a company producing electricity
23 W: a power company in Mexico?
24 L: yes
25 W: the purpose of this equipment was for that power plant in Monterrey , Mexico?
26 L: that's correct
27 W: that contract you entered into with that power company, did it have any kind of liquidated
28 damages clause?
29 C: Objecting the form of the question
30 L: yes, in the contract we entered into with the power company in Mexico, this power station was to
31 be built within a specified period of time
32 W: would you tell us about this liquidated damage clause?
33 C: Objecting the form of the question
34 L: the power company expects that within a specified date the power that they can produce can be
35 sold, if there are delays the power company cannot sell the power and it leads to losses for the
36 power company. That's why the power company specifies some penalties towards the subcontractor
37 so that the deadlines can be respected otherwise there will be penalties.
38 W: did you convey to CH Robinson the terms of the contract with the Mexican power plant?
39 C: Objecting the form of the question
40 L: during the negotiations we discussed this point. At no.4 of the contract with CH Robinson we
41 defined the period of time we needed for transportation
42 W: would CH Robinson had been aware of the liquidated damage clause in the contract with the
43 Mexican power company?
44 C: Objecting the form of the question
45 L: I don't think we discussed that in detail but we did speak of that orally
46 W: do you mean by that, that you would have told that of those terms?
47 C: Objecting the form of the question
48 L: yes. This is a very important part in that process and CH Robinson knew about the time factor,
49 mostly when we talked about the concept of transportation

1 W: And you have told me there are reasons that it doesn't go into extreme detail.

2 L: yes

3 W: the movement of the equipment such as that described in this contract over large distances such
4 as those from Mannheim to Monterrey can be affected by various contingencies?

5 L: yes, when dealing with such big pieces it's the norm. You cannot specify all the details but the
6 companies chosen can understand on location how to solve problems that might arrise.

7 W: the first thing that could affect the transportation when you're dealing with how this equipment
8 was transferred is weather correct?

9 L: exactly

10 W: for example you have a portion of the voyage that is going to cross the Atlantic ocean?

11 L: yes. The time factor plays a very important role. Dates are changed because of this reason.

12 W: it also has to go through the Gulf of Mexico in order to reach New Orleans

13 L: that's correct

14 W: is the ocean travel affected by the weather?

15 L: yes a lot

16 W: the lifting of heavy equipment by crane such as generators, is it something that you can do on
17 extremely windy days?

18 L: no

19 W: do you have to have relatively calm days in order that the equipment is lifted and settled on the
20 railcar?

21 L: yes. The wind can also affect waters and the wind factor can be very important during these
22 operations

23 W: Do you recall whether or not there was at least one occasion when the lifting in Brownsville
24 was delayed as a result of the weather?

25 L: I cannot recall but we should have had occurrences like this

26 W: when you sign a contract such as this, you told me earlier that you reserve the right to…you
27 used the word…to interfere.

28 C: Objecting the form of the question

29 L: that's correct

30 W: Would you explain what you mean by interfere as used in relation with this contract?

31 L: I'll try to give you an example: if the power station cannot receive the piece for some reason, I
32 need to interfere in the process of transportation, this could mean that the goods might be deposited
33 during the transportation on the route. This is an example. This interferes with the work with CH
34 Robinson.

35 A further example is: there are many ways to get to Brownsville with different types of vessels and
36 this impacts with CH Robinson's work. One further possibility would be if we realize that CH
37 Robinson uses a method that we believe would damage the generator. These are three examples.


38 W: Let me hand you what we marked Lepori no.5 that's supposed to be a fax from Jim Hamilton to
39 you; what is  Mr. Hamilton telling you in this fax?

40 L: In this fax Hamilton explains that he wants to change the lashing using cables of rod instead of
41 pipes

42 W: Who is telling him to use the cable instead of the rods or…

43 L: Mr Roland Schneider

44 W: And Mr Roland Schneider is who?

45 L: He's one of our technicians.

46 W: Is he someone who works for you at ABB?

47 L: yes

48 W: did Mr Schneider have the ability or authority to tell Mr Hamilton to change the method of

1 W: Would that be an example of one of the ways in which you could tell CH Robinson to change
2 the method they were doing their job?
3 L: that's correct

4 W: Lepori no.4 can you identify what it is?
5 L: this is a fax from Roland Schneider to Jim Hamilton from CH Robinson on the lashing securing
6 of the generator on a railcar. It's the drawing.
7 W: what is Mr Schneider telling Mr Hamilton?
8 L: he made some calculations on what type of beam to be used and the diameter of the cables
9 W: What is that he tells him?
10 L: What type of material is to be used.
11 W: is that another example of direction on how to do the work from ABB to CH Robinson?
12 L: that's correct
13 W: were there many times in the course of this contract in which ABB gave directions to CH
14 Robinson on how to do the work?
15 L: I would say yes
16 W: Is that normal with regard the type of contract you entered into with CH Robinson?
17 L: yes, this does happen often.
18 W: Let me hand you what has been marked Lepori no.5. it seems to be a receipt of a fax by Jim
19 Hamilton to you. What does Jim Hamilton tell you in this fax?
20 L: in this fax Mr Hamilton explains that he wants to change the lashing using cables instead of
21 pipes
22 W: Who is telling him to use the cable instead of rods…
23 L: Roland Schneider
24 W: Mr Schneider is who?
25 L: One of our technicians
26 W: Is he someone who works for you at ABB?
27 L: yes
28 W: did Mr Schneider have the ability or authority to tell Mr Hamilton to change the method of
29 tying
30 L: yes he did
31 W: This would be an example in which you tell CH Robinson how to change the way of doing their
32 job?
33 L: yes

