UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B-03-192 |
| vs. | § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § § | |

### DEFENDANT C.H. ROBINSON COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE DEPOSITION EXCERPTS

Defendant, C.H. Robinson Company ("C.H. Robinson"), files this its Response to Plaintiffs' Motion for Enlargement of Time to File Deposition Excerpts and in support thereof would show the honorable Court as follows:

C.H. Robinson is unopposed to Plaintiffs' Motion for Enlargement of Time to File Deposition Excerpts.

Respectfully submitted,

McGinnis, Lochridge & Kilgore, L.L.P.

By: /s/ Karan C. Ciotti
Steven J. Watkins
State Bar No. 20927700
So. Dist. Bar No. 146

>                    Karan C. Ciotti
>                    State Bar No. 05226300
>                    So. Dist. Bar No. 16874
>            3200 One Houston Center
>            1221 McKinney Street
>            Houston, Texas 77010
>            Telephone: (713) 615-8500
>            Facsimile: (713) 615-8585
>
>            ATTORNEYS FOR DEFENDANT
>            C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Motion for Enlargement of Time to File Deposition Excerpts has been served via facsimile and via certified mail, return receipt requested, on this the 1st day of April, 2005, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

                                        *Karan C. Ciotti*
                                        Karan C. Ciotti

- 2 -