# EXHIBIT "A"

*W: Mr Justin Williams*
*C: Mrs Karan Ciotti*
*L: Mr Sandro Lepori*

1 Stenographer: Do you solemnly swear to tell the truth, the whole truth and nothing but the truth?
2 Mr Lepori: I swear
3 Interpreter: I swear to translate the whole truth to the best of my abilities

4 W: Would you state your name for the records, please?
5 L: My name is Sandro Lepori
6 W: Where do you live Mr Lepori?
7 L: I live in Berikon, in Switzerland
8 W: Who do you work for?
9 L: I work for the company Alstom
10 W: Approximately how long have you worked for Alstom?
11 L: For three years
12 W: Who did you work for prior to working for Alstom?
13 L: I was working for ABB Alstom prior
14 W: And prior to that, who did you work for?
15 L: ABB
16 W: And how long have you worked for ABB?
17 L: Over 30 years
18 W: What is your current job at Alstom?
19 L: I'm general manager in logistics
20 W: What exactly did you do as the general manager of logistics?
21 I: Did or do?
22 W: What do you do?
23 L: I deal with all the logistics which has to do with the supplying of power plants and I carry out
24 logistics
25 W: Does it include being in charge of moving heavy equipment manufactured by ABB or Alstom
26 from where it's manufactured to where the customer wants it to be set up?
27 C: Objection. Reading.
28 W: Does ABB have anything to do with Alstom as far as ownership of the company at this time?
29 L: Nowadays not.
30 W: You've had the pleasure of giving your deposition on two occasions before. Correct?
31 L: That's correct
32 W: We had the opportunity to meet in your office last Friday
33 L: That's correct
34 W: And we were able to meet for a while yesterday
35 L: That's correct
36 W: So you were able to learn a little bit about what it is that we're going to be discussing here
37 today
38 L: That's correct
39 W: Prior to me talking about this case with you, were you familiar with legal terms such as
40 independent contractor?
41 C: Objecting the form of the question
42 L: vaguely
43 W : in the contracts that you enter into with operators or managers for the transportation of your
44 equipment, do you use the term independent contractor in these contracts?
45 L: no, we don't use it because we don't need that type of definition

1 W: tell me, when you enter into a contract...let me start over. Over the course of the years with
2 Alstom and ABB do you have any idea how many contracts such as the one that was originally
3 marked as Lepori-4 you have entered into or have your employees?
4 L: over 200, 250
5 W: when you enter into these contracts do you turn over control of whatever project it is to the
6 operators and managers you operate with?
7 C: Objecting the form of the question
8 L: yes
9 W: You were turning over the control of the project to them?
10 C: Objecting the form of the question
11 L: I would like to give some details. There must be some specification: we do contract the company
12 but we do interfere if necessary.
13 W: I'm not sure because of the differences in language, sometimes it's difficult to understand
14 exactly. When I say control, I'm saying if you contract with them and turn over control then you
15 turn over the right to interfere
16 C: Objecting the form of the question
17 L: would you rephrase the question please?
18 W: Do you...entering into contracts, would you give up the right to interfere with the contractor?
19 L: No, as I was saying before, the type of contract we enter into gives us the possibility to interfere.
20 W: the equipment that you're contracting to move, would you give us examples of what type of
21 equipment you move?
22 L: as far as equipment for power stations, there are two types of material, as far as logistics is
23 concerned: there's what we call general cargo on the one hand and on the other there are some
24 critical components that are heavier than 300 t, that's where it all becomes complex
25 W: what would be examples of the heavy critical components?
26 L: as far as a gas power station is concerned, the critical pieces of equipment are a gas turbine for
27 example, a generator and a transformer
28 W: is it the same for an electrical power station?
29 L: yes
30 W: with regard to the movement of the equipment of the Monterrey power station, do you
31 remember where and when you first met any representative of CH Robinson?
32 L: for new power stations our unit we usually go on location to control and as far as Monterrey is
33 concerned I believe I met one representative of CH Robinson
34 W: Do you remember who he was?
35 L: It was Jim Hamilton
36 W: I know it's been a long time but do you remember approximately when it was?
37 L: it must have been in '97 or '98
38 W: following that meeting in Monterrey did you have any other meeting with Mr Hamilton?
39 L: Yes
40 W: At the best of your memory, when and where?
41 L: after that, meetings took place in Baden, in our premises in Switzerland.
42 W: did you meet more than one time in Baden with Mr Hamilton?
43 L: yes
44 W: do you remember how many times?
45 L: two times
46 W: During these two times that you met did you negotiate the contract that is here in Lepori no.4?
47 C: Objecting the form of the question
48 L: yes
49 W: And can you tell us what you did in these two meetings?
50 L: first of all we wanted to define the route of critical pieces of equipment, then we wanted to
51 decide the type of transportation, the different means of transport to use, then we discussed the

