UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

**DEFENDANT C.H. ROBINSON COMPANY'S REPLY TO PLAINTIFFS' RESPONSE TO RULE 17(a) OBJECTION AND MOTION TO DISMISS**

Defendant, C.H. Robinson Company ("C.H. Robinson") files this its Reply to Plaintiffs' Response to C.H. Robinson's Rule 17(a) Objection and Motion to Dismiss, and in support thereof would show the honorable Court as follows:

C.H. Robinson is unopposed to allowing Plaintiffs until April 29, 2005 to identify the real parties in interest to this suit.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: /s/ Karen C. Croft
Steven J. Watkins
ATTORNEY-IN-CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant's Reply to Plaintiffs' Response to C.H. Robinson Company's Rule 17(a) Objection and Motion to Dismiss has been served via facsimile and via certified mail, return receipt requested, on this the 7th day of April, 2005, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*/s/ Karan C. Ciotti*
Karan C. Ciotti