LAW OFFICES
# McGinnis, Lochridge & Kilgore, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-8585

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8534
kciotti@mcginnislaw.com

April 7, 2005

Justin L. Williams
The Law Offices of Justin L. Williams
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

<u>VIA FACSIMILE</u>

Re: Civil Action No. B:03-CV-192; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Brownsville Division

Dear Justin:

This letter is intended to document an agreement, pursuant to Southern District Local Rule 83.5, concerning the deadline for C.H. Robinson to file a reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment (filed on March 18, 2005) and/or Plaintiffs' Amended Response to Defendant's Motion for Summary Judgment (filed on April 1, 2005).

We have agreed, given Plaintiffs' amendment of their response, that the deadline for C.H. Robinson to file a reply to Plaintiffs' Response (to the extent that is necessary) and/or to the Amended Response, will be 20 days from the April 1 filing date of the Amended Response, i.e., April 21, 2005.

Please indicate your client's agreement to the above by signing below and returning a copy to me via facsimile at (713) 328-1834 as soon as possible. If the above does not accurately reflect our agreement, please call me as soon as possible to further discuss this matter.

Very truly yours,

*Karan C. Ciotti*
Karan C. Ciotti

AGREED:

*Justin L. Williams* ✱
Justin L. Williams
COUNSEL FOR PLAINTIFFS
ABB KRAFTWERKE AKTIENGESELLSCHAFT AND
ABB ALSTOM POWER (SWITZERLAND) LTD.

✱ by permission 4/7/05
@ 1:44 p.m.