UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-03-192 |
| vs. | § § § | |
| C.H. ROBINSON COMPANY | § § § | |
| Defendant | § | |

## DEFENDANT C.H. ROBINSON COMPANY'S RESPONSE TO PLAINTIFFS' MOTION TO FILE AMENDED MOTION FOR REHEARING ON THE APPLICATION OF SWISS LAW

Defendant C.H. Robinson Company ("C.H. Robinson") files this Response to Plaintiffs' Motion to File Amended Motion for Rehearing on the Application of Swiss Law, and in support thereof would show the Court as follows:

C.H. Robinson is unopposed to Plaintiffs' Motion to File Amended Motion for Rehearing on the Application of Swiss Law. C.H. Robinson does not intend, however, to waive its right to object to the admissibility of the attachments to Plaintiffs' Amended Motion for Rehearing on the Application of Swiss Law.

Respectfully submitted,

McGinnis, Lochridge & Kilgore, L.L.P.

By: *Karan C. Ciotti*
Steven J. Watkins
Attorney-in-Charge
State Bar No. 20927700
So. Dist. Bar No. 146
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

Of Counsel:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
McGinnis, Lochridge & Kilgore, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

Attorneys for Defendant
C.H. Robinson Company

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing Defendant C.H. Robinson Company's Response to Plaintiffs' Motion to File Amended Motion for Rehearing on the Application of Swiss Law has been served via facsimile and via certified mail, return receipt requested, on this the 19th day of April, 2005, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Karan C. Ciotti*
Karan C. Ciotti