CAUSE NO. 2000-06-2326-E

| | | |
|---|---|---|
| BROWNSVILLE BARGE & CRANE, INC., | )(<br>)( | IN THE DISTRICT COURT |
| Plaintiff | )(<br>)( | |
| VS. | )(<br>)( | CAMERON COUNTY, TEXAS |
| ABB KRAFTWERKE AKTIENGESELLSCHAFT AND ABB ALSTOM POWER (SWITZERLAND), LTD., F/K/A ABB POWER GENERATION, LTD., | )(<br>)(<br>)(<br>)(<br>)( | |
| Defendants | )( | 357TH JUDICIAL DISTRICT |

ORAL AND VIDEOTAPED DEPOSITION OF
SANDRO A. LEPORI
MAY 1, 2001

ORAL AND VIDEOTAPED DEPOSITION OF SANDRO A. LEPORI, produced as a witness at the instance of the PLAINTIFF, taken in the above styled and numbered cause on MAY 1, 2001, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, Brownsville, Texas, pursuant to the Texas Rules of Civil Procedure.

COPY

BRYANT & STINGLEY, INC.
McAllen      Harlingen      Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

```
 1                    SANDRO A. LEPORI,
 2   having been duly sworn, testified as follows:
 3                        EXAMINATION
 4   BY MR. UHLES:
 5       Q.  Please state your name for the record.
 6       A.  My name is Sandro Lepori.
 7       Q.  Mr. Lepori, you are here today, as I understand
 8   it, because you have been designated by your employer,
 9   ABB, to testify as a representative of the company in
10   this deposition; is that correct?
11       A.  Yes.
12       Q.  And there are certain areas upon which you're
13   going to testify that were set forth in the notice of
14   deposition.  Have you had an opportunity to review that
15   notice of deposition?
16       A.  Yes.
17       Q.  Okay.  Sir, could you tell the jury where you
18   live?
19       A.  I live in Berikon, in the canton of Argovia in
20   Switzerland.
21       Q.  Okay.  And you are employed where, sir?
22       A.  I'm presently employed at Alstom Switzerland,
23   Limited, Baden.
24       Q.  Okay.  And so your place of employment then
25   would be in Baden, Switzerland; is that correct?
```

| Time | Line | |
|---|---|---|
| 10:42:47 | 1 | A. That is correct. |
| 10:42:47 | 2 | Q. And the company you work for is one of the ABB |
| 10:42:49 | 3 | companies; is that correct? |
| 10:42:50 | 4 | A. It was one of the ABB companies back in '99, |
| 10:42:56 | 5 | yes. |
| 10:42:58 | 6 | Q. At the times that are relevant to the indemnity |
| 10:43:01 | 7 | agreement that we're here about today, it was an ABB |
| 10:43:04 | 8 | company? |
| 10:43:05 | 9 | A. Right. |
| 10:43:05 | 10 | Q. And what is your position currently, sir, your |
| 10:43:08 | 11 | job position? |
| 10:43:10 | 12 | A. My present position is general manager of |
| 10:43:14 | 13 | transport logistics at Alstom Switzerland, Limited. |
| 10:43:20 | 14 | Q. Okay. And -- and that is basically the same |
| 10:43:22 | 15 | position you had back in March of 1999; is that |
| 10:43:24 | 16 | correct? |
| 10:43:24 | 17 | A. Yes. |
| 10:43:30 | 18 | Q. Now, sir, you understand that we are here today |
| 10:43:33 | 19 | because of a lawsuit that involves the dispute |
| 10:43:37 | 20 | regarding an indemnity agreement signed by Mr. Roland |
| 10:43:41 | 21 | Schneider on March 22, 1999? |
| 10:43:43 | 22 | A. Yes. |
| 10:43:44 | 23 | Q. And is Mr. -- at that time, Mr. Schneider was |
| 10:43:50 | 24 | employed by ABB; is that correct? |
| 10:43:51 | 25 | A. That is correct. |

