```
 1                         CAUSE NO. 99-04-1644-E
 2
   GRACIELA ZAMORA, ET AL        *    IN THE DISTRICT COURT
 3                                *
   VS.                            *    357TH JUDICIAL DISTRICT
 4                                *
   ABB KRAFTWERKE AKTIENGESELLSCHAFT, *
 5 ET AL                          *    CAMERON COUNTY, TEXAS
 6
 7  _____
 8              VIDEOTAPED DEPOSITION OF
                    ROLAND SCHNEIDER
 9               TAKEN ON APRIL 7, 2000
10  _____
11
12
13
14     VIDEOTAPED DEPOSITION OF ROLAND SCHNEIDER, produced as a
15 witness at the instance of the Plaintiffs, and duly sworn, was
16 taken in the above-styled and numbered cause on the 7th day of
17 April, 2000, from 9:00 a.m. to 12:00 p.m., before Kimberly Del
18 Bosque, CSR, in and for the State of Texas, reported by machine
19 shorthand, at the Hotel Venice Bauer, Campo S. Moise 1459, San
20 Marco 30124, Venice, Italy, pursuant to the Texas Rules of
21 Civil Procedure.
22
23
24
25
                                                    ORIGINAL
```

1  Q   How many times have you been to the United States?

2  A   Twice -- I'm sorry. I'll correct myself. I've been

3  there four times but only in -- at Miami Airport.

4  Q   How many time have you been in Brownsville, Texas?

5  A   Twice.

6  Q   And when would that be?

7  A   From the 25th of February to the 3rd of March '99

8  and then from the 9th of March to the 26th of March '99.

9  Q   Were both those visits for ABB?

10 A   Yes, both of these occasions.

11 Q   Were they both for transporting generators?

12 A   Okay. The first time I was there for the first

13 shipment of two -- a big transformer and two small transformers

14 and for general cargo, and I was there in order to see that the

15 railway car was prepared for the first generator to be shipped.

16 Q   Which ABB company were you working for for each of

17 these two trips to Brownsville?

18 A   Okay. When those transports were made the name of

19 the firm was ABB Power Generation.

20 Q   And that would be the Swiss ABB that's involved in

21 this case?

22 A   That's correct.

23 Q   How long have you worked for ABB?

24 A   I worked with ABB from 1968 to 1972 while I was

25 trained as a mechanical designer, and afterwards I went back to

1   Q   Show me where it says two bolts hold on the jacking
2   lug.
3   A   As I've pointed out before, this is the railway
4   clearance drawing, and the railway clearance drawing does not
5   indicate the jacking lugs because the jacking lugs would no
6   longer be on -- attached to the generator at the point when
7   the generator was on the railway.
8   Q   Exactly. It doesn't even show the jacking plates,
9   does it?
10  A   Not on this railway clearance, that is correct
11  they're not there on the railway clearance, not anymore.
12  Q   Show me on Exhibit No. 3 where there is a decal and
13  instruction on the generator or the jacking lug that shows that
14  it's only held on by two bolts.
15  A   This is a snapshot, so to speak, of how the -- of
16  the moment when the jacking lug is attached to the generator.
17  If you want to have a clear indication, we would have to look
18  at the transport drawing.
19  Q   There is no decal or instruction on the generator or
20  the jacking lug that tells anyone that it's only held on by two
21  bolts, correct?
22  A   This is correct.
23  Q   Part of your job there at the Port of Brownsville
24  was to see to it that the jacking lugs came off correctly?
25  A   I had a double function while I was there in

1  Brownsville; No. 1, because I wanted to see firsthand how C.H.
2  Robinson and Schaefer-Setevedoring and everybody in the
3  Brownsville port were doing their jobs for the future; and
4  secondly, obviously, for consulting and advising purposes in
5  case there had been any questions.  And my advising role
6  obviously also comprised any kind of support or answering of
7  questions that may come up, may be raised by our contacts in
8  Brownsville.  That was essentially the advising and consulting
9  role there.
10      Q    Part of your job was to consult on getting the
11 jacking plates off?
12      A    Yes.  In fact, as I said before, I think it was on
13 the 17th of March when we exchanged the cover of the generator
14 I specifically indicated to Charles Cherrington how to remove
15 the jacking lugs.
16      Q    Mr. Cherrington and his crew had never off-loaded a
17 generator with jacking lugs like this before, correct?
18      A    I can't really say because obviously it's outside my
19 personal experience whether they had had any experience or not.
20 On the basis of the depositions that I've read, however, it
21 would appear that they hadn't done so.  But after all, this was
22 one of the reasons why I was there, in case some questions were
23 raised, they had -- there were doubts or anything.  For
24 clarifications, that's why I was there.
25      Q    Exactly.  You knew Mr. Cherrington was looking to

