*W: Mr Justin Williams*
*C: Mrs Karan Ciotti*
*S: Mr Roland Schneider*

Stenographer: do you solemnly swear to tell the truth, the whole truth and nothing but the truth?
Mr Schneider: I swear
Interpreter: I swear to translate the whole truth to the best of my abilities

1  W: Would you state your name for the records, please?
2  S: My name is Roland Schneider
3  W: Where do you live Mr Schneider?
4  S: I live in Germany
5  W: tell us your address and phone number
6  S: I live .. Hohentengen is the town. The road is Keltenweg, 5. Phone number +49.77.42.66.66
7  W: Who do you work for?
8  S: I work for the company Alstom Switzerland Ltd
9  W: and what is your job at Alstom?
10 S: I work in transport logistics and I'm in charge of transportation
11 W: prior to working for Alstom who did you work for?
12 S: I started for the firm BBC then this firm became part of the joint venture with the company
13 ASEA, it's a Swedish company
14 W: and then it became...
15 S: ABB
16 W: and how long have you worked at ABB?
17 S: I started working in 1968
18 W: what is your educational background?
19 S: I did an apprenticeship working with machines and draftsman, then I made this vocational
20 training in engineering
21 W: prior to working in transport logistics what did you do?
22 S: I started working in the steam design department and I changed to transportation logistics in 1985
23 W: tell us in what parts of the world you have been to work in transport logistics
24 S: North America
25 W: where in North America?
26 S: New York, Texas, Mexico, then I went to South America, Brazil, Perù, I've also been to Africa,
27 Libya, Asia, the Philippines, Thailand, and I've also been to some European countries
28 W: and to Corpus Christi?
29 S: I remember that, yes
30 W: when you travel with ABB or with Alstom, what's your job?
31 S: we survey the transport operations and we give advice to the companies, if necessary
32 W: is part of your job to ensure that whatever piece is moved it is done in such a manner that the
33 piece is not damaged?
34 S: we usually know beforehand what is to be done, and when we work with a company for the first
35 time we usually go on the spot to have a look at how they work
36 W: explain to us what you mean when you say We know beforehand what is to be done
37 S: there's a starting point and an ending point. When you transport certain elements you need to
38 have a concept
39 W: would Concept be the same of planning a move?
40 S: yes
41 W: if we were to move something small such as a suitcase, some people are very meticulous and
42 pack everything precisely, and some others just through things into the suitcase and just push down

Case 1:03-cv-00192   Document 79-9   Filed in TXSD on 04/21/2005   Page 2 of 7
Mar 31 05 05:11p   Justin L. William   888-7717   p.6

