| AGREEMENT: | Project MONTERREY | | |
|---|---|---|---|
| | MEXICO | off shore | 3/13 |

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

1. **PREAMBLE**

   The Operator and the Company enter into this Agreement for the execution of heavy components for the MONTERREY Power Plant, N.L., Mexico, as per attached drawings HDST 301865 / HDST 201552 / HDST 301865.

2. **BASIS OF ORDER**

   The following conditions and documents form an integral part of this Agreement:

   - C.H. ROBINSON COMPANY quotation dated January 30, 1999 and February 5, 1999, the latter to cover the quotation for two (2) transformers 526x269x370 cm / 49'969 grosskos, each.

3. **SCOPE OF WORK**

   Transport from Brownsville, Texas via Matemoros / Apodaca to the MONTERREY Power Plant Project in full accordance with Mexican Law and Operator's quotations as defined in Par. 2.

4. **TIME SCHEDULE**

   Between February 27, 99 up to approx end of July, 99 as per Company's specific schedule to provide in due course.

5. **PRICE + 6. Termins of payments**

   1st payment: USD 258'902.00 after contract signature
   2nd payment: USD 54'222.69 after delivery of 2nd Thermal Block

6. **TERMS OF PAYMENT**

   Payable net 10 days.

| AGREEMENT: | Project MONTERREY MEXICO | off shore | 4/13 |
|---|---|---|---|

| AGREEMENT NO. | : | 159 |
|---|---|---|
| DATE OF AGREEMENT SIGNATURE | : | February 16, 1999 |
| DATE OF AGREEMENT REVISIONS | : | |

## 7. LIABILITY

The Operator will provide the following proof of liability coverage:

- AMFELS, BROWNSVILLE
  (Crane Operator)
- SCHAEFER BROWNSVILLE
  (Stevedoring / Rigger)
- BRI, Brownsville
  Rio Grande
  International
  (Railroad)

## 8. CORRESPONDENCE

Unless otherwise agreed all correspondence to be addressed to:

ABB Power Generation Ltd
Dep. KWGP-L
CH-5401 Baden / Switzerland

att. Mr Sandro Lepori
General Manager / Transportlogistics
Gas Turbine and Combined-Cycle Power Plants

Tel.:   +41 56/ 205 58 02 or +41 56/ 205 30 86
Fax:    +41 56/ 205 61 82

## 8. SIGNATURES

ABB Power Generation Ltd.
CH-5401 Baden

Executed for                    )   ..................
and on behalf of                )
ABB Power Generation            )   Date: February 16, 99
Baden, Switzerland              )

Agreed and accepted for         )
and on behalf of                )
C.H. ROBINSON                   )   Date: February 16, 1999

## C. H. ROBINSON COMPANY



January 30, 1999

10 x 5

Mr. Sandro Lepori
General Manager Transport Logistics
Gas Turbine and Combined-Cycle Power Plants
ABB Power Generation Ltd.
Dept. KWGP-L
CH-5401 Baden / Switzerland

129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

Dear Sandro,

Please refer to your memo of January 19, 1999 concerning the movement of a generator, transformer and gas turbine from Brownsville, Texas to ABB plant site southeast of Huinala, Mexico. Below please find our price to A). Move pieces from Brownsville, Texas to the jobsite; and B). Set pieces on foundations:

*valid for 3 pieces*

A). *$355,860\* (Three Hundred Fifty Five Thousand Eight Hundred Sixty Dollars) U. S.*
   \* Plus Mexican E. V. A. tax of 15%

   Price Includes:
   All transportation and logistics management plan
   3 Heavy Duty Rail Cars (12 Axle)
   Unloading 325 Ton Generator from lash barge to rail car
   Tie down to rail cars for all 3 pieces
   Transloading (Jack and Skid) from rail cars to OTR Transporters
   Tie down to OTR Transporters
   All permits, grading, and re-conditioning of rail spur and overpass to site

B). *$225,285\* (Two Hundred Twenty Five Thousand Two Hundred Eighty Five Dollars) U. S.*
   \* Plus Mexican E. V. A. tax of 15%

*valid for 4 pieces*

   Price Includes:
   1). Supply of Gantry, Labor, and all temporary materials required to perform the rigging operations.
   2). Price is based on having no interferences at job site so as to allow setting of gantry in the area required for the rigging operations.
   3). Price is based on having transformers module along side of the foundation which calls for only one operation.

*Above quotation subject to attached qualification sheet*

In closing please find a plan overview. We look forward to discussing any questions you may have.

Best Regards,

Jim Hamilton
General Manager - Multimodal Heavy Transport

C. H. ROBINSON COMPANY



129 Keller Hicks Road
Keller, TX
76248-4438
817.431.3146
fax 817.431.3425

January 30, 1999

Sandro,

As we have discussed, our plan is to receive the turbine and transformer from the MV Jumbo Spirit in Brownsville February 2. We have secured 2 rail cars that will be spotted on track 2, Dock 11 at the port. Attached please find the port drawing, as well as a photo of the vessel Petrel Arrow which is docked at Dock 11. From the side of the vessel to the track center is 25 feet. We need to ensure the vessel gear has enough reach to set pieces on rail cars.

We have also secured a 700 ton barge crane to unload the generator from a lash barge at the same location. We are in need of a date to identify which rail car we will utilize for this movement.

We have met with the Brownsville & Rio Grande International Railroad, who will provide the service from the Port to the TFM in Matamoros. All pieces have been cleared from the Port to the siding at Apodoca, Mexico.

With our award of the project, we will immediately begin formal planning which will include detailed timeline, procedures, calculations, and drawings as required.

Please do not hesitate to call me at home on Sunday (817) 431-9401 to discuss any thoughts, questions or ideas you may have. I will be watching the Super Bowl, so have your team selected and ready to wager.

Warmest Regards,



 **Jim Hamilton <HAMIJIM@chrobinson.com>**
99-03-01 12:37

To:      Sandro Lepori/CHKRA/ABB
cc:
Subject: Update

Security Level:?   Internal

Gooden Tag Sandro,
In talking with Rolland and Todd last evening we find the trucks loaded and ready to go. The first rail car is to have tie down completed by 1000 this morning. Todd advised that he would then have the BRG take to the bridge for a 1500 crossing. The second car is on plan for a Tuesday departure.

Rolland does wish to change the tie down on generator from rod to cable. We do not see any problem in doing so, provided we get agreement from the rail carriers and order material very soon.

Presently I am in Merida and you can reach me at the following numbers:

        Hotel   52 99 42 1111   room 560
        Hotel fax 52 99 42 1112

        Mexican Cell 52 83 96 6442
        U S Cell 01 817 239 5051

Let me know if you have any questions or concerns.

Regards,
jch