NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HER LATE HUSBAND OSCAR ZAMORA, SR.; AND ON BEHALF OF THEIR MINOR SURVIVING SON OSCAR ZAMORA, JR.; AND OLIVIA ZAMORA, THE SURVIVING MOTHER OF THE LATE OSCAR ZAMORA, SR.; and ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE TRAGIC, UNTIMELY DEATH OF THE LATE OSCAR ZAMORA, SR. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | IN THE DISTRICT COURT OF<br><br><br><br><br><br><br>357TH JUDICIAL DISTRICT |
|     Plaintiffs<br>and<br>ANGIE ZAMORA<br>    Intervenor<br><br>V.<br><br>ABB KRAFTWERKE AKTIENGESELLSCHAFT, ABB ALSTOM POWER (SWITZERLAND), LTD, FORMERLY KNOWN AS ABB POWER GENERATION, LTD. and BROWNSVILLE BARGE & CRANE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br><br><br><br><br>CAMERON COUNTY, TEXAS |

---

ORAL AND VIDEOTAPED DEPOSITION OF
JAMES HAMILTON
April 25, 2000

---

ORAL AND VIDEOTAPED DEPOSITION OF JAMES HAMILTON, produced as a witness at the instance of the Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., f/k/a ABB Power Generation, Ltd., and duly sworn, was taken in the above-styled and numbered cause on April 25, 2000, from 9:26 a.m. to 11:30 a.m., before Gloria Carlin, CSR No. 498 in and for the State of Texas, reported by Stenographic method, at the offices of Hill Gilstrap, 1400 West Abram Street, Arlington, Texas, pursuant to the Texas Rules of Civil Procedure, Notice and the provisions stated on the record.

**CERTIFIED COPY**

Job No. 000425GJC

GLORIA CARLIN, CSR, RMR, CRR

1   A.   Basically a transportation broker takes
2   transportation, works with carriers and then matches
3   the carriers with the shippers.
4   Q.   Was C.H. Robinson involved in the
5   transportation brokerage business prior to your joining
6   the company?
7   A.   Yes.
8   Q.   What types of transportation were they
9   involved in prior to your joining the company?
10  A.   They were involved primarily in truck and
11  rail and air -- excuse me -- and LTL.
12  Q.   And what is LTL?
13  A.   Less than truckload.
14  Q.   Okay.  Were they involved significantly in
15  heavy load transportation?
16  A.   No, no.
17  Q.   Did they have any departments that were
18  involved in heavy load transportation prior to your
19  joining the company?
20  A.   No.
21  Q.   Did they have any personnel with experience
22  in heavy load transportation prior to the time of your
23  joining the company?
24  A.   Limited, limited.
25  Q.   What was -- what was your role with C.H.

1   Robinson when you joined them in 1995?

2       A.   I was the General Manager of the heavy haul

3   multimodal transport division.

4       Q.   Okay.  And what would -- how many people did

5   you have in your department at that time?

6       A.   When I started there were two.

7       Q.   And it was you and who else?

8       A.   Sonia Kimmons.

9       Q.   And what was her --

10              THE REPORTER:  Kimmons?

11      A.   Kimmons, K-I-M-M-O-N-S.

12      Q.   (BY MR. WILLIAMS)  What was her position?

13      A.   She was administrative.  We -- we both did

14  everything at that point in time.  We were just

15  starting the business unit out.

16      Q.   All right.  This -- the accident we're

17  involved in occurred at the Port of Brownsville in

18  1999.  Tell us how the division involved with heavy

19  transport for C.H. Robinson had evolved between your

20  creating it or your starting it in 1995 and 1999?

21      A.   Justin, I -- I don't think I understand the

22  question.

23      Q.   Yeah.

24      A.   If --

25      Q.   Sure.  What I'm asking you is you're telling

1   down there, so we hired Homero at that point in time.
2   Then we had Mark Peterson, who was working with us on
3   the Westinghouse project in Orlando. He was down south
4   in Orlando at Westinghouse's area. His focus was
5   over-the-road, he was a specialist in over-the-road
6   heavy haul. Then we had Sonia Kimmons, who started
7   with me and came from the railroad, and she had about
8   11 years experience with the railroad, and then in late
9   '96, September, October of '96, I believe it was, and
10  memory is gone, we hired Tom Ferguson, who was a
11  transportation coordinator for the leather factory, and
12  he had just done truckload stuff, and he wasn't real
13  familiar with rail heavy haul, but we brought him in to
14  train him.
15        Q.   Okay. Did your contract with ABB or your
16  letters that went back and forth, did it delineate the
17  responsibilities, who was supposed to be in charge of
18  the movement and the transportation of the generator
19  from the time it got to the Port of Brownsville to the
20  time it got to where you were to release it in Mexico?
21        A.   I don't under -- I don't --
22        Q.   Okay. I noticed that in looking at -- and I
23  don't have -- I was looking for the letter this
24  morning. I'm not sure I have the specific letter, but
25  it seems like in one of the letters that you have

1   written to Mr. Lepori, you make as one of your bullet
2   points that there is to be no interference with the --
3   the haul -- your management or your overseeing of the
4   hauling. Do you recall that?
5        A.   No.
6        Q.   Okay. Well --
7        A.   And could you say what you just said again?
8        Q.   Sure. It says that there -- as I recall one
9   of your letters to Mr. Lepori, it says that -- that
10  you're not to have interference, that you're going to
11  be in overall charge of the equipment moves and that
12  there is to be no interference with that. Do you
13  recall exactly how that --
14       A.   No, no, and I would -- I would never tell a
15  customer he can't interfere with --
16       Q.   Okay. I'll try to find it when Mr. Tinning
17  is asking you questions, try to find the actual
18  letter --
19       A.   Document.
20       Q.   -- we're talking about, yeah, and if I can't
21  find it we'll just move on at that time.
22       A.   Okay.
23       Q.   How was the -- what were the particular
24  lifting -- I don't know, what do you call, lifting
25  points or where was the different things on the various