IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL., | ) ) ) ) |
| PLAINTIFFS, | ) ) |
| VS. | ) CIVIL ACTION ) NO. B-03-192 ) |
| C.H. ROBINSON COMPANY, | ) ) |
| DEFENDANT. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

JOHN R. BARRY,

CORPORATE REPRESENTATIVE OF THE PLAINTIFFS

DECEMBER 15, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF JOHN R. BARRY, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on DECEMBER 15, 2004, from 3:04 p.m. to 3:55 p.m., before Shanna Obenberger, CSR in and for the State of Texas, reported by machine shorthand, at the offices of McGinnis, Lochridge & Kilgore, L.L.P, 3200 One Houston Center, 1221 McKinney Street, Houston, Harris County, Texas, pursuant to the Federal Rules of Civil Procedure.

JOB NUMBER:

1  understanding?

2      A.   Yes, as outlined in the complaint.

3      Q.   Can you tell me as the plaintiffs' corporate
4  representative what your understanding is of how C.H.
5  Robinson breached this contract?

6      A.   Well, after having reviewed the documentation
7  provided by ABB's attorney, it's my conclusion that
8  there was a contract issued between the two parties, ABB
9  and C.H. Robinson.  It was what I refer to as a
10 lump-sum, turnkey contract.  I think representatives of
11 C.H. Robinson even referred to "turnkey services" that
12 they would provide.  And in my industry that's all
13 encompassing in terms of soup-to-nuts, A-to-Z.

14          Their agreement, what they sold -- their
15 service was to move a piece of equipment from point A to
16 point B and to take care of all requirements, services,
17 needs that may be necessary to get it from point A to
18 point B, its final destination at the job site.

19          There was scope of services that they
20 agreed to do for a certain price, and they had operator
21 management, agency control and had abilities to some
22 part commit ABB to obligations for services and monies
23 over and above the contract price through some informal
24 agreements, I suspect, since there's no change orders to
25 the contract or anything, but there's subsequent

1  billings from C.H. Robinson to ABB for services that
2  they referred to as contingency services and what-not.
3      Q.  Okay.  Let's back up a little bit here.  When
4  you say "turnkey contract," I want to make sure I
5  understand what you mean.  And I think your definition
6  of "turnkey contract" was wrapped up in the response
7  that you just gave me, but just to be clear for the
8  record:  Tell me what you mean when you say "turnkey
9  contract."
10     A.  What I mean by it is an agreement -- an
11 obligation to perform certain services for a certain
12 price, and it's all encompassing in nature.  In the EPC
13 industry that I'm in, a contractor may enter into an EPC
14 lump-sum, turnkey contract with an owner; and in
15 exchange for a certain amount of money, the EPC
16 contractor would perform the engineering design
17 services, the procurement services, the construction
18 services and assumes a lot of risk in connection with
19 those turnkey services, and he's paid handsomely for it.
20             I mean, the owners recognize that because
21 it's turnkey, they have to pay additional sums, because
22 there's scheduling implications, there's performance
23 complications, there's all these risks that you're
24 asking a turnkey contractor to assume.  I mean, it could
25 be labor issues and soil conditions and political risks

1  and things of that nature. And until that plant is
2  turned over to the owner where the owner can turn a key
3  and operate it and produce revenue -- that's where
4  "turnkey" comes from -- then the obligations and the
5  risks are with that turnkey contractor.
6         And at the point that he turns over the
7  plant for operation to turn the key, turn the switch to
8  produce product in accordance with the obligations under
9  the contract, you know, the risk is with that turnkey
10 contractor.
11         Now, "turnkey" was used by C.H.
12 representatives in their depositions, and, you know,
13 whether or not that fits some industry definition, I
14 don't know.
15     Q.   Okay. Tell me what "EPC" stands for.
16     A.   Engineering, procurement and construction.
17     Q.   And you said that that's the side of the
18 business that you're involved in.
19     A.   ABB Lummus Global is an EPC company.
20     Q.   Okay. You also in your response earlier
21 referenced "operator management, agency control." Tell
22 me what you mean by that.
23     A.   Well, I mean, the document says -- refers to
24 C.H. Robinson as operator.
25     Q.   Tell me what you mean by "agency control."

1   Q.   With that understanding, that you can't give
2  me a legal definition for agency, tell me why it is that
3  you believe C.H. Robinson was acting as ABB's agent.
4   A.   Well, they undertook responsibilities on
5  behalf of a benefit to ABB, and those responsibilities
6  are outlined in general in their contract which outlines
7  in general scope of services, and the representations
8  that were made, you know, verbally and in meetings,
9  which are referenced in some of the depositions, by C.H.
10 Robinson to ABB and the fact that they were operator and
11 under a fixed price contract subject to compensation for
12 additional services, you know, and said they would
13 execute all services necessary to move the generator
14 from the barge and deliver it to the job site. And they
15 had, in my opinion, total control and responsibility for
16 the execution, which goes to lump-sum, turnkey services.
17          MS. CIOTTI:  Can we take a break?
18          MR. WILLIAMS:  Sure.
19          (Recess was taken from 3:42 p.m. to
20          3:48 p.m.)
21  Q.   (BY MS. CIOTTI)  Mr. Barry, I just want to go
22 over the topics that were listed in the notice of
23 deposition and make sure that we've covered all these.
24 And right now I'm looking at Exhibit Number 1.
25          Exhibit Number 2 and Exhibit Number 1, the