Page 1

1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                    BROWNSVILLE DIVISION
3   ABB KRAFTWERKE              )
    AKTIENGESELLSCHAFT,          )
4   ET AL.,                     )
                                )
5              PLAINTIFFS,      )
                                )
6   VS.                         )  CIVIL ACTION
                                )  NO. B-03-192
7                               )
    C.H. ROBINSON COMPANY,      )
8                               )
            DEFENDANT.          )
9
10
************************************************************
11
                    ORAL DEPOSITION OF
12
                     JOHN R. BARRY,
13
       CORPORATE REPRESENTATIVE OF THE PLAINTIFFS
14
                    DECEMBER 15, 2004
15
************************************************************
16
17
        ORAL DEPOSITION OF JOHN R. BARRY, produced as a
18  witness at the instance of the Defendant, and duly
    sworn, was taken in the above-styled and numbered cause
19  on DECEMBER 15, 2004, from 3:04 p.m. to 3:55 p.m.,
    before Shanna Obenberger, CSR in and for the State of
20  Texas, reported by machine shorthand, at the offices of
    McGinnis, Lochridge & Kilgore, L.L.P, 3200 One Houston
21  Center, 1221 McKinney Street, Houston, Harris County,
    Texas, pursuant to the Federal Rules of Civil Procedure.
22
23
24
25                              JOB NUMBER:

ROSS REPORTING SERVICES, INC. 281-484-0770

Page 8

1   who are the plaintiffs while retaining the cause of
2   action against C.H. Robinson which has been filed.
3              So from the standpoint of -- technically,
4   Mr. Barry's company, ABB Lummus, has no relationship
5   with either of the currently named plaintiffs, because
6   the currently named plaintiffs are not ABB companies any
7   longer.  They are affiliated with Alstom, which I don't
8   think goes by the name Alstom Power anymore.  I think it
9   just goes by the name Alstom.
10             And we will -- obviously, because the real
11  parties at interest are ABB entities in Switzerland as
12  they currently exist, that's the reason that an employee
13  of a subsidiary corporation was presented; that and the
14  fact that pursuant to the court's order, as we
15  discussed, there is no current employee in Switzerland
16  or in any of the ABB companies with knowledge of the
17  facts surrounding this lawsuit.
18             MS. CIOTTI:  So the real party at
19  interest now is ABB Lummus Global.
20             MR. WILLIAMS:  No.  It's an ABB -- it's
21  ABB, Ltd. -- some Ltd. company that's in Switzerland,
22  and I'll have to -- I will need to file an amended
23  petition stating who the real party at interest is at
24  this time.
25             It is the -- the real party at interest is

Page 9

1   the parent corporation of ABB Lummus.
2       Q.   (BY MS. CIOTTI)  Mr. Barry, are you the
3   corporate representative for the current plaintiff in
4   this lawsuit?
5       A.   Yes.  To my knowledge, yes.
6            MR. WILLIAMS:  Yes.
7       A.   Yes.
8            MR. WILLIAMS:  He's being presented as
9   the corporate representative for all purposes for all
10  the -- for the deposition notices, even though the
11  entities have changed, obviously, and as a corporate
12  representative for the current -- for the party who is
13  the real party at interest.
14           MS. CIOTTI:  Very good.
15           You may have just saved us a lot of time,
16  Justin.
17           (Barry Exhibit Number 3 was marked for
18            identification and is attached hereto.)
19      Q.   (BY MS. CIOTTI)  Mr. Barry, now I'd like to
20  show you what we've marked Exhibit Number 3.
21           Have you seen this document before?
22      A.   Yes.
23      Q.   Did you look over this in preparation for your
24  deposition today?
25      A.   Yes, I did.