JAMES HAMILTON - 4/25/2000                                              1

NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HER LATE HUSBAND OSCAR ZAMORA, SR.; AND ON BEHALF OF THEIR MINOR SURVIVING SON OSCAR ZAMORA, JR.; AND OLIVIA ZAMORA, THE SURVIVING MOTHER OF THE LATE OSCAR ZAMORA, SR.; and ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE TRAGIC, UNTIMELY DEATH OF THE LATE OSCAR ZAMORA, SR. Plaintiffs and ANGIE ZAMORA Intervenor | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | IN THE DISTRICT COURT OF<br><br><br><br><br><br><br>357TH JUDICIAL DISTRICT |
| V. | ) | |
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ABB ALSTOM POWER (SWITZERLAND), LTD, FORMERLY KNOWN AS ABB POWER GENERATION, LTD. and BROWNSVILLE BARGE & CRANE, INC. | ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br>CAMERON COUNTY, TEXAS |

ORAL AND VIDEOTAPED DEPOSITION OF
JAMES HAMILTON
April 25, 2000

---

ORAL AND VIDEOTAPED DEPOSITION OF JAMES HAMILTON, produced as a witness at the instance of the Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., f/k/a ABB Power Generation, Ltd., and duly sworn, was taken in the above-styled and numbered cause on April 25, 2000, from 9:26 a.m. to 11:30 a.m., before Gloria Carlin, CSR No. 498 in and for the State of Texas, reported by Stenographic method, at the offices of Hill Gilstrap, 1400 West Abram Street, Arlington, Texas, pursuant to the Texas Rules of Civil Procedure, Notice and the provisions stated on the record.

Job No. 000425GJC

*CERTIFIED COPY*

CHR/ABB
000899

GLORIA CARLIN, CSR, RMR, CRR

*JAMES HAMILTON - 4/25/2000* 2

```
 1              A P P E A R A N C E S

 2   For the Plaintiff:
         William J. Tinning, Esq. (VIA TELEPHONE)
 3       LAW OFFICE OF WILLIAM J. TINNING
         1013 Bluff Drive
 4       Portland, Texas  78374

 5   For the Defendants ABB Kraftwerke Aktiengesellschaft
     and ABB Alstom Power (Switzerland), Ltd., f/k/a ABB
 6   Power Generation, Ltd.:

 7       Justin L. Williams, Esq.
         WILLIAMS, KASPERITIS & GOWAN
 8       5959 S. Staples, Suite 204
         Corpus Christi, Texas  78413
 9
     For C.H. Robinson & The Witness:
10
         Tom Lockhart, Esq.
11       ADAMS & GRAHAM, L.L.P.
         222 E. Van Buren, West Tower
12       P.O. Drawer 1429
         Harlingen, Texas  78551
13
     Also Present:  David Crenshaw, Videographer
14                  Accurate Evidence Legal Video

15

16

17

18

19

20

21

22

23

24

25
```

CHR / ABB
000900

GLORIA CARLIN, CSR, RMR, CRR

```
 1                          INDEX

 2   Appearances . . . . . . . . . . . . . . . . . . .   2

 3   Stipulations. . . . . . . . . . . . . . . . . . .   4

 4

 5   JAMES HAMILTON

 6        Examination by Mr. Williams. . . . . . . .    4
          Examination by Mr. Tinning . . . . . . . .   71
 7        Re-Examination by Mr. Williams . . . . . .   87
          Re-Examination by Mr. Tinning. . . . . . .   93
 8        Re-Examination by Mr. Williams . . . . . .   94

 9   Signature and Changes . . . . . . . . . . . . .   97
     Reporter's Certificate. . . . . . . . . . . . .   99
10
                           EXHIBITS
11
     NO.  DESCRIPTION                        MARKED   IDENTIFIED
12   1    Photograph                           52       52
     2    Photograph                           52       54
13   3    Photograph                           52       54
     4    Photograph                           70       70
14   5    Documents from ABB                   83       81
     6    Contract                             83       81
15   7    Photograph                           92       92

16
                 REQUESTED DOCUMENTS/INFORMATION
17
     DESCRIPTION                                     Page/Line
18   None

19                      CERTIFIED QUESTIONS

20   NO.                                              Page/Line
     None
21

22

23

24
                                                    CHR/ABB
25                                                  000901
```

