Page 1

1        UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS
2              BROWNSVILLE DIVISION

3  ABB KRAFTWERKE                )
   AKTIENGESELLSCHAFT,            )
4  and ABB ALSTOM POWER           )
   (SWITZERLAND), LTD.,           )
5  formerly known as ABB          )
   POWER GENERATION, LTD.,        )
6                                 )
       Plaintiffs,                )
7                                 )
   VS.                            ) CIVIL ACTION NO. B-03-192
8                                 )
   C.H. ROBINSON COMPANY,         )
9                                 )
       Defendant.                 )
10
11
12  ***************************************************
13         ORAL AND VIDEOTAPED DEPOSITION OF
14                   TOM FERGUSON
15               FEBRUARY 25, 2005
16  ***************************************************
17
18         ORAL AND VIDEOTAPED DEPOSITION of TOM
19  FERGUSON, produced as a witness at the instance of
20  the Plaintiffs, and duly sworn, was taken in the
21  above-styled and numbered cause on the 25th day of
22  February, 2005, from 11:11 a.m. to 12:20 p.m., before
23  Lisa D. Huneycutt, CSR in and for the State of Texas,
24  reported by machine shorthand, at the offices of
25  McGINNIS, LOCHRIDGE & KILGORE, 3200 One Houston Center,

Page 31

1   Q.   Okay.  And the next thing I want to ask you
2   about is a question that Mr. Williams asked you earlier
3   about Mr. Hamilton making a trip to Switzerland for the
4   negotiation and signing of the contract.
5        Do you recall that question?
6   A.   Yes, I do.
7   Q.   Okay.  First of all, I would like you to look
8   at what we've marked Exhibit No. 3.
9   A.   (Witness complies.)  Okay.
10  Q.   When Mr. Williams was talking about the
11  contract between C.H. Robinson and ABB, is that the
12  contract that you were understanding him to talk about?
13  A.   Yes.
14  Q.   Okay.  I just wanted to be clear for the
15  record.  It's not a trick question or anything.
16       Where did the negotiations that led up to the
17  signing of that contract take place?
18  A.   Partly in Keller, Texas, and via e-mail,
19  phone, fax, back and forth.
20       I'd say the majority of it was negotiated
21  over here in the States, and then Jim went over and
22  then signed the contract over --
23  Q.   Okay.
24  A.   -- in Switzerland.
25  Q.   Okay.  Another question that Mr. Williams

Page 38

```
1       Q.    Okay.  How do you know that the contract was
2   negotiated mostly in the States?
3       A.    Common sense.  And typically, on a job this
4   size -- I mean, Jim went over and signed the contract in
5   Switzerland, you know, for 700 and whatever -- actually,
6   I don't know the exact dollar amount.
7             But typically, you wouldn't fly across the
8   ocean to kind of whip something together and sign a big
9   contract like this.
10            Looking back from what I've seen on
11  conversations from Jim and from Sandro, I mean, on
12  letterhead that it was sent from Keller, and then the
13  contract was signed over in Switzerland.
14      Q.    Were you aware that Mr. Hamilton actually
15  made two trips to Switzerland?
16      A.    Again, I don't -- I know he made one.  I'm
17  not aware that he made a second one.  He could have.
18      Q.    Okay.  A project like this -- would you say
19  this is a significant movement of equipment?  You've
20  got multiple shipments, and it involves multiple moves?
21      A.    It was a very nice project; yes.
22      Q.    Okay.  Would it -- typically, you'd have more
23  than one face-to-face meeting for the negotiations of
24  a -- of a project this size?
25      A.    Possibly.
```