W: *Mr Justin Williams*
C: *Mrs Karan Ciotti*
L: *Mr Sandro Lepori*

1 Stenographer: Do you solemnly swear to tell the truth, the whole truth and nothing but the truth?
2 Mr Lepori: I swear
3 Interpreter: I swear to translate the whole truth to the best of my abilities

4 W: Would you state your name for the records, please?
5 L: My name is Sandro Lepori
6 W: Where do you live Mr Lepori?
7 L: I live in Berikon, in Switzerland
8 W: Who do you work for?
9 L: I work for the company Alstom
10 W: Approximately how long have you worked for Alstom?
11 L: For three years
12 W: Who did you work for prior to working for Alstom?
13 L: I was working for ABB Alstom prior
14 W: And prior to that, who did you work for?
15 L: ABB
16 W: And how long have you worked for ABB?
17 L: Over 30 years
18 W: What is your current job at Alstom?
19 L: I'm general manager in logistics
20 W: What exactly did you do as the general manager of logistics?
21 I: Did or do?
22 W: What do you do?
23 L: I deal with all the logistics which has to do with the supplying of power plants and I carry out
24 logistics
25 W: Does it include being in charge of moving heavy equipment manufactured by ABB or Alstom
26 from where it's manufactured to where the customer wants it to be set up?
27 C: Objection. Reading.
28 W: Does ABB have anything to do with Alstom as far as ownership of the company at this time?
29 L: Nowadays not.
30 W: You've had the pleasure of giving your deposition on two occasions before. Correct?
31 L: That's correct
32 W: We had the opportunity to meet in your office last Friday
33 L: That's correct
34 W: And we were able to meet for a while yesterday
35 L: That's correct
36 W: So you were able to learn a little bit about what it is that we're going to be discussing here
37 today
38 L: That's correct
39 W: Prior to me talking about this case with you, were you familiar with legal terms such as
40 independent contractor?
41 C: Objecting the form of the question
42 L: vaguely
43 W : in the contracts that you enter into with operators or managers for the transportation of your
44 equipment, do you use the term independent contractor in these contracts?
45 L: no, we don't use it because we don't need that type of definition

3

1 details with some drawing because we needed to assess the difficulties we were about to meet.
2 After deciding this, we started dealing with permits, that meant more drawing on our behalf,
3 technical meetings with our technical staff, and then we spoke about prices. To us, it was very
4 important to discuss deadlines, times: transportation times.
5 W: Did you discuss various possibilities of bringing critical components to Monterrey through
6 places other than Brownsville?
7 L: Yes we did. We took into consideration many ports, for example, we were thinking of moving
8 the pieces of equipment coming from Europe through the ports of New Orleans, Houston, Corpus
9 Christi, because they were very well equipped ports.
10 W: What types of transportation problem would you have encountered if you had moved the critical
11 components through the port of New Orleans or the port of Houston?
12 L: The problem was moving the generator because of the dimensions and weight through the port
13 of New Orleans and Houston and the time needed to move the piece. Moreover, we needed to use
14 some railway wagons that we call "Schnabel."
15 W: obviously it's farther to Monterrey from New Orleans or Houston than it is from Brownsville.
16 W: Were there problems considered the linked movement of the equipment by rail of these two ports?
17 L: yes, as I was saying beforehand, it would have been possible to use these two ports, but transit
18 times, costs, the complexity of the whole thing made it all more difficult than using the Brownsville
19 port.
20 W: was it the same applying to the port of Corpus Christi?
21 L: yes
22 W: Did you consider any port in Mexico?
23 L: yes we did, we thought about the Tampico port in Mexico
24 W: Why was that you decided against using the port in Tampico?
25 L: if I'm not mistaken, it was not possible to transit from Tampico to Monterrey
26 W: there wasn't a railroad available to transport a cargo such as a generator?
27 L: there was a railway. But we would have encountered the same problems we would have had
28 from New Orleans or Houston.
29 W: Ultimately who made the decision to use the port of Brownsville as the entry point putting the
30 cargo on the railroad car?
31 L: it was me
32 W: which critical pieces of information necessary to evaluate which port you would use as means
33 entry of the cargo?
34 L: first of all the technical structure of the port, for example if infrastructures were able to stand the
35 weight, so the quay. In our case if the port had access to the railway system. We needed to know if
36 the port had cranes. And if the port was able to accommodate the type of vessel.
37 W: With regard to making the decision if the equipment could be put on a rail car and you would
38 have adequate clearances and you would be able to get the railcar from where it was loaded to
39 Monterrey, what information was necessary to evaluate that?
40 L: the critical issue was that of obtaining permits both on the part of Mexican and American railway
41 companies to use that railroad
42 W: you told me earlier that one of the things you did during negotiations with Mr Hamilton is that
43 technical people made various drawings, would you tell us what exactly they did and why it was
44 necessary to make these drawings?
45 L: I'm not a technician but I'll try to give some sort of definition. During the process of
46 transportation, I'm speaking now about the piece from Brownsville to the end: first of all we needed
47 to decide how to lift the piece, where to hook the ropes, how to put the piece on the railroad car,
48 how to secure it on the railroad car, how to make sure that the dimensions of the pieces were within
49 the clearance, so we needed to remove some pieces so that the whole piece of equipment was able
50 to transit from Brownsville to Monterrey. Then, once got to the final destination we needed to move
51 the piece of equipment from the railroad car to a road trailer which would lead the piece of

