UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. §§§§§§§ Plaintiffs | |
| VS. § § § § | Civil Action No. B:03-CV-192 |
| C. H. ROBINSON COMPANY §§ Defendant | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND
PLAINTIFFS' SECOND AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., and files this their MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED ORIGINAL COMPLAINT, and would show unto the court as follows:

**I.**

1. Plaintiffs pursuant to Defendant's objection seek leave to amend their petition to add the Zurich Insurance Company as a real party at interest pursuant to the terms of a policy of liability insurance which covered the defense and indemnity payments in the Zamora lawsuit.

2.  Plaintiffs' seek leave to amend their petition to conform with the evidence developed in discovery.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their Motion for Leave to Amend Second Amended Original Complaint is granted, and for such other and further relief to which Plaintiffs show itself justly entitled

> Respectfully submitted,
>
> The Law Office of Justin L. Williams, P.C.
> 600 Leopard Street, Suite 1810
> Corpus Christi, Texas 78473
> Telephone:  (361) 888-7702
> Facsimile:  (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel's office has conferred with opposing counsel regarding the above Motion and opposing counsel does oppose said Motion.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 28th day of April, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams