UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. <br><br>        Plaintiffs <br><br> VS. <br><br> C. H. ROBINSON COMPANY <br>        Defendant | § § § § § § § § § § § § | Civil Action No. B:03-CV-192 |

## ORDER

On this day came on to be considered Plaintiffs' Motion for Leave to Amend Plaintiffs' Second Amended Original Complaint, and the Court having considered the pleading on file is of the opinion that Plaintiffs' Motion should in all things be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs may file their Second Amended Original Complaint.

Signed on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING