# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ABB KRAFTWERKE | § | |
| AKTIENGESELLSCHAFT, and | § | |
| ABB ALSTOM POWER (SWITZERLAND) | § | |
| LTD., formerly known as ABB POWER | § | |
| GENERATION, LTD. | § | |
| Plaintiffs | § | |
| | § | Civil Action No. B:03-CV-192 |
| VS. | § | |
| | § | |
| | § | |
| C. H. ROBINSON COMPANY | § | |
| Defendant | § | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS'
## AMENDED RESPONSE TO MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE OF JUDGE OF SAID COURT:

NOW COME, ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD., Plaintiffs (hereinafter referred to as "ABB") and file this their MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' AMENDED RESPONSE TO MOTION FOR SUMMARY JUDGMENT, and would show this Honorable Court as follows:

1.    Plaintiffs' surreply is necessary to address the mis-classification of the elements of right to control as part of agency, and to respond to Defendant's allegations that the underlying pleadings in the Zamora lawsuit do not encompass a claim for vicarious liability. Defendant has not cited the court to agency cases, which establish the criteria for agency.

Page 1 of 2

**Request for Relief**

Plaintiffs request that the court grants its Motion to File Surreply and for such other

and further relief to which they may show themselves entitled.

                                    Respectfully submitted,

                                    The Law Office of Justin L. Williams, P.C.
                                    600 Leopard Street, Suite 1810
                                    Corpus Christi, Texas 78473
                                    Telephone:    (361) 888-7702
                                    Facsimile:    (361) 888-7717

            By:     _____

                                    Justin L. Williams
                                    State Bar Number 00795384

                                    ATTORNEY FOR PLAINTIFFS


                **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was

forwarded on this the 10th day of May, 2005, to all counsel of record, as listed below and

in the manner designated:

**FEDERAL EXPRESS:**
Mr. Steven J.  Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

                        _____
                        Justin L. Williams