United States District Court
Southern District of Texas
FILED

MAY 1 1 2005

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE | § | |
| AKTIENGESELLSCHAFT, and | § | |
| ABB ALSTOM POWER (SWITZERLAND) | § | |
| LTD., formerly known as ABB POWER | § | |
| GENERATION, LTD. | § | |
| Plaintiffs | § | Civil Action No. B:03-192 |
| | § | |
| VS. | § | |
| | § | |
| C. H. ROBINSON COMPANY | § | |
| Defendant | § | |

## PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES

Plaintiffs, ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., make these their first supplemental initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).

1.    **FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

      1.    Sandro Lepori
           ABB Power Generation Ltd.
           Dept. KWGP-L
           CH-5401 Baden/Switzerland
           41 56/2055802

At time of contract, general manager of transportation department for Plaintiffs.

Involved in negotiations, signing of contact. Aware of contractual responsibilities of Defendant.

      2.     Roland Schneider
            ABB Power Generation Ltd.
            Dept. KWGP-L
            CH-5401 Baden/Switzerland
            41 56/2055802

At time of contract, assistant general manager of transportation department. Traveled to Brownsville to observe activities of Defendant and Defendant's subcontractors.

      3.     Thomas Baumann
            ABB Power Generation Ltd.
            Dept. KWGP-L
            CH-5401 Baden/Switzerland
            41 56/2055802

      4.     Andreas Rebholz
            ABB Power Generation Ltd.
            Dept. KWGP-L
            CH-5401 Baden/Switzerland
            41 56/2055802

      5.     Jim Hamilton
            address and phone number unknown
            Last known address as follows:
            C. H. Robinson Company
            129 Keller Hicks Road
            Keller, Texas 76248
            (817) 431-3146

C. H. Robinson employee involved in negotiation and signing of contract.

      6.     Todd Strever
            address and phone number unknown
            Last known address as:  C. H. Robinson
            129 Keller Hicks Road
            Keller, Texas 76248
            (817) 431-3146 or (817) 312-1498

C. H. Robinson employee in charge of managing transfer of equipment in Brownsville.

7.    Kenton Schaefer
      Schaefer Stevedoring, Inc.
      Post Office Box 4499
      Brownsville, Texas 78523
      (956) 831-4007

President of Schaefer Stevedoring

8.    Charles Charrington
      Schaefer Stevedoring, Inc.
      Post Office Box 4499
      Brownsville, Texas 78523
      (956) 831-4007

Schaefer employee in charge of Stevedoring crew.

9.    David Tsoi
      Brownsville Barge & Crane, Inc.
      1202 Tarpon Avenue
      Post Office Box 71
      Port Isabel, Texas 78578
      (956) 943-3690

Brownsville Barge & Crane's employee in charge of negotiating contract.  Provided Lifting Services Agreement to C. H. Robinson/Roland Schneider.

10.    William J. Tinning
       LAW OFFICE OF WILLIAM J. TINNING
       1013 Bluff Drive
       Portland, Texas 78374
       (361) 643-9200

Plaintiffs' counsel in the Zamora lawsuit.

11.    Keith Uhles
       ROYSTON, RAZOR, VICKERY & WILLIAMS, L.L.P.
       55 Cove Circle (78521)

P.O. Box 3509
Brownsville, Texas 78523-3509
Tel:    (956) 542-4377

Counsel for Brownsville Barge & Crane in the Zamora litigation and for claim by
Brownsville Barge & Crane against ABB for indemnity.

12.    Gert de Jonge Lughten
Gevelco Terminals bv
Heijplaatweg 4
3089 JC Rotterdam
011 31 10 494 95 96

13.    List employees of Schaefer and Amfels as follows:

Alfredo Arteaga
444 W. St. Charles
Brownsville, Texas 78520
(956) 541-3346

Employed by AMFELS, Inc. as a crane operator - On site at the time of the accident in
question; may have knowledge concerning the transfer of the equipment in question.

John Bushor
512 W. 7th St.
Los Fresnos, Texas 78566
(956) 2334391

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question;
may have knowledge concerning the transfer of the equipment in question.

Efrain Candanoza
301 E. Washington, Apt. 2
Brownsville, Texas 78520
(956) 546-1812

Employed by AMFELS, Inc. as deck hand - On site at the time of the accident in question;
may have knowledge concerning the transfer of the equipment in question.

Mario Chapa
4358 Palmia Blanca
Brownsville, Texas 78523 (956) 542-1154

Employed by AMFELS, Inc. as a rigger - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

>Hector Garcia
>23 Alberta
>Brownsville, Texas 78521
>(956) 81-3076

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

>Martin Gomez
>306 W. St. Francis, Apt. 5
>Brownsville, Texas 78520
>(956) 550-9473

Employed by AMFELS, Inc. as a labor - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

>Eric Gonzalez
>Rt. 1, Box 327B
>Rio Hondo, Texas 78583
>(956) 748-0373

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

>Victor Husband
>AMFELS
>P.O. Box 3107
>Brownsville, Texas 78520
>(956) 831-6220

May have knowledge concerning the transfer of the equipment in question.

>Ruben G. Martinez
>706 Hamilton Court
>Brownsville, Texas 78521
>(956) 831-0989

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Luis D. Villafranca
67 McKinzie
Brownsville, Texas 78520
(956) 343-5861

Employed by AMFELS, Inc. as a rigger - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Rigoberto Zavala
4974 Elma St.
Brownsville, Texas 78520
(956) 831-5840

Employed by AMFELS, Inc. as a diesel mechanic - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Eduardo (Eddie) Cisneros
7403 Utah Rd.
Brownsville, Texas
(956) 831-0406

Employed with Schaffer Stevedoring at the Port of Brownsville - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Leroy DeLosSantos
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

I.B. Galvan
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question

T.Gomez
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question

Valerio Longoria
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question.

L.S. Munoz
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

Alfredo Pulido
Schaefer Stevedoring, Inc.
P. 0. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

Kenton E. Schaefer
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

> Schaefer Stevedoring
> Owners, Officers, Directors, Employees, Representatives, Agents and
> Administrators, Supervisors, Safety Personnel and/or Crew Members
> Post Office Box 4499
> Don Foust & Mineral Loop
> Brownsville, Texas 78520

Employer of Oscar Zamora, Sr.

> Schaefer Stevedoring, Inc.
> Gulf Facilities, Inc.
> Owners, Officers, Directors, Employees, Representatives, Agents
> and/or Crew Members
> P.O. Box 4499
> Brownsville, Texas 78523
> (956) 831-4007

On site at the time of the accident; may have knowledge concerning the transfer of
the equipment in question.

> J. Trevino, Jr.
> Schaefer Stevedoring, Inc.
> P.O. Box 4499
> Brownsville, Texas 78523
> (956) 8314007

May have knowledge concerning the transfer of the equipment in question

14.  C. H. Robinson
     Corporate Representatives
     Records custodian or other qualified individual
     8100 Mitchell Road
     Eden Prairie, Minnesota   55344-2055

A C. H. Robinson representative(s) may offer testimony in order to prove up certain business
records of C. H. Robinson.

15.  Tom Ferguson
     2303 Jones Blvd.
     Coralville, IA   52241
     (888) 784-6566

Mr. Ferguson will testify either via deposition or in person as C. H. Robinson's corporate representative. The subject of his testimony is contained in his deposition, which has yet to be transcribed. He may also offer testimony to prove up certain documents as business records of C. H. Robinson.

>
> 16.   Tom Lockhart
>       Adams & Graham
>       222 East Van Buren, West Tower
>       Post Office Drawer 1429
>       Harlingen, Texas  78551
>       (956) 428-7495

Mr. Lockhart represented C. H. Robinson in the Zamora lawsuit and may testify regarding the nature of the Zamora family's claims in the underlying lawsuit, the settlement of those claims, and the agreement of the ABB entities to dismiss all claims against C. H. Robinson in return for C. H. Robinson's cooperation in informal discovery.

>
> 17.   Brian Schoepke
>       Insurance Company of Hannover
>       150 North Wacker Drive, 29th Floor
>       Chicago, Illinois 60606
>       (312) 580-1900

Mr. Schoepke has knowledge of the various payments made by the insurance carriers for defense and indemnity in the Zamora lawsuit.

>
> 18.   Joan Kenchik, R.E.M., Ltd.
>       Atlanta, Georgia

Ms. Kenchik has knowledge of the various payments made by the insurance carriers for defense and indemnity in the Zamora lawsuit.


## 2.   FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(B)

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

CATEGORIES OF DOCUMENTS:

1.   Contract between Defendant and Plaintiffs;
2.   Documents regarding negotiations between Defendant and Plaintiffs;
3.   Documents regarding payment by Plaintiffs to Defendant;
4.   Settlement agreement between Defendant and <u>Zamora</u> Plaintiffs;
5.   Settlement agreement between Plaintiffs and <u>Zamora</u> Plaintiffs;
6.   Judgment against Plaintiffs on behalf of Brownsville Barge & Crane;
7.   Billing records or payments indicating defense costs and expenses in the <u>Zamora</u> litigation and Brownsville Barge & Crane litigation;
8.   Lifting Services Agreement and attachment; and,
9.   Various engineering drawings and correspondence.

LOCATION OF DOCUMENTS:
1.   Produced;
2.   Produced;
3.   Produced;
4.   Copy of document is believed to be in storage in Corpus Christi and is being obtained;
5.   Document should be in possession of Defendant;
6.   Produced;
7.   Produced;
8.   Produced; and,
9.   Produced.


3.   **FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(C)**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

1.   Amounts paid by ABB to C. H. Robinson;
2.   Amounts paid in defense and settlement of Zamora lawsuit;
3.   Amounts paid in defense of and judgment in Brownsville Barge & Crane indemnity claim; and
4.   Attorneys fees and interest on above and for bringing breach contract action.

Plaintiffs are in the process of compiling exact amounts expended in each category and will provide both the exact figures and documents as soon as possible.

4.      **FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(D)**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Any and all depositions of witnesses listed in the witness list taken in this lawsuit and the underlying lawsuit.

The foregoing initial disclosures are based upon the information reasonably and currently available to Plaintiffs. Plaintiffs reserve the right to supplement or amend these initial disclosures as discovery in this case continues and further information becomes available.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:   (361) 888-7702
Facsimile:   (361) 888-7717

By:   _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 10th day of May, 2005, to all counsel of record, as listed below and in the manner designated:

**CERTIFIED MAIL, RRR:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams