# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. Plaintiffs | § | |
|---|---|---|
| VS. | § | Civil Action No. B:03-CV-192 |
| C. H. ROBINSON COMPANY Defendant | § | |

**EXHIBIT LIST**

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1. | Expense Report | | |
| 2. | Bill of Lading from C. H. Robinson to Brownsville & Rio Grande International Railroad Union Pacific Railroad dated May 2, 1999 | | |
| 3. | Faxed letter from ABB to Robinson regarding transport quotation dated February 1,1999 | | |
| 4. | Progress Reports | | |
| 5. | ABB/Hamilton faxed letter to Sandro Lepori on January 30, 1999 along with diagram/photos | | |
| 6. | Hamilton's letter to Sandro Lepori dated February 5, 1999 | | |
| 7. | ESIS letter to Harforth Rotterdam dated March 2, 1999 | | |
| 8. | Agreement between ABB and C. H. Robinson dated February 16, 1999 | | |
| 9. | C. H. Robinson Customer Satisfaction Survey | | |

| 10. | Letter from Hamilton to Sandro Lepori dated January 30, 1999 | | |
|---|---|---|---|
| 11. | Hamilton/Robinson letter to Sandro Lepori regarding invoices | | |
| 12. | E-mail from Jim Hamilton to Thomas Baumann dated April 29, 1999 regarding arrangements | | |
| 13. | Sandro Lepori's e-mail to Jim Hamilton dated March 30, 1999 | | |
| 14. | Journey-Report for the Project Monterrey/Transport coordination and supervision | | |
| 15. | C. H. Robinson's Answers and Supplemental Answers to Interrogatories | | |
| 16. | C. H. Robinson's Responses and Supplemental Responses to Requests for Production | | |
| 17. | Exhibits 1-60 from Defendant's Exhibit List | | |
| | | | |
| | | | |