# EXHIBIT "B"

| UNITED STATES DISTRICT COURT | • | SOUTHERN DISTRICT OF TEXAS |
| --- | --- | --- |

| | |
| --- | --- |
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>     Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>     Defendant | CASE NO. B-03-192<br><br><br>Exhibit List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of **Defendant C.H. Robinson Company** | Proceeding             Date |

| No. | Description | Adm | Exd |
| --- | --- | --- | --- |
| 1 | February 16, 1999 Contract between C.H. Robinson and ABB Power Generation, Ltd. | | |
| 2 | Public Information Report from Office of the Secretary of State of Texas (showing C.H. Robinson had registered agent in SugarLand, Texas) | | |
| 3 | Affidavit of Thomas J. Sandstrom dated November 24, 2003 | | |
| 4 | Spreadsheets of payments made by C.H. Robinson to subcontractors (CHR ABB 000316-000320, 000323-000324) | | |
| 5 | Rule 11 Agreement concerning Compromise, Settlement and Release Agreement between C.H. Robinson and Zamora family (CHR ABB 002278-2280) | | |
| 6 | Compromise, Settlement and Release Agreement between C.H. Robinson and Zamora family (CHR ABB 001950-1966) | | |

| 7 | Judgment Approving Compromise, Settlement and Release Agreement between C.H. Robinson and Zamora family (CHR ABB 002371-2381) | | |
|---|---|---|---|
| 8 | Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., Formerly Known as ABB Power Generation Ltd.'s Cross-Action Against Defendant C.H. Robinson Company and Todd Strever, Individually and as Manager and Employee of C.H. Robinson Company (filed in Zamora Lawsuit) (CHR ABB 002302-2305) **[limited purpose offer]** | | |
| 9 | Defendants ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., Formerly Known as ABB Power Generation Ltd.'s Notice of Non-Suit of Cross-Action Against Defendant C.H. Robinson Company and Todd Strever, Individually and as Manager and Employee of C.H. Robinson Company (filed in Zamora Lawsuit) (CHR ABB 002345-2350) | | |
| 10 | Correspondence from Counsel for ABB Kraftwerke and ABB Alstom Power to Counsel for C.H. Robinson, dated March 14, 2000 (CHR ABB 002215-2216) | | |
| 11 | Correspondence from Counsel for C.H. Robinson to Counsel for ABB Kraftwerke and ABB Alstom Power, dated April 5, 2000 (CHR ABB 002218-2219) | | |
| 12 | ABB Defendants' Response to Plaintiffs' Motions to Compel and for Sanctions (filed in Zamora Lawsuit) (CHR ABB 001916-1927) **[limited purpose offer]** | | |
| 13 | Plaintiffs' Thirteenth Amended Original Petition (filed in Zamora Lawsuit) **[limited purpose offer]** | | |
| 14 | Plaintiffs' Fourteenth Amended Original Petition (filed in Zamora Lawsuit) **[limited purpose offer]** | | |
| 15 | Correspondence from Counsel for C.H. Robinson to Counsel for ABB Kraftwerke and ABB Alstom Power, dated June 5, 2000 (CHR ABB 000093) | | |
| 16 | Lifting Services Agreement between Schaefer Stevedoring and Brownsville Barge and Crane, Inc., including Exhibit "A", indemnity agreement between "ABB Company" and Brownsville Barge & Crane, Inc. (CHR ABB 001743-1749) | | |

| | | | |
|---|---|---|---|
| 17 | Cross-Defendant ABB's First Amended Answer to Brownsville Barge & Crane, Inc's Cross-Claim (filed in Zamora Lawsuit) **[limited purpose offer]** | | |
| 18 | ABB's First Amended Cross-Claim Against Defendant Brownsville Barge & Crane, Inc. (filed in Zamora Lawsuit) **[limited purpose offer]** | | |
| 19 | *ABB Kraftwerke AG v. Brownsville Barge & Crane, Inc.*, 115 S.W.3d 287 (Tex. App. – Corpus Christi 2003, pet. denied), including writ history showing petition for review denied March 26, 2004 | | |
| 20 | Correspondence from C.H. Robinson's Keller, Texas office to ABB Power Generation, enclosing final invoice, dated July 19, 1999 (CHR ABB 000307-309, 000311-313) | | |
| 21 | Copies of C.H. Robinson invoices, showing payment by ABB Power Generation | | |
| 22 | Court's September 30, 2004 Order on Plaintiffs' Motion for Application and Defendant's Amended Motion to Dismiss | | |
| 23 | Defendant C.H. Robinson Company's Amended Notice of Oral Deposition of Corporate Representative of ABB Kraftwerke Aktiengesellschaft | | |
| 24 | Defendant C.H. Robinson Company's Amended Notice of Oral Deposition of Corporate Representative of ABB Alstom Power (Switzerland) Ltd. | | |
| 25 | Plaintiffs' Answers and Objections to Defendant C.H. Robinson's First Set of Interrogatories | | |
| 26 | Plaintiffs' Responses and Objections to Defendant C.H. Robinson's First Requests for Production | | |
| 27 | Correspondence from C.H. Robinson to Sandro Lepori of ABB Power Generation, dated January 30, 1999 (CHR ABB 000239) | | |
| 28 | Memorandum from ABB Power Generation Ltd. to C.H. Robinson dated February 1, 1999 (CHR ABB 00054-56) | | |
| 29 | Correspondence from C.H. Robinson to Schaefer Stevedoring, Inc., dated February 4, 1999 (CHR ABB 000606) | | |

| 30 | Correspondence from Brownsville Barge & Crane to Schaefer Stevedoring, dated February 5, 1999 | | |
|----|-----------------------------------------------------------------------------------------------|--|--|
| 31 | Correspondence from C.H. Robinson to Telleria, S.A. de C.V., dated February 6, 1999 (CHR ABB 000298) | | |
| 32 | Correspondence from Brownsville Barge & Crane to C.H. Robinson, dated February 10, 1999 (CHR ABB 000285) | | |
| 33 | Correspondence from Brownsville Barge & Crane to C.H. Robinson, dated February 11, 1999 | | |
| 34 | Project Plan authored by C.H. Robinson, dated February 11, 1999 (CHR ABB 000379) | | |
| 35 | Internal C.H. Robinson email correspondence, dated February 16, 1999 (CHR ABB 000389-390) | | |
| 36 | Facsimile sent February 16, 1999 from ABB Power Generation to C.H. Robinson | | |
| 37 | Facsimile from C.H. Robinson to Brownsville Barge & Crane, dated February 18, 1999 | | |
| 38 | Certificate of Liability Insurance for Schaefer Equipment Co., Inc., dated February 19, 1999 (CHR ABB 000649) | | |
| 39 | Certificate of Liability Insurance for Brownsville & Rio Grande International Railroad, dated January 21, 1998 (CHR ABB 000648) | | |
| 40 | Facsimile from Transportes Telleria, S.A. de C.V. to C.H. Robinson February 19, 1999(CHR ABB 000541-543) | | |
| 41 | Handwritten notes dated February 21, 1999 (CHR ABB 000384-385) | | |
| 42 | Email correspondence from Jim Hamilton of C.H. Robinson to ABB Power Generation, dated February 21, 1999 (CHR ABB 000387) | | |
| 43 | Email correspondence from Jim Hamilton of C.H. Robinson to ABB Power Generation, dated February 21, 1999 | | |
| 44 | Email correspondence from Tom Ferguson of C.H. Robinson to ABB Power Generation, dated February 22, 1999 | | |

| 45 | Email correspondence from Jim Hamilton of C.H. Robinson to Roland Schneider of ABB Power Generation, dated February 23, 1999 | | |
|---|---|---|---|
| 46 | Email correspondence from Jim Hamilton of C.H. Robinson to Sandro Lepori of ABB Power Generation, dated February 25, 1999 | | |
| 47 | Email correspondence from Jim Hamilton of C.H. Robinson to Sandro Lepori of ABB Power Generation, dated February 28, 1999 | | |
| 48 | Facsimile from C.H. Robinson to Brownsville Barge & Crane, dated March 8, 1999 | | |
| 49 | Facsimile from Brownsville Barge & Crane to C.H. Robinson, dated March 9, 1999, enclosing certificates of insurance | | |
| 50 | Facsimile from C.H. Robinson to Brownsville Barge & Crane, dated March 10, 1999 | | |
| 51 | Handwritten statement of Roland Schneider dated March 24, 1999 | | |
| 52 | Affidavit of Jose C. Garcia dated March 25, 1999 | | |
| 53 | Project Plan authored by C.H. Robinson, dated March 30, 1999 (CHR ABB 000375) | | |
| 54 | Memorandum concerning "Transport coordination and supervision of various HL-components for project Monterrey ex Port of Brownsville/USE to Site/Mexico, dated April 15, 1999, prepared by Roland Schneider of ABB Power Generation | | |
| 55 | Memorandum from ABB Power Generation to C.H. Robinson, dated April 15, 1999 | | |
| 56 | Hold Harmless Agreement between ABB Power Generation and Brownsville Barge and Crane, dated May 4, 1999 (CHR ABB 000485-489) | | |
| 57 | Email correspondence from Jim Hamilton of C.H. Robinson to ABB Power Generation, dated May 5, 1999 (CHR ABB 000475-476) | | |
| 58 | Email correspondence from Jim Hamilton of C.H. Robinson to ABB Power Generation, dated May 6, 1999 (CHR ABB 000498) | | |

| 59 | Email correspondence from Saandro Lepori of ABB Power Generation to Jim Hamilton of C.H. Robinson, dated May 7, 1999 (CHR ABB 000497) | | |
|---|---|---|---|
| 60 | Certificate of insurance from Winterthur "to whom it may concern," dated May 27, 1999 (CHR ABB 000521) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |