# EXHIBIT "C"

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ABB KRAFTWERKE** | § | |
| **AKTIENGESELLSCHAFT, and** | § | |
| **ABB ALSTOM POWER (SWITZERLAND)** | § | |
| **LTD., formerly known as ABB POWER** | § | |
| **GENERATION, LTD.** | § | |
| **Plaintiffs** | § | |
| | § | **Civil Action No.  B:03-CV-192** |
| **VS.** | § | |
| | § | |
| | § | |
| **C. H. ROBINSON COMPANY** | § | |
| **Defendant** | § | |

## PLAINTIFFS' WITNESS LIST

1.     Sandro Lepori
       ABB Power Generation Ltd.
       Dept. KWGP-L
       CH-5401 Baden/Switzerland
       41 56/2055802

At time of contract, general manager of transportation department for Plaintiffs.  Involved in negotiations, signing of contact.  Aware of contractual responsibilities of Defendant.

2.     Roland Schneider
       ABB Power Generation Ltd.
       Dept. KWGP-L
       CH-5401 Baden/Switzerland
       41 56/2055802

At time of contract, assistant general manager of transportation department.  Traveled to Brownsville to observe activities of Defendant and Defendant's subcontractors.

3.     Thomas Baumann
       ABB Power Generation Ltd.
       Dept. KWGP-L
       CH-5401 Baden/Switzerland
       41 56/2055802

4.      Andreas Rebholz
        ABB Power Generation Ltd.
        Dept. KWGP-L
        CH-5401 Baden/Switzerland
        41 56/2055802

5.      Jim Hamilton
        address and phone number unknown
        Last known address as follows:
        C. H. Robinson Company
        129 Keller Hicks Road
        Keller, Texas 76248
        (817) 431-3146

C. H. Robinson employee involved in negotiation and signing of contract.

6.      Todd Strever
        address and phone number unknown
        Last known address as:  C. H. Robinson
        129 Keller Hicks Road
        Keller, Texas 76248
        (817) 431-3146 or (817) 312-1498

C. H. Robinson employee in charge of managing transfer of equipment in Brownsville.

7.      Kenton Schaefer
        Schaefer Stevedoring, Inc.
        Post Office Box 4499
        Brownsville, Texas 78523
        (956) 831-4007

President of Schaefer Stevedoring

8.      Charles Charrington
        Schaefer Stevedoring, Inc.
        Post Office Box 4499
        Brownsville, Texas 78523
        (956) 831-4007

Schaefer employee in charge of Stevedoring crew.

9.    David Tsoi
      Brownsville Barge & Crane, Inc.
      1202 Tarpon Avenue
      Post Office Box 71
      Port Isabel, Texas 78578
      (956) 943-3690

Brownsville Barge & Crane's employee in charge of negotiating contract. Provided Lifting Services Agreement to C. H. Robinson/Roland Schneider.

10.   William J. Tinning
      LAW OFFICE OF WILLIAM J. TINNING
      1013 Bluff Drive
      Portland, Texas 78374
      (361) 643-9200

Plaintiffs' counsel in the Zamora lawsuit.

11.   Keith Uhles
      ROYSTON, RAZOR, VICKERY & WILLIAMS, L.L.P.
      55 Cove Circle (78521)
      P.O. Box 3509
      Brownsville, Texas 78523-3509
      Tel:    (956) 542-4377

Counsel for Brownsville Barge & Crane in the Zamora litigation and for claim by Brownsville Barge & Crane against ABB for indemnity.

12.   Gert de Jonge Lughten
      Gevelco Terminals bv
      Heijplaatweg 4
      3089 JC Rotterdam
      011 31 10 494 95 96

13.   List employees of Schaefer and Amfels as follows:

      Alfredo Arteaga
      444 W. St. Charles
      Brownsville, Texas 78520
      (956) 541-3346

Employed by AMFELS, Inc. as a crane operator - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

John Bushor
512 W. 7th St.
Los Fresnos, Texas 78566
(956) 2334391

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Efrain Candanoza
301 E. Washington, Apt. 2
Brownsville, Texas 78520
(956) 546-1812

Employed by AMFELS, Inc. as deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Mario Chapa
4358 Palmia Blanca
Brownsville, Texas 78523 (956) 542-1154

Employed by AMFELS, Inc. as a rigger - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Hector Garcia
23 Alberta
Brownsville, Texas 78521
(956) 81-3076

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.
Martin Gomez
306 W. St. Francis, Apt. 5
Brownsville, Texas 78520
(956) 550-9473

Employed by AMFELS, Inc. as a labor - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Eric Gonzalez
Rt. 1, Box 327B
Rio Hondo, Texas 78583
(956) 748-0373

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Victor Husband
AMFELS
P.O. Box 3107
Brownsville, Texas 78520
(956) 831-6220

May have knowledge concerning the transfer of the equipment in question.

Ruben G. Martinez
706 Hamilton Court
Brownsville, Texas 78521
(956) 831-0989

Employed by AMFELS, Inc. as a deck hand - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Luis D. Villafranca
67 McKinzie
Brownsville, Texas 78520
(956) 343-5861

Employed by AMFELS, Inc. as a rigger - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Rigoberto Zavala
4974 Elma St.
Brownsville, Texas 78520
(956) 831-5840

Employed by AMFELS, Inc. as a diesel mechanic - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Eduardo (Eddie) Cisneros
7403 Utah Rd.
Brownsville, Texas
(956) 831-0406

Employed with Schaffer Stevedoring at the Port of Brownsville - On site at the time of the accident in question; may have knowledge concerning the transfer of the equipment in question.

Leroy DeLosSantos
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

I.B. Galvan
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question

T.Gomez
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question

Valerio Longoria
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question.

L.S. Munoz
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

Alfredo Pulido
Schaefer Stevedoring, Inc.
P. 0. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

Kenton E. Schaefer
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

May have knowledge concerning the transfer of the equipment in question

Schaefer Stevedoring
Owners, Officers, Directors, Employees, Representatives, Agents and
Administrators, Supervisors, Safety Personnel and/or Crew Members
Post Office Box 4499
Don Foust & Mineral Loop
Brownsville, Texas 78520

Employer of Oscar Zamora, Sr.

Schaefer Stevedoring, Inc.
Gulf Facilities, Inc.
Owners, Officers, Directors, Employees, Representatives, Agents and/or
Crew Members
P.O. Box 4499
Brownsville, Texas 78523
(956) 831-4007

On site at the time of the accident; may have knowledge concerning the transfer of the equipment
in question.

J. Trevino, Jr.
Schaefer Stevedoring, Inc.
P.O. Box 4499
Brownsville, Texas 78523
(956) 8314007

May have knowledge concerning the transfer of the equipment in question

      14.     C. H. Robinson
              Corporate Representatives
              Records custodian or other qualified individual
              8100 Mitchell Road
              Eden Prairie, Minnesota   55344-2055

A C. H. Robinson representative(s) may offer testimony in order to prove up certain business records of C. H. Robinson.

      15.     Tom Ferguson
              2303 Jones Blvd.
              Coralville, IA   52241
              (888) 784-6566

Mr. Ferguson will testify either via deposition or in person as C. H. Robinson's corporate representative. The subject of his testimony is contained in his deposition, which has yet to be transcribed. He may also offer testimony to prove up certain documents as business records of C. H. Robinson.

      16.     Tom Lockhart
              Adams & Graham
              222 East Van Buren, West Tower
              Post Office Drawer 1429
              Harlingen, Texas   78551
              (956) 428-7495

Mr. Lockhart represented C. H. Robinson in the Zamora lawsuit and may testify regarding the nature of the Zamora family's claims in the underlying lawsuit, the settlement of those claims, and the agreement of the ABB entities to dismiss all claims against C. H. Robinson in return for C. H. Robinson's cooperation in informal discovery.

17.    Brian Schoepke
Insurance Company of Hannover
150 North Wacker Drive, 29th Floor
Chicago, Illinois 60606
(312) 580-1900

Mr. Schoepke has knowledge of the various payments made by the insurance carriers for defense and indemnity in the <u>Zamora</u> lawsuit.

18.    Joan Kenchik, R.E.M., Ltd.
Atlanta, Georgia

Ms. Kenchik has knowledge of the various payments made by the insurance carriers for defense and indemnity in the <u>Zamora</u> lawsuit.