# EXHIBIT "D"

| UNITED STATES DISTRICT COURT | • | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | CASE NO. B-03-192 |
| | Witness List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| **List of Defendant C.H. Robinson Company** | Proceeding                    Date |

1. Alfredo Arteaga (by deposition)

   The subjects of Mr. Arteaga's testimony are contained in his March 13, 2000 deposition.

2. John Barry (by deposition)

   The subjects of Mr. Barry's testimony are contained in his December 15, 2004 deposition.

3. Ben Campbell
   8100 Mitchell Road, Ste. 1200
   Eden Prairie, MN 55344-2055
   (952) 937-8500

   Mr. Campbell may testify concerning business records of C.H. Robinson.

4. Charles Cherrington (by deposition)

   The subjects of Mr. Cherrington's testimony are contained in his Januray 7, 2000 and May 16, 2001 depositions.

5.  Tom Ferguson (by deposition and/or in person)
    2303 Jones Blvd
    Coralville, IA 52241
    (888) 784-6566
    (319) 545-5717

    Mr. Ferguson may testify concerning the nature of C.H. Robinson's business, the nature of C.H. Robinson's relationship with Plaintiffs, contract negotiations between C.H. Robinson and its customers, the locations of C.H. Robinson's offices, C.H. Robinson's handling of billing of its customers, and other matters raised in his February 25, 2005 deposition. Mr. Ferguson may also testify concerning the business records of C.H. Robinson.

6.  Jose Cruz Garcia, Jr. (by deposition)

    The subjects of Mr. Garcia's testimony are contained in his March 13, 2000 deposition.

7.  James Hamilton (by deposition and/or in person)
    440 Janice Kay Place
    Kissimmee, FL 34744
    (817) 239-5051

    Mr. Hamilton may testify concerning matters relating to the contract between C.H. Robinson and ABB Power Generation, the nature of C.H. Robinson's relationship with Plaintiffs, the nature of C.H. Robinson's business, business records of C.H. Robinson, the locations of C.H. Robinson's offices, C.H. Robinson's handling of billing of its customers, and other matters raised in his April 25, 2000 deposition.

8.  Sandro Lepori (by deposition/"statement")

    The subjects of Mr. Lepori's testimony are contained in his February 14, 2005 statement, his April 7, 2000 deposition (pages 1 and 5-7 only, as these are the only pages that have been produced to Defendant), and his May 1, 2001 deposition.

9.  Tom Lockhart
    Adams & Graham
    222 E. Van Buren, West Tower
    P.O. Drawer 1429
    Harlingen, Texas 78551
    (956) 428-7495

    Mr. Lockhart was C.H. Robinson's counsel in the underlying litigation. He may testify concerning the proceedings in the underlying litigation, particularly the claims made by the parties to that litigation, C.H. Robinson's settlement of all claims against them, and the resolution of ABB Kraftwerke and ABB Alstom Power's claims against C.H. Robinson.

10. Andreas Rebholz (by deposition)

The subjects of Mr. Rebholz's testimony are contained in his April 7, 2000 deposition.

11. Records custodian or other qualified individual
C.H. Robinson Company
8100 Mitchell Road
Eden Prairie, MN 55344-2055

12. Ken Schaefer (by deposition)

The subjects of Mr. Schaefer's testimony are contained in his May 16, 2001 deposition.

13. Roland Schneider (by deposition/"statement")

The subjects of Mr. Schneider's testimony are contained in his February 15, 2005 statement, and his April 7, 2000 deposition.

14. Todd Strever (by deposition and/or in person)
970 Ottinger Rd
Roanoke, TX 76262
(817) 867-6313

Mr. Strever may testify concerning facts relating to the accident that led to Mr. Zamora's death, as well as other matters raised in his depositions of January 21, 2005 and April 26, 2000.

15. William Tinning
1013 Bluff Dr.
Portland, TX 78374
(361) 643-9200

Mr. Tinning was counsel for the Zamora family in the underlying litigation. He may testify concerning the proceedings in the underlying litigation, particularly the nature of the Zamora family's claims.

16. Luis Villafranca (by deposition)

The subjects of Mr. Villafranca's testimony are contained in his March 13, 2000 deposition.

17. Rigoberto Zavala (by deposition)

The subjects of Mr. Zavala's testimony are contained in his March 13, 2000 deposition.