# EXHIBIT "A"

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION
 3   ABB KRAFTWERKE                 )
     AKTIENGESELLSCHAFT,            )
 4   ET AL.,                        )
                                    )
 5              PLAINTIFFS,         )
                                    )
 6   VS.                            )  CIVIL ACTION
                                    )  NO. B-03-192
 7                                  )
     C.H. ROBINSON COMPANY,         )
 8                                  )
                DEFENDANT.          )
 9
10
     ***********************************************************
11
                         ORAL DEPOSITION OF
12
                          JOHN R. BARRY,
13
            CORPORATE REPRESENTATIVE OF THE PLAINTIFFS
14
                         DECEMBER 15, 2004
15
     ***********************************************************
16
17
         ORAL DEPOSITION OF JOHN R. BARRY, produced as a
18   witness at the instance of the Defendant, and duly
     sworn, was taken in the above-styled and numbered cause
19   on DECEMBER 15, 2004, from 3:04 p.m. to 3:55 p.m.,
     before Shanna Obenberger, CSR in and for the State of
20   Texas, reported by machine shorthand, at the offices of
     McGinnis, Lochridge & Kilgore, L.L.P, 3200 One Houston
21   Center, 1221 McKinney Street, Houston, Harris County,
     Texas, pursuant to the Federal Rules of Civil Procedure.
22
23
24
25                          JOB NUMBER:
```

1    Q.   I think I asked you this question to start
2  with, but if you responded to it, I'm not clear on what
3  the response was.
4          Tell me how it was that C.H. Robinson --
5  how it was that ABB contends C.H. Robinson breached this
6  contract that we've marked Exhibit Number 3.
7    A.   Well, in addition to what's outlined in the
8  complaint against C.H. Robinson, I mean, it's my view,
9  based on my readings of the documentation, that they
10 failed to fulfill their obligations under the contract.
11   Q.   Can you tell me more specifically which ones,
12 which obligations under the contract C.H. Robinson
13 failed to fulfill?
14   A.   Well, if they had properly performed their
15 services under the contract, there wouldn't have been an
16 accident and there wouldn't have been a fatality.
17   Q.   Do you know when the accident took place?
18   A.   It was March '99.
19   Q.   Do you know of anything that C.H. Robinson
20 failed to do or did improperly under this contract after
21 March 1999?
22   A.   I don't know.
23   Q.   How about after July 1999?
24   A.   I'm sorry.  Could you repeat the first
25 question?

1    Q.   I think the last question I asked you is
2    redundant, but I just want to make sure I'm getting
3    whatever information you might have about this.
4         Do you know of anything that C.H. Robinson
5    was supposed to do under this contract that they didn't
6    do or that they did improperly after July 16, 1999?
7    A.   I do not know.
8    Q.   Do you know when C.H. Robinson completed
9    performing services for ABB under this contract?
10   A.   No, I do not.
11   Q.   Let me show you another document that we'll
12   mark Exhibit 4.
13        Hold on.  I don't believe that's the
14   complete document.
15        (Barry Exhibit Number 4 was marked for
16        identification and is attached hereto.)
17   Q.   (BY MS. CIOTTI)  Exhibit Number 4 is actually
18   two pages.
19   A.   Yeah.
20   Q.   Have you seen that document before?
21   A.   Yes.
22   Q.   Can you identify it for me?
23   A.   It's a letter and invoice from C.H. Robinson
24   to ABB, invoicing for services rendered, also
25   referencing an amount to cover project contingency costs