UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B-03-192 |
| vs. | § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

### OBJECTION TO AUTHENTICITY OF EXHIBIT 1 OF PLAINTIFFS

C.H. Robinson Company ("CHR"), Defendant, makes and files this its Objection to Authenticity of Exhibit 1 of Plaintiffs, such exhibit having been tendered by ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd. (collectively "ABB"), Plaintiffs, and would show:

I.

OBJECTION

1. CHR objects to the authenticity of Exhibit 1 of Plaintiffs entitled "Expense Report," for the reason that it is not a self authenticating document under the provisions of FED. R. EVID. 902, and has not been authenticated by ABB. In particular, ABB has failed to demonstrate the name of the person or entity that prepared the "report," how it was prepared, whether it is a complete "report," whether it is an accurate "report," and the basis of the totals contained in the "report." Since it has not been authenticated as

required by law, the "report" is inadmissible. See *Durkay v. Madco Oil Co., Inc.*, 862 S.W.2d 14, 24 (Tex. App. – Corpus Christi 1993, writ denied). Moreover, the "report" constitutes a summary of voluminous writings which cannot conveniently be examined in court, and the documents on which it is based have not been made available by ABB to CHR for examination or copying, or both. Therefore, for this additional reason, the "report" is inadmissible. See Fed. R. Evid. 1006; *Love v. National Medical Enterprises*, 230 F.3d 765, 776 (5th Cir. 2000).

WHEREFORE, PREMISES CONSIDERED, CHR prays that, upon hearing hereof, the Court sustain its objection to ABB's Exhibit 1, and that CHR have such other and further relief, either general or special, at law or in equity, to which CHR may show itself justly entitled to receive.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: /s/ Steven J. Watkins
Steven J. Watkins
ATTORNEY-IN-CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146

3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

ATTORNEYS FOR DEFENDANT
C.H. ROBINSON COMPANY

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the above and foregoing Objection to Authenticity of Exhibit 1 of Plaintiffs has been served via facsimile and via certified mail, return receipt requested, on this the 18th day of May, 2005, to the following:

Justin L. Williams
The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

_/s/ Steven J. Watkins_
Steven J. Watkins

3