# EXHIBIT "A"

Case 1:03-cv-00192   Document 92-2   Filed in TXSD on 05/23/2005   Page 1 of 6

**CERTIFIED COPY**

CAUSE NO. 99-04-1644-E

| | | |
|---|---|---|
| GRACIELA ZAMORA, INDIVIDUALLY AND; ON BEHALF OF THE ESTATE OF HER LATE HUSBAND OSCAR ZAMORA, SR. AND; ON BEHALF OF THEIR MINOR SURVIVING SON OSCAR ZAMORA, JR. AND; | § § § § § § | IN THE DISTRICT COURT |
| OLIVIA ZAMORA, THE SURVIVING MOTHER OF THE LATE OSCAR ZAMORA, SR. | § § § § | |
| AND; ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE TRAGIC, UNTIMELY DEATH OF THE LATE OSCAR ZAMORA, SR. | § § § § § | |
| Plaintiffs and | § § § | |
| ANGIE ZAMORA | § § | |
| Intervenor | § § | |
| VS. | § § | 357TH JUDICIAL DISTRICT |
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, | § § § | |
| ABB ALSTOM POWER (SWITZERLAND) LTD, FORMERLY KNOWN AS ABB POWER GENERATION, LTD. and | § § § § | |
| JUSTIN WILLIAMS | § § § | |
| Defendants | § § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' FOURTEENTH AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, GRACIELA ZAMORA, INDIVIDUALLY AND; ON BEHALF OF THE ESTATE OF HER LATE HUSBAND OSCAR ZAMORA, SR. AND; ON

BEHALF OF THEIR MINOR SURVIVING SON OSCAR ZAMORA, JR. AND; OLIVIA ZAMORA, THE SURVIVING MOTHER OF THE LATE OSCAR ZAMORA, SR. AND; ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE TRAGIC, UNTIMELY DEATH OF THE LATE OSCAR ZAMORA, SR., hereinafter referred to as Plaintiffs, complaining of ABB KRAFTWERKE AKTIENGESELLSCHAFT, ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD. and JUSTIN WILLIAMS, hereinafter referred to as Defendants, and for cause of action would show unto this Honorable Court as follows:

I.

Pursuant to Texas Rule of Civil Procedure 190.1, this case is to be governed by the provisions of Texas Rule of Civil Procedure 190.4 as discovery is intended to be conducted under Level 3 of Rule 190.1 of the Texas Rules of Civil Procedure.

All Plaintiffs are citizens and residents of the State of Texas.

Defendant, ABB KRAFTWERKE AKTIENGESELLSCHAFT, has appeared and answered herein and no written service of process is necessary. A copy of this pleading is being forwarded by certified mail, return receipt requested, through its attorney of record, Justin Williams, Williams, Kasperitis & Gowan, P.C., 5959 S. Staples, Suite 204, Corpus Christi, Texas 78413.

Defendant, ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD., has appeared and answered herein and no written service of process is necessary. A copy of this pleading is

being forwarded by certified mail, return receipt requested, through its attorney of record, Justin Williams, Williams, Kasperitis & Gowan, P.C., 5959 S. Staples, Suite 204, Corpus Christi, Texas 78413.

Defendant, JUSTIN WILLIAMS, may be served with citation at his place of employment, WILLIAMS, KASPERITIS & GOWAN, 5959 S. Staples, Suite 204, Corpus Christi, Texas 78413.

## II.

Venue is proper in Cameron County, Texas pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code in that the transaction and/or occurrence made the subject of this case and the acts or omissions giving rise to the cause of action all occurred in Cameron County, Texas.

## III.

On or about June 5, 2000, Plaintiffs reached a settled with Defendants ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB POWER GENERATION, LTD. and their attorney JUSTIN WILLIAMS for the wrongful death of Oscar Zamora, Sr. As part of the settlement agreement Defendants agreed to pay court costs. As of today's date, the Plaintiffs still have not received the court costs in the amount of $10,234.15.

## IV.

In addition, on or about April 5, 2000, counsel for Plaintiffs and Defendants traveled to Venice, Italy to take depositions of Defendants' employees and agreed to

split the costs for the court reporter, conference room and interpreter. Defendants' counsel paid $3,014.00 for the conference room and interpreter. Plaintiffs' counsel paid $1,299.12 for the court reporter. Plaintiffs still have not received the $649.56 for Defendants' half of the court reporter. Plaintiffs also still owe Defendants $1,507.00 for their half of the conference room and interpreter, but were instructed by the office manager for Defendants' counsel not to make this payment until Plaintiffs received the check from Defendants for their half of the court reporter.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Defendants be cited to appear and answer herein, and for a trial by a jury, that they have judgment against the Defendants, as may be allowed by law, and such other and further relief to which Plaintiffs are entitled, at law and at equity.

Respectfully Submitted,

LAW OFFICE OF WILLIAM J. TINNING
1013 Bluff Drive
Portland, Texas 78374
Telephone:  (361) 643-9200
Facsimile:   (361) 643-9600

BY: _____
William J. Tinning
State Bar No. 20060500

LEAD ATTORNEY FOR PLAINTIFFS

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
OCT 16 2003
BY_____ DEPUTY

**CERTIFIED COPY**

**CO-COUNSEL:**

Louis S. Sorola
Attorney at Law
Post Office Box 5776
302 Kings Highway
Suite 112
Brownsville, Texas 78523-5776

Horacio Barrera
Law Offices of Martinez & Barrera
1201 E. Van Buren
Brownsville, Texas 78520