# EXHIBIT "A"

LAW OFFICES
# McGinnis, Lochridge & Kilgore, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-858...

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8534
kciotti@mcginnislaw.com

January 31, 2005

Justin L. Williams
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Via Facsimile and*
*Certified Mail, RRR*

Re:   Civil Action No. B:03-CV-192; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Brownsville Division

Dear Mr. Williams:

This letter is intended to document an agreement, pursuant to Southern District Local Rule 83.5 and the Court's December 16, 2004 Amended Scheduling Order, concerning the deadline for discovery in the above-referenced matter.

We have agreed, on behalf of our respective clients, to extend the discovery deadline to February 28, 2005.

Please indicate your client's agreement to the above by signing below and returning a copy to me via facsimile as soon as possible. If the above does not accurately reflect our agreement, please call me as soon as possible to further discuss this matter.

Sincerely,

Karan C. Ciotti /AMH

Karan C. Ciotti

KCC/amh

AGREED:

Justin L. Williams by permission

Justin L. Williams
Counsel for Plaintiffs ABB Kraftwerke AG
and ABB Alstom Power (Switzerland) Ltd.