IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2005
3:40 P

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.<br>Plaintiffs | § § § § | |
| v. | § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY<br>Defendant. | § § § § | |

United States District Court
Southern District of Texas
ENTERED

MAY 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on May 24, 2005, the Court **CANCELLED** the final pretrial conference scheduled in the above-captioned case for Wednesday, May 25, 2005, at 1:30 p.m. An opinion and order ruling on all pending motions including Defendant's Motion for Summary Judgment and Plaintiff's Motion for Rehearing on the Application of Swiss Law will follow.

DONE this 24th day of May, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge