**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 2 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ABB KRAFTWERKE | § | |
| AKTIENGESELLSCHAFT, and | § | |
| ABB ALSTOM POWER (SWITZERLAND) | § | |
| LTD., formerly known as ABB POWER | § | |
| GENERATION, LTD. | § | |
| Plaintiffs | § | |
| | § | Civil Action No.  B:03-CV-192 |
| VS. | § | |
| | § | |
| | § | |
| C. H. ROBINSON COMPANY | § | |
| Defendant | § | |

**PLAINTIFFS' MOTION FOR LIMITED CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. ("ABB"), and files this their MOTION FOR LIMITED CONTINUANCE, and would show unto the court as follows:

**I.**

1.  Plaintiffs' counsel's son is attempting to earn a college golf scholarship.  Almost every division one university offers golf scholarships based upon results in American Junior Golf Association (AJGA) Tournaments.

2.  Counsel's son is scheduled to play in an AJGA event in Houston, Texas on May 31-June 4, 2005 and in Palm Gardens, Florida on June 6-10, 2005..

3.  Counsel's son does not have a driver's license, counsel's wife has care of two (2) other children, and counsel is required to take his son to these tournaments.

4. Plaintiffs ask the court not to schedule trial in this matter from May 30 - June 11, 2005.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:    (361) 888-7702
Facsimile:    (361) 888-7717

By: _____

Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 24th day of May, 2005, to all counsel of record, as listed below and in the manner designated:

**FEDERAL EXPRESS and FACSIMILE:**
Mr. Steven J.  Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

_____
Justin L. Williams