UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br>Plaintiffs<br><br>VS.<br><br>C. H. ROBINSON COMPANY<br>Defendant | § § § § § § § § § § § § § § | Civil Action No. B:03-CV-192 |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S TWO YEAR STATUTE OF LIMITATIONS MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs ABB KRAFTWERKE AKTIENGESELLSCHAFT and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. ("ABB"), and files this their MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT based on the two (2) year statute, and would show unto the court as follows:

### I.

1. Defendant first raised the two (2) year statute of limitations in a responsive pleading to Plaintiffs' response to their original Motion for Summary Judgment.

2. Defendant alleged new grounds for summary judgment after the deadline for dispositive motions and improperly raised the issue in a responsive pleading.

1.

3.  While Plaintiffs believe the motion is meritless, the continued character of Defendant all out assault requires the filing of this motion. Defendant is wasting the Plaintiffs and court's time with these filings and Plaintiffs object to the timelines of Defendant's pleading and the manner in which it was raised.

### REQUEST FOR RELIEF

4.  Plaintiffs ask the court to hold that the issues raised by Defendant regarding the two (2) year statute of limitations were not timely, were improperly raised and they be struck from the court's record.

Respectfully submitted,

The Law Office of Justin L. Williams, P.C.
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473
Telephone:   (361) 888-7702
Facsimile:   (361) 888-7717

By: _____
Justin L. Williams
State Bar Number 00795384

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded on this the 24th day of May, 2005, to all counsel of record, as listed below and in the manner designated:

**FEDERAL EXPRESS and FACSIMILE:**
Mr. Steven J. Watkins
Ms. Karan C. Ciotti
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010

Justin L. Williams