UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br>　　　　　　　　Plaintiffs | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B:03-CV-192 |
| VS. | §<br>§ | |
| C. H. ROBINSON COMPANY<br>　　　　　　　　Defendant | §<br>§<br>§ | |

## ORDER

On this day came on to be considered Plaintiffs' Motion to Strike Defendant's Two Year Statute of Limitations Motion for Summary Judgment, and the Court having considered the pleading on file is of the opinion that Defendant's Motion for Summary Judgment should in all things be DENIED, it is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is DENIED.

Signed on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING