IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.** Plaintiffs | § § § § | |
| v. | § | C.A. No. B-03-192 |
| **C. H. ROBINSON COMPANY** Defendant. | § § § § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on July 5, 2005, the Court, having granted summary judgment in favor of the Defendants on all claims enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 5th day of July 2005.

_____
Hilda G. Tagle
United States District Judge

1