United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B:03-CV-192 |
| Vs. | § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

### C. H. ROBINSON COMPANY'S APPLICATION TO TAX COSTS, BILL OF COSTS, AFFIDAVIT AND ITEMIZATION OF TAXABLE COSTS

TO THIS HONORABLE COURT:

On July 5, 2005, the Court signed an Order entering final judgment against Plaintiffs ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd. and in favor of C. H. Robinson Company.

Pursuant to the Court's ruling, and Rule 54(d) of the Federal Rules of Civil Procedure, and 28 U.S.C. §§ 1920 and 1924, C. H. Robinson Company files its Application to Tax Costs, Bill of Costs, Affidavit and Itemization of Taxable Costs, and requests that the Clerk of this Court tax against Plaintiff those costs set out in the attached Bill of Costs.

The attached Bill of Costs includes expenses incurred and paid by Defendant for deposition transcripts, copies, and for travel expenses which were incurred after the Court entered its February 4, 2005 order requiring Plaintiffs to pay for same.