• AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Texas Brownsville Division

UNITED STATES OF AMERICA

V.

ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL.   C. H. ROBINSON COMPANY

**BILL OF COSTS**

Case Number: B-03-192

Judgment having been entered in the above entitled action on July 5, 2005 against ABB KRAFTWERKE AKTIENGESELLSCHAFT ET AL. the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 891.73 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 2,503.60 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Court Ordered Travel Expenses (See Itemization) | 3,083.23 |
| TOTAL | $6,478.56 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Justin L. Williams

Signature of Attorney: Karan C. Ciotti

Name of Attorney: Karan C. Ciotti, #05226300

For: C. H. Robinson Company     Date: July    , 2005
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date