UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.** | § § § § § § | |
| **Plaintiffs** | § | CIVIL ACTION NO. B:03-CV-192 |
| Vs. | § § § | |
| **C.H. ROBINSON COMPANY** | § § | |
| **Defendant** | § | |

## ORDER FOR COSTS

After considering C. H. Robinson's application to tax costs, bill of costs, affidavit and itemization of costs, the Court finds that all of the requested costs should be awarded to the C. H. Robinson. It is therefore;

**ORDERED** that ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd. formerly known as ABB Power Generation, Ltd. pay Defendant C. H. Robinson Company the amount of $6,478.56. Such amount is due and payable immediately.

SIGNED this the _____ day of _____, 2005.


HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE