United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD.<br><br>Plaintiffs<br><br>Vs.<br><br>C.H. ROBINSON COMPANY<br><br>Defendant | §§§§§§§§§§§§§§<br><br><br><br><br>CIVIL ACTION NO. B:03-CV-192 |

### AFFIDAVIT OF KARAN C. CIOTTI
### IN SUPPORT OF BILL OF COSTS

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

**BEFORE ME**, the undersigned notary public, personally appeared Karan C. Ciotti who on her oath deposed and said:

1. "My name is Karan C. Ciotti. I am over the age of 21 years, have never been convicted of a felony, am competent to make this Affidavit and swear that the facts stated herein are true and correct.

2. "I am one of the attorneys representing C. H. Robinson Company in this action.

3. "C.H. Robinson incurred deposition costs of $891.73. Copies of the invoices for those depositions are attached as Exhibit 1 to C.H. Robinson's Itemization of Taxable Costs, which is being filed contemporaneously herewith. Also attached to C. H.

Robinson's Itemization of Taxable Costs, as Exhibit 2, are redacted copies of MLK's billing statements for this matter, which reflect both copy costs and deposition costs.

4. "It is the customary business practice of my firm, McGinnis, Lochridge & Kilgore, L.L.P. ("MLK"), to count the number of copies made on a particular matter so that the copies may be billed to the client. MLK counts the number of copies made on each matter with a machine that is attached to the copier. The number of copies made on each matter is transmitted to MLK's accounting department so that the copying charges can be included in the firm's billing statements. The billing statements reflect the copying charges on a particular matter in the previous billing cycle. Copy charges in this matter total $2,503.60, and are reflected in the redacted billing statements attached as Exhibit 2 to C.H. Robinson's Itemization of Taxable Costs.

5. "Attached as Exhibit 3 to C.H. Robinson's Itemization of Taxable Costs is the Court's February 4, 2005 order on C.H. Robinson's Motion for Protection. C.H. Robinson filed its motion for protection after Plaintiffs noticed the depositions of Roland Schneider and Sandro Lepori, two Swiss residents and former employees of ABB Power Generation Ltd., for Venice, Italy. Mr. Schneider had already been deposed once in the underlying action, and Mr. Lepori had been deposed twice in the underlying action.

6. "The Court ordered that Plaintiffs, should they wish to depose Lepori and Schneider, pay the cost of one coach fare plane ticket and no more than $175.00 per day for defense counsel's meals and hotel. The cost of one coach fair plane ticket, as reflected in the receipts attached as Exhibit 3, was $2033.23. This included a $200.00 change fee incurred when the depositions ran one day longer than anticipated, requiring that defense counsel's return flight be rescheduled from February 15, 2005 to February 16, 2005. With regard to per diem expenses, defense counsel's flight left the United States on February 11 and arrived in Venice on the evening of February 12.

      Depositions began on February 14 and concluded on February 15. Defense counsel missed her February 15 flight because the depositions took longer than anticipated. She rescheduled the flight to February 16. The total cost of defense counsel's room and board for this period was in excess of 1117.20 Euros (908.00 Euros for the hotel, where the depositions were taken and where Plaintiff's counsel and the witnesses also stayed, and in excess of 109.20 Euros for food). The exchange rate at that time was $1.416 dollar to 1.00 Euro, so total room and board was in excess of $1581.95. Defendant seeks the $175 per diem for six days, from February 11 to February 16, for a total of $1050.00.

7.    "Attached hereto as Exhibit A is a chart that identifies the copy costs, depositions costs, and $3083.23 of the travel costs incurred by C. H. Robinson in defending this lawsuit. C.H. Robinson seeks recovery of a total amount of $6,478.56.

"Further, affiant sayeth not."

                                _Karan C. Ciotti_
                                   Karan C. Ciotti

**Subscribed and sworn** to before me, the undersigned Notary Public, by the said Karan Ciotti on this 12th day of July, 2005.

[Notary seal: ALISHA M. RAMOS, Notary Public, State of Texas, My Commission Expires NOVEMBER 21, 2005]

                              _Alisha M. Ramos_
                              Notary Public in and for
                              the State of Texas

My Commission Expires:

11-21-2005