# C. H. ROBINSON'S
## SUMMARY OF INVOICES

|  | COPYING | TRANSCRIPTS | TRAVEL EXPENSES |
|---|---|---|---|
| **2003** | | | |
| | | | |
| SEPTEMBER | $ 39.80 | | |
| OCTOBER | $ 66.30 | | |
| NOVEMBER | $ 65.80 | | |
| DECEMBER | $ 62.40 | | |
| | | | |
| **2004** | | | |
| JANUARY | $69.10 | | |
| FEBRUARY | $74.60 | | |
| APRIL | $26.70 | | |
| MAY | $65.20 | | |
| JULY | $.70 | | |
| AUGUST | $13.50 | | |
| SEPTEMBER | $.50 | | |
| OCTOBER | $508.70 | | |
| NOVEMBER | $49.40 | | |
| DECEMBER | $51.50 | | |
| | | | |
| | | | |
| **2005** | | | |
| JANUARY | $13.30 | | |
| FEBRUARY | $76.80 | $320.50 | $3,083.23 |
| MARCH | $631.10 | $376.80 | |
| APRIL | $150.50 | $68.47 | |
| MAY | $208.80 | | |
| JUNE | $328.90 | $125.96 | |
| | | | |
| | | | |
| **TOTALS** | $2,503.60 | $891.73 | $3,083.23 |

**EXHIBIT A**