United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, and ABB ALSTOM POWER (SWITZERLAND) LTD., formerly known as ABB POWER GENERATION, LTD. | § § § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B:03-CV-192 |
| Vs. | § § § | |
| C.H. ROBINSON COMPANY | § § | |
| Defendant | § | |

## C. H. ROBINSON'S
## ITEMIZATION OF TAXABLE COSTS

TO THIS HONORABLE COURT:

I, Karan C. Ciotti, one of the attorneys representing Defendant C. H. Robinson, do hereby certify that the items and costs set out below are correct, and that these expenses were reasonable and necessary taxable costs actually incurred in the defense of this matter.

I.  **Court Reporter Fees**
    (See Exhibit 1, Deposition Transcript Invoices)

**Deposition Transcripts**

| | |
|---|---|
| John R. Barry (12/15/04) | $ 320.50 |
| Todd Strever (01/21/05) | 376.80 |
| Thomas E. Ferguson (02/25/05 videotape) | 68.47 |
| Thomas E. Ferguson (02/25/05 Transcript) | <u>125.96</u> |
| **Total Court Reporter Fees** | **$ 891.73** |

II.  **Fees for Exemplification and Copies of Papers**
(See Exhibit 2, Client Bills and Receipts)

**Litigation Copy Costs**

| | |
|---|---:|
| September, 2003 | $ 39.80 |
| October, 2003 | 66.30 |
| November, 2003 | 65.80 |
| December, 2003 | 62.40 |
| January, 2004 | 69.10 |
| February, 2004 | 74.60 |
| April, 2004 | 26.70 |
| May, 2004 | 65.20 |
| July, 2004 | .70 |
| August, 2004 | 13.50 |
| September, 2004 | .50 |
| October, 2004 | 508.70 |
| November, 2004 | 49.40 |
| December, 2004 | 51.50 |
| January, 2005 | 13.30 |
| February, 2005 | 76.80 |
| March, 2005 | 631.10 |
| April, 2005 | 150.50 |
| May, 2005 | 208.80 |
| June, 2005 | <u>328.90</u> |
| **Total Exemplification and Copy Fees** | $2,503.60 |

III.  **Travel Expenses**
(See Exhibit 3, Order directing Plaintiff to pay expenses, and receipts)

| | |
|---|---:|
| Coach Fare Plane Ticket | $2,033.23 |
| $175.00 per day travel expenses ($175.00 X 6 days travel) | <u>1,050.00</u> |
| **Total Travel Expenses** | $3,083.23 |

IV.  **SUMMARY OF THE COSTS**

| | |
|---|---:|
| Court Reporter Fees | $ 891.73 |
| Exemplification and Copy Fees | 2,503.60 |
| Travel Expenses | <u>3,083.23</u> |
| **TOTAL TAXABLE COSTS:** | <u>$ 6,478.56</u> |

Respectfully submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By _____
Steven J. Watkins
ATTORNEY IN CHARGE
State Bar No. 20927700
So. Dist. Bar No. 146

OF COUNSEL:

Karan C. Ciotti
State Bar No. 05226300
So. Dist. Bar No. 16874
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 615-8500
Fax:        (713) 615-8585

ATTORNEYS FOR DEFENDANT
C. H. ROBINSON

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of July, 2005, a copy of the foregoing C. H. Robinson's Itemization of Taxable Costs has been mailed to the attorney of record for plaintiff, Justin L. Williams, The Law Office of Justin L. Williams, P.C., 600 Leopard Street, Suite 1810, Corpus Christi, Texas, 78473, by certified mail, return receipt requested.

_____
Karan C. Ciotti