```
                    ROSS REPORTING SERVICES, INC.        INVOICE#    096872
  (281) 484-0770    CERTIFIED SHORTHAND REPORTERS        DATE:       1/04/05
  TAX I.D. 76-0295065    11706 PLAYA COURT               PAGE             01
                         HOUSTON, TX 77034               JOB #      04-1430S
```

```
          MS. KARAN CIOTTI                               B03192
          McGINNIS, LOCHRIDGE                            CAUSE NUMBER
  3180    & KILGORE, L.L.P.
          1221 McKINNEY, SUITE 3200
          HOUSTON, TX 77010
```

DEPOSITION OF:                                                        320.50
JOHN R. BARRY, TAKEN ON 12-15-04

ABB KRAFTWERKE AKTIENGESELLSCHAFT, AND ABB ALSTOM
POWER (SWITZERLAND) LTD., FORMERLY KNOWN AS ABB
POWER GENERATION
VS
C.H. ROBINSON COMPANY

(D)

TAXABLE COST: $320.50

                                                                      320.50
                                                                    --------
Total . . . . . . . . . . . . . . . . . . . . . . . .                 320.50

TERMS: 30 DAYS


                    NOW ACCEPTING MASTERCARD AND VISA

                  LOCALLY OWNED AND INDEPENDENTLY OPERATED


ORIGINAL



# ESQUIRE
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel(214)257-1436   Fax(214)954-0506

49291   EPPSS01

**To:**
HOU-McGinnis, Lochridge & Kilgore
1221 McKinney
Suite 3200
Houston, TX 77010

ATTN : Karan Ciotti, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 51908EDA | 01/28/05 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
AKTEINGESELLSCHAFT VS. C.H. ROBINSON

SERVICES PROVIDED ON 01/21/05:
Todd Strever                           1-   46     46 PGS           O+1

Original & Copy of Deposition
Administration Fee
Binders
Condensed Transcript
Word Index
E-Trans diskette/per witness
Exhibits
Exhibit Tabs
Shipping & Handling
THANK YOU!

· BALANCE DUE                                      TOTAL   376.80   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-257-1436
Fax 214-954-0506

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remit To:**

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 49291   TOT: $376.80
INVOICE #: 51908EDA
DATE: 01/28/05

HOU-McGinnis, Lochridge & Kilgore
Attn: Karan Ciotti, Esq.
1221 McKinney
Suite 3200
Houston, TX 77010



ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# INVOICE

**HOUSTON VIDEO SERVICE**
1010 Lamar, Suite 1400
Houston, Texas 77002
(713) 739-1400
1-800-229-1450

KARAN C. CIOTTI
RECEIVED
MAR 0 7 2005

Ms. Karen C. Ciotti
McGinnis, Lochridge & Kilgore, LLP,,
1221 McKinney St., Ste. 3200
3200 One Houston Center
Houston, TX 77010-2009

| JOB # | JOB DATE | REPORTERS | CASE NUMBER | CASE CAPTION | | 69964 | 03/04/05 |
|---|---|---|---|---|---|---|---|
| 34957 | 02/25/05 | PENDRO | B-03-192 | ABB KRAFTWERKE vs. C.H. ROBINSON COMP | | | |

Copy - Videotape Deposition of
Thomas E. Ferguson

Mpeg-1 to Client

64.20
4.27
==========
TOTAL DUE >>>> $68.47

Please retain the top copy of this invoice for your file.
which has detailed information.
All future reference to this invoice will be in
statement form with any other outstanding invoice(s).

*Thank You*

IF TOTAL INVOICE IS PAID BY ONE
CHECK WITHIN 30 DAYS, DEDUCT 7%.
PLEASE USE INVOICE NUMBER.

TAX ID # 74-1679190

TERMS AND CONDITIONS: Payable upon receipt in Houston, Harris County, Texas

xx

# INVOICE

**HOUSTON REPORTING SERVICE**
1010 Lamar, Suite 1400
Houston, Texas 77002
(713) 739-1400
1-800-229-1450

Ms. Karen C. Ciotti
McGinnis, Lochridge & Kilgore, LLP,
1221 McKinney St., Ste. 3200
3200 One Houston Center
Houston, TX 77010-2009

| 34931 | 02/25/05 | HUNELI | B-03-192 | ABB KRAFTWERKE vs. C.H. ROBINSON COMP | 90204 | 04/25/05 |

1 COPY OF TRANSCRIPT OF:
Tom Ferguson

```
EXHIBITS                      97.53
Postage to Client              7.31
E-Mail/E-Tran                  3.85
                              26.75
                          ==========
     T O T A L   D U E  >>>>  $135.44
```

*Thank You*

Please retain the top portion of this invoice, which has detailed information, for your files.
All future reference to this invoice will be in statement form with any other outstanding invoice(s).

IF TOTAL INVOICE IS PAID BY ONE CHECK WITHIN 30 DAYS, DEDUCT 7%.
PLEASE USE INVOICE NUMBER.

TAX ID # 74-1678190

TERMS AND CONDITIONS: Payable upon receipt in Houston, Harris County, Texas