**McGinnis, Lochridge & Kilgore, L.L.P.**
**1300 Capitol Center**
**919 Congress Avenue**
**Austin, TX  78701**
**(512) 495-6000   Tax ID:   74-1196349**

**September 5, 2003**

**Billed through 08/31/03**

**Bill number       673510-18915-001 SJW**

C. H. Robinson Company
Attn: Tom Sandstrom
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055

**ABB Kraftwerke**

**FOR PROFESSIONAL SERVICES RENDERED**

C. H. Robinson Company
Bill number        673510-18915-001 SJW

DISBURSEMENTS

      Copying                                            39.80

                                         ------------

BILLING SUMMARY

McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

October 6, 2003

Billed through 09/30/03

Bill number        673510-18915-003 SJW

C. H. Robinson Company
Attn: Tom Sandstrom
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055

ABB Kraftwerke

FOR PROFESSIONAL SERVICES RENDERED

C. H. Robinson Company                                                    PAGE   2
Bill number        673510-18915-003 SJW

**DISBURSEMENTS**

               **Copying**                                                 **66.30**

                                                             ----------

**BILLING SUMMARY**

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

November 6, 2003

Billed through 10/31/03

Bill number       673510-18915-004 SJW

C. H. Robinson Company
Attn: Tom Sandstrom
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055

**ABB Kraftwerke**

**FOR PROFESSIONAL SERVICES RENDERED**

C. H. Robinson Company                                      **PAGE  4**
Bill number        673510-18915-004 SJW

**DISBURSEMENTS**

Copying                                    65.80

**BILLING SUMMARY**

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000   Tax ID:  74-1196349

December 5, 2003

Billed through 11/30/03

Bill number        673510-18915-005 SJW

C. H. Robinson Company
Attn: Tom Sandstrom
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055

**ABB Kraftwerke**

**FOR PROFESSIONAL SERVICES RENDERED**

C. H. Robinson Company
Bill number          673510-18915-005 SJW                                    PAGE   4

                Copying                                                    62.40


BILLING SUMMARY


                    PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.

McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

January 12, 2004

Billed through 12/31/03

Bill number          673510-18915-006 SJW

C. H. Robinson Company
Attn: Linda U. Feuss
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055

ABB Kraftwerke

FOR PROFESSIONAL SERVICES RENDERED

C. H. Robinson Company
Bill number        673510-18915-006 SJW

**PAGE  4**

Copying

(69.10

**PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.**

**McGinnis, Lochridge & Kilgore, L.L.P.**
**1300 Capitol Center**
**919 Congress Avenue**
**Austin, TX  78701**
**(512) 495-6000  Tax ID:  74-1196349**

**February 12, 2004**

**Billed through 01/31/04**

**Bill number        673510-18915-008 SJW**

C. H. Robinson Company
Attn: Linda U. Feuss
8100 Mitchell Road, Suite 1200
Eden Prairie, MN 55344-2055


**ABB Kraftwerke**

$

**FOR PROFESSIONAL SERVICES RENDERED**

C. H. Robinson Company                                    PAGE  3
Bill number        673510-18915-008 SJW

         Copying                                          74.60

                                                    $    - - - - - - - - - - - -

BILLING SUMMARY

                  PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.

**McGinnis, Lochridge & Kilgore, L.L.P.**
**1300 Capitol Center**
**919 Congress Avenue**
**Austin, TX  78701**
**(512) 495-6000   Tax ID:  74-1196349**

**April 7, 2004**

**Billed through 03/31/04**

**Bill number        673510-18915-010 SJW**

**Crum & Forster Company**
**Mr. Kurt W. Gruenberg**
**Umbrella/Excess Claims Specialist**
**P.O. Box 1973**
**Morristown, NJ 07962-1973**


**ABB Kraftwerke**

Crum & Forster Company
Bill number        673510-18915-010 SJW

PAGE   2

**DISBURSEMENTS**

Copying                                                    26.70

                                                  $    ------------

**BILLING SUMMARY**

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

**May 6, 2004**

**Billed through 04/30/04**

**Bill number       673510-18915-011 SJW**

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**ABB Kraftwerke**

Balance forward as of bill number 010 dated 04/07/04          $

**FOR PROFESSIONAL SERVICES RENDERED**

**DISBURSEMENTS**

Copying                                                        65.20

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

July 12, 2004

Billed through 06/30/04

Bill number        673510-18915-013 SJW

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


ABB Kraftwerke



FOR PROFESSIONAL SERVICES RENDERED

Crum & Forster Company                                        PAGE   2
Bill number        673510-18915-013 SJW

**DISBURSEMENTS**

       Copying                                               .70

                                                                                                              $

**BILLING SUMMARY**

                 **PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.**

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

**August 9, 2004**

**Billed through 07/31/04**

**Bill number        673510-18915-014 SJW**

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


**ABB Kraftwerke**


**Total fees for this matter**                            $ ------------

**DISBURSEMENTS**

Crum & Forster Company                                              PAGE   2
Bill number          673510-18915-014 SJW

            Copying                                                 13.50

                                                            --------
        Total disbursements for this matter        $

BILLING SUMMARY

                    PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.

McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

September 9, 2004

Billed through 08/31/04

Bill number        673510-18915-015 SJW

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


**ABB Kraftwerke**

F

Crum & Forster Company                                                    PAGE  2
Bill number         673510-18915-015 SJW

    Copying                                                  .50

                          ------------
    Total disbursements for this matter        $

BILLING SUMMARY

PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.

McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

October 11, 2004

Billed through 09/30/04

Bill number        673510-18915-016 SJW

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


ABB Kraftwerke

Crum & Forster Company
Bill number        673510-18915-016 SJW

Total fees for this matter                    $

DISBURSEMENTS

Copying                                                        508.70

Total disbursements for this matter           $

BILLING SUMMARY

$

$

$

TOTAL BALANCE NOW DUE              $

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

November 8, 2004

Billed through 10/31/04

Bill number        673510-18915-017 SJW

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


**ABB Kraftwerke**

Balance forward as of bill number 016 dated 10/11/04     $
Payments received since last bill (last payment 10/29/04)  $
                                                                    ---
Net balance forward                                        $

FOR PROFESSIONAL SERVICES RENDERED

Crum & Forster Company                                              PAGE  4
Bill number        673510-18915-017 SJW

------------

DISBURSEMENTS

        Copying                                                    49.40

                                                            ------------

        Total disbursements for this matter        $

BILLING SUMMARY

        TOTAL FEES                                  $

        TOTAL DISBURSEMENTS                         $
                                                            --
        TOTAL CHARGES FOR THIS BILL                 $

        NET BALANCE FORWARD                         $
                                                            ---
        TOTAL BALANCE NOW DUE                       $

Billed to Date Fees
                Expenses
Received to Date Fees
                Expenses

                PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.

**McGinnis, Lochridge & Kilgore, L.L.P.**
1300 Capitol Center
919 Congress Avenue
Austin, TX  78701
(512) 495-6000  Tax ID:  74-1196349

December 7, 2004

Billed through 11/30/04

Bill number       673510-18915-018 SJW

Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973


ABB Kraftwerke

Crum & Forster Company                                          **PAGE   3**
Bill number          673510-18915-018 SJW


                    Total fees for this matter                  $      ------------

DISBURSEMENTS

                    Copying                                             51.50


                    Total disbursements for this matter         $      ------------

BILLING SUMMARY




Billed to Date Fees
                    Expenses
Received to Date Fees
                    Expenses



                    **PLEASE SHOW THE BILL NUMBER ON YOUR CHECK.**

# MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER , 919 CONGRESS AVENUE , AUSTIN, TEXAS 78701                    (512) 495-6000   TAX ID: 74-1196349

# INVOICE

**Date:**
01/20/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**

| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 109497 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven Watkins |
| Bill Through Date: | 12/31/04 |

**For:**
Fees, expenses, and other charges described in this invoice:

       Fees:
       Expenses and Other Charges:

       **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

*Amount Due Is Payable On Receipt*

# McGinnis, Lc Cridge & Kilgore, L.

1300 Capitol Center , 919 Congress Avenue , Austin, Texas 78701                    (512) 495-6000   TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/04 | Copying | $13.30 |

Total Expenses and Other Charges

# McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000  TAX ID: 74-1196349

# INVOICE

**Date:**
02/09/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**

| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 110241 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven Watkins |
| Bill Through Date: | 01/31/05 |

**For:**
Fees, expenses, and other charges described in this invoice:

       Fees:
       Expenses and Other Charges:

       **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

          *Amount Due Is Payable On Receipt*

# McGinnis, Lochridge & Kilgore, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000  TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/05 | Copying | $76.80 |
| 01/11/05 | Deposition Transcripts -  Ross Reporting Services Deposition transcript of John Barry | $320.50 |

Total Expenses and Other Charges

# MCGINNIS, LOCRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER , 919 CONGRESS AVENUE , AUSTIN, TEXAS 78701          (512) 495-6000   TAX ID: 74-1196349

# INVOICE

**Date:**
03/08/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**
| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 111070 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven Watkins |
| Bill Through Date: | 02/28/05 |

**For:**
Fees, expenses, and other charges described in this invoice:

        **Fees:**
        **Expenses and Other Charges:**

        **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

*Amount Due Is Payable On Receipt*

# McGinnis, Loᴄridge & Kilgore, l.

1300 CAPITOL CENTER , 919 CONGRESS AVENUE , AUSTIN, TEXAS 78701                    (512) 495-6000   TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/05 | Copying | $631.10 |
| 02/03/05 | Deposition Transcripts of Todd Strever. | $376.80 |

**Total Expenses and Other Charges**

# McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000   TAX ID: 74-1196349

# INVOICE

**Date:**
04/11/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**

| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 112023 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven Watkins |
| Bill Through Date: | 03/31/05 |

**For:**
Fees, expenses, and other charges described in this invoice:

      Fees:
      Expenses and Other Charges:

      **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

          ***Amount Due Is Payable On Receipt***

# McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000   TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
|      | Copying | $150.50 |
|      | Deposition Transcripts of Thomas E. Ferguson. | $68.47 |
|      | **Total Expenses and Other Charges** | |

Invoice No.  112023
Page 5 of 7

# McGinnis, Lochridge & Kilgore, L.L.P.

1300 Capitol Center, 919 Congress Avenue, Austin, Texas 78701                    (512) 495-6000   TAX ID: 74-1196349

# INVOICE

**Date:**
05/09/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**

| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 112877 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven J. Watkins |
| Bill Through Date: | 04/30/05 |

**For:**
Fees, expenses, and other charges described in this invoice:

>    Fees:
>    Expenses and Other Charges:

>    **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

>    *Amount Due Is Payable On Receipt*

# MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000   TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/05 | Copying | $208.80 |

**Total Expenses and Other Charges**

# McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER, 919 CONGRESS AVENUE, AUSTIN, TEXAS 78701          (512) 495-6000   TAX ID: 74-1196349

# INVOICE

**Date:**
06/09/05

**To:**
Crum & Forster Company
Mr. Kurt W. Gruenberg
Umbrella/Excess Claims Specialist
P.O. Box 1973
Morristown, NJ 07962-1973

**Re:**

| | |
|---|---|
| Matter: | ABB Kraftwerke |
| Invoice No: | 113883 |
| Client No: | 0673510 |
| Matter No: | 018915 |
| Billing Atty: | Steven J. Watkins |
| Bill Through Date: | 05/31/05 |

**For:**
Fees, expenses, and other charges described in this invoice:

    Fees:
    Expenses and Other Charges:

    **Total Fees, Expenses, and Other Charges This Invoice:**

*Unpaid Prior Invoices:*

**Amount Due:**

*Amount Due Is Payable On Receipt*

Invoice No. 113883
Page 1 of 9

# McGinnis, Lochridge & Kilgore, L.L.P.

1300 Capitol Center, 919 Congress Avenue, Austin, Texas 78701          (512) 495-6000   TAX ID: 74-1196349

## EXPENSES AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 05/31/05 | Copying | $328.90 |
| 05/04/05 | Deposition Transcripts of Tom Ferguson. | $125.96 |
| | **Total Expenses and Other Charges** | |

Invoice No.  113883
Page 7 of 9