IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL. Plaintiffs | § § § § § |
| v. | § C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY Defendant. | § § § § |

## ORDER

BE IT REMEMBERED that on February 4, 2005, the Court **GRANTED** Defendant's Motion for Protective Order and quashed Plaintiff's notice of depositions for Sandro Lepori and Roland Schneider *unless* Plaintiff agrees to pay for Defendant's travel expenses, as outlined below, associated with taking these depositions in Europe. Having heard the parties' arguments, and considering the fact that the witnesses have already been deposed in an underlying lawsuit, the Court finds Defendant's burden in attending the depositions in Europe outweighs the benefit of Plaintiff's need to conduct the depositions. Should Plaintiff wish to depose these witnesses, it is **ORDERED** to pay Defendant's *reasonable* travel expenses in the following manner: the cost of one coach fare plane ticket and no more than $175.00 per day for counsel's meals and hotel. The Court finds these travel expenses to be equitable given the circumstances of this case.

DONE this 4th day of February, 2005 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

LAW OFFICES
# McGinnis, Lochridge & Kilgore, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-8585

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8534
kciotti@mcginnislaw.com

February 23, 2005

Justin L. Williams
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Via Facsimile*

Re: Civil Action No. B:03-CV-192; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Brownsville Division

Dear Justin:

Enclosed are receipts for my plane ticket (in USD) and for my hotel room at the Bauer in Venice (in Euros), where depositions were held and where you and the witnesses deposed also stayed.

Pursuant to the court's order, please reimburse my client for the plane ticket ($2033.23, including the $200 change fee), and for $1,050.00 in travel expenses, ($175.00 per day for 6 days, February 11-16, 2005). Please note that my actual travel expenses were well in excess of $175 per day, as the room rate at the Bauer alone ranged from 220€ to 308€ per night (approximately $290-$400 per night), and a small bottle of water at the hotel was 7.80€ (a little over $10).

If you or your client has any question about these expenses, please let me know.

Sincerely,

*Karan C. Ciotti*

Karan C. Ciotti

KCC/amh
Enclosures



Issue Date: February 6, 2005

# eTicket Itinerary and Receipt

### eTicket Confirmation: **UMWB5Y**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Fri | 11FEB05 | CO 46 K | HOUSTON BUSH INTL | 7:05PM | AMSTERDAM | 11:40AM | | |
| Sat | 12FEB05 | CO* 9695 K | AMSTERDAM | 1:30PM | VENICE | 3:30PM | | |
| | | *Operated by KLM ROYAL DUTCH AIRLINES | | | | | | |
| Wed | 16FEB05 | CO* 9797 K | VENICE | 12:40PM | AMSTERDAM | 2:55PM | | |
| | | *Operated by KLM ROYAL DUTCH AIRLINES | | | | | | |
| Wed | 16FEB05 | CO 47 K | AMSTERDAM | 3:45PM | HOUSTON BUSH INTL | 7:40PM | 767-400 | DINNER |

| **Traveler (1)** | **eTicket Number** | **Frequent Flyer** | **Seat(s)** |
|---|---|---|---|
| CIOTTI / KARANMRS | 0052151668940 | CO-ND721782 | --/-- |

**Fare:** $1,750.00   **Combined Tax:** $83.23   **Per Person Total:** $1,833.23   **eTicket Total:** $1,833.23

**Combined Tax/Fee Detail:** 5.00YCXT7.00XY28.20US4.95XA2.50AY4.18CJ11.28RN5.22VV2.28EX1.30HB8.96IT2.36VT (Agent Use Only)

**Method of Payment:** AMERICAN EXPRESS XXXXXXXXXXX1673

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Additional Charges:** February 14, 2005, AMERICAN EXPRESS XXXXXXXXXXX1673 was charged $200.00 for the following: Change Fee - $200.00/200 per ticket/NON REF

➤ *Seats listed in flight order and subject to change*

---

### International eTicket Travel Reminders

- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com
- If flight segments are not flown in order, your reservation may be cancelled
- There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959; outside the U.S. or Canada contact the local Continental Office
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above
- International taxes and fees may be collected at your departure airport

---

### AT&T is the Fast, Easy Way to Call the USA

When calling the USA from Italy, just dial the AT&T Direct access number, 800-172-444. Then, at the prompt, dial the US phone number. At the tone, enter your AT&T Calling Card or major credit card number, they cost the same.

---

### American Express TravelFunds Card

The safety of Travelers Cheques, now in a prepaid, reloadable Card! And, if it's lost or stolen, the balance is refunded, usually within 24 hours. Buy a TravelFunds Card for your trip at continental.com and earn 1000 OnePass bonus miles.

---

### Continental Currency: Coupons for In-flight Purchases

Customers now have the option to use "Continental Currency" in lieu of cash for in-flight purchases of audio headsets, beer, cocktails or wine. Continental Currency is available at all eService Center kiosks which dispense coupons in increments of one, two, three or six coupons, each worth 5.00 USD. Discounts are given for packs of three or six coupons.

### Earn Miles for Dining Out

Sign up for OnePass® Dining and earn up to 10 miles for every dollar you spend at over 9,500 participating restaurants nationwide. Membership is FREE! Enroll online at onepass.idine.com or call 1-800-555-5396.

### TripAlert - Exclusively for OnePass Members

This free service sends notification of delays or cancellations to your e-mail enabled pager, mobile phone and/or PC. You only need to sign up once. Sign In to your account at continental.com and select "E-mail Settings" to get started.

### Reserve a Conference Room at the Airport

Presidents Club members can now utilize conference room facilities even if not traveling that day. Stop by any location or call the Presidents Club at 1-800-322-2640 for details.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $2800 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1460 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- Your ticket jacket and the Contract of Carriage contain further detail of these terms.
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please visit Continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

### Thank you for using continental.com

Legal Notices.  Privacy Policy
Copyright © 2005 Continental Airlines, Inc. All rights reserved.

# BAUER
## VENEZIA
★ ★ ★ ★ ★

San Marco 1459 - 30124 Venezia
Tel. 0415207022 - Fax 0415207557
Bauer S.p.A.
*Sede legale:* Via Parigi, 11 - 00185 ROMA
Reg. Imprese Roma n. 00443820311
R.E.A. Roma n. 960678
Codice Fiscale 00443820311
Partita IVA 06338441006
Ricevuta Fiscale/Fattura
Legge 30/12/1991 n. 413 - D.M. 30/03/1992

☐ FATTURA (RICEVUTA FISCALE)
☐ RICEVUTA FISCALE

XNRU/M   **146240** /2004

Camera  525
Persone  2
Data di arrivo  12.02.05
Data di partenza  16.02.05

Hotel Bauer, Venezia, 16.02.05   OP: DALLASTA

RICEVUTA FISCALE
101577   Pag. 1

CLIENTE  Mr. Gregory Alan Ciotti

Mr. Gregory Alan Ciotti
STATI UNITI

| Data | Camera | Descrizione | Euro |
|---|---|---|---|
| 12.02. | 525 | Arr. Appartamento | 308.00 |
| 12.02. | | Bar | 39.00 |
| 12.02. | | Telefono | 1.00 |
| 12.02. | | Telefono | 1.00 |
| 12.02. | | Telefono | 2.00 |
| 13.02. | | Arr. Appartamento | 220.00 |
| 13.02. | | Bar | 17.00 |
| 13.02. | | Frigobar/Minibar | 7.80 |
| 13.02. | | Telefono | 1.00 |
| 13.02. | | Telefono | 1.25 |
| 13.02. | | Telefono | 7.25 |
| 13.02. | | Telefono | 4.50 |
| 14.02. | | Arr. Appartamento | 440.00 |
| 14.02. | | Bar | 76.00 |
| 14.02. | | Frigobar/Minibar | 6.20 |
| 14.02. | | Telefono | 5.25 |
| 14.02. | | Telefono | 3.00 |
| 14.02. | | Telefono | 12.25 |
| 15.02. | | Frigobar/Minibar | 12.40 |
| 15.02. | | Telefono | 6.00 |
| 15.02. | | Telefono | 7.25 |
| 16.02. | | American Express 3782 902334 61673  01/07 | -1178.15 |

1.178,15

| IVA % | IMPONIBILE | IMPORTO IVA | ESENTE/NON IMP. |
|---|---|---|---|
| | | | |

TOTALE DOCUMENTO (IVA INCLUSA)   0,00
CAPARRA CONFIRMATORIA
**NETTO A PAGARE**   1.178,15

☐ CORRISPETTIVO PAGATO   ☐ CORRISPETT. NON PAGATO   ☐ CORRISPETTIVO PAGATO PER LIRE

FIRMA DEL CLIENTE _____



LAW OFFICES

# McGinnis, Lochridge & Kilgore, L.L.P.

3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010

AUSTIN, TEXAS OFFICE
1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 495-6000
FAX (512) 495-6093

HOUSTON, TEXAS OFFICE
(713) 615-8500
FAX (713) 615-8585

WRITER'S DIRECT DIAL NUMBER:
(713) 615-8534
kciotti@mcginnislaw.com

May 9, 2005

Justin L. Williams
600 Leopard Street, Suite 1810
Corpus Christi, Texas 78473

*Via Facsimile*

Re: Civil Action No. B:03-CV-192; *ABB Kraftwerke Aktiengesellschaft, et al. vs. C.H. Robinson Company*; In the United States District Court, For the Southern District of Texas, Brownsville Division

Dear Justin:

We still have not been paid for expenses incurred for the trip to Venice, Italy. Please advise when we will be paid. I have enclosed another copy of the receipts for my plane ticket (in USD) and for my hotel room at the Bauer in Venice (in Euros), where depositions were held and where you and the witnesses deposed also stayed.

Pursuant to the court's order, please reimburse my client for the plane ticket ($2033.23, including the $200 change fee), and for $1,050.00 in travel expenses, ($175.00 per day for 6 days, February 11-16, 2005), for a total of $3,083.23. Please note that my actual travel expenses were well in excess of $175 per day, as the room rate at the Bauer ranged from 220€ to 308€ per night (approximately $290-$400 per night).

If you or your client has any question about these expenses, please let me know.

Sincerely,

Karan C. Ciotti

KCC/amh
Enclosures

# Continental Airlines

Issue Date: February 6, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: UMWB5Y

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Fri | 11FEB05 | CO 46 K | HOUSTON BUSH INTL | 7:05PM | AMSTERDAM | 11:40AM | | |
| Sat | 12FEB05 | CO* 9695 K | AMSTERDAM *Operated by KLM ROYAL DUTCH AIRLINES | 1:30PM | VENICE | 3:30PM | | |
| Wed | 16FEB05 | CO* 9797 K | VENICE *Operated by KLM ROYAL DUTCH AIRLINES | 12:40PM | AMSTERDAM | 2:55PM | | |
| Wed | 16FEB05 | CO 47 K | AMSTERDAM | 3:45PM | HOUSTON BUSH INTL | 7:40PM | 767-400 | DINNER |

**Traveler (1)**            **eTicket Number**     **Frequent Flyer**            **Seat(s)**
CIOTTI / KARANMRS          0052151668940          CO-ND721782                   —/—

**Fare:** $1,750.00   **Combined Tax:** $83.23   **Per Person Total:** $1,833.23   **eTicket Total:** $1,833.23

**Combined Tax/Fee Detail:** 5.00YCXT7.00XY28.20US4.95XA2.50AY4.18CJ11.28RN5.22VV2.28EX1.30HB8.96IT2.36VT
(Agent Use Only)

**Method of Payment:** AMERICAN EXPRESS XXXXXXXXXXXX1673

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Additional Charges:** February 14, 2005, AMERICAN EXPRESS XXXXXXXXXXXX1673 was charged $200.00 for the following: Change Fee - $200.00/200 per ticket/NON REF

*Seats listed in flight order and subject to change*

### International eTicket Travel Reminders

- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com
- If flight segments are not flown in order, your reservation may be cancelled
- There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959; outside the U.S. or Canada contact the local Continental Office
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above
- International taxes and fees may be collected at your departure airport

### AT&T is the Fast, Easy Way to Call the USA

When calling the USA from Italy, just dial the AT&T Direct access number, 800-172-444. Then, at the prompt, dial the US phone number. At the tone, enter your AT&T Calling Card or major credit card number, they cost the same.

### American Express TravelFunds Card

The safety of Travelers Cheques, now in a prepaid, reloadable Card! And, if it's lost or stolen, the balance is refunded, usually within 24 hours. Buy a TravelFunds Card for your trip at continental.com and earn 1000 OnePass bonus miles.

http://www.continental.com/eticket/wreceipt.asp?copnr=UMWB5Y&ln=CIOTTI                     2/17/2005

### Continental Currency: Coupons for In-flight Purchases

Customers now have the option to use "Continental Currency" in lieu of cash for in-flight purchases of audio headsets, beer, cocktails or wine. Continental Currency is available at all eService Center kiosks which dispense coupons in increments of one, two, three or six coupons, each worth 5.00 USD. Discounts are given for packs of three or six coupons.

### Earn Miles for Dining Out

Sign up for OnePass® Dining and earn up to 10 miles for every dollar you spend at over 9,500 participating restaurants nationwide. Membership is FREE! Enroll online at onepass.idine.com or call 1-800-555-5396.

### TripAlert - Exclusively for OnePass Members

This free service sends notification of delays or cancellations to your e-mail enabled pager, mobile phone and/or PC. You only need to sign up once. Sign in to your account at continental.com and select "E-mail Settings" to get started.

### Reserve a Conference Room at the Airport

Presidents Club members can now utilize conference room facilities even if not traveling that day. Stop by any location or call the Presidents Club at 1-800-322-2640 for details.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $2800 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1460 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- Your ticket jacket and the Contract of Carriage contain further detail of these terms.
- Personal Health - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please visit Continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

### Thank you for using continental.com

Legal Notices.  Privacy Policy

Copyright © 2005 Continental Airlines, Inc. All rights reserved.

# BAUER
## VENEZIA
★ ★ ★ ★ ★

San Marco 1459 - 30124 Venezia
Tel. 0415207022 - Fax 0415207557
Bauer S.p.A.
*Sede legale:* Via Parigi, 11 - 00185 ROMA
Reg. Imprese Roma n. 00443820311
R.E.A. Roma n. 960678
Codice Fiscale 00443820311
Partita IVA 06338441006
Ricevuta Fiscale/Fattura
Legge 30/12/1991 n. 413 - D.M. 30/03/1992
☐ FATTURA (RICEVUTA FISCALE)
☐ RICEVUTA FISCALE

XNRU/M  **146240 /2004**

Camera 525
Persone 2
Data di arrivo 12.02.05
Data di partenza 16.02.05

Hotel Bauer, Venezia, 16.02.05      OP: DALLASTA

RICEVUTA FISCALE
101577       Pag. 1

CLIENTE   Mr. Gregory Alan Ciotti

Mr. Gregory Alan Ciotti
STATI UNITI

| Data | Camera | Descrizione | Euro |
|---|---|---|---:|
| 12.02. | 525 | Arr. Appartamento | 308.00 |
| 12.02. | | Bar | 39.00 |
| 12.02. | | Telefono | 1.00 |
| 12.02. | | Telefono | 1.00 |
| 12.02. | | Telefono | 2.00 |
| 13.02. | | Arr. Appartamento | 220.00 |
| 13.02. | | Bar | 17.00 |
| 13.02. | | Frigobar/Minibar | 7.80 |
| 13.02. | | Telefono | 1.00 |
| 13.02. | | Telefono | 1.25 |
| 13.02. | | Telefono | 7.25 |
| 13.02. | | Telefono | 4.50 |
| 14.02. | | Arr. Appartamento | 440.00 |
| 14.02. | | Bar | 76.00 |
| 14.02. | | Frigobar/Minibar | 6.20 |
| 14.02. | | Telefono | 5.25 |
| 14.02. | | Telefono | 3.00 |
| 14.02. | | Telefono | 12.25 |
| 15.02. | | Frigobar/Minibar | 12.40 |
| 15.02. | | Telefono | 6.00 |
| 15.02. | | Telefono | 7.25 |
| 16.02. | | American Express 3782 902334 61673  01/07 | -1178.15 |

1.178,15

| IVA % | IMPONIBILE | IMPORTO IVA | ESENTE/NON IMP. |
|---|---|---|---|
| | | | |

TOTALE DOCUMENTO (IVA INCLUSA)   0,00
CAPARRA CONFIRMATORIA           1.178,15
**NETTO A PAGARE**

☐ CORRISPETTIVO PAGATO    ☐ CORRISPETT. NON PAGATO    ☐ CORRISPETTIVO PAGATO PER LIRE

FIRMA DEL CLIENTE _____

Cap. Soc. € 28.380.000,00 di cui € 22.962.000,00 versato...