IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ABB KRAFTWERKE AKTIENGESELLSCHAFT, ET AL. Plaintiffs § § § § | |
| v. § | C.A. No. B-03-192 |
| C. H. ROBINSON COMPANY § § § Defendant. § | |

## APPROVAL OF BILL OF COSTS

BE IT REMEMBERED, that on July 25, 2005, the Court **ORDERED** the Clerk of the Court to tax costs against Plaintiffs ABB Kraftwerke Aktiengesellschaft and ABB Alstom Power (Switzerland) Ltd., formerly known as ABB Power Generation, Ltd., in the amount of $6,478.56.

Federal Rule of Civil Procedure 54(d) and Local Rule 54.2 require a party to file objections to the allowance of the bill of costs within five days of the bill's filing. *See also* 28 U.S.C. § 1920. Defendants filed their bill of costs on July 13, 2005, within 14 days of entry of final judgment in this case. Plaintiffs have not objected to this accounting, nor have they requested a review by this Court. The Clerk, therefore, shall tax costs against the Plaintiffs in the amount of $6,478.56.

DONE at Brownsville, Texas, this 25th day of July 2005.

_____
Hilda G. Tagle
United States District Judge

1