34 W: let me hand you what's marked with Lepori no.4, can you identify what it is?
35 L: this is a fax from Roland Schneider to Jim Hamilton  from CH Robinson, on the lashing securing
36 of the generator on the railroad car, it's the drawing.
37 W: what is Schneider telling Hamilton in that fax?
38 L: he made some calculations on what type of beam to be used, the diameter of the cables to be
39 used.
40 W: and what does he tell him about that?
41 L: what type of material is to be used
42 W: is this another example of direction on how to do the work from ABB to CH Robinson?
43 L: yes it is
44 W: were there many times during the course of the contract in which ABB told CH Robinson how
45 to work?
46 L: I would say yes
47 W: is this normal with regard of the type of contract you've entered into with CH Robinson?

1 W: if we look at the next page, that is page 4, exhibit no.4, is that the same thing that we discussed
2 with regard to the other invoice which was received of 32,200$?
3 L: that's correct?
4 W: on the next page, exhibit no.4, would you tell us what page 5 is?
5 L: this document testifies that the 2 invoices had been settled through which bank account and the
6 name of the bank to the bank account of CH Robinson in Minneapolis
7 W: could you tell us what the last page of exhibit no.4 is?
8 L: it is the same page but it was larger than the usual, it covers 2 pages.
9 W: Does the document in exhibit no.4 indicate that CH Robinson has been paid for the
10 contingencies the expended on behalf of ABB which is indicated in letters and invoice contained in
11 exhibit no.3?
12 L: yes
13 W: did CH Robinson have the authority to bind you to additional expenditure that was necessary to
14 accomplish the scope of work, described in exhibit 1, paragraph 3, for the movement of the
15 equipment from Brownsville to Monterrey?
16 L: yes
17 W: would it be normal for a company such as CH Robinson when signing a contract to have the
18 authority to operate on your behalf for additional expenditure to accomplish the scope of work?
19 C: Objecting the form of the question
20 L: yes, if the sum is reasonable
21 W: reasonable means, related to the scope of the work?
22 L: yes, as far as the sum that was agreed with CH Robinson is concerned
23 W: if contingences arose and they had to spend some money above the 60,000$ in order to get the
24 equipment to M in the time agreed, did they have the authority to do that on your behalf?
25 L: yes
26 W: the contract that you entered into with Robinson, the importance of the contract, is what?
27 L: the fundamental part was to deliver those pieces within the specified deadlines, without
28 accidents, to the power station
29 W: with regard to the Zamora lawsuit, you had deposed…
30 L: Yes
31 W: at your deposition, did you know that CH Robinson was a part to that lawsuit?
32 L: no
33 W: had CH Robinson settled with the Zamora family before that deposition?
34 L: as far as I know they had settled before my deposition
35 W: in this lawsuit, you understand that ABB is claiming that we were vicariously liable for CH
36 Robinson's negligence with regard to the Zamora suit
37 L: yes
38 W: do you have any legal training?
39 L: No
40 W: Are you an attorney?
41 L: No
42 W: I know you reside in Switzerland, right?
43 L: Yes
44 W: You've had probably dealt with American law a lot more than what you've preferred
45 L: I'll become a lawyer soon if we go ahead
46 W: Had you ever heard the term "vicarious liability" prior to this suit between ABB and CH
47 Robinson?
48 L: no
49 W: do you have an opinion as to whether or not CH Robinson did anything wrong that caused the

13

1 W: is it normal in everyday occurrence in your industry for drawings of the equipment to move to
2 be exchanged between companies such as ABB and CH Robinson?
3 L: yes
4 W: is it expected from companies such as R to read and understand the drawings that you presented
5 to them?
6 L: yes, no doubt on this
7 W: are they supposed to provide copies to the various subcontractors?
8 L: they do have to supply the drawings and then they would discuss on them with the
9 subcontractors
10 W: is it important for them to provide the drawings of all the pieces that are going to be lifted?
11 L: the center of gravity is marked on the drawing of a piece, for example, the weight, the
12 dimensions are indicated, where you can lay it on a railroad car, where the lashing points are
13 located, how it is to be lifted, whether you need the beams or not.. and so on...
14 W: the drawings are fundamental in this process
15 L: yes, without drawings you wouldn't be able to carry out a transportation
16 W: in your industry, how is it that you convey information with regard to the things that you have
17 just told us about?
18 L: drawings, and then talks, technical meetings where the drawings are discussed
19 W: would it be important for Robinson to provide to subcontractors the drawings of the parts that
20 are going to be removed?
21 L: yes
22 W: these drawings indicated how the equipment that has be removed was attached
23 L: yes
24 W: is it normal the way that kind of info are conveyed in your industry?
25 L: yes
26 W: is it normal within your industry for instructions of the removable equipment or lifting
27 equipment to be written on the equipment?
28 C: Objecting the form of the question
29 L: not necessarily
30 W: how was that information conveyed?
31 L: the companies we work with, which work with Siemens and General Electric, because it's a very
32 small sector, exceptional transportation is a very small industry, people know how to deal with
33 these pieces
34 W: and the information, how it is conveyed among the various companies?
35 L: either through drawings or orally
36 W: do you have an opinion as to whether or not CH Robinson did an adequate plan of providing the
37 drawings of the jacking lugs to the subcontractors and discussing how they were to be removed?
38 C: Objecting the form of the question
39 L: no, because otherwise the accident wouldn't have happened
40 W: do you expect that the lift from the lash barge in the port of Brownsville to the railcar that had
41 some kind of plan that had to take place?
42 L: we expected this process to be discussed in details among CH Robinson and the subcontractors
43 W: whose responsibility was it to ensure that there was a plan to make it safely?
44 L: It was CH Robinson's responsibility
45 W: if a plan had been in place to move the generator form the lash barge to the railcar, would
46 you've expected the plan to ensure that the move was safely done?
47 L: yes
48 W: in your experience, have you ever known of any of the movements of the generators whose
   pieces of equipment had been removed while the generator was suspended by the crane?

1 L: no.2... If I'm not mistaken, the second generator was conveyed on a ship without a crane and
2 then we used the ship with cranes in order o put it on the railroad car.
3 W: you brought another ship to lift it from the ship to the railcar?
4 L: yes
5 W: do you recall where that second ship with a crane came from?
6 L: from Mexico, the Tampico port I believe.
7 W: do you know who arranged for that ship?
8 L: we did
9 W: the generator that we're talking about in the Zamora lawsuit, how was it to be set on the railcar?
10 L: I don't remember exactly but it is marked in the drawings
11 W: was it some type of wood platform?
12 L: yes, we usually use wood between the car and the piece of equipment
13 W: why?
14 L: this is a technical detail and I'm not able to answer this question
15 W: who was it supplied by?
16 L: us
17 W: is it a part of the equipment used for the transfer?
18 C: Objecting the form of the question
19 L: no, it could be supplied by another company
20 W: there is discussions in the...if you look at Lepori7, page 3, it that an e-mail from Hamilton to
21 you?
22 L to me to Roland and to Robinson
23 W: does it discuss the supply of spreader bars?
24 L: yes
25 W: what does Hamilton ask with regard to the supply of spreader bars?
26 L: he confirms that the company Versabar is going to provide for the spreader for 12,500$ and the
27 company Amfells didn't have the spreader that we needed.
28 W: does it ask whether or not ABB could provide that?
29 L: no
30 W: look at paragraph 10 on the 3rd line
31 C: Objecting the form of the question. Documents speak for themselves
32 W: what does the document ask in paragraph 10, 3rd line?
33 L: it doesn't ask, it confirms
34 W: are we looking at the same place?
35 L: oh yes, it asks what the cost of an ABB spreader would be
36 W: do you know whether or not ABB provided or eventually paid for the spreader?
37 L: We paid for the spreader.

**********

38 C: Mr Lepori, can you give me a thorougher address of what you gave earlier?
39 L: Sandro lepori is my name, and my address is: Heidengasse, 2. Zip code: 8965 Berikon
40 C: is it your home address?
41 L: yes
42 C: tell me what your work address is
43 L: Alstom (Switzerland) Ltd, Department CHST, Zip code 5401 Baden Switzerland
44 C: what is your phone number at work?
45 L: +41 562055802
46 C: is 56 the civic code for Baden?
L: yes

37

1 W: and those were additional costs on you behalf in order to move the equipment by CH Robinson
2 that you paid?
3 L: yes
4 W: exhibit 1 has a title page, an index, a third page which is a preamble, the basis of the order, the
5 scope of the work, time schedule, price and terms of payments, terms of payments again, liability,
6 correspondence and signature and attached a letter by JH dated the 30th Jan for you, correct?
7 L: yes
8 W: another letter to you dated Jan 30th 1999 and the transportation bid qualification signed by JH,
9 and by who?
10 L: by me
11 W: does it talk about how all this work has to be done to bring these pieces of heavy equipment
12 from Brownsville to be set up in Monterrey?
13 L: no it only states that they are in charge of the transportation from Brownsville to Monterrey
14 W: the contract does not contain every detail of this is going to occur
15 L: yes
16 W: if you look at Lepori no.9, no back to the first letter attached to the contract from H dated Jan
17 30th 1999, under the signature of Mr. H and his name, what does this indicate, what his position is?
18 L: Jim Hamilton, general manager, multi-modal heavy transport
19 W: exhibit 9, page 3, paragraph J, is involving what company?
20 L: CH Robinson
21 W: what does that say that CH Robinson did with regard to this move?
22 L: it is responsible for coordinating the offloading in the port of Brownsville, the lashing securing
23 onto the railroad car and onto trailers, the movement from railroad car to road trailer in Apodaca, it
24 includes railroad permits to transit, the road permits to the site in Monterrey. Moreover, the contact
25 person in the USA is Tod Striever and in the Mexican part Homero Cardona.
26 W: the accident involving Mr. Z did it occur during the discharging operations in the port of
27 Brownsville onto railroad car?
28 L: yes
29 W: page 5 of the 6-page document, is this the only discussion that you saw when looking over this
30 document with Mrs Ciotti of the accident contained in this paragraph here?
31 L: the third sentence of the last paragraph
32 W: and what is that indicated when the accident occurred? No, I'm sorry, not the date but in the part
33 of the operations it occurred?
34 L: discharge from barge to RAILROAD CAR
35 W: the accident occurred during the operations that were responsibility of who?
36 L: CH Robinson
37 W: Mrs Ciotti has asked you about who should have talked to the longshoremen, should Mr
38 Cherrington have stopped operations or Roland Schneider should have say Stop the operations. As
39 regards loosening or the removal of the bolt do you remember that series of questions?
40 L: yes
41 W: the plan for safely moving the generator from barge to RC and understanding how the
42 equipment that should have been taken off was connected, should that have been something that
43 was done when the generator was suspended of the RC
44 C: Objecting the form of the question
45 L: no, as I said to Mrs Ciotti, you cannot  touch it, it's a fundamental rule that when a piece is
46 suspended it must not be touched.
47 W: if a proper plan is in place for the movement of the equipment from barge to RC are you there to
48 give instructions with regard to the equipment while suspended on the car?
49 C: Objecting the form of the question

# EXHIBIT "E"

W: Mr Justin Williams
C: Mrs Karan Ciotti
S: Mr Roland Schneider

Stenographer: do you solemnly swear to tell the truth, the whole truth and nothing but the truth?
Mr Schneider: I swear
Interpreter: I swear to translate the whole truth to the best of my abilities

1  W: Would you state your name for the records, please?
2  S: My name is Roland Schneider
3  W: Where do you live Mr Schneider?
4  S: I live in Germany
5  W: tell us your address and phone number
6  S: I live .. Hohentengen is the town. The road is Keltenweg, 5. Phone number +49.77.42.66.66
7  W: Who do you work for?
8  S: I work for the company Alstom Switzerland Ltd
9  W: and what is your job at Alstom?
10  S: I work in transport logistics and I'm in charge of transportation
11  W: prior to working for Alstom who did you work for?
12  S: I started for the firm BBC then this firm became part of the joint venture with the company
13  ASEA, it's a Swedish company
14  W: and then it became…
15  S: ABB
16  W: and how long have you worked at ABB?
17  S: I started working in 1968
18  W: what is your educational background?
19  S: I did an apprenticeship working with machines and draftsman, then I made this vocational
20  training in engineering
21  W: prior to working in transport logistics what did you do?
22  S: I started working in the steam design department and I changed to transportation logistics in 1985
23  W: tell us in what parts of the world you have been to work in transport logistics
24  S: North America
25  W: where in North America?
26  S: New York, Texas, Mexico, then I went to South America, Brazil, Perù, I've also been to Africa,
27  Libya, Asia, the Philippines, Thailand, and I've also been to some European countries
28  W: and to Corpus Christi?
29  S: I remember that, yes
30  W: when you travel with ABB or with Alstom, what's your job?
31  S: we survey the transport operations and we give advice to the companies, if necessary
32  W: is part of your job to ensure that whatever piece is moved it is done in such a manner that the
33  piece is not damaged?
34  S: we usually know beforehand what is to be done, and when we work with a company for the first
35  time we usually go on the spot to have a look at how they work
36  W: explain to us what you mean when you say We know beforehand what is to be done
37  S: there's a starting point and an ending point. When you transport certain elements you need to
38  have a concept
39  W: would Concept be the same of planning a move?
40  S: yes
41  W: if we were to move something small such as a suitcase, some people are very meticulous and
42  pack everything precisely, and some others just through things into the suitcase and just push down

1 the cover. When you travel with that suitcase you pick it up and roll it and as long your suitcase is
2 closed you can do that, no problems with that. Correct? When you're talking about moving
3 generators, turbines or transformers is it necessary to have more thought going to how it's done.
4 S: the reason is that it's not easy to find trailers or cargo with a higher weight than standard weights
5 or companies that can transport such equipment
6 W: it is also necessary to have special cranes to lift the equipment for example?
7 S: yes
8 W; what weight does a crane have to be able to lift for instance one of your generators?
9 S: we manufacture several types of generators, from 60-70 t to 400-450 t. for each type you need
10 special lifting devices
11 W: you remember the generator for the power plant in Monterrey. You remember its weight?
12 S: 325 t.
13 W: and it's not a generator that could be lifted with a forklift.
14 S: no. as far as I know there isn't such a forklift.
15 W: you would need a very large crane to lift that generator
16 S: we need a bigger crane than 350 t, because I need to keep a certain distance, I would need a 700
17 or 800 t crane
18 W: you also need to plan for any move by railcar to ensure that the equipment will fit within the
19 clearances to travel on the rail train
20 S: yes, each railroad has a certain railroad profile which I need to fit in. if I go over that I need to
21 have a permit which I get from the railroad authority
22 W: is it normally performed a survey of the route that is going to be taken by the equipment?
23 S: you need to know what railroad car you use because of the weight, and you know more or less
24 what the clearance has to be. When we have these data we will draw a profile sketch, which we give
25 to the railroad authority and the railroad authority will then tell us if we can transport the cargo.
26 W: about how long before you actually start the transportation do you need to start all this?
27 S: it depends on the country. Normally you need to start planning 6 or 5 months beforehand
28 W: actually what I wanted to ask you was, what typically would be the amount of time that would
29 go into the planning of a cargo like generators or transformers or...
30 S: during the sales part you already start thinking how the transportation is going to take place. But
31 you don't really look at the details during this stage. Then, when you have the real project, that's
32 when you start planning.
33 W: tell us what goes into the planning for the transportation of equipment for a project like that of
34 Monterrey
35 S: when you're moving such heavy components you need to know where it's manufactured, then
36 where the port of export is, the port of import and the route for the final destination.

37 W: what various aspects of the transport do you have to plan?
38 S: there are three point: before, the transport, after. That are pre-carriage, sea carriage and on
39 carriage
40 W: what's the pre-carriage stage?
41 S: the components are manufactured and the heavy pieces are made by various companies and
42 according to the place where they are located we decide which transport to use. Road, railroad, sea,
43 river transportation
44 W: and the sea transportation?
45 S: according to the final destination and on the ship line, there could be different ports to leave from
46 W: and for the final portion of the transport?
47 S: we take care of the rough concept, we look at the offers of two/three companies. We divide it
48 again in pre-, sea- and on-carriage
49 W: each portion requires various moves of the equipment and various plans to do this...
50 S: as soon as we have the offers we analyze them and look at the quotations to see if they fit.

3

1 W: whatever company's involved, the stages of the movement of equipment from manufacturing to
2 transport and to the final destination, does it all require a plan?
3 S: Yes
4 W: Do you try to use companies familiar with this type of equipments and problems they may
5 encounter?
6 S: yes, our objective is choosing companies familiar with heavy equipment transportation
7 W: For instance, do you send your generators from Rotterdam regularly?
8 S: it's hard because normal ship lines are not good in transporting heavy equipment from
9 Rotterdam. S: We choose companies that are suitable.
10 W: If you're going to ship for example your generators, which port would you use if they're
11 manufactured in Mannheim?
12 S: mostly from Rotterdam?
13 W: do you have one stevedoring company in Rotterdam handling your equipment?
14 S: we have a storage room in Rotterdam, and the company that is in charge of this is the same we
15 use for stevedoring.
16 W: do you recall when you became involved in the Monterrey project?
17 S: if I'm not mistaken, the first contact was a meeting with Jim Hamilton in Baden.
18 W: exhibit 1, the contract between ABB and CH Robinson, on page 4 is that you signature?
19 S: Yes
20 W: what is the date you signed the contract?
21 S: Feb 16th 1999
22 W: Exhibit 8, these are 3 drawings that Mr Lepori said were attached to the contract. Do you recall
23 if they were involved in the original contract?
24 C: objecting the form of the question
25 S: I think yes
26 W: look at the first, what date was it released?
27 S: 19th nov 1998
28 W: was this first drawing prepared some months before the contract?
29 S: it's normal for this sort of components. Because we're dealing with a transformer, each project
30 has its own transformer so we do the drawings before the contract is signed. There are standard
31 components where details don't really change.
32 W: what's a spreader bar?
33 S: a lifting device
34 W: how is it used?
35 S: when wire ropes in certain position so that the product is not harmed
36 W: it's used to keep the ropes in place to lift the piece in the correct point, correct?
37 S: yes
38 W: is it a necessary piece of equipment to move your products?
39 S: not for all
40 W: what type of products are they used with?
41 S: gas turbines or thermal bocks
42 W: when you lift a product as a generator and put it on a truck or a railcar, can you put it on without
43 having prepared the car for it?
44 S: it depends on the railcar
45 W: what do these factors depend upon?
46 S: it depends on the size of the car. If we have a look at the transport drawing… the gas turbine, this
47 is the width…the railcar is 2.5m wide and you need the cross beams to load it.
48 W: the first drawing, is this the transport drawing?
49 S: yes
50 W: which piece is depicted here?
51 S: a transformer

1  W: and page 2 is this the turbine
2  S: the gas turbine
3  W: page 3 is it the generator?
4  S: yes
5  W: what do you have to do on the railcar to transport a generator?
6  S: I need to know the width of the railcar, and the dimensions of the support area, when I have these
7  data I can define the concept of the loading. Thinking back at Monterrey, we needed to use
8  crossbeams to load the generator onto the railroad car
9  W: did the generator come with a wood platform for transportation?
10 S: you can see it on the transport drawings
11 W: show us
12 S: the wood platform is 60mm and you can see the 6 pieces of woods
13 W: hold the drawing and show the 6 pieces of wood.
14 W: exhibit 6, what's that?
15 S: when I was in Brownsville, we discussed with Tod Striever and Cherrington, they asked me if I
16 could explain the concept of the loading. I made a drawing for them, I needed to know what
17 materials they had and based on this information we defined the positions of the beams and we also
18 considered the lashing. American companies usually use steel ropes, our experience is that we use
19 cables, we discussed this and we asked the RR authority if we could use cable. Then I had the
20 drawing finished.
21 W: did you do this drawing in Brownsville?
22 S: yes, I made a hand sketch and faxed it to my office in Baden and they made a CAD drawing
23 W: is it a computer drawing?
24 S: yes
25 W: Exhibit 5, is this a communication from Jim Hamilton to Mr Lepori?
26 S: I think that Tod Striever informed Jim Hamilton about our discussion on lashing, I think it's the
27 product of that
28 W: Jim Hamilton is telling Mr Lepori about the changes of the lashing?
29 C: objecting the form of the question
30 S: yes
31 W: what did you do when you arrived in Brownsville?
32 S: I had a look at the port and the dock where the loading had to take place
33 W: you arrived when the generator was already there?
34 S: no, the generator arrived later. I think the first things that arrived were 2 transformers and an
35 auxiliary transformer
36 W: which piece was transported during the Zamora accident?
37 S: A generator
38 W: what is the first heavy piece that arrived at the dock?
39 S: the transformers with a heavy transportation ship with its own crane
40 W: do you recall when the transformer was loaded on the railcar?
41 S: I need to look at my report. Exhibit 9, the transformer arrived on Feb 27th 1999
42 W after the transformers were moved, did you go back to Baden?
43 S: no, as soon I ensured they were loaded correctly I checked the transport to Monterrey
44 W: did you go to Monterrey?
45 S: yes
46 W: when did you get back to Brownsville?
47 S: a few days before the arrival of the gen
48 W: when the generator arrived, what was the first thing done for the movement of the gen?
49 S: the generator arrived in a lash barge…in Monterrey, we organized that the people from
50 Monterrey had to come to Brownsville to change the covers, from the transportation covers to the
51 original top covers to reduce height using a mobile crane.

1 S: I felt Charles Cherrington understood me because he nodded, when I looked a the platform if it
2 was in place...
3 W: what happened?
4 S: from the moment I told Charles Cherrington to stop, I cannot tell how much time passed but only
5 few minutes passed
6 W: and then
7 S: when I realized what happened the operation was stopped immediately
8 W: and what accident happened?
9 S: I don't know how it happened, as from what I saw, Zamora was on the floor, and the jacking lugs
10 were partly by him and partly on him
11 W: after the accident did I you have discussions in which Tod Striever told you that he told Charles
12 Cherrington and the stevedores how they would have to make the lift?
13 S: we were shocked after the accident and we didn't speak about who said what to whom
14 W: a company like CH Robinson, the contracts with ABB to move equipment from Brownsville to
15 M, in your opinion would it be ok to allow the stevedoring company to make a plan on how to make
16 the transport from barge onto railroad car?
17 C: objecting the form of the question
18 S: it is legitimate for Shaefer to make a proposal to CH Robinson because they're supposed to have
19 experience in transfers
20 W: It wouldn't matter to ABB who comes up with the plan as long as it's safe
21 C: objecting the form of the question
22 S: it doesn't make a difference if the plan is made by CH Robinson of the stevedores but I think it
23 should have been discussed among them
24 W: the movement, the parties involved in this movement should have discussed before?
25 S: it was discussed before, we discussed that: myself, CH Robinson and the stevedores. We made
26 clear that the generator had to be lifted and put on the railroad car before any other operation
27 W: that discussion occurred when you suggested that the lug could be removed in the barge?
28 S: Yes
29 W: if a plan would have been in place between CH Robinson and Schaefer to move the generator to
30 railroad car and when to remove the jacking lugs, the discussion with CH Robinson and Schaefer
31 was a result of your suggestion of taking them off in the barge
32 C: objecting the form of the question
33 S: I could have said no and Shaefer would have accepted it
34 W: the discussion you had, it came up because you said something?
35 C: objecting the form of the question
36 S: we had a mobile crane and for me it was the easiest way to use the crane and to remove the lugs
37 and to place the lugs on the railroad car
38 W: how the discussion came?
39 S: the stevedores and CH Robinson decided to remove the jacking lugs when the generator was
40 placed on the railroad car
41 W: did you think that the fact that there was a mobile crane was the reason you decided to take the
42 covers and the jacking lugs off at that moment?
43 S: yes
44 W: Did you tell your decision to Charles Cherrington and TS?
45 C: objecting the form of the question
46 S: yes

47 W: discussions, correspondence, according to the exhibits, indicate that the plan of the arrangement
48 for this lift were going on long before the date of the lift?
49 C: objecting the form of the question
50 S: yes

1 W: Did the companies involved know that it was a lift of a generator onto a railroad car to Mexico?
2 S: yes
3 W: a company was hired to operate the heavy crane?
4 S: I 'm not aware, CH Robinson was in charge of doing that
5 W: you knew that someone was in charge of operating the crane
6 S: I saw the floating crane and I knew it would have been carried out by Brownsville Barge and
7 Crane Company
8 W: you knew the Schaefer stevedoring were the longshoremen
9 S: yes
10 W: that they would have carried out the work?
11 S: yes
12 W: you're suggesting to remove the lugs when the generator is on the barge. Do you know if there's
13 been a change in the plan they had?
14 S: I'm not sure if there was a plan to dismantle the lug. Mine was a suggestion
15 W: should have been a plan to do that?
16 C: objecting the form of the question
17 S: normally we use a plan
18 W: if there's a change in operations , what should happen?
19 S: CH Robinson should be informed of changes and if it concerns the product also ABB should be
20 informed
21 W: where you informed that the lugs were to be removed while the generator was suspended?
22 S: no, I wasn't informed
23 W: when you were in Brownsville before the accident, did you ever hear Tod Striever giving
24 instructions to CH Robinson contractors?
25 S: there were orders from Tod Striever to Schaefer as regards the equipment needed
26 W: did you hear Tod Striever ask the people how they would have done the work?
27 S: Tod Striever didn't ask  the stevedores any detail

28 C: what's your Business address?
29 S: Baden, Boveri Strasse, Building Konnex, Floor D1, Department CHT
30 C: zip code?
31 S: 5401 for Baden
32 C: your phone number?
33 S: +41.56.205.50.15
34 C: the name of your current employer?
35 S: Alstom Switzerland Ltd
36 C: How long have you worked in transport logistics?
37 S: since 1985
38 C: that's the first time you work for Alstom or the company's previous name?
39 S: no before that I was in the steam design department in AB
40 C: In 1985, what was the company's name?
41 S: BBC, Brown Boveri and Cie
42 C: that's in 1985?
43 S: yes. Up to 1985 it was BBC, then changed to ABB, to ABB Alstom and now it's Alstom
44 C: in 1989, what was the name of the company you work for?
45 S: ABB
46 C: did you work for ABB power generation at any point of time?
47 S: yes, to me the name is ABB, in other area it has a different name. where I have worked it's ABB
48 power generation
49 C: it was ABB power generation, right?
50 S: yes

1 S: yes
2 C: what's the purpose of this document?
3 S: normally, when you're on location and you survey or you're an advisor, you describe what
4 you've done and you hand it out to your company and to the ones you worked with
5 C: when you say you hand it out to the company you worked with, which company do you mean?
6 S: CH Robinson
7 C: then?
8 S: for heavy pieces for the on-carriage operations, CH Robinson
9 C: CH Robinson is the only recipient of this report, apart from the people in ABB?
10 S: yes
11 C: What do you mean by the word agent?
12 S: the company we appointed to organize and manage transport from point A to point B
13 C: were you involved in the decision for the transport A to B?
14 S: I was told when they knew they were going to choose CH Robinson. The reason why we chose
15 CH Robinson was the good link with American and Mexican RR authorities
16 C: did you play a part in the decision of hiring CH Robinson. Or someone else in the company
17 decided that?
18 S: there were discussions and I was involved. There was someone in the end saying ok. In this case
19 it was Mr Lepori, but as for the technical part, I didn't have any reason to object this decision.
20 C: who drafted the contract?
21 S: Mr Lepori
22 C: when I say the contract I'm talking about the first 4 pages
23 S: that's the commercial side
24 C: how about transportation-qualifications?
25 S: as far as I know it's CH Robinson
26 C: you were not opposed to the decision of CH Robinson
27 S: no, it was the first time we were going to work with CH Robinson and we hadn't heard anything
28 bad about them. We knew that CH Robinson was good in heavy transport
29 C: you were in Brownsville in February, when was the first time you met someone from CH
30 Robinson in BR?
31 S: I arrived in Texas via Arlington, I met there Tod Striever and JH
32 C: at the airport?
33 S: yes
34 C: before you met at the airport, you met in Switzerland
35 S: yes
36 C: in Switzerland there has been discussion how equipment had to be moved from barge to railroad
37 car?
38 S: we knew that the transformers would have traveled with their own crane and that the generator
39 would have traveled with a lash barge and for the lift onto the railroad car we were going to use a
40 crane. It wasn't a detailed discussion
41 C: did you discuss with Jim Hamilton in Switzerland in person?
42 S: the whole process involving the transfer from barge to railroad car
43 C: did you have communication with Hamilton or someone else in CH Robinson but not in person
44 before Brownsville? Letters, faxes, e-mails?
45 S: my main interlocutor was H, maybe I exchanged some e-mails with Tod Striever but I'm not sure
46 C: and how did you communicate with Jim Hamilton when he was not in Switzerland?
47 S: on the phone or by e-mail
48 C: did you discuss with Jim Hamilton before Brownsville any detail of the lift from lash barge to
49 railroad car?
50 S: from my point of view there wasn't much to discuss. We knew how it traveled and that we used a
51 floating crane. The lift itself was to be taken in consideration by the company in charge

1 C: That's?
2 S: CH Robinson, Brownsville Barge and Crane Company and Schaefer
3 C: did you have any communication with Tod Striever on the same question before Brownsville?
4 S: no, no communication at all
5 C: you're referring to the movement of the generator from barge to railroad car?
6 S: the first contact with Tod Striever was in Texas.
7 C: I just want to make sure: after you went to Texas, you discussed with CH Robinson how to move
8 the piece from barge to railroad car?
9 S: it's difficult to answer because we knew we were going to use a floating crane
10 C: apart from the crane, did you discuss some other detail?
11 S: no, because there was nothing to be discussed in further detail
12 C: you had a meeting with Tod Striever and Schaefer
13 S: yes but not specifically for the movement from barge to railroad car because I don't think there
14 was something to talk. We knew how to lift the gen
15 C: in 2000 when you gave your deposition do you remember that one of the attorneys asked you if
16 you had meeting with Tod Striever and Charles Cherrington how to lift the generator from barge to
17 railroad car?
18 S: I cannot remember in detail, I would have to read it again
19 C: your deposition from April 2000, when was the last time you read it?
20 S: a few days ago
21 C: I'll read a part for you: page 10, line 12: Zamora's family's lawyer asked you: when you saw
22 someone loosening the bolts you stopped operations because it was dangerous and you answered:
23 yes with Charles Cherrington we decided how to proceed and we didn't do that on the same day but
24 before, when changing the covers.
25 Then you answered: that's the day when the drawing was made, it was March 27th, there have been
26 many talks with Charles Cherrington and Tod Striever before about how to transfer the generator
27 from the generator to the rail car.
28 Do you remember having discussions with Charles Cherrington or Tod Striever about that?
29 S: we had a transport drawing, we decided where the cable had to be placed and how the generator
30 had to be put onto the railroad car but the lift itself was not discussed
31 C: you talked earlier about changing the covers. Is it one or more than one
32 S: one
33 C: before the cover change were you aware that the lugs were still on the gen?
34 S: I knew that as CH Robinson
35 C: did CH Robinson know before that, before the generator came to Brownsville?
36 S: I believe so and this can be seen from the drawing but I cannot swear they knew it
37 C: is there a difference between jacking plates and lifting lugs?
38 S: the plates is what must be dismantled. The lugs are on the generator and the cables go through
39 them.
40 C: we're looking at the 3rd page of exhibit 8. the jacking lugs are points 4 and 5. Did the lifting lugs
41 ever come off?
42 S: no because they're welded
43 C: do you recall anyone Tod Striever or Charles Cherrington or anyone else seeming surprised that
44 the plates were still when they arrived in Brownsville?
45 S: No, nobody was surprised
46 C: you testified earlier that correspondence and exhibits show there was a plan to lift the piece made
47 before the generator arrived to Brownsville, you recall?
48 S: The concept was decided long before
49 C: But not the details
50 S: no, because before going into detail you need the permits
51 C: Who obtained the permits?

1 S: CH Robinson
2 C: and once they got the permits they sent information to you, right?
3 S: yes
4 C: Would it be fair to say that people from ABB and CH Robinson worked together for the details
5 of the plan?
6 S: usually the agent is in charge of the details, but for some points CH Robinson asked us to take
7 care, for example, the placement of the beams on the railroad car or the lashing concept.
8 C: beams?
9 S: Cross-beams. I think there's a drawing which we discussed before
10 C: what are these beams made of?
11 S: steel profiles
12 C: is it the same as spreader bars?
13 S: no, you use spreader bars in lifting operations
14 C: when do you use cross beams?
15 S: When the railroad car width is not enough. So if we look at the generator drawing, it shows
16 where the generator is put
17 C: It's a wooden beam
18 S: and on this support area you put beams so that the generator would fit
19 C: do you recall when you explained to Charles Cherrington exactly how jacking plates had to be
20 removed?
21 S: there were a discussion after the changing of the generator cover, that's when I put forward my
22 proposal
23 C: to use the mobile crane?
24 S: yes, and I proposed him to remove the jacking lugs: first fixing the cables on the jacking lugs and
25 then removing the bolts
26 C: you testified earlier that Charles Cherrington said no to that plan, right?
27 S: Charles Cherrington didn't accept my proposal. He had proposed to do that when the generator
28 was already on the railroad car
29 C: Charles Cherrington worked for Schaefer
30 S: yes but Tod Striever agreed with Charles Cherrington
31 C: do you specifically remember that?
32 S: I'm sure Tod Striever did not have any objection
33 C: do you recall Tod Striever saying or not saying anything about it?
34 S: I don't remember correctly his words, I only know the result of that, the decision to remove the
35 lugs when the generator was on the railroad car
36 C: and Charles Cherrington supervised the longshoremen that had to remove the lugs, right?
37 S: I don't know if they were Schaefer's workers but they were managed by him
38 C: Charles Cherrington ?
39 S: yes
40 C: you used the term agent, do you know the meaning of this term under Texas law?
41 S: I cannot tell what under Texas law is, but in my company it means that with our contract on our
42 behalf organizes A to B transport on their own or through other companies, and all procedures of
43 permits
44 C: your company is responsible for any mistake the agent may make?
45 S: as we saw in the Monterrey project, ABB or Alstom was made liable for things they did or didn't
46 do. The plaintiff was not happy with the money CH Robinson got. I am sure that if CH Robinson
47 had a bigger amount of liability coverage, ABB wouldn't have not held be liable
48 C: objecting. The answer is non responsive
49 C: is it your opinion that ABB did absolutely nothing wrong as regards Mr Zamora's death?
50 S: from my point of view, as I took or did not take certain decisions, I'm sure I didn't do anything
51 wrong. If I had stopped operations, Mr Zamora would still be alive but there are so many other

1 points to be taken into consideration by other agents, that I think back of what happened and the
2 deposition I gave, I gave enough information to CH Robinson to dismantle the lugs safely. When I
3 discussed it we never questioned if CH Robinson never asked how about the 2 upper bolts. After the
4 accident, then they all focused on the upper bolts
5 C: objecting. The answer is non responsive. Do you recall from the Zamora lawsuit that the Zamora
6 family complained that there was no warning label on the generator that explained that the upper
7 bolts were not connected to the gen?
8 S: I know this deposition. There are warning signs that can be glued. But when we make an oral
9 statement: don't take out the bolts, it's like a warning sign. When I said that, no one asked me what
10 they were going to do with the upper bolts
11 C: you told Charles Cherrington no to remove the bolts, right?
12 S: yes. When the generator was above the railroad car and I realized that the nuts had been
13 loosened, that's when I went to Charles Cherrington and told him not to remove the bolts. I believe
14 this is like a warning sign.
15 C: so you told Charles Cherrington Don't remove the bolts, correct?
16 S: yes
17 C: do you believe that Charles Cherrington then removed the bolts?
18 S: I didn't see that. I realized it reading the deposition
19 C: you think Charles Cherrington removed both the bolts?
20 S: the accident took place when the second bolt was removed, otherwise Zamora wouldn't have
21 been squashed.
22 C: did you see Zamora removing the second bolt?
23 S: no, as I said before, I did not see the accident
24 C: do you think Mr Striever should have also told Charles Cherrington not to remove the bolts?
25 S: if he had seen it, of course
26 C: did he see it?
27 S: we've spoken earlier about what was said after the accident, of what was told to Striever about
28 the accident, he told me he hadn't seen anything
29 C: do you think Mr Striever should have been watching every person working at the dock?
30 S: No there's the so-called chain of command between Tod Striever and Charles Cherrington .
31 C: It wouldn't have been possible for him to watch every person working at the generator that day
32 S: No because if you are at one side of the generator you cannot see what's happening on the other
33 side.
34 C: do you have any law training?
35 S: no
36 C: does ABB now take lifting lugs off the generator before it leaves from the port of Rotterdam?
37 S: yes, ever since
38 C: did you speak with Mr Lepori about that after the accident?
39 S: yes, he's my boss
40 C: did you tell him that the accident is Mr Zamora's fault?
41 S: it's hard to say what I said exactly. We spoke about the fact that I told Charles Cherrington not to
42 remove the bolts and even though I said that they were removed, either by Charles Cherrington or
43 by Mr Zamora.
44 C: exhibit 9, did you prepare that?
45 S: yes
46 C: is it normal to do that at the end of a project once it's completed?
47 S: after each surveillance
48 C: so, when you go on site?
49 S: on your way back because the project is not finished yet
50 C: when did you prepare this report? Short after Brownsville?
51 S: mid April