1 equipment to the power station, and then moving the piece from the road trailer to the foundation of
2 the power station. All this meant that some drawings had to be made, which we were to hand out to
3 the people in charge of transportation.
4 W: information with regard to the weight of the various pieces of equipment that had to be moved,
5 where did that information come from?
6 L: we give that type of information
7 W: information about the dimensions of equipment for clearances, where did that kind of
8 information come from?
9 L: that type of information was to be given to us by CH Robinson
10 W: when you obtained the information about the clearances available from CH Robinson, would
11 you make drawings with regard to the equipment?
12 L: yes, exactly
13 W: The decision with regard to what could be taken off the generator or the critical components to
14 ensure they would meet the clearance, who made this decision?
15 L: it would be discussed among technicians, our technicians and CH Robinson's technicians would
16 decide on that. And then CH Robinson would discuss that with the railroad company
17 W: but the actual decision on what could be removed from the equipment was then made by
18 Robinson or by you?
19 L: by us
20 W: and did your technicians make some drawings that showed the equipment according to what
21 would be removed?
22 C: Objecting the form of the question.
23 L: Railroad companies must receive some drawings on how the piece in shape is transported
24 W: and that drawing would be made by who?
25 L: we did that.
26 C: I'm sorry I didn't understand the translation before that one
27 I: who would make the drawings of the piece to be transported? It would be them to make them.
28 They would make the drawings of the pieces to be transported and they would give them to the
29 railroad company...
30 L: via CH Robinson
31 W: with all of these drawings that we've been discussing that you've given to Robinson, were all of
32 these drawings originated in Baden?
33 L: yes
34 W: did you travel at any time to any of CH Robinson's offices in Texas during this time?
35 L: no
36 W: did anyone from ABB Alstom or ABB travel to CH Robinson's offices in Texas in this time of
37 period?
38 C: Objecting the form of the question. Time period.
39 W: During the time from the initial negotiations, the initial meeting in Monterrey, until all the
40 transportation drawings were completed, did anyone from ABB or Alstom or ABB Alstom travel to
41 CH Robinson's offices in Texas?
42 L: I'm not sure, I don't remember
43 W: Do you remember how many actual shipments of equipments were made to the port of
44 Brownsville on this project?
45 L: we had 6 critical pieces of equipment, I'm not sure, 2 or 3 shipments beforehand. Sorry,
46 beforehand we had expected we had 2 or 3 shipments.
47 W: once you had shipped the generator and arrived to Brownsville and it was put on the railcar, tell
48 us how it would then go from the port of Brownsville to the foundation site of Monterrey.
49 L: As far as the generator is concerned, when the generator is on the railroad car, it travels on the
50 American railroad, it goes through the border, then travels towards the west to a place called
51 Apodaca, which was the end station as far as the railroad route was concerned. In Apodaca the

1 piece of equipment would be moved from the railroad to road trailer. It's what we define a "sliding
2 procedure".
3 W: skidding?
4 L: that's correct. Then from the railroad car it goes to the power station and the road trailer is put
5 alongside the foundation and it is then moved onto the foundation.
6 W: If I understand you correctly, the railroad journey would go from the port of Brownsville across
7 the border to Apodaca, it would be skidded onto trailer that would be pulled by trucks.
8 L: yes
9 W: explain to us what this skidding process would involve.
10 C: Objecting the form of the question
11 L: As I said earlier I'm not a technician but I'll try to explain to the best of my abilities. The piece
12 is lifted in an hydraulic way with jacks which are on four points of the generator, then there are
13 some beams that move the piece from railroad car to trailer, they are lowered with hydraulic jacks
14 so that the piece lays completely on the trailer
15 W: the skidding process, is this a more complicated process than lifting the generator from lash
16 barge to railroad car by crane
17 C: Objecting the form of the question
18 L: it is a lot more complicated
19 W: After the generator is on the trailer and it's moved to the foundation in Monterrey how is it
20 settled in the foundation in Monterrey?
21 L: CH Robinson offered to take care of this directly to our erection dept, I'm not aware of the full
22 details but I presume the same operation was carried out as for the movement from railroad car to
23 road trailer.
24 W: so, there would be 2 skidding operations in Mexico which involved the movement...
25 C: Objecting the form of the question
26 W: as a result of negotiations with Mr Hamilton... let's stop the records for a moment please.

27 W: Lepori no.4 from prior depositions, exhibit sticks are on it. Would you tell me if this is what
28 you've taken apart as you believe is the part of the original contract
29 L: I think yes, except for the drawings. I cannot see the numbers of the drawings
30 W: were these drawings made during the negotiations or later as part of the transportation process?
31 L: these were made during the negotiations because I can see, a transformer, a turbine and a
32 generator.
33 W: the drawings are aside as part of the negotiations. I'll hand you a series of documents with
34 stamps of CH Robinson and ABB...00054, 00055, 00056. Can you tell us what these 3 documents
35 are?
36 L: 00056 is a fax that I wrote myself to CH Robinson, Jim Hamilton accepting their quotations and
37 also giving some data, some specifications, some costs including a reserve of 60,000 dollars for
38 some extra costs that might have been used for works that we cannot foresee. I also explained the
39 broker that we needed to use on the way to Mexico.

40 W: Lepori exhibit no.1. Is this, to the best of you knowledge, what was entered into the contract for
41 the transportation of heavy equipment to Monterrey between ABB power generation and CH
42 Robinson?
43 L: yes, yet three drawings are missing
44 W: can you tell us which one of these drawings were attached to the contract?
45 L: these two, but I cannot see the number: 856, 552 and 865, there were three drawings: I think the
46 turbine, the generator and the transformer.
47 W: during the break we put together what's been marked as Lepori exhibit no.2, can you tell us
48 what Lepori no.2 is?

# EXHIBIT "B"

Todd Strever

1    movement of this type of heavy equipment?

2         A.    Is that specific contract common?

3         Q.    Yes.

4         A.    Portions of it are.

5         Q.    Okay.  The contract obviously -- there are --

6    would you agree that there are a lot of different problems

7    that could arise that you may not foresee during movement

8    of equipment like this between Texas and the U.S. and

9    Mexico?

10        A.    Yes.

11        Q.    It would be impossible to for see every problem

12   that is going to occur or every cost that you're going to

13   incur as a result of those problems and write it all down

14   in some kind of document?

15        A.    Correct.

16        Q.    You have to be able to have authorization to do

17   things as they come up in order to get the project

18   accomplished, do you not?

19        A.    Yes.

20        Q.    And you had that authority on behalf of ABB to do

21   the things that were necessary to get this equipment from

22   the port of Brownsville to Monterrey?

23        A.    I believe so.  That's what's addressed with

24   contingencies.

25        Q.    Okay.  You were aware that Mr. Hamilton went to

Todd Strever

```
 1    of the generators were -- would you say that you -- it was

 2    necessary for you to familiarize yourself with the

 3    transportation drawings?

 4        A.   Yes.  For the -- for certain amount of

 5    information that we needed to take from those drawings.

 6        Q.   Would it also have been necessary to provide

 7    those to the contractors that you had hired to perform

 8    various jobs in order to get the equipment moved?

 9        A.   Yes.

10        Q.   And would you have discussed the transportation

11    drawings and the details of how you were going to

12    accomplish the various moves that were involved with the

13    various people that you hired?

14        A.   Yes.

15        Q.   Now, I believe that the jacking plates that

16    actually fell on Mr. Zemora were going to be used in

17    Monterrey to move the equipment by -- was it skids, you

18    were going to use to move it to Monterrey?

19             MS. CIOTTI:  Object to form, assumes facts

20    not in evidence.

21             Go ahead, you can answer.

22        A.   Yeah.  I believe that was the case.

23        Q.   (By Mr. Williams) Tell us exactly how -- once you

24    got the equipment to Monterrey, how it was going to be off

25    loaded from the rail cars and moved to the ultimate site
```

Todd Strever

1    where it was to be installed?

2        A.    I can't really say because that wasn't -- we had

3    an individual in Mexico, Amero (phonetic) Cardona, that

4    was going facilitate that work being done, so I wasn't

5    intimately involved with that part of the operation.

6        Q.    Were you aware that they were going to be moved

7    by skidding?

8        A.    I believe so.  At the time I was probably aware

9    of it.

10       Q.    What is that, skidding?

11       A.    Actually, I've never seen it take place but it's

12   a process where the piece is lifted up through hydraulic

13   means, moved over during a period of time, sat down, then

14   the pieces are moved, the lifting apparatus are moved,

15   jacked up, moved over, little by little.  A piece this

16   size, you know, pretty involved process.

17       Q.    Okay.

18       A.    That's my understanding of it.

19       Q.    And were you aware that the jacking plates were

20   going to be used for this skidding process?

21       A.    I don't specifically recall but I would assume

22   so.

23       Q.    And you were also aware that the jacking plates,

24   they created an extra dimensional problem for you on the

25   rail car that you were putting the generator on at the