| | | |
|---|---|---|
| 10:45:35 | 1 | A.  We are shipping any components that belong to a |
| 10:45:39 | 2 | power plant, such as turbines, transformers, |
| 10:45:44 | 3 | condensers, and part of -- of the power plant. |
| 10:45:53 | 4 | Q.  And do you-all ship things all around the |
| 10:45:55 | 5 | world? |
| 10:45:55 | 6 | A.  Yes. |
| 10:45:55 | 7 | Q.  And where are these generators manufactured? |
| 10:45:58 | 8 | A.  We have two manufacturing facilities.  One is |
| 10:46:02 | 9 | in Mannheim, in Germany, and the other one is in |
| 10:46:12 | 10 | Wroclaw, in Poland.  "Wroclaw" is spelled |
| 10:46:23 | 11 | W-R-O-C-L-A-W. |
| 10:46:31 | 12 | Q.  Now, ABB sold some generators to a power plant |
| 10:46:35 | 13 | that was being built in Monterrey, Mexico, correct? |
| 10:46:39 | 14 | A.  Yes, the generator being a part of the entire |
| 10:46:43 | 15 | power plant. |
| 10:46:44 | 16 | Q.  Okay.  And in addition to the generators, did |
| 10:46:46 | 17 | ABB sell some additional components to this power plant |
| 10:46:50 | 18 | that was being built in Mexico? |
| 10:46:52 | 19 | A.  Yes, all -- all components belonging to the |
| 10:46:56 | 20 | power plant. |
| 10:46:57 | 21 | Q.  Okay.  And was your company -- was your |
| 10:46:59 | 22 | department responsible for the shipment of all of these |
| 10:47:02 | 23 | components belonging to the power plant from the place |
| 10:47:06 | 24 | of manufacture in Europe to Monterrey, Mexico? |
| 10:47:10 | 25 | A.  Yes. |

BRYANT & STINGLEY, INC.
McAllen        Harlingen        Brownsville
(956) 618-2366  (956) 428-0755  (956) 542-1020

| Time | Line | |
|---|---|---|
| 10:48:27 | 1 | move those components from ex works up to site. There |
| 10:48:33 | 2 | are some exceptions, such as the boiler. That is |
| 10:48:37 | 3 | subcontracted on a turnkey basis, so that means that |
| 10:48:40 | 4 | ABB Power Generation would not be responsible for the |
| 10:48:44 | 5 | transport task. |
| 10:48:46 | 6 | Q. But the other components then, are they owned |
| 10:48:50 | 7 | by ABB up until the time they get to Mexico? |
| 10:48:56 | 8 | A. Yes. |
| 10:49:05 | 9 | Q. Now, ABB ultimately shipped several generators |
| 10:49:07 | 10 | through the Port of Brownsville; is that correct? |
| 10:49:11 | 11 | A. Excuse me. Could you repeat the question? |
| 10:49:13 | 12 | Q. ABB ultimately shipped several generators |
| 10:49:18 | 13 | through the Port of Brownsville on this project for |
| 10:49:22 | 14 | Monterrey, correct? |
| 10:49:23 | 15 | A. Yes. |
| 10:49:23 | 16 | Q. And the indemnity agreement that we're here |
| 10:49:26 | 17 | about today was signed in relation to the first |
| 10:49:28 | 18 | generator that went through the Port of Brownsville; is |
| 10:49:31 | 19 | that correct? |
| 10:49:31 | 20 | A. That's correct. |
| 10:49:38 | 21 | Q. In this particular -- the first generator was |
| 10:49:41 | 22 | manufactured in Mannheim, Germany, right? |
| 10:49:44 | 23 | A. This is correct. |
| 10:49:44 | 24 | Q. And it went from Mannheim, Germany to |
| 10:49:48 | 25 | Rotterdam, correct? |

```
10:54:18   1        Q.  So where did C.H. Robinson's role begin?
10:54:21   2        A.  It began from arrival, Brownsville, free out,
10:54:26   3   up to final destination.
10:54:28   4        Q.  Okay.  And would you explain to the jury what
10:54:31   5   the term "free out" means?
10:54:32   6        A.  "Free out" means that the steamship line is not
10:54:35   7   responsible to unload the goods from their conveyance
10:54:40   8   onto another conveyance or onto the pier.
10:54:51   9        Q.  Okay.  Did -- so ABB hired Forest Line to bring
10:54:57  10   the generator to the Port of Brownsville, correct?
10:54:59  11        A.  Correct.
10:55:00  12        Q.  And then ABB hired C.H. Robinson to off-load --
10:55:09  13   or, actually, to -- to take the generator from where it
10:55:14  14   was positioned on the LASH barge to its ultimate
10:55:18  15   destination in Mexico; is that correct?
10:55:21  16        A.  That is correct.
10:55:31  17        Q.  And did ABB hire C.H. Robinson on a fixed
10:55:40  18   price?
10:55:41  19        A.  Yes.
10:55:42  20        Q.  And for X number of dollars, they were to take
10:55:45  21   the generator from its position on the LASH barge to
10:55:52  22   its ultimate destination in Mexico?
10:55:54  23        A.  Yes.
10:55:54  24        Q.  And who made the decision at ABB to retain C.H.
10:55:59  25   Robinson?
```

| | | |
|---|---|---|
| 11:50:37 | 1 | insurance coverage is the responsibility of ABB, |
| 11:50:37 | 2 | correct? |
| 11:50:40 | 3 | A. Right. |
| 11:50:46 | 4 | Q. Okay. Let me move on and hand you what -- get |
| 11:50:48 | 5 | back in order and hand you what's marked as Lepori |
| 11:50:50 | 6 | Exhibit No. 1 and ask you to look at that for a minute. |
| 11:50:53 | 7 | And I'll represent to you that that is the Lifting |
| 11:50:55 | 8 | Service Agreement that's signed by Schaefer and |
| 11:50:59 | 9 | Brownsville Barge & Crane, and attached to that is the |
| 11:51:04 | 10 | indemnity agreement that was signed by Mr. Schneider, |
| 11:51:07 | 11 | and I'll ask if you have seen that before. |
| 11:51:11 | 12 | A. Yes. |
| 11:51:12 | 13 | Q. Okay. When is the first time that you saw that |
| 11:51:14 | 14 | Lifting Service Agreement? |
| 11:51:18 | 15 | A. After the incident. |
| 11:51:20 | 16 | Q. Okay. And when is the first time that you saw |
| 11:51:22 | 17 | the indemnity agreement that's attached to Exhibit 1 |
| 11:51:29 | 18 | that was signed by Mr. Schneider? |
| 11:51:33 | 19 | A. I don't recall exactly, but I would say after |
| 11:51:36 | 20 | the incident. |
| 11:51:42 | 21 | Q. Now, it's my understanding Mr. Schneider was in |
| 11:51:43 | 22 | the Port of Brownsville along with the generator, |
| 11:51:43 | 23 | correct? |
| 11:51:49 | 24 | A. Yes. |
| 11:51:49 | 25 | Q. And could you explain for the jury what Mr. |

| | | |
|---|---|---|
| 11:51:52 | 1 | Schneider's role, as an employee of ABB, was at the |
| 11:51:55 | 2 | Port of Brownsville back in March of 1999? |
| 11:52:00 | 3 | A.  Well, the -- the role of Mr. Schneider was to |
| 11:52:05 | 4 | assist C.H. Robinson. |
| 11:52:10 | 5 | Q.  And Mr. Schneider had authority to act for ABB, |
| 11:52:10 | 6 | correct? |
| 11:52:19 | 7 | A.  Yes. |
| 11:52:20 | 8 | Q.  And when Mr. Schneider signed the indemnity |
| 11:52:24 | 9 | agreement, he had authority to act for ABB, correct? |
| 11:52:27 | 10 | A.  Well, according to Swiss law, he would have |
| 11:52:32 | 11 | needed a second signature.  Obviously he didn't know |
| 11:52:36 | 12 | the -- the American laws. |
| 11:52:41 | 13 | Q.  Okay.  Did Mr. Schneider talk to you before |
| 11:52:46 | 14 | signing the indemnity agreement? |
| 11:52:48 | 15 | A.  If I recall correctly, he called me after he |
| 11:52:56 | 16 | had signed the -- the agreement. |
| 11:52:56 | 17 | Q.  Can you tell us the substance of that |
| 11:52:56 | 18 | conversation? |
| 11:52:57 | 19 | A.  Well, the substance was that he was asked by |
| 11:53:10 | 20 | Mr. Tsoi, who was employed by Brownsville Barge & |
| 11:53:14 | 21 | Crane, to sign this indemnity clause just, I believe, |
| 11:53:21 | 22 | one day or half a day prior of the works to be executed |
| 11:53:28 | 23 | by Brownsville Barge & Crane. |
| 11:53:29 | 24 | Q.  And did Mr. Schneider tell you that he had, in |
| 11:53:32 | 25 | fact, signed the indemnity agreement? |

| | |
|---|---|
| 11:54:46 1 | Q. And -- and, sir, you do business all over the |
| 11:54:48 2 | world, correct? |
| 11:54:49 3 | A. Yes. |
| 11:54:49 4 | Q. And -- and a telefax goes from Brownsville to |
| 11:54:54 5 | where you were in Baden, Switzerland in a matter of |
| 11:55:02 6 | seconds, correct? |
| 11:55:02 7 | A. If you have a fax machine, yes. |
| 11:55:02 8 | Q. Okay. And you have a fax machine there, |
| 11:55:02 9 | correct? |
| 11:55:03 10 | A. Yes. |
| 11:55:03 11 | Q. And you're aware that Mr. Schneider was dealing |
| 11:55:10 12 | with Mr. Schaefer and other people in Brownsville who |
| 11:55:12 13 | had fax machines, correct? |
| 11:55:13 14 | A. No. He was not dealing with Schaefer. He was |
| 11:55:15 15 | dealing with C.H. Robinson. |
| 11:55:21 16 | Q. Okay. It's your testimony that Mr. Schneider |
| 11:55:21 17 | had no dealings with Mr. Schaefer? |
| 11:55:30 18 | A. That's right, because the -- the chain of |
| 11:55:31 19 | command was always via C.H. Robinson. |
| 11:55:33 20 | Q. Did Mr. Schneider ultimately fax the indemnity |
| 11:55:36 21 | agreement to you? |
| 11:55:37 22 | A. I believe he did. |
| 11:55:38 23 | Q. And whose office did he use to fax that? |
| 11:55:41 24 | A. To my office. |
| 11:55:42 25 | Q. Okay. But where from -- where from Brownsville |

| | | |
|---|---|---|
| 12:04:12 | 1 | the form of the question. You can answer if you know. |
| 12:04:14 | 2 | A. As I said before, it's difficult to pinpoint |
| 12:04:17 | 3 | the -- the premium, but it could be more than $1,000. |
| 12:04:25 | 4 | Q. Okay. When you got the indemnity agreement, |
| 12:04:27 | 5 | sir, finally from Mr. Schneider, did you read the |
| 12:04:30 | 6 | indemnity agreement? |
| 12:04:33 | 7 | A. Yes, I read it. |
| 12:04:34 | 8 | Q. And what is your understanding of the |
| 12:04:35 | 9 | agreement, sir? |
| 12:04:39 | 10 | A. Well, there -- the way I understood this |
| 12:04:42 | 11 | agreement -- first of all, the agreement was signed |
| 12:04:45 | 12 | between Schaefer and -- and Brownsville Barge & Crane, |
| 12:04:52 | 13 | and the appendix, the way I interpreted it, did not |
| 12:04:58 | 14 | have any relation to -- to that particular agreement |
| 12:05:00 | 15 | because our contractor was C.H. Robinson and not |
| 12:05:04 | 16 | Brownsville Barge & Crane. |
| 12:05:07 | 17 | Q. Okay. Could I see the exhibit, please, sir? |
| 12:05:18 | 18 | MR. UHLES: I'll tell you what. Let's -- |
| 12:05:19 | 19 | let's take a real quick break and let me make an |
| 12:05:21 | 20 | additional copy of this. In fact, I'll make two of |
| 12:05:24 | 21 | them so all of us can have this as we're going through |
| 12:05:32 | 22 | it. Okay? |
| 12:05:34 | 23 | MR. KASPERITIS: Very good. |
| 12:05:34 | 24 | (Brief recess) |
| 12:07:47 | 25 | Q. Mr. Lepori, if you will look at the indemnity |

| | | |
|---|---|---|
| 12:41:12 | 1 | Q. Schaefer Stevedoring hired Brownsville Barge & |
| 12:41:12 | 2 | Crane, correct? |
| 12:41:12 | 3 | A. Right. |
| 12:41:19 | 4 | MR. UHLES: I think that's all the |
| 12:41:19 | 5 | questions I have, sir. Thank you very much. |
| 12:41:21 | 6 | THE WITNESS: Thank you, Mr. Uhles. |
| 12:41:22 | 7 | EXAMINATION |
| 12:41:22 | 8 | BY MR. KASPERITIS: |
| 12:41:24 | 9 | Q. Mr. Lepori, you've come a long way. I'd hate |
| 12:41:27 | 10 | for you to feel cheated and not get questioned by two |
| 12:41:30 | 11 | lawyers, so I'm going to ask you some questions as |
| 12:41:30 | 12 | well. |
| 12:41:32 | 13 | Following up on the last question that Mr. |
| 12:41:34 | 14 | Uhles asked you. I would like to ask if -- ABB, with |
| 12:41:40 | 15 | their contract with C.H. Robinson, they paid several |
| 12:41:44 | 16 | hundred thousand dollars, U.S., right? |
| 12:41:46 | 17 | A. Yes. It's mentioned in the contract. |
| 12:41:50 | 18 | Q. In the contract. Did ABB make any payments |
| 12:41:52 | 19 | to -- direct payments to Schaefer Stevedoring? |
| 12:41:58 | 20 | A. No. |
| 12:41:58 | 21 | Q. Why not? |
| 12:42:00 | 22 | A. Because we had a contract only with C.H. |
| 12:42:04 | 23 | Robinson that covered the entire work. |
| 12:42:06 | 24 | Q. So did ABB have any contract with Schaefer |
| 12:42:09 | 25 | Stevedoring? |

| | | |
|---|---|---|
| 12:42:10 | 1 | A. No. |
| 12:42:10 | 2 | Q. Did ABB make any direct payments that you know |
| 12:42:14 | 3 | of to Brownsville Barge & Crane? |
| 12:42:17 | 4 | A. No. |
| 12:42:17 | 5 | Q. Why not? |
| 12:42:18 | 6 | A. Because, again, this would have been covered or |
| 12:42:24 | 7 | was covered by C.H. Robinson. |
| 12:42:28 | 8 | Q. And so did ABB have any contracts with |
| 12:42:31 | 9 | Brownsville Barge & Crane? |
| 12:42:33 | 10 | A. No. |
| 12:42:35 | 11 | Q. Mr. Uhles asked you earlier about whether or |
| 12:42:40 | 12 | not Mr. Schneider was aware of the terms of the |
| 12:42:50 | 13 | contract, of the indemnity agreement that he was |
| 12:42:54 | 14 | signing, right? |
| 12:42:55 | 15 | A. Yes. |
| 12:42:55 | 16 | Q. And he asked you at some point if you thought |
| 12:42:57 | 17 | that Mr. Schneider was making up part of his deposition |
| 12:43:02 | 18 | in Venice about what he thought the agreement meant. |
| 12:43:07 | 19 | Do you recall those questions by Mr. Uhles? |
| 12:43:11 | 20 | A. Yes. |
| 12:43:13 | 21 | Q. Mr. Schneider, in his deposition, as it was |
| 12:43:16 | 22 | taken previously, he indicated that he was only given |
| 12:43:17 | 23 | one page, the Exhibit A, to what is Exhibit No. 1 to |
| 12:43:25 | 24 | your deposition. |
| 12:43:25 | 25 | A. Yes. |

```
13:24:29  1       Q.  Okay.  At the time of this accident, did -- did
13:24:31  2   ABB own any heavy-transport ships?
13:24:34  3       A.  No.
13:24:34  4       Q.  Do you know if they owned any LASH barges for
13:24:38  5   use in the --
13:24:41  6       A.  We never have.
13:24:42  7       Q.  Did ABB own any floating cranes?
13:24:46  8       A.  No.
13:24:51  9       Q.  How do you ship these things if you don't own
13:24:54 10   the conveyances in which to ship them?
13:24:58 11       A.  We subcontract the carriers.
13:25:03 12       Q.  And is -- is the contract with C.H. Robinson
13:25:06 13   one of those kinds of subcontracts?
13:25:09 14       A.  Yes.
13:25:10 15       Q.  When you contracted with C.H. Robinson to
13:25:17 16   arrange transport from Brownsville to Monterrey, was
13:25:26 17   it -- what further obligations did ABB have to secure
13:25:31 18   the subcontractors who would lift it and move it from
13:25:37 19   conveyance to conveyance?
13:25:40 20       A.  Well, basically none because our agreement with
13:25:45 21   C.H. Robinson was that C.H. Robinson had to cover the
13:25:50 22   entire task and subcontract further.
13:25:57 23       Q.  You have traveled from Switzerland to the
13:26:01 24   United States to give your deposition in this case.
13:26:05 25   How is that being paid?  Do you know?
```

| | | |
|---|---|---|
| 13:29:26 | 1 | signing this document when it was presented to him |
| 13:29:30 | 2 | approximately 24 hours before the proposed lift? |
| 13:29:34 | 3 | A. No. We would have certainly incurred in -- in |
| 13:29:41 | 4 | heavy delays. |
| 13:30:22 | 5 | Q. Under the Lifting Services Agreement, which is |
| 13:30:28 | 6 | Exhibit No. 1, in the main part of the agreement -- it |
| 13:30:39 | 7 | looks about six pages in -- it was signed by whom? |
| 13:30:45 | 8 | A. By Charles Cherrington of Schaefer Stevedoring |
| 13:30:45 | 9 | and David Tsoi of Brownsville Barge & Crane. |
| 13:30:58 | 10 | Q. The Lifting Services Agreement, apart from the |
| 13:31:00 | 11 | Exhibit A, the other pages, were they ever presented to |
| 13:31:03 | 12 | you for signature, or anyone at ABB? |
| 13:31:07 | 13 | A. No. |
| 13:31:07 | 14 | Q. Is there a signature space for anyone from ABB |
| 13:31:10 | 15 | in the main body of the agreement? |
| 13:31:13 | 16 | A. No. |
| 13:31:15 | 17 | Q. Did ABB have the opportunity to negotiate any |
| 13:31:21 | 18 | of the terms of the main body of the Lifting Services |
| 13:31:25 | 19 | Agreement? |
| 13:31:25 | 20 | A. No. |
| 13:31:26 | 21 | Q. Is it customary for ABB to involve itself in |
| 13:31:32 | 22 | the Lifting Services Agreements between subcontractors? |
| 13:31:37 | 23 | A. No. |
| 13:31:38 | 24 | Q. Why not? |
| 13:31:41 | 25 | A. We always entrust this task either to a |

| | | |
|---|---|---|
| 13:31:45 | 1 | steamship line, if the -- if they deliver on liner out |
| 13:31:52 | 2 | terms versus free out terms, or to a freight forwarder |
| 13:32:00 | 3 | who is entrusted with the on-carriage task. |
| 13:32:04 | 4 | Q.  In this case, was C.H. Robinson one of those |
| 13:32:05 | 5 | freight forwarders? |
| 13:32:07 | 6 | A.  He was the freight forwarder. |
| 13:32:08 | 7 | Q.  I notice on the Exhibit A, which was presented |
| 13:32:12 | 8 | to Roland to sign, that -- is there a space for |
| 13:32:19 | 9 | Schaefer to sign? |
| 13:32:22 | 10 | A.  No. |
| 13:32:22 | 11 | Q.  Is there a space for Brownsville Barge & Crane |
| 13:32:24 | 12 | to sign? |
| 13:32:25 | 13 | A.  No. |
| 13:32:28 | 14 | Q.  Brownsville Barge & Crane, apart from their |
| 13:32:31 | 15 | agreement with Schaefer, did they make any promises to |
| 13:32:36 | 16 | you in return for signature on Exhibit A? |
| 13:32:41 | 17 | A.  No. |
| 13:32:42 | 18 | Q.  Did they give you anything besides the lift |
| 13:32:44 | 19 | that they had contracted for? |
| 13:32:47 | 20 | A.  No. |
| 13:32:50 | 21 | Q.  Did you provide anything to them, any |
| 13:32:54 | 22 | additional payment? |
| 13:32:56 | 23 | A.  No. |
| 13:32:56 | 24 | Q.  If they had come to you and said, "We require |
| 13:33:01 | 25 | additional money to" -- "to do the lift," what would |

| | | |
|---|---|---|
| 13:33:05 | 1 | have been the response?  What would have been the |
| 13:33:11 | 2 | normal chain-of-command response? |
| 13:33:11 | 3 | A.  I would have told them that -- to address this |
| 13:33:14 | 4 | issue to C.H. Robinson. |
| 13:33:16 | 5 | Q.  The -- did -- was -- in your mind, was ABB a |
| 13:33:24 | 6 | client of Schaefer Stevedoring? |
| 13:33:26 | 7 | A.  No. |
| 13:33:27 | 8 | Q.  Were they a client of Brownsville Barge & |
| 13:33:31 | 9 | Crane? |
| 13:33:31 | 10 | A.  You mean Schaefer? |
| 13:33:33 | 11 | Q.  No.  ABB. |
| 13:33:34 | 12 | A.  No. |
| 13:33:35 | 13 | Q.  Who were you a client of?  Who had sought your |
| 13:33:43 | 14 | business? |
| 13:33:44 | 15 | A.  I'm the -- I'm the supplier to the -- to the |
| 13:33:47 | 16 | end user and C.H. Robinson is a supplier to us. |
| 13:33:51 | 17 | Q.  Okay.  So C.H. Robinson was your customer -- |
| 13:33:54 | 18 | A.  Yes. |
| 13:33:55 | 19 | Q.  -- or you were their customer? |
| 13:33:56 | 20 | A.  No.  C.H. Robinson is a supplier to ABB. |
| 13:34:00 | 21 | Q.  Okay.  They provided services to you? |
| 13:34:03 | 22 | A.  Yes. |
| 13:34:07 | 23 | Q.  Schaefer Stevedoring, who did they supply their |
| 13:34:10 | 24 | services to? |
| 13:34:14 | 25 | A.  To C.H. Robinson. |

KEITH N. UHLES
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, Texas 78521

PATRICK R. KASPERITIS
WILLIAMS, KASPERITIS & GOWAN, P.C.
5959 South Staples, Suite 204
Corpus Christi, Texas 78413

    I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

    Pursuant to Rule 203 of TRCP, an additional certificate will be issued.

    Sworn to by me this _____ day of _May_____, 2001.

_Rhonda Martin_
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date:  12-31-01
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956)428-0755