1    A    I was the only person from ABB, and my function
2  there was that of an advisor.
3    Q    To assist in the unloading -- the proper unloading
4  of this generator?
5    A    As I said before, we met beforehand, we discussed
6  how things had to be done.  And from what I could see then, it
7  was obvious to me -- I was clearly under the impression that
8  all the people concerned with the unloading of the generator
9  knew what had to be done.
10   Q    From the information that you gave them?
11   A    It wasn't me just telling him what he had to do step
12 by step.  It was joint -- we did that together.  We together
13 devised the proceedings that we would follow -- that would be
14 followed in unloading the generator.
15   Q    From the information that you provided?
16   A    On the basis of the technical drawings and technical
17 information that had been provided to him beforehand and,
18 obviously, also on the basis of technical information that he
19 received from me.
20   Q    All of which came from ABB?
21   A    Being an ABB product it is logical, yes, that the --
22 all documentation and information would also come from ABB.
23   Q    And it did?
24   A    Yes.  That information was all provided to C.H.
25 Robinson.

1    Q    From ABB?

2    A    That's correct.

3    Q    You're saying that the bolts were not to be taken
4 off while the generator was still being held by the -- by the
5 crane as is shown in Exhibit No. 3; is that right?

6    A    Yes.

7    Q    Did you ever stop anyone from taking the bolts out
8 while -- while the generator was in the position shown in No. 3
9 being held by the crane?

10   A    As I said before, the minute when I noticed that
11 somebody had loosened the nuts, I immediately went to Charles
12 Cherrington and said, Hang on, okay, you guys have removed the
13 nuts, but just don't remove the bolts.

14   Q    But you told me earlier you didn't want the nuts
15 coming off until the generator was already on the rail car off
16 the crane, right?

17   A    At the beginning originally it had been agreed that
18 the jacking lugs would come off the generator after the
19 generator had been placed on the rail car. It's -- the order
20 to take -- to loosen the nuts didn't come from me, as I pointed
21 out before. But when I noticed that it had been done anyway, I
22 said, Please don't go any further, don't take out the bolts.

23             MR. TINNING:  Nonresponsive.

24   Q    You knew they had taken the nuts off while the
25 generator was still suspended from the crane and you told them

1  that's okay, but just don't go any further, correct?

2      A     Yes.  When I saw that the nuts had been loosened, I
3  said, Okay, fine, I'll accept that, but don't go any further
4  than that, don't take the screws out.

5            MR. TINNING:  Bolts, I think he said.

6            THE INTERPRETER:  Bolts, yeah.

7      A     Actually, I must say now in hindsight when I realize
8  I had not -- realizing what had happened afterwards, I keep
9  going back and going -- running the thing through -- the scene
10 through my mind.  And I'm led to believe that if at the moment
11 when I realized that they had loosened those nuts, if I had
12 told them to stop everything, put them nuts back on, perhaps
13 the accident wouldn't have happened.  That's something I keep
14 wondering all the time.

15           It could have been possible that the accident would
16 not have happened if I had told them to put the nuts back on.
17 It could have gone a different direction.  I realize that that
18 was most likely the moment -- if I had insisted on going back
19 to my original order of not taking the nuts off, if I had made
20 sure that the nuts would be put back onto those bolts, perhaps
21 it would have saved a man's life, and that's something I keep
22 going over and over again in my mind.

23     Q     Mr. Schneider, if you had insisted the nuts stay on,
24 the jacking plates cannot come off, correct?

25     A     As I pointed out before, yeah, indeed.  We had

1  originally agreed that the generator would be placed on the
2  railway car and only then the jacking lugs would come off.  If
3  I had realized that they were thinking of taking those jacking
4  lugs off while the thing was still suspended -- but it didn't
5  even cross my mind at that time because I thought they were
6  just trying to save time by loosening the screws.  If I had
7  known that, yes, most definitely I would -- I agree with you.
8  I would have stopped the whole thing and would have saved a
9  person's life by that.
10       Q    Mr. Schneider, when they were taking the nuts off,
11  did they have a wrench on the top of the bolt and also the nut
12  to get the nut off?
13       A    Under normal circumstances, yes, you would have to
14  use a wrench to keep the top part fixed and loosen the lower
15  part.  In this particular instance, it was possible to loosen
16  the nut by hand, even though originally these nuts were
17  tightened with tools, with wrenches, in Germany before
18  shipment.  I can only explain that by saying that most likely
19  it was the vibration during transport on -- aboard the ship
20  that they may have come loose -- looser.
21       Q    So the nuts were being taken off by hand when you
22  saw it?
23       A    Yes, that's true.
24       Q    And you did not stop the men from taking the nuts
25  off by hand?

1  March.  That was the day when we had removed and replaced the
2  cover of the generator on the 17th.
3      Q      Well, but the equipment you used after the accident
4  to take off the jacking lugs safely, that kind of equipment was
5  already at the Port of Brownsville, correct?
6      A      I expect so, that this mobile crane would be
7  available at the Port of Brownsville.
8      Q      You've got the picture you were looking for now that
9  shows what you just described?
10     A      Yes.
11            MR. TINNING:  We'll mark that as No. 5.
12            (Schneider Exhibit No. 5 was marked.)
13     Q      Could you hold it up for the camera to show how it
14 was done after this accident, to take the jacking plates off.
15     A      (The witness complies.)
16     Q      Who is in the picture?
17     A      That's Charles Cherrington.
18     Q      Was it your idea to take this picture?
19     A      Yeah, I took the picture.
20     Q      And that's the very generator where Mr. Zamora was
21 hurt and killed?
22     A      Yes, it is.
23     Q      You had a later generator come through the Port of
24 Brownsville where the jacking plates were already taken off,
25 correct?  Go ahead.

1    A    This is true.  The generator was -- the second
2  generator came through the Port of Brownsville without the
3  jacking lugs on right there and then.  This is mainly because
4  we were very shocked by this happening.  In fact, for the past
5  10, 12 years we've shipped worldwide 340 -- 380 generators in
6  all ports of the world; very large numbers, in any event.  And
7  some of them were shipped with jacking lugs, others without,
8  depending on where they were going, which transit route they
9  would take.  And we never had any accident, not even the
10 slightest harm to things or people, so we were quite shocked by
11 what happened in Brownsville.
12         And after this accident, obviously, we were going
13 through the various steps trying to see where -- what could we
14 improve so that something like this would never happen again.
15 We were considering, for instance, the idea of putting warning
16 signs on labels, use stickers, things like that.  We contacted
17 the various Setevedoring companies asking them what they would
18 suggest as a symbol or as a writing or as a warning in their
19 opinion.
20         The answers that we got back were very varied, not
21 consistent.  So at certain points, together with our -- with my
22 colleagues, with Mr. Baumann, for instance, at ABB we decided
23 to go on the safe side to play it safe and to remove the
24 jacking lugs in the Port of Rotterdam after they were no longer
25 needed.

1   Q     And that was because of this accident that that
2 change occurred?
3   A     Yes.  Obviously, yes, the decision was taken on the
4 basis of the accident in Brownsville because when such an
5 accident happens you must think why did it happen, how can I
6 avoid such a similar situation in the future.  It's too
7 shocking.  It has never happened before in ten years, but it
8 has happened now, so obviously there is a need for action and
9 this is what we did.  We tried -- determined to change the
10 situation so that such an accident had will never happen again.
11  Q     And to your knowledge, the first time ABB had a
12 meeting about decals or changing when the jacking lugs are
13 taken off was only after this accident?
14  A     As I said before, we had been in contact with the
15 various Setevedoring companies and the various ports that we
16 work with and we had feedbacks from these people.  And never
17 once in all these years -- and these jacking lugs have been in
18 use for over a decade now.  Never once have there been an
19 indication, queries or impressions that there may be something
20 wrong with it, so -- or there may be -- something may be
21 improved or there may be a need for extra information.  Nobody
22 ever asked us about the two screws -- such screws in the upper
23 area so there was actually -- it was -- there were -- no need
24 for action was required even though there was feedback -- we
25 asked for feedback.

1       MR. TINNING: Nonresponsive.

2    Q   The first time in the last ten years that ABB had a
3  meeting about the need for a decal or to change when the
4  jacking plates are taken off, the first time was after this
5  accident, correct?

6    A   Since I have been with ABB Power Generation and
7  working with transport logistics, I can only say yes. I cannot
8  say what had happened before I came to this company. I'm with
9  transport logistics -- I've been with transport logistics since
10 1985. Before, I worked in a different department. I worked
11 with turbine design.

12   Q   I understand. So the first time since 1985 that
13 there was a meeting about this particular hazard that the
14 jacking plates could be taken off and hurt someone was only
15 after Mr. Zamora's accident, correct?

16   A   Okay. Before the jacking lugs had never been a
17 hazard for us until the accident with Mr. Zamora happened. We
18 had always given transport drawings to the carriers. And if
19 there were anything -- any problems the carriers could ask us
20 for an explanation before manipulating the generators.

21       MR. TINNING: Again, nonresponsive.

22   Q   No meeting you know of within ABB to take off the
23 jacking plates like in Rotterdam were to discuss a decal until
24 after this accident, correct?

25   A   Okay. I think I've already answered your question.

1  I said no.  Since 1985, since I've been with transport
2  logistics, as far as I know, there has never -- there have
3  never been any talks about this -- what you call a hazard,
4  so -- about changing procedures and taking off the jacking
5  lugs.
6      Q    And it's the transport division of ABB that decides
7  what, if any, decal or instruction is going to be on the
8  generator about the jacking plates?
9      A    Okay.  We usually decide this together with product
10 design.  So we do not decide this alone, but there is an
11 exchange of opinions with the person who is responsible for the
12 product.
13     Q    And that would still be all within ABB Switzerland,
14 correct?
15     A    That's correct.
16     Q    How heavy are the jacking plates?
17     A    They are about 350 kilograms.  That's about 750
18 pounds.  Just by looking at the picture, I think everybody can
19 see that they are not very lightweight.
20     Q    Was Mr. Zamora at any of the meetings before the day
21 of the accident where you said that only the two bottom bolts
22 hold the jacking plate on?
23     A    I only had talks with Todd Strever and Charles
24 Cherrington.  And while we had those talks, there were no port
25 workers present.

1  Q   You didn't even know Mr. Zamora, did you?

2  A   Yes and no. I now realize I had met him before. I
3  had met him on the 17th of March. He was present while we
4  talked -- while we changed the cover of the generator and he
5  started a conversation. He asked me where I came from and I
6  told him I was German. And he said that he had been in
7  Frankfurt with the military, so I realized I had met -- I have
8  met him before.

9  Q   During that conversation, was there any discussion
10 that only two bolts hold these jacking plates on?

11 A   No. At that time we changed the generator covers --
12 cover and we did not discuss jacking lugs.

13 Q   Ever with Mr. Zamora?

14 A   Correct, no, we -- I did not.

15 Q   If you had known Mr. Zamora was taking out the last
16 nut and bolt, you would have yelled at him from where you were
17 not to do that?

18 A   Of course. I was -- I must say that until three or
19 four hours after the accident I was not aware -- I had thought
20 Mr. Zamora had taken out both bolts. Afterwards Todd Strever
21 told me that Charles Cherrington had taken out the first bolt,
22 and I wasn't aware of that.

23     If I had known that and I -- if I had known the
24 things I know now from what I read in the deposition, of
25 course, I would have told them to put the bolt back again. I

```
 1      A    Yes.

 2                (Schneider Exhibit Nos 8 and 9 were marked.)

 3      Q    For instance, you signed on behalf of ABB a contract
 4 to hire Brownsville Barge & Crane?

 5      A    Yes, that's also correct.

 6      Q    And you had authority to do that for ABB?

 7      A    Yes, I have.  I have to add to that that without my
 8 signature it wouldn't have been possible to proceed with the --
 9 with the unloading of the generator, so I signed a bit against
10 will, but I double-checked prior to that with Mr. Lepori.

11      Q    But that was within your authority to sign for ABB?

12      A    Yes.

13      Q    And that contract was in English?

14      A    Yes, it was in English.

15      Q    You read Mr. Cherrington's deposition in English?

16      A    Yes, obviously with the help of a dictionary.

17      Q    You gave your instructions the day of the accident
18 in English?

19      A    Yes, but I didn't really give instructions the day I
20 was there in Brownsville.  My role was that of a consultant.  I
21 was just simply there.  I didn't give any instructions.

22      Q    I understand that.  You never instructed someone not
23 to take the nuts off?  You didn't give that instruction?

24      A    Correct.

25      Q    But when you spoke with the other workers you spoke
```

1  never really sent it.  I've never sent it to OSHA.
2      Q     I understand.  But it's your writing and your
3  signature?
4      A     Yes, it is.
5      Q     Okay.  Did you hire Mr. Baumann or promote Mr. -- or
6  Baumann, I guess the correct pronunciation -- Thomas Baumann?
7      A     Mr. Baumann was hired by the person who held my
8  position prior to me, Mr. Merli, who has been in retirement for
9  two years, but yes -- ever since we've worked together.  And
10 he's -- he was supported and promoted in the course of this
11 time.
12     Q     To be more accurate, your position, your current
13 position includes the authority to hire and promote people in
14 Mr. Baumann's position?
15     A     Yes, that's true.
16     Q     Would you agree with Mr. Baumann that the only two
17 documents he says that show the bolts can only be held on the
18 jacking plates by two of the bolts are the ones marked 8 and 9
19 to his deposition?
20     A     Yes.  Per se, the transport drawing that he showed
21 here, this one here, per se, would already be enough because it
22 indicates this, that only the lower bolts serve the fixing
23 purpose -- are load-bearing bolts.  The other drawing is an
24 assembly drawing which shows the same thing in greater detail.
25     Q     It doesn't even show the upper bolts at all,

1  correct?

2  A    Yes, they are -- it shows them. You can see it
3  here.

4  Q    Could you hold it up for the camera where you're
5  saying that it shows the upper bolts do not carry a load?

6  A    This is the upper area and it is indicated that this
7  screw has thread, and it also indicates that the jacking lug
8  has a thread in that point. And what is indicated here is the
9  wall of the generator. And very clearly it can also be shown
10 that there is no hole, no boring through the generator wall.

11 Q    Did you ever give a copy of this drawing to Mr.
12 Cherrington?

13            THE INTERPRETER: No, he hasn't.

14 Q    Did you ever give a copy of that to Mr. Zamora?

15 A    No.

16 Q    Do you know roughly how much that generator costs?

17 A    Between four or five million dollars.

18 Q    Do you know who it was that decided even after the
19 accident not to put any instructions like that drawing right on
20 the -- on the side of the generator?

21            THE INTERPRETER: The reason why this decision
22 was not taken is because this drawing that he's just held up is
23 very clear and indicates how the jacking lugs are fixed to the
24 generator. In order to avoid any similar situations and risky
25 situations it has instead decided -- been decided to remove the

1  of the generator?
2      A      Definitely, yes.
3      Q      And you certainly feel that the pictures on Baumann
4  Exhibits 8 and 9 clearly show that only two of the bolts on the
5  jacking plates hold it to the generator?
6      A      Yes.  If you have a little bit of technical
7  background you would understand that, yes.
8      Q      Have you still given me complete and truthful
9  answers, Mr. Schneider?
10     A      Yes, I did.
11     Q      No answers that you would like to change or correct
12 to make them true?
13     A      Before you asked me who ordered the tests to be done
14 at the factory and I told you that I had ordered Mr. Cosentino
15 to do the tests, but it was upon advice of our lawyers that we
16 took -- that we did the tests.
17     Q      And is that the only answer that you need to change
18 or add to to make it fully true and correct?
19     A      Yes, that's right.
20              MR. TINNING:  Thank you very much, sir.
21                      FURTHER EXAMINATION
22 BY MR. UHLES:
23     Q      Mr. Schneider, there's just one thing I forgot to
24 ask you before.  Did ABB own this generator at the time this
25 accident occurred?

```
 1              FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2       The original deposition was/was not returned to the
 3  deposition officer on _____;
 4       If returned, the attached Changes and Signature page
 5  contains any changes and the reasons therefor;
 6       If returned, the original deposition was delivered to
 7  Mr. William J. Tinning, Custodial Attorney;
 8       That $_____ is the deposition officer's charges to
 9  the Plaintiffs for preparing the original deposition transcript
10  and any copies of exhibits;
11       That the deposition was delivered in accordance with Rule
12  203.3, and that a copy of this certificate was served on all
13  parties shown herein on and filed with the Clerk.
14       Certified to by me this _____ day of _____,
15  2000.
16
17                         KIMBERLY DEL BOSQUE
                           Certified Shorthand Reporter
18                         Cert. No.: 5064
                           Exp. Date: 12/31/01
19
20                         U.S. LEGAL SUPPORT, INC.
                           500 North Water Street
21                         Suite 500, South Tower
                           Corpus Christi, Texas  78471
22                         (361) 883-1716
23
24  JOB #05-7958
25
```