5

1  W: so the generator has some covers for the transport
2  S: when the generator was produced the concept for on-carriage wasn't completed yet. We usually
3  manufacture on forecast, if there's no fixed project yet. Then when the generator is moved to
4  Monterrey, the original cover was remove for the RR profile
5  W: that was done in the lash barge
6  S: yes
7  W: and the people came from the company for the erection of the plant in Monterrey
8  S: a worker came to survey but it was done by Shaefer stevedores
9  W: did you have a discussion with Tod Striever or anyone else for the lift of the generator onto the
10 railroad car?
11 S: yes, when covers were changed we used a mobile crane, that's why I asked the two gentlemen to
12 take off the jacking lugs as we had the cranes. We needed to tie the cable and to remove the bolts
13 and lift it up
14 W: Was that done?
15 S: No
16 W: Why not?
17 S: Charles Cherrington decided to do that when the generator was loaded on the railroad car
18 W: was Tod Striever present during this discussion?
19 S: Yes
20 W: did he give any instruction to Charles Cherrington on what to do?
21 S: they both discussed but the decision was to do it when the generator was on the railroad car
22 W: would you have had the authority to decide to take away the jacking lugs when the generator
23 was on the railroad car?
24 S: I could have decided that but I was there to give advice and not [redacted]. It was ok to remove
25 the jacking lugs when on the railroad car
26 W: from the discussions with Charles Cherrington and TS, the jacking lugs were to be removed
27 before the rail transport.
28 S: it was clear in prior discussions
29 W: On the day of the accident, when did you arrive at the dock?
30 S: I don't recall the hour, it was in the morning
31 W: what was the first thing done for the lift?
32 S: the cables were tied to the gen
33 W: were there problems when the generator was lifted and moved to the railroad car?
34 S: no the lift was carried our regularly.
35 W: the lift was scheduled to be done prior to that day?
36 S: I don't remember if we had a discussion with Shaefer stevedores, we discussed with Brownsville
37 Barge and Crane Company, they wanted to sign the letter of indemnity
38 W: there has a lift cancelled, right?
39 S: yes
40 W: once the generator was lifted onto the railroad car, what happened?
41 S: the generator was placed over the railroad car, the wood platform had to placed between the
42 generator and the railroad car
43 W: when was that done?
44 S: when the generator was at 20 cm over the railroad car
45 W: how did they do that?
46 S: the wood platform was removed from the barge, placed on the crossbeams to fit the generator
47 once it was lowered
48 W: the platform had to be placed on the railroad car to fit the generator for the rail transport
49 S: the reason for its use is that the lifting lugs can be mounted or removed. This isn't necessary only
50 for RR transportation, it needs to be under the generator so that the lifting lug can be mounted once
51 the generator is manufactured

1 S: I felt Charles Cherrington understood me because he nodded, when I looked a the platform if it
2 was in place...
3 W: what happened?
4 S: from the moment I told Charles Cherrington to stop, I cannot tell how much time passed but only
5 few minutes passed
6 W: and then
7 S: when I realized what happened the operation was stopped immediately
8 W: and what accident happened?
9 S: I don't know how it happened, as from what I saw, Zamora was on the floor, and the jacking lugs
10 were partly by him and partly on him
11 W: after the accident did I you have discussions in which Tod Striever told you that he told Charles
12 Cherrington and the stevedores how they would have to make the lift?
13 S: we were shocked after the accident and we didn't speak about who said what to whom
14 W: a company like CH Robinson, the contracts with ABB to move equipment from Brownsville to
15 M, in your opinion would it be ok to allow the stevedoring company to make a plan on how to make
16 the transport from barge onto railroad car?
17 C: objecting the form of the question
18 S: it is legitimate for Shaefer to make a proposal to CH Robinson because they're supposed to have
19 experience in transfers
20 W: It wouldn't matter to ABB who comes up with the plan as long as it's safe
21 C: objecting the form of the question
22 S: it doesn't make a difference if the plan is made by CH Robinson of the stevedores but I think it
23 should have been discussed among them
24 W: the movement, the parties involved in this movement should have discussed before?
25 S: it was discussed before, we discussed that: myself, CH Robinson and the stevedores. We made
26 clear that the generator had to be lifted and put on the railroad car before any other operation
27 W: that discussion occurred when you suggested that the lug could be removed in the barge?
28 S: Yes
29 W: if a plan would have been in place between CH Robinson and Schaefer to move the generator to
30 railroad car and when to remove the jacking lugs, the discussion with CH Robinson and Schaefer
31 was a result of your suggestion of taking them off in the barge
32 C: objecting the form of the question
33 S: I could have said no and Shaefer would have accepted it
34 W: the discussion you had, it came up because you said something?
35 C: objecting the form of the question
36 S: we hade a mobile crane and for me it was the easiest way to use the crane and to remove the lugs
37 and to place the lugs on the railroad car
38 W: how the discussion came?
39 S: the stevedores and CH Robinson decided to remove the jacking lugs when the generator was
40 placed on the railroad car
41 W: did you think that the fact that there was a mobile crane was the reason you decided to take the
42 covers and the jacking lugs off at that moment?
43 S: yes
44 W: Did you tell your decision to Charles Cherrington and TS?
45 C: objecting the form of the question
46 S: yes

47 W: discussions, correspondence, according to the exhibits, indicate that the plan of the arrangement
48 for this lift were going on long before the date of the lift?
49 C: objecting the form of the question
50 S: yes

1 W: Did the companies involved know that it was a lift of a generator onto a railroad car to Mexico?
2 S: yes
3 W: a company was hired to operate the heavy crane?
4 S: I 'm not aware, CH Robinson was in charge of doing that
5 W: you knew that someone was in charge of operating the crane
6 S: I saw the floating crane and I knew it would have been carried out by Brownsville Barge and
7 Crane Company
8 W: you knew the Schaefer stevedoring were the longshoremen
9 S: yes
10 W: that they would have carried out the work?
11 S: yes
12 W: you're suggesting to remove the lugs when the generator is on the barge. Do you know if there's
13 been a change in the plan they had?
14 S: I'm not sure if there was a plan to dismantle the lug. Mine was a suggestion
15 W: should have been a plan to do that?
16 C: objecting the form of the question
17 S: normally we use a plan
18 W: if there's a change in operations , what should happen?
19 S: CH Robinson should be informed of changes and if it concerns the product also ABB should be
20 informed
21 W: where you informed that the lugs were to be removed while the generator was suspended?
22 S: no, I wasn't informed
23 W: when you were in Brownsville before the accident, did you ever hear Tod Striever giving
24 instructions to CH Robinson contractors?
25 S: there were orders from Tod Striever to Schaefer as regards the equipment needed
26 W: did you hear Tod Striever ask the people how they would have done the work?
27 S: Tod Striever didn't ask the stevedores any detail

28 C: what's your Business address?
29 S: Baden, Boveri Strasse, Building Konnex, Floor D1, Department CHT
30 C: zip code?
31 S: 5401 for Baden
32 C: your phone number?
33 S: +41.56.205.50.15
34 C: the name of your current employer?
35 S: Alstom Switzerland Ltd
36 C: How long have you worked in transport logistics?
37 S: since 1985
38 C: that's the first time you work for Alstom or the company's previous name?
39 S: no before that I was in the steam design department in AB
40 C: In 1985, what was the company's name?
41 S: BBC, Brown Boveri and Cie
42 C: that's in 1985?
43 S: yes. Up to 1985 it was BBC, then changed to ABB, to ABB Alstom and now it's Alstom
44 C: in 1989, what was the name of the company you work for?
45 S: ABB
46 C: did you work for ABB power generation at any point of time?
47 S: yes, to me the name is ABB, in other area it has a different name. where I have worked it's ABB
48 power generation
49 C: it was ABB power generation, right?
50 S: yes

Case 1:03-cv-00192   Document 79-9   Filed in TXSD on 04/21/2005   Page 5 of 7
Mar 31 05 05:12p   Justin L. William          888-  17                              P.11

10

1 S: yes
2 C: what's the purpose of this document?
3 S: normally, when you're on location and you survey or you're an advisor, you describe what
4 you've done and you hand it out to your company and to the ones you worked with
5 C: when you say you hand it out to the company you worked with, which company do you mean?
6 S: CH Robinson
7 C: then?
8 S: for heavy pieces for the on-carriage operations, CH Robinson
9 C: CH Robinson is the only recipient of this report, apart from the people in ABB?
10 S: yes
11 C: What do you mean by the word agent?
12 S: the company we appointed to organize and manage transport from point A to point B
13 C: were you involved in the decision for the transport A to B?
14 S: I was told when they knew they were going to choose CH Robinson. The reason why we chose
15 CH Robinson was the good link with American and Mexican RR authorities
16 C: did you play a part in the decision of hiring CH Robinson. Or someone else in the company
17 decided that?
18 S: there were discussions and I was involved. There was someone in the end saying ok. In this case
19 it was Mr Lepori, but as for the technical part, I didn't have any reason to object this decision.
20 C: who drafted the contract?
21 S: Mr Lepori
22 C: when I say the contract I'm talking about the first 4 pages
23 S: that's the commercial side
24 C: how about transportation-qualifications?
25 S: as far as I know it's CH Robinson
26 C: you were not opposed to the decision of CH Robinson
27 S: no, it was the first time we were going to work with CH Robinson and we hadn't heard anything
28 bad about them. We knew that CH Robinson was good in heavy transport
29 C: you were in Brownsville in February, when was the first time you met someone from CH
30 Robinson in BR?
31 S: I arrived in Texas via Arlington, I met there Tod Striever and JH
32 C: at the airport?
33 S: yes
34 C: before you met at the airport, you met in Switzerland
35 S: yes
36 C: in Switzerland there has been discussion how equipment had to be moved from barge to railroad
37 car?
38 S: we knew that the transformers would have traveled with their own crane and that the generator
39 would have traveled with a lash barge and for the lift onto the railroad car we were going to use a
40 crane. It wasn't a detailed discussion
41 C: did you discuss with Jim Hamilton in Switzerland in person?
42 S: the whole process involving the transfer from barge to railroad car
43 C: did you have communication with Hamilton or someone else in CH Robinson but not in person
44 before Brownsville? Letters, faxes, e-mails?
45 S: my main interlocutor was H, maybe I exchanged some e-mails with Tod Striever but I'm not sure
46 C: and how did you communicate with Jim Hamilton when he was not in Switzerland?
47 S: on the phone or by e-mail
48 C: did you discuss with Jim Hamilton before Brownsville any detail of the lift from lash barge to
49 railroad car?
50 S: from my point of view there wasn't much to discuss. We knew how it traveled and that we used a
51 floating crane. The lift itself was to be taken in consideration by the company in charge

1 C: That's?
2 S: CH Robinson, Brownsville Barge and Crane Company and Schaefer
3 C: did you have any communication with Tod Striever on the same question before Brownsville?
4 S: no, no communication at all
5 C: you're referring to the movement of the generator from barge to railroad car?
6 S: the first contact with Tod Striever was in Texas.
7 C: I just want to make sure: after you went to Texas, you discussed with CH Robinson how to move
8 the piece from barge to railroad car?
9 S: it's difficult to answer because we knew we were going to use a floating crane
10 C: apart from the crane, did you discuss some other detail?
11 S: no, because there was nothing to be discussed in further detail
12 C: you had a meeting with Tod Striever and Schaefer
13 S: yes but not specifically for the movement from barge to railroad car because I don't think there
14 was something to talk. We knew how to lift the gen
15 C: in 2000 when you gave your deposition do you remember that one of the attorneys asked you if
16 you had meeting with Tod Striever and Charles Cherrington how to lift the generator from barge to
17 railroad car?
18 S: I cannot remember in detail, I would have to read it again
19 C: your deposition from April 2000, when was the last time you read it?
20 S: a few days ago
21 C: I'll read a part for you: page 10, line 12: Zamora's family's lawyer asked you: when you saw
22 someone loosening the bolts you stopped operations because it was dangerous and you answered:
23 yes with Charles Cherrington we decided how to proceed and we didn't do that on the same day but
24 before, when changing the covers.
25 Then you answered: that's the day when the drawing was made, it was March 27th, there have been
26 many talks with Charles Cherrington and Tod Striever before about how to transfer the generator
27 from the generator to the rail car.
28 Do you remember having discussions with Charles Cherrington or Tod Striever about that?
29 S: we had a transport drawing, we decided where the cable had to be placed and how the generator
30 had to be put onto the railroad car but the lift itself was not discussed
31 C: you talked earlier about changing the covers. Is it one or more than one
32 S: one
33 C: before the cover change were you aware that the lugs were still on the gen?
34 S: I knew that as CH Robinson
35 C: did CH Robinson know before that, before the generator came to Brownsville?
36 S: I believe so and this can be seen from the drawing but I cannot swear they knew it
37 C: is there a difference between jacking plates and lifting lugs?
38 S: the plates is what must be dismantled. The lugs are on the generator and the cables go through
39 them.
40 C: we're looking at the 3rd page of exhibit 8. the jacking lugs are points 4 and 5. Did the lifting lugs
41 ever come off?
42 S: no because they're welded
43 C: do you recall anyone Tod Striever or Charles Cherrington or anyone else seeming surprised that
44 the plates were still when they arrived in Brownsville?
45 S: No, nobody was surprised
46 C: you testified earlier that correspondence and exhibits show there was a plan to lift the piece made
47 before the generator arrived to Brownsville, you recall?
48 S: The concept was decided long before
49 C: But not the details
50 S: no, because before going into detail you need the permits
51 C: Who obtained the permits?

Case 1:03-cv-00192   Document 79-9   Filed in TXSD on 04/21/2005   Page 7 of 7
Mar 31 05 05:12p   Justin L. William        888-017        p.13

12

1  S: CH Robinson
2  C: and once they got the permits they sent information to you, right?
3  S: yes
4  C: Would it be fair to say that people from ABB and CH Robinson worked together for the details
5  of the plan?
6  S: usually the agent is in charge of the details, but for some points CH Robinson asked us to take
7  care, for example, the placement of the beams on the railroad car or the lashing concept.
8  C: beams?
9  S: Cross-beams. I think there's a drawing which we discussed before
10 C: what are these beams made of?
11 S: steel profiles
12 C: is it the same as spreader bars?
13 S: no, you use spreader bars in lifting operations
14 C: when do you use cross beams?
15 S: When the railroad car width is not enough. So if we look at the generator drawing, it shows
16 where the generator is put
17 C: It's a wooden beam
18 S: and on this support area you put beams so that the generator would fit
19 C: do you recall when you explained to Charles Cherrington exactly how jacking plates had to be
20 removed?
21 S: there were a discussion after the changing of the generator cover, that's when I put forward my
22 proposal
23 C: to use the mobile crane?
24 S: yes, and I proposed him to remove the jacking lugs: first fixing the cables on the jacking lugs and
25 then removing the bolts
26 C: you testified earlier that Charles Cherrington said no to that plan, right?
27 S: Charles Cherrington didn't accept my proposal. He had proposed to do that when the generator
28 was already on the railroad car
29 C: Charles Cherrington worked for Schaefer
30 S: yes but Tod Striever agreed with Charles Cherrington
31 C: do you specifically remember that?
32 S: I'm sure Tod Striever did not have any objection
33 C: do you recall Tod Striever saying or not saying anything about it?
34 S: I don't remember correctly his words, I only know the result of that, the decision to remove the
35 lugs when the generator was on the railroad car
36 C: and Charles Cherrington supervised the longshoremen that had to remove the lugs, right?
37 S: I don't know if they were Schaefer's workers but they were managed by him
38 C: Charles Cherrington ?
39 S: yes
40 C: you used the term agent, do you know the meaning of this term under Texas law?
41 S: I cannot tell what under Texas law is, but in my company it means that with our contract on our
42 behalf organizes A to B transport on their own or through other companies, and all procedures of
43 permits
44 C: your company is responsible for any mistake the agent may make?
45 S: as we saw in the Monterrey project, ABB or Alstom was made liable for things they did or didn't
46 do. The plaintiff was not happy with the money CH Robinson got. I am sure that if CH Robinson
47 had a bigger amount of liability coverage, ABB wouldn't have not held be liable
48 C: objecting. The answer is non responsive
49 C: is it your opinion that ABB did absolutely nothing wrong as regards Mr Zamora's death?
50 S: from my point of view, as I took or did not take certain decisions, I'm sure I didn't do anything
51 wrong. If I had stopped operations, Mr Zamora would still be alive but there are so many other