GLORIA CARLIN, CSR, RMR, CRR

JAMES HAMILTON - 4/25/2000                    15

1  C H. Robinson, did they have the types of equipment,
2  ownership of the types of equipment that would be
3  involved in the moves that you just described?
4       A.    The heavy haul moves?
5       Q.    Yes.
6       A.    No, sir.
7       Q.    So any of the heavy haul moves that you were
8  involved with with C.H. Robinson, would those have
9  involved contracting for equipment and labor?
10      A.    Yes, sir.
11      Q.    When did you first become involved in the
12 Monterrey project for ABB?
13      A.    It would have been -- the very first time I
14 was involved with it would have been May of '98.
15      Q.    And how did you become involved in May of
16 '98?
17      A.    Through a customs broker out of El Paso,
18 Juarez, Mexico, I met Sandro Lepori and Lucercio Merele
19 in Monterrey. We were doing a power plant for Siemens
20 Westinghouse in Monterrey, and we had built a rail
21 siding with a ramp and all this kind of fun stuff, and
22 the customs broker had heard about us and introduced us
23 to ABB, so we met with Sandro and Lucercio and showed
24 them what we had done, took them out to where their
25 proposed power plant was being and showed them the

GLORIA CARLIN, CSR, RMR, CRR                CHR/ABB
                                            000913

JAMES HAMILTON - 4/25/2000                               16

```
 1   procedure that we had done and proposed that we could
 2   do it for them for their pieces.
 3        Q.   All right.  The -- the Monterrey project that
 4   you did for Siemens Westinghouse, how did the -- how
 5   were the turbine and the generators shipped to
 6   Monterrey?
 7        A.   By rail.
 8        Q.   Did they go from Hamilton and from Charlotte
 9   all the way through by rail?
10        A.   Yes, sir.
11        Q.   Were rail surveys done in Mexico prior to the
12   time of the shipment through to the Monterrey project
13   site?
14        A.   How do you define a survey?
15        Q.   Well, did you look at such things as the
16   clearance of rail cars so that they met the
17   specifications required by the Mexican railroads?
18        A.   Right.
19        Q.   Did you have any clearance problems on the
20   Mexican railroad with the Siemens Westinghouse
21   Monterrey project?
22        A.   None that I recall.
23        Q.   I'm not as familiar with the -- with the
24   transportation devices of the Siemens Westinghouse
25   turbines and generators.  Did they have the same type
```

GLORIA CARLIN, CSR, RMR, CRR                    CHR/ABB
                                                000914

JAMES HAMILTON - 4/25/2000                                    17

1  of dimensional -- was it the same size, let me put it
2  this way -- generator that was involved in their
3  project as the one that was involved in the ABB
4  Monterrey project?
5       A.   The dimensions are similar.  There could be a
6  couple of inches variances.  The generator of ABB, to
7  the best of my recollection, is significantly heavier,
8  and I would define significantly by 10 to 15 percent.
9       Q.   Okay, and what are we talking about in terms
10 of weight for these generators?
11      A.   The ABB generator is 716,500 pounds, and I
12 believe, if memory serves me, it's been a while, I
13 think the Siemens Westinghouse generator was in the
14 600,000 pound area.
15      Q.   Okay.  What type of problems for a
16 transportation company does equipment of that weight
17 present?
18      A.   If you have the proper equipment it doesn't
19 present any problems.
20      Q.   Okay.  Once you had met with Mr. Lepori in
21 Monterrey, what was the next involvement you had with
22 the ABB project?
23      A.   I followed up in November with phone calls to
24 Sandro, I had submitted a quotation to him for pricing
25 after our meeting and then I followed up again in

GLORIA CARLIN, CSR, RMR, CRR                CHR/ABB
                                            000915

JAMES HAMILTON - 4/25/2000                                          18

```
 1    December with a telephone call to Sandro, and then in
 2    mid to late January of '99 he called me up and asked to
 3    see if we were still interested in doing the job.
 4         Q.   All right.  Do you remember what the
 5    quotation that you provided ABB was for your services
 6    in moving the generator?
 7.        A.   I -- that's a -- can you define the question
 8    a little bit better?
 9         Q.   Yeah.  How much did you tell them it was
10    going to cost them to get the generator moved?
11         A.   I don't -- I don't have recall.
12         Q.   Okay.  Do you have an approximate range of
13    what it would have --
14         A.   Oh, it was probably 700,000, 800,000,
15    900,000, right in that area.
16         Q.   Okay.  And what is it exactly that you told
17    -- that you proposed to Mr. Lepori that C.H. Robinson
18    would do for the money that y'all were talking about?
19         A.   Well, I -- I think our initial proposal was
20    to just take it from rail in to Monterrey and then
21    transload it to truck and deliver it FAS foundation
22    free alongside.  In discussions with Sandro, it was,
23    well, we're not going to come in with heavy lift ships,
24    so we have to get, you know, cranes and barges and, you
25    know, figure out the water side of it, and so we were
```

GLORIA CARLIN, CSR, RMR, CRR

CHR/ABB
000916

JAMES HAMILTON - 4/25/2000                                    19

```
 1   very excited and wanted to go through and help him
 2   secure the cranes and develop the process on exactly
 3   how we'd take it from the water mode to the land mode.
 4       Q.   Okay.  What was your next involvement after
 5   those discussions occurred?
 6       A.   Then it was putting together the plan,
 7   finding the crane, did we want to do it in Houston, did
 8   we want to do it in Corpus, did we want to do it in
 9   Brownsville, going through with our connections in the
10   heavy haul business, find out what the capacities were,
11   what we could develop in putting together the plan.
12       Q.   What did that entail to go through and decide
13   how to exactly transport this generator from the ocean
14   transport to the siding --
15       A.   Getting the drawings -- I'm sorry.
16       Q.   -- to the siding in Monterrey.
17       A.   Okay.  First getting ABB drawings of the --
18   of the product, and then taking those drawings to the
19   various vendors that had the capability to do the
20   lifting and the transloading and the securing.
21       Q.   Okay.
22            MR. WILLIAMS:  I'm getting a cup of
23   coffee, Bill, so there's a very short technical delay.
24       Q.   (BY MR. WILLIAMS)  At that time when you say
25   getting the drawings, what drawings would you have
```

GLORIA CARLIN, CSR, RMR, CRR                      CHR/ABB
                                                  000917

```
 1    acquired from ABB in order to start with looking at the
 2    various options that you would have to transport the
 3    generator?
 4         A.   Just their transport drawings of the pieces
 5    that we'd be bringing in.  The pieces that we were
 6    being responsible to bring in were the turbine, the
 7    generator and the transformers.
 8         Q.   All right.  Was that going to come in one
 9    shipment or more than one shipment?
10         A.   Multiple shipments.
11         Q.   What different options did you  -- go through
12    with me briefly the various options and why you ended
13    up deciding on the Port of Brownsville and the mode of
14    transportation that was used to get the generators to
15    Monterrey.
16         A.   Our first port of choice was Houston, okay,
17    and the reason Houston is is because this is not an
18    unusual commodity going through Houston.  It's a heavy
19    haul port.  It's probably the number one heavy haul
20    port for project cargo in North America and definitely
21    the United States.  And we knew that port extremely
22    well.  However, our problems came in getting from rail
23    down into Mexico with these pieces, and there were
24    clearance issues, because of the weight and the size,
25    and what we had found is the best clearance was through
```