1 piece of equipment would be moved from the railroad to road trailer. It's what we define a "sliding
2 procedure".
3 W: skidding?
4 L: that's correct. Then from the railroad car it goes to the power station and the road trailer is put
5 alongside the foundation and it is then moved onto the foundation.
6 W: If I understand you correctly, the railroad journey would go from the port of Brownsville across
7 the border to Apodaca, it would be skidded onto trailer that would be pulled by trucks.
8 L: yes
9 W: explain to us what this skidding process would involve.
10 C: Objecting the form of the question
11 L: As I said earlier I'm not a technician but I'll try to explain to the best of my abilities. The piece
12 is lifted in an hydraulic way with jacks which are on four points of the generator, then there are
13 some beams that move the piece from railroad car to trailer, they are lowered with hydraulic jacks
14 so that the piece lays completely on the trailer
15 W: the skidding process, is this a more complicated process than lifting the generator from lash
16 barge to railroad car by crane
17 C: Objecting the form of the question
18 L: it is a lot more complicated
19 W: After the generator is on the trailer and it's moved to the foundation in Monterrey how is it
20 settled in the foundation in Monterrey?
21 L: CH Robinson offered to take care of this directly to our erection dept, I'm not aware of the full
22 details but I presume the same operation was carried out as for the movement from railroad car to
23 road trailer.
24 W: so, there would be 2 skidding operations in Mexico which involved the movement...
25 C: Objecting the form of the question
26 W: as a result of negotiations with Mr Hamilton... let's stop the records for a moment please.

27 W: Lepori no.4 from prior depositions, exhibit sticks are on it. Would you tell me if this is what
28 you've taken apart as you believe is the part of the original contract
29 L: I think yes, except for the drawings. I cannot see the numbers of the drawings
30 W: were these drawings made during the negotiations or later as part of the transportation process?
31 L: these were made during the negotiations because I can see, a transformer, a turbine and a
32 generator.
33 W: the drawings are aside as part of the negotiations. I'll hand you a series of documents with
34 stamps of CH Robinson and ABB...00054, 00055, 00056. Can you tell us what these 3 documents
35 are?
36 L: 00056 is a fax that I wrote myself to CH Robinson, Jim Hamilton accepting their quotations and
37 also giving some data, some specifications, some costs including a reserve of 60,000 dollars for
38 some extra costs that might have been used for works that we cannot foresee. I also explained the
39 broker that we needed to use on the way to Mexico.

40 W: Lepori exhibit no.1. Is this, to the best of you knowledge, what was entered into the contract for
41 the transportation of heavy equipment to Monterrey between ABB power generation and CH
42 Robinson?
43 L: yes, yet three drawings are missing
44 W: can you tell us which one of these drawings were attached to the contract?
45 L: these two, but I cannot see the number: 856, 552 and 865, there were three drawings: I think the
46 turbine, the generator and the transformer.
47 W: during the break we put together what's been marked as Lepori exhibit no.2, can you tell us
48 what Lepori no.2 is?

18

1 L: yes
2 W: let me ask you in this manner: the purposes of the deposition were they not exactly synonymous
3 or the same, that's do you know if CH Robinson did anything wrong I mean that in the American
4 law that might have been negligent and that might have caused the Zamora accident
5 C: Objecting the form of the question
6 L: yes
7 W: tell us what it is with regard to the question
8 L: CH Robinson didn't take care of all the details, especially those in the area of the port of Br, and
9 I believe that this caused the fatal injury of Mr Z
10 W: would you be more specific on what they did or didn't do that you think caused the Z injury?
11 L: they failed to take care of the details with every single sub-contractor on location in Brownsville,
12 I'm referring to the relationships with the company that operated the crane and the people in charge
13 of stevedoring.
14 W: did you, ABB, provide the drawings of the jacking plates to CH Robinson?
15 L: yes we did
16 W: and the drawings of the jacking plates with the details of how the jacking plates were attached
17 to the generator?
18 C: Objecting the form of the question
19 L: yes
20 W: What did the drawings of he jacking plates depict?
21 C: Objecting the form of the question. Documents speak for themselves.
22 L: where they are mounted on the generator
23 W: before you met Mr Hamilton at CH Robinson, did you obtain information from them about the
24 experience they had with regard to the type of job they would do for you?
25 L: they had some very good contacts with the American and Mexican railroad companies as to all
26 the permits that were necessary to transport these pieces of equipment. Mr Jim Hamilton was
27 chairman of the American Railroad Association which we believed was fundamental in order to get
28 the permits within the specified deadlines.
29 W: did Robinson and Hamilton inform you that they had done this kind of job for companies such
30 as Siemens and Westing House?
31 L: I'm not so sure but I do recall that they had already cared for the transportation of big pieces of
32 equipment
33 W: they represented to you that they were competent with regard to managing the movement of
34 heavy equipment?
35 C: Objecting the form of the question
36 L: yes
37 W: Did they make any representation to you with regard to their competence with heavy
38 equipment?
39 L: during our talks with Mr Hamilton in Baden, yes
40 W: if they had not indicated to you that they were competent with how to manage the movement of
41 heavy equipment, would you have entered into the contract with them?
42 L: no
43 W: the exhibits that we have looked at, Lepori specifically, 6, 5 no..sorry
44 C: is there a 6?
45 L: yes
46 W: do exhibits 5 and 6 before you discuss Mr Hamilton looking at and commenting upon drawings
47 provided by ABB?
48 C: Objecting the form of the question. Documents speak for themselves.
49 L: Exhibit 6 speaks about a drawing, and exhibit 5...it does indirectly because it speaks about
50 cables and in our drawings we do put the cables.

1 L: there are some details, some dates that I'm going to remember forever, on the other hand there
2 are details that with time passing you tend to forget
3 C: I want to look back at the contract, that has been marked as exhibit no.1, I believe that you said
4 earlier there were three drawings that were part of the contract that were not included in exhibit 1
5 L: yes
6 C: are these the 3 drawings?
7 L: I believe
8 C: are you sure?
9 L: they depict the 3 pieces
10 C: when you say they depict the 3 pieces are you talking about a transformer, a generator and a
11 turbine?
12 L: yes
13 C: let's going to mark it as Exhibit no.8

14 C: I noted looking at Exhibit no.1..it's not clear to me how many generators, how many
15 transformers and how many turbines were moved in this contract. Would you go through a couple
16 of things with me? In the letter dated January 30th 1999, it represents the movement of a generator,
17 transformer and gas turbine.
18 L: yes
19 C: And in the second letter dated January 30th 1999, it talks about the turbine, the transformer and
20 the generator. And then the letter dated February 5th 1999 it talks about two transformers. And then
21 from your testimony earlier I understood there were more than one generator that was moved. Can
22 you tell me how can I tell how many pieces and what pieces were moved?
23 L: in the quotation dated January 30th 99 CH Robinson speaks of 3 pieces to be moved from Br to
24 the location for a total amount of 355,860$. In the same quotation under paragraph B, there's
25 another amount of money 225,285$ for the installation of the material. In my fax...
26 C: that's Exhibit no. 2 correct?
27 L: yes. Mention is made to the sum of 355,860$ I speak of a generator, transformer and a thermal
28 block and I say that under paragraph B, for the amount of money 225,285$ this is the installation
29 for 6 pieces
30 C: a thermal block is the same of a gas turbine?
31 L: yes it's the same. In paragraph 7 in the fax dated February 1st, we multiply the sum of 355,860$
32 two times, that's 711,720$ for 6 pieces. What I'm trying to say is that I corrected the letter of CH
33 Robinson dated January 30th so that the work would be covered
34 C: when you say you corrected, how did you correct it?
35 L: I specified it was 6 pieces not 3 anymore
36 C: were the 6 pieces 2 generators, 2 turbines and 2 transformers?
37 L: that's correct
38 C: the day Mr. Z died, March 23rd 1999, the equipment that was being moved was a generator,
39 correct?
40 L: that's correct
41 C: before mar 23rd 1999 what other equipment had already been moved?
42 L: it was the first heavy piece
43 C: The generator was? Had any transformers or turbines been moved?
44 L: no, after Mar 23rd.
45 C: so the generator was the first piece of these 6 pieces
46 L: yes it was
47 C: did ABB use CH Robinson's services for the subsequent moves of the other 5 pieces?
48 L: yes
49 C: why?
50 L: because CH Robinson